CONFORMING COPY

RUSSELL J. FRACKMAN (SBN 49087)
MARC E. MAYER (SBN 190969)
DAVID A. STEINBERG (SBN 130593)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

FILED

2009 NOV -3 PM 12: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CAPITOL RECORDS, LLC, a Delaware
limited liability company; CAROLINE
RECORDS, INC., a New York
Corporation; EMI CHRISTIAN MUSIC
GROUP INC., a California Corporation;
PRIORITY RECORDS, LLC, a
Delaware limited liability company;
VIRGIN RECORDS AMERICA, INC.,
a California Corporation; and NARADA
PRODUCTIONS, INC., a Wisconsin
corporation,

　　　　　　Plaintiffs,

　　v.

BLUEBEAT, INC., a Delaware
corporation, doing business as
www.bluebeat.com; MEDIA RIGHTS
TECHNOLOGIES, INC., a California
corporation; BASEBEAT, INC., a
Delaware corporation, doing business as
www.basebeat.com; HANK RISAN, an
individual; and DOES 1 through 20,
10

　　　　　　Defendants.

CASE NO. CV09 08030 JFW (JCx)

COMPLAINT FOR:

(1) COPYRIGHT INFRINGEMENT
(2) MISAPPROPRIATION OF PRE-
1972 SOUND RECORDINGS [Cal Civ.
Code § 980(a)(2) and Common Law];
and
(3) UNFAIR COMPETITION [Cal Bus.
& Prof. Code § 17200 and Common
Law]

　　　Plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI Christian

Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and

Narada Productions, Inc. (collectively "Plaintiffs"), aver as follows:

Mitchell
Silberberg &
Knupp LLP

2428217.2

**PRELIMINARY STATEMENT**

1.    Plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and Narada Productions, Inc. ("Plaintiffs") are record companies and the owners of copyrights and related exclusive rights in sound recordings, including exclusive rights under California law in sound recordings fixed prior to February 15, 1972. Plaintiffs (all of which are companies affiliated with the EMI Music Group) collectively own some of the most well-known and successful sound recordings in the world.  Plaintiffs bring this action to put an immediate stop to the massive and knowing infringement of their copyrighted and pre-1972 sound recordings by Defendants, owners and operators of the Internet website www.bluebeat.com (the "BlueBeat Website").

2.    Defendants are engaged in music piracy of the most blatant and harmful kind.  Defendants, which include two website companies, a technology company (Media Rights Technologies, Inc. ("MRT")), and their founder, principal, and operator Hank Risan, own and operate a commercial, for-profit website that is engaged in the large-scale distribution and public performance of sound recordings.  In furtherance of that business venture, Defendants, without any license or authority, have copied thousands of Plaintiffs' sound recordings. Defendants are making these thousands of recordings available to the public, both *for sale* as permanent downloadable media files (at the remarkably low price of 25 cents per track) and *for free* as on-demand public performances via streaming audio transmission.

3.    Perhaps the most shocking aspect of Defendants' conduct is the willful and overtly defiant manner in which they are acting.  The BlueBeat Website is not a small, fly-by-night operation.  It is a huge, professional-quality website that

Mitchell
Silberberg &
Knupp LLP

2428217.2

1   is offering tens of thousands of sound recordings, representing virtually every

2   major record release, from every major artist.  All (or nearly all) of Plaintiffs' most

3   significant and popular recordings are available for immediate download or

4   streaming – from classic recordings by the Beatles, the Beach Boys, and Pink

5   Floyd, to current highly popular recordings by artists such as Coldplay, Katy Perry,

6   and Lenny Kravitz.  Indeed, in a brazen display of contempt for Plaintiffs,

7   Defendants are offering for immediate download, at the price of 25 cents per track

8   (or approximately $2.50 to $4.00 per album) the entirety of the newly-released

9   Beatles "remasters" box set.  Not only was this box set released just last month by

10   Plaintiff Capitol Records, and *only* on compact disc (where the full set sells at

11   retail for approximately $250.00), but it is well-known throughout the music and

12   business community that the Beatles catalog has *never* been released for digital

13   download.  Accordingly, Defendants have unlawfully secured for themselves the

14   privilege of being the *first* commercial website on which the remastered Beatles

15   catalog is available for digital download and by a streaming digital transmission.

16

17       4.       Defendants know exactly what they are doing, including that their

18   conduct constitutes copyright infringement.  Defendants are sophisticated

19   companies and individuals that purport to be in the business of creating digital

20   rights management and anti-piracy technology.  Ironically, while publicly touting

21   their purported commitment to anti-piracy and legal music distribution, Defendants

22   are themselves engaged in one of the largest piracy operations on the Internet.  To

23   conceal this fact, Defendants openly misrepresent to the public their authority to

24   sell digital music, falsely claiming that they possesses licenses from Plaintiffs and

25   are paying royalties.  To make matters worse, Defendants recently sought to

26   register their infringing sound recordings with the Copyright Office, apparently

27   claiming that because they copied the sound recordings using their own computer

1  system, they now own these digital copies and have the right to distribute them to

2  the public.

3

4      5.     Defendants' conduct is causing, and unless immediately enjoined will

5  continue to cause, enormous and irreparable harm to Plaintiffs. Most obviously,

6  Defendants have stolen, and are profiting from, the very content upon which

7  Plaintiffs' entire business is built. Additionally, by making Plaintiffs' sound

8  recordings openly and freely available to the public, Defendants permit these

9  recordings to be further virally disseminated over the Internet, and freely available

10 to millions. In sum, Defendants' conduct severely impairs, and has the potential to

11 destroy Plaintiffs' ability to sell, lawfully exploit, or otherwise control their sound

12 recordings, which represent the product of years and millions of dollars of

13 development and marketing. Defendants' conduct also disrupts Plaintiffs'

14 relationships with their legitimate licensees and artists, and Plaintiffs' carefully

15 constructed marketing and digital distribution plans. Defendants' conduct must

16 immediately be stopped.

17

18                    **JURISDICTION AND VENUE**

19     6.     This is a civil action seeking damages and injunctive relief for

20 copyright infringement under the Copyright Act, 17 U.S.C. § 101 et seq., and for

21 misappropriation and unfair competition under the laws of the State of California.

22

23     7.     This Court has subject matter jurisdiction over Plaintiffs' claims for

24 copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a). Pursuant to 28

25 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiffs' state law

26 claims for misappropriation and unfair competition in that they are so related to

27 Plaintiffs' claims under the Copyright Act as to be part of the same case or

28 controversy.

Mitchell
Silberberg &
Knupp LLP

2428217.2

4

8.     This Court has personal jurisdiction over Defendants in that, among other things, (a) Defendants are located, and have their principal place of business in, the State of California, (b) Defendants are engaged in tortious conduct within the State of California and in this District, including by copying, publicly performing, and distributing Plaintiffs' copyrighted recordings, and (c) Defendants' conduct causes injury to Plaintiffs and their intellectual property within the State of California.

9.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c) and 1400(a), in that Defendants are subject to personal jurisdiction, and may be found, in this District.

## **THE PARTIES**

10.     Capitol Records, LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal places of business in Los Angeles, California and in New York, New York.

11.     Caroline Records, Inc. is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York, New York.

12.     EMI Christian Music Group, Inc. is a corporation duly organized and existing under the laws of California, with its principal place of business in Nashville, Tennessee.

13.     Priority Records, LLC, is a limited liability company duly organized and existing under the laws of Delaware, with its principal place of business in New York, New York.

Mitchell
Silberberg &
Knupp LLP

2428217.2

5

14.    Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal places of business in Los Angeles, California, and New York, New York.

15.    Narada Productions, Inc. is a corporation duly organized and existing under the laws of Wisconsin, with its principal place of business in New York, New York.

16.    Plaintiffs are engaged in the business of producing sound recordings and distributing, selling, and/or licensing the reproduction, distribution, sale, and performance of their sound recordings in phonorecords (as defined in 17 U.S.C. § 101), in audiovisual works, and for streaming (i.e., performing) and downloading over the Internet.  Plaintiffs invest substantial money, time, effort, and creative talent in discovering and developing recording artists, and in creating, advertising, promoting, selling, and licensing sound recordings embodying the performances of their exclusive recording artists and their unique and valuable sound recordings.

17.    Plaintiffs own copyrights and/or exclusive rights in and to their sound recordings (the "Copyrighted Recordings"), including many of the most popular sound recordings in the world.  A representative sample of Plaintiffs' Copyrighted Recordings are the recordings identified on Schedule A hereto, incorporated herein by reference.  Plaintiffs have obtained certificates of copyright registration in each of the Copyrighted Recordings, including but not limited to those identified on Schedule A, incorporated herein by reference.  As the owner of copyrights in the Copyrighted Recordings, Plaintiffs possess the exclusive rights, among other things, to reproduce the Copyrighted Recordings in copies or phonorecords, to distribute copies or phonorecords of the Copyrighted Recordings to the public, to

1  perform the Copyrighted Recordings publicly by means of a digital audio

2  transmission and to license these exclusive rights, including over the Internet.

3

4       18.    Plaintiffs also possess exclusive ownership rights in sound recordings

5  of musical performances that initially were "fixed" (i.e., recorded) prior to

6  February 15, 1972 (the "Pre-1972 Recordings").  Congress has expressly

7  recognized that the states provide extensive protection through various state law

8  doctrines to recordings "fixed" before February 15, 1972, and that the federal

9  Copyright Act does not "annul[] or limit[]" those rights until February 15, 2067."

10  17 U.S.C. § 301(c).  Such ownership rights are protected under California law.

11  Cal. Civ. Code § 980.  Among the Pre-1972 Recordings owned by Plaintiffs are

12  those identified on Schedule B hereto, incorporated herein by reference.  (The

13  "Copyrighted Recordings" and the "Pre-1972 Recordings" collectively are referred

14  to as the "Recordings" or "Plaintiffs' Recordings.")

15

16       19.    Defendant BlueBeat, Inc. ("BBI") is a Delaware corporation.

17  Defendant Media Rights Technologies, Inc. ("MRT") is a California corporation.

18  Defendant BaseBeat, Inc. ("BaseBeat") is a Delaware corporation.  BBI, MRT, and

19  BaseBeat all have their principal place of business in Santa Cruz, California.

20  Plaintiffs are informed and believe, and on that basis aver, that BBI and BaseBeat

21  are wholly owned subsidiaries of MRT.  BBI, BaseBeat, and MRT own and

22  operate the Internet websites located at the Internet URL addresses

23  www.bluebeat.com (the "BlueBeat Website") and www.basebeat.com.

24

25       20.    Plaintiffs are informed and believe, and on that basis aver, that

26  Defendant Hank Risan is an individual residing in Santa Cruz, California.  Risan is

27  the founder, president, and Chief Executive Officer of MRT.  Risan owns,

1  operates, or controls each of the corporate defendants, and directly participated in,

2  authorized, and caused the conduct described in this complaint.

3

4  21.    The true names and capacities, whether individual, corporate,

5  associate, or otherwise, of defendants sued herein as Does 1 through 20, inclusive,

6  are unknown to Plaintiffs, which sue said defendants by such fictitious names (the

7  "Doe Defendants"). If necessary, Plaintiffs will seek leave to amend this

8  complaint to state their true names and capacities. Plaintiffs are informed and

9  believe, and on that basis aver, that the Doe Defendants are liable to Plaintiffs as a

10  result of their participation in all or some of the acts hereinafter set forth. (all of

11  the Defendants, including the Doe Defendants, collectively are referred to as

12  "Defendants").

13

14  22.    Plaintiffs are informed and believe, and on that basis aver, that at all

15  times mentioned in this complaint, each of the Defendants was the agent of each of

16  the other Defendants and, in doing the things averred in this complaint, was acting

17  within the course and scope of such agency.

18

19  ## FACTS APPLICABLE TO ALL CLAIMS

20  23.    The BlueBeat Website is a music-based website that purports to

21  provide to any member of the public with an Internet connection a massive catalog

22  of musical recordings that may be either purchased for permanent download or

23  performed via an on-demand streaming transmission. Among the sound recordings

24  that Defendants make available, distribute, and publicly perform via the BlueBeat

25  Website are thousands of Plaintiffs' Recordings, including but not limited to those

26  identified on Schedules A and B.

27

28

Mitchell
Silberberg &
Knupp LLP

2428217.2

24.     Plaintiffs are informed and believe, and on that basis aver, that in order to provide musical recordings to the public, Defendants copied tens of thousands of sound recordings to its own server.  Among the recordings that have been copied by Defendants are thousands of Plaintiffs' Recordings, including sound recordings by many (if not all) of Plaintiffs' major recording artists, from many diverse genres of music (including rock, jazz, classical, world music, folk, rap, and R&B), and including but not limited to the recordings identified on Schedules A & B.

25.     One of the primary features of the BlueBeat Website is that it offers to members of the public its library of commercial recordings for immediate purchase and download, at the price of $0.25 per track.  In order to purchase any sound recording, a user need only search for the name of the artist or sound recording on an index prepared and provided by the BlueBeat Website.  Once the user locates the desired recording (or recordings), he or she may click a button marked "Buy," and the recording (if an album, then all selections on that album) is placed into the user's "shopping cart."  Hundreds of recordings by the same or different artists can be selected in this fashion and placed into the user's cart.  Once the user is ready to purchase the selected recording(s), he or she completes a payment transaction using third party payment service PayPal, and Defendants then initiate a digital transmission of the sound recording file(s) to the purchaser's computer.  (A user must "register" with the BlueBeat Website in order to complete the transaction, but the BlueBeat registration process requests only an e-mail address, which need not be verified, along with the selection of a username and password.)

26.     Once a user of the BlueBeat Website completes a download of a selected recording, digital files containing the sound recording are placed into folders on the purchaser's hard drive (categorized by artist name and album title).

Mitchell
Silberberg &
Knupp LLP

2428217.2

9

1   The sound recording files then are recognized by, and may be integrated into, the

2   purchaser's personal music library (such as his or her iTunes or Windows Media

3   library).  Plaintiffs are informed and believe, and on that basis aver, that thousands

4   of Plaintiffs' Recordings already have been distributed by Defendants and

5   downloaded by users of the BlueBeat Website, and that every day additional of

6   Plaintiffs' Recordings are being distributed by the BlueBeat Website to members

7   of the public in this manner.

8

9        27.    Information on the BlueBeat Website suggests that the digital music

10  files that it offers for sale and transmits to its users originate from a "partner"

11  website known as "BaseBeat" (located at www.basebeat.com) (the "BaseBeat

12  Website").  In fact, Plaintiffs are informed and believe, and on that basis aver, that

13  the BlueBeat Website and the BaseBeat Website are owned and operated by the

14  same individuals and corporate parents, and that the BaseBeat Website was created

15  and set up by Defendants as a "shell" website and corporation in an effort to

16  misdirect or mislead members of the public into believing that Defendants are not

17  the source of the infringing music files.  In fact, the BaseBeat Website is not an

18  interactive website at all.  Rather, the entire BaseBeat Website contains only a

19  single "homepage," which states that "BaseBeat has partnered with BlueBeat.com

20  to Offer 25¢ mp3s!  Check it out now."  Clicking anywhere on the BaseBeat

21  Website homepage redirects the user to the BlueBeat Website.  Accordingly, it is

22  obvious to any viewer of the BaseBeat Website and the BlueBeat Website that the

23  two are closely connected, sister websites and that both are owned and controlled

24  by Defendants.

25

26       28.    Defendants also offer for download their proprietary "BlueBeat A/V

27  Player."  A member of the public who downloads the A/V Player and plays music

28  files downloaded from the BlueBeat Website using the A/V Player can view (in

Mitchell
Silberberg &
Knupp LLP

2428217.2

1    addition to the name of the artist and song title), artist biographies and copyrighted

2    album art.  Plaintiffs are informed and believe, and on that basis aver, that such

3    additional content is copied by Defendants and embedded in the MP3 file that

4    Defendants transmit and distribute to purchasers via the BlueBeat Website.

5

6         29.    In addition to the ability to purchase permanent digital downloads of

7    sound recordings from the BlueBeat Website, members of the BlueBeat Website

8    have access to a feature known as "Direct Playback."  Using the "Direct Playback"

9    feature, Defendants stream to members of the BlueBeat Website, on demand and

10   for free, a digital transmission of any sound recording or album contained on the

11   BlueBeat Website, including Plaintiffs' Recordings.  In Defendants' own words:

12   "If you are a registered user (it's free to join!), you can access the Direct Playback

13   service: simply log in and click the play button next to the song title! This will

14   begin a complete album playback from that point (and will loop back around to

15   include the whole album/box set)."

16

17        30.    The BlueBeat Website also offers a "Direct Playback" feature that

18   streams uninterrupted recordings by the same artist.  Using this feature, a user may

19   "click the play button on any artist page, and hear a wonderfully randomized

20   playlist! [of recordings by a particular artist]."

21

22        31.    Defendants claim on their website that "[o]ur mp3s are fully-licensed

23   audio-visual works and BlueBeat.com pays all applicable royalties."  This is false.

24   Plaintiffs have never authorized Defendants to use their Recordings in any manner,

25   either orally or in writing, expressly or by implication.

26

27        32.    The harm to Plaintiffs from Defendants' conduct is immediate,

28   massive and irreparable.  Plaintiffs are in the business of creating, marketing, and

Mitchell
Silberberg &
Knupp LLP

2428217.2

11

1   distributing their Recordings, and licensing others to exploit such Recordings,

2   including over the Internet and via digital streaming.  In no uncertain terms,

3   Defendants have stolen the content upon which Plaintiffs' business is built.

4   Defendants offer Plaintiffs' recordings for free or at unreasonably low prices

5   precisely because Defendants have taken without a license the same content for

6   which legitimate licensees or retailers pay.  That conduct undercuts and harms the

7   legitimate retail market for Plaintiffs' Recordings and harms the overall value of

8   Plaintiffs' Recordings.  More critically, it deprives Plaintiffs, their recording

9   artists, and all of the people that contribute to the creation of a sound recording the

10  right to be compensated for their talent, labor, and effort.

11

12      33.    In addition to the foregoing, many of Plaintiffs' Recordings available

13  on the BlueBeat Website, including recordings by the Beatles, are well-known to

14  be unavailable for digital download by any legitimate source.  By stealing that

15  content, Defendants have seized for themselves the unique privilege of being the

16  exclusive seller of such recordings, and have wrested control over these

17  Recordings from Plaintiffs, the legitimate owners of such Recordings.

18

19      34.    Defendants are well-aware that they do not have any license, right, or

20  authority to engage in any of the foregoing infringing activities.  It is well-known

21  to the public, and Defendants certainly know, that music cannot be copied,

22  distributed, sold, and publicly performed without a license, and that such conduct

23  constitutes copyright infringement.  In fact, Defendants, including Risan and MRT,

24  are in the business of creating and licensing digital rights management technology

25  that is designed to prevent the unauthorized distribution of music over the Internet,

26  and has authored articles about anti-piracy and music licensing issues.  Amazingly,

27  while in the business of pirating and selling thousands of infringing music files,

28  Defendants simultaneously claim that the digital streams offered by the BlueBeat

Mitchell
Silberberg &
Knupp LLP

2428217.2

1   Website incorporate "Media Rights Technologies' X1 Recording Control, to

2   secure music and ensure all appropriate royalties are paid to the rights holders and

3   artists responsible for your favorite tunes."  Moreover, Defendants have placed on

4   the BlueBeat Website the name of each record label that owns each recording that

5   they are unlawfully distributing via the BlueBeat Website.  Thus, Defendants know

6   the identity of the owners of the recordings and that they have never received

7   licenses from them.  Defendants also know enough to falsely claim that they

8   possess adequate licenses to sell and perform music.

9

10                              **COUNT I**

11                  **DIRECT COPYRIGHT INFRINGEMENT**

12

13       35.     Plaintiffs incorporate by this reference each and every averment

14   contained in paragraphs 1 through 34, inclusive.

15

16       36.     Defendants have infringed Plaintiffs' copyrights in the Copyrighted

17   Recordings by reproducing, distributing, and publicly performing the Copyrighted

18   Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§

19   106 and 501.

20

21       37.     Each such infringement by Defendants of the Copyrighted Recordings

22   constitutes a separate and distinct act of infringement.

23

24       38.     Defendants' acts of infringement are willful, in disregard of and with

25   indifference to the rights of Plaintiffs.

26

27       39.     As a direct and proximate result of the infringements by Defendants,

28   Plaintiffs are entitled to damages and to Defendants' profits in amounts to be

Mitchell
Silberberg &
Knupp LLP

2428217.2

1   proven at trial which are not currently ascertainable.  Alternatively, Plaintiffs are

2   entitled to maximum statutory damages of $150,000 for each copyright infringed,

3   or in such other amount as may be proper under 17 U.S.C. § 504(c).

4

5       40.    Plaintiffs further are entitled to their attorneys' fees and full costs

6   pursuant to 17 U.S.C. § 505.

7

8       41.    As a result of Defendants' acts and conduct, Plaintiffs have sustained

9   and will continue to sustain substantial, immediate, and irreparable injury, for

10  which there is no adequate remedy at law.  Plaintiffs are informed and believe, and

11  on that basis aver, that unless enjoined and restrained by this Court, Defendants

12  will continue to infringe Plaintiffs' rights in the Copyrighted Recordings.

13  Plaintiffs are entitled to temporary, preliminary, and permanent injunctive relief to

14  restrain and enjoin Defendants' continuing infringing conduct.

15

16              **COUNT II**

17  **VIOLATION OF CALIFORNIA CIVIL CODE SECTION 980(a)(2) AND**

18          **COMMON LAW MISAPPROPRIATION**

19

20      42.    Plaintiffs incorporate herein by this reference each and every

21  averment contained in paragraphs 1 through 34, inclusive.

22

23      43.    Plaintiffs possess exclusive ownership interests in and to the Pre-1972

24  Recordings, including pursuant to California Civil Code § 980(a)(2) and under the

25  common law.

26

27      44.    Through their conduct, Defendants have violated Plaintiffs' exclusive

28  ownership interests in and to the Pre-1972 Recordings.

Mitchell
Silberberg &
Knupp LLP

2428217.2

14

45.     As a direct and proximate result of Defendants' conduct in violation of Plaintiffs' exclusive ownership interests in and to the Pre-1972 Recordings, Defendants have received proceeds and Plaintiffs have been damaged in an amount to be proven at trial.

46.     Defendants are guilty of oppression, fraud or malice, and Plaintiffs, in addition to their actual damages, are, by reason thereof, entitled to recover exemplary and punitive damages against Defendants.

47.     Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Plaintiffs are entitled to temporary, preliminary and permanent injunctions prohibiting further violation of Plaintiffs' property rights in the Pre-1972 Recordings.

## <u>COUNT III</u>
## STATUTORY AND COMMON LAW UNFAIR COMPETITION

48.     Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 34, inclusive.

49.     The acts and conduct of Defendants constitute an appropriation and invasion of the property rights of Plaintiffs in the Pre-1972 Recordings, and constitute unfair competition under California Business & Professions Code §17200 and under the common law.

Mitchell
Silberberg &
Knupp LLP

2428217.2

1    50.    As a direct and proximate result of Defendants' conduct, Plaintiffs

2 further are entitled to recover all proceeds and other compensation received or to

3 be received by Defendants arising from the infringements of the Pre-1972

4 Recordings.

5

6    51.    As a direct and proximate result of Defendants' unfair competition,

7 Plaintiffs have been damaged, and Defendants have been unjustly enriched, in an

8 amount to be proven at trial for which damages and/or restitution and

9 disgorgement is appropriate.  Such damages and/or restitution and disgorgement

10 should include a declaration by this Court that Defendants are constructive trustees

11 for the benefit of Plaintiffs, and an order that Defendants convey to Plaintiffs the

12 gross receipts received or to be received that are attributable to infringement of the

13 Pre-1972 Recordings.

14

15    52.    Defendants are guilty of oppression, fraud or malice, and Plaintiffs, in

16 addition to their actual damages, by reason thereof, are entitled to recover

17 exemplary and punitive damages against Defendants.

18

19    53.    Defendants' conduct is causing, and unless enjoined and restrained by

20 this Court will continue to cause, Plaintiffs great and irreparable injury that cannot

21 fully be compensated or measured in money.  Plaintiffs have no adequate remedy

22 at law.  Pursuant to California Business & Professions Code § 17203, Plaintiffs are

23 entitled to temporary, preliminary and permanent injunctions prohibiting further

24 acts of unfair competition.

25

26    WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of

27 them, jointly and severally, as follows:

28

Mitchell
Silberberg &
Knupp LLP

2428217.2

16

1.   On Count I, for:

     (a)   A temporary, preliminary, and permanent injunction enjoining and restraining Defendants and their respective agents, servants, directors, officers, principals, employees, representatives, subsidiaries and affiliated companies, successors, assigns, and those acting in concert with them or at their direction from directly or indirectly infringing in any manner any right in any and all copyrighted works (or portions thereof), whether now in existence or later created, in which any Plaintiff (including its parents, subsidiaries, affiliates, or distributed labels) owns or controls an exclusive right under Section 106 of the United States Copyright Act (17 U.S.C. § 106) (the "Copyrighted Sound Recordings"), including without limitation by directly or indirectly copying, reproducing, downloading, distributing, communicating to the public, uploading, linking to, transmitting, publicly performing, or otherwise exploiting in any manner any of Plaintiffs' Copyrighted Sound Recordings, including but not limited to those set forth in Schedule A to the Complaint; and

     (b)   Defendants' profits and for damages in such amount as may be determined; alternatively, for maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c); and

     (c)   for Plaintiffs' attorneys' fees and full costs.

2.   On Counts II and III, for:

     (a)   a temporary, preliminary, and permanent injunction enjoining and restraining Defendants, and their respective agents, servants, directors, officers, principals, employees, representatives, subsidiaries and affiliated companies, successors, assigns, and those acting in concert with them or at their

1   direction, from directly or indirectly infringing in any manner any right in any and

2   all sound recordings originally fixed in a tangible medium of expression prior to

3   February 15, 1972, in which any Plaintiff (including its parents, subsidiaries,

4   affiliates, or distributed labels) owns or controls an exclusive right or under state or

5   common law (the "Pre-1972 Sound Recordings"), including without limitation by

6   directly or indirectly copying, reproducing, downloading, distributing,

7   communicating to the public, uploading, linking to, transmitting, publicly

8   performing, or otherwise exploiting in any manner any of Plaintiffs' Pre-1972

9   Sound Recordings, including but not limited to those set forth in Schedule B to the

10  Complaint.

11              (b)    imposition of a constructive trust

12

13              (c)    restitution of Defendants' unlawful proceeds,

14              (d)    damages according to proof, and

15

16              (e)    punitive and exemplary damages in such amount as may be

17  awarded at trial.

18
        3.    For prejudgment interest according to law; and
19

20      4.    For such other and further relief as the Court may deem just and

21  proper.

22

23  DATED: November 3, 2009          RUSSELL J. FRACKMAN

24                                   MARC E. MAYER
                                     DAVID A. STEINBERG
25                                   MITCHELL SILBERBERG & KNUPP LLP

26

27                                   By: _____
                                         Marc E. Mayer
28                                       Attorneys for Plaintiffs

## DEMAND FOR TRIAL BY JURY

Plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and Narada Productions, Inc., hereby demand a trial by jury on all issues so triable.

DATED: November 3, 2009

RUSSELL J. FRACKMAN
MARC E. MAYER
DAVID A. STEINBERG
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Marc E. Mayer
Attorneys for Plaintiffs

Mitchell
Silberberg &
Knupp LLP

2428217.2

19

**EXHIBIT A**

## Schedule A
## Representative Copyrighted Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Beastie Boys | Ch-Check It Out | Capitol Records LLC | To The 5 Boroughs | SR 536-345 | 6/9/2004 | http://www.bluebeat.com/albums/14367 |
| Beastie Boys | Hey Ladies | Capitol Records LLC | Paul's Boutique | SRU 154-345 | 6/27/1989 | http://www.bluebeat.com/albums/383 |
| Beastie Boys | So What'cha Want | Capitol Records LLC | Check Your Head | SR 197-458 | 4/10/1995 | http://www.bluebeat.com/albums/45249 |
| Beastie Boys | Sure Shot | Capitol Records LLC | Ill Communication | SR 213-461 | 9/11/1995 | http://www.bluebeat.com/albums/47220 |
| Billy Idol | White Wedding (Part 1) | Capitol Records LLC | Billy Idol | SR 39-673 | 6/16/1982 | http://www.bluebeat.com/albums/2679 |
| Blondie | Dreaming | Capitol Records LLC | Eat To The Beat | SR 12-739 | 10/1/1979 | http://www.bluebeat.com/albums/8277 |
| Blondie | Heart Of Glass | Capitol Records LLC | Parallel Lines | SR 4-090 / SR 8-533 | 10/23/1978 1/10/1979 | http://www.bluebeat.com/albums/488 |
| Blondie | No Imagination | Capitol Records LLC | Plastic Letters | SR 1-084 | 2/3/1978 | http://www.bluebeat.com/albums/8278 |
| Blondie | The Tide Is High | Capitol Records LLC | Autoamerican | SR 22-605 | 11/28/1980 | http://www.bluebeat.com/albums/21091 |
| Blur | Country House | America, Inc. | The Great Escape | SR 213-626 | 9/26/1995 | http://www.bluebeat.com/albums/37663 |
| Blur | Girls & Boys | Capitol Records LLC | Parklife | SR 345-517 | 12/31/2003 | http://www.bluebeat.com/albums/517 |
| Blur | Song 2 | Capitol Records LLC | Blur | SR 231-938 | 3/12/1997 | http://www.bluebeat.com/albums/516 |
| Blur | There's No Other Way | Capitol Records LLC | Leisure | SR 135-033 | 9/26/1991 | http://www.bluebeat.com/albums/37662 |
| Bob Seger | Against The Wind | Capitol Records LLC | Against The Wind | SR 17-910 | 6/2/1980 | http://www.bluebeat.com/albums/11544 |
| Bob Seger & the Silver | Night Moves | Capitol Records LLC | Night Moves | SR 370-651 | 6/6/2005 | http://www.bluebeat.com/albums/5015 |
| Bullet Band | I Will Not Be Broken | Capitol Records LLC | Souls Alike | SR 377-456 | 9/20/2005 | http://www.bluebeat.com/albums/26212 |
| Bonnie Raitt | Nick Of Time | Capitol Records LLC | Nick Of Time | SR 102-443 | 3/28/1989 | http://www.bluebeat.com/albums/17795 |
| Bonnie Raitt | Something To Talk About | Capitol Records LLC | Luck Of The Draw | SR 133-193 | 8/6/1991 | http://www.bluebeat.com/albums/4669 |
| Bonnie Raitt | Clocks | Capitol Records LLC | A Rush Of Blood To The Head | SR 322-958 SRU 573-811 / | 9/9/2002 3/10/2005 | http://www.bluebeat.com/albums/1103 |
| Coldplay | Fix You | X&Y | X&Y | SR 376-828 | 8/17/05 | http://www.bluebeat.com/albums/26035 |
| Coldplay | Viva La Vida | Capitol Records LLC | Viva La Vida | SRu 870-150 | 4/22/2008 | http://www.bluebeat.com/albums/36856 |
| Coldplay | Yellow | Capitol Records LLC | Parachutes | SR 328-782 | 3/18/2003 | http://www.bluebeat.com/albums/12210 |
| Daft Punk | Around The World | Virgin Records America, Inc. | Homework | SR 220-421 | 3/26/1997 | http://www.bluebeat.com/albums/1560 |
| Daft Punk | One More Time | Virgin Records America, Inc. | Discovery | SR 379-190 | 11/8/2005 | http://www.bluebeat.com/albums/1559 |
| Duran Duran | Girls On Film | Capitol Records LLC | Duran Duran | SR 278-777 | 3/24/2000 | http://www.bluebeat.com/albums/1694 |
| Duran Duran | Notorious | Capitol Records LLC | Notorious | SR 81-387 | 5/28/1987 | http://www.bluebeat.com/albums/20880 |
| Duran Duran | Rio | Capitol Records LLC | Rio | SR 37-720 | 8/4/1982 | http://www.bluebeat.com/albums/1696 |
| Duran Duran | The Reflex | Capitol Records LLC | Seven And The Ragged Tiger | SR 53-971 | 12/13/1983 | http://www.bluebeat.com/albums/12316 |
| Duran Duran | Clint Eastwood | Capitol Records LLC | Gorillaz | SR 409-208 | 1/4/2007 | http://www.bluebeat.com/albums/8994 |
| Gorillaz | Feel Good Inc. | Capitol Records LLC | Demon Days | SRu 573-812 / SR 379-135 | 3/10/2005 11/14/05 | http://www.bluebeat.com/albums/26003 |

2430648.XLS

## Schedule A
## Representative Copyrighted Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Ice Cube | Check Yo Self | Priority Records LLC | The Predator | SR 169-617 | 6/1/1993 | http://www.bluebeat.com/albums/7349 |
| John Lennon | Mind Games | Capitol Records LLC | Mind Games | N 10756 | 11/12/1973 | http://www.bluebeat.com/albums/3207 |
| Keiko Matsui | Moon Circle | Narada Productions | The Ring | SR 325-145 | 12/30/2002 | http://www.bluebeat.com/albums/7455 |
| Keith Urban | Days Go By | Capitol Records LLC | Be Here | SR 353-271 | 9/24/2004 | http://www.bluebeat.com/albums/19883 |
| KT Tunstall | Little Favours | Virgin Records America, Inc. | Drastic Fantastic | SR 612-701 | 9/24/2007 | http://www.bluebeat.com/albums/34817 |
| KT Tunstall | Suddenly I See | Virgin Records America, Inc. | Eye To The Telescope | SR 388-462 | 3/7/2006 | http://www.bluebeat.com/albums/28017 |
| LCD Soundsystem | Sound of Silver | Capitol Records LLC | Sound Of Silver | SR 404-786 | 4/20/2007 | http://www.bluebeat.com/albums/33888 |
| Lenny Kravitz | Are You Gonna Go My Way | Virgin Records America, Inc. | Are You Gonna Go My Way | SR 149-143 | 3/12/1993 | http://www.bluebeat.com/albums/3138 |
| Lenny Kravitz | Battlefield Of Love | Virgin Records America, Inc. | Lenny | SR 317-577 | 9/3/2002 | http://www.bluebeat.com/albums/3139 |
| Lenny Kravitz | Let Love Rule | Virgin Records America, Inc. | Let Love Rule | SR 111-095 | 9/22/1989 | http://www.bluebeat.com/albums/12514 |
| Lenny Kravitz | Love Revolution | Virgin Records America, Inc. | It Is Time For A Love Revolution | SRu 865-469 / SR 392-058 / | 11/21/2007 | http://www.bluebeat.com/albums/35932 |
| Lily Allen | Smile | Capitol Records LLC | Alright, Still... | SR 392-059 | 6/20/2007 | http://www.bluebeat.com/albums/31465 |
| Norah Jones | Don't Know Why | Capitol Records LLC | Come Away With Me | SR 337-829 | 6/2/2003 | http://www.bluebeat.com/albums/2961 |
| Norah Jones | Sunrise | Capitol Records LLC | Feels Like Home | SR 350-540 | 2/23/2004 | http://www.bluebeat.com/albums/17529 |
| Norah Jones | Wish I Could | Capitol Records LLC | Not Too Late | SRu 630-866 / SR 411-910 | 11/9/2006 / 4/3/2007 | http://www.bluebeat.com/albums/33395 |
| OK Go | Get Over It | Capitol Records LLC | OK Go | SR 322-969 | 9/23/2002 | http://www.bluebeat.com/albums/13802 |
| OK Go | Here It Goes Again | Capitol Records LLC | Oh No | SR 377-392 | 9/20/2005 | http://www.bluebeat.com/albums/27698 |
| Pat Benatar | Heartbreaker | Capitol Records LLC | In The Heat Of The Night | SR 12-742 | 10/1/1979 | http://www.bluebeat.com/albums/16326 |
| Pat Benatar | Hit Me With Your Best Shot | Capitol Records LLC | Crimes Of Passion | SR 20-348 | 8/20/1980 | http://www.bluebeat.com/albums/16328 |
| Pat Benatar | Little Too Late | Capitol Records LLC | Get Nervous | SR 39-516 | 10/15/1982 | http://www.bluebeat.com/albums/16327 |
| Pat Benatar | Promises In The Dark | Capitol Records LLC | Precious Time | SR 28-224 | 7/14/1981 | http://www.bluebeat.com/albums/764 |
| Pet Shop Boys | Being Boring | Capitol Records LLC | Behavior | SR 125-170 | 11/29/1990 | http://www.bluebeat.com/albums/15130 |
| Pet Shop Boys | Left To My Own Devices | Capitol Records LLC | Introspective | SR 105-378 | 7/31/1989 | http://www.bluebeat.com/albums/12700 |
| Pet Shop Boys | West End Girls | Capitol Records LLC | Please | SR 368-580 | 7/17/2003 | http://www.bluebeat.com/albums/4426 |
| Pink Floyd | Us And Them | Capitol Records LLC | Dark Side Of The Moon | N6354 | 3/15/1973 | http://www.bluebeat.com/albums/11504 |
| Radiohead | 2+2=5 | Capitol Records LLC | Hail To The Thief | SR 330-375 | 4/26/2003 | http://www.bluebeat.com/albums/12752 |
| Radiohead | Creep | Capitol Records LLC | Pablo Honey | SR 190-976 | 6/16/1994 | http://www.bluebeat.com/albums/4798 |

**Schedule A**

**Representative Copyrighted Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Radiohead | Everything In Its Right Place | Capitol Records LLC | Kid A | SR 289-381 | 11/30/2000 | http://www.bluebeat.com/albums/4796 |
| Radiohead | Fake Plastic Trees | Capitol Records LLC | The Bends | SR 280-260 | 5/16/2000 | http://www.bluebeat.com/albums/4799 |
| Radiohead | Karma Police | Capitol Records LLC | OK Computer | SR 330-613 | 3/20/2003 | http://www.bluebeat.com/albums/4797 |
| Radiohead | Knives Out | Capitol Records LLC | Amnesiac | SR 299-390 | 6/15/2001 | http://www.bluebeat.com/albums/4795 |
| Radiohead | True Love Waits | Capitol Records LLC | I Might Be Wrong: Live Recordings | SR 335-962 | 3/18/2003 | http://www.bluebeat.com/albums/31808 |
| Selena | Bidi Bidi Bom Bom | Capitol Records LLC | Amor Prohibido | SR 171-022 | 11/22/1995 | http://www.bluebeat.com/albums/12819 |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | Mellon Collie And The Infinite Sadness | SR 183-904 | 2/12/1996 | http://www.bluebeat.com/albums/5593 |
| Smashing Pumpkins | Cherub Rock | Virgin Records America, Inc. | Siamese Dream | SR 169-635 | 8/10/1993 | http://www.bluebeat.com/albums/5595 |
| Smashing Pumpkins | I Am One | Caroline Records, Inc. | Gish | SR 140-511 | 2/27/1992 | http://www.bluebeat.com/albums/5592 |
| Stacie Orrico | Stuck | EMI Christian Music Group, Inc. | Stacie Orrico | SR 329-861 | 5/20/2003 | http://www.bluebeat.com/albums/16498 |
| Supergrass | In It For The Money | Capitol Records LLC | In It For The Money | SR 299-029 | 6/25/2001 | http://www.bluebeat.com/albums/7706 |
| The Beatles | Free As A Bird | Capitol Records LLC | Anthology 1 | SR 220-415 | 12/20/1996 | http://www.bluebeat.com/albums/8397 |
| The Beatles | Real Love | Capitol Records LLC | Anthology 2 | SR 220-417 | 12/20/1996 | http://www.bluebeat.com/albums/8399 |
| The Red Jumpsuit Apparatus | Face Down | Virgin Records America, Inc. | Don't You Fake It | SR 393-452 / SR 394-029 | 7/18/2006 8/11/2006 | http://www.bluebeat.com/albums/31354 |
| Tina Turner | What's Love Got To Do With It | Capitol Records LLC | Private Dancer | SR 58-022 | 9/21/1984 | http://www.bluebeat.com/albums/10606 |
| Trace Adkins | (This Ain't) No Thinkin' Thing | Capitol Records LLC | Dreamin' Out Loud | SR 221-447 | 6/17/1996 | http://www.bluebeat.com/albums/13108 |
| Trace Adkins | Comin' On Strong | Capitol Records LLC | Comin' On Strong | SR 348-616 | 2/9/2004 | http://www.bluebeat.com/albums/14388 |
| Trace Adkins | Dangerous Man | Capitol Records LLC | Dangerous Man | SR 399-734 | 10/23/2006 | http://www.bluebeat.com/albums/31706 |
| Trace Adkins | Songs About Me | Capitol Records LLC | Songs About Me | SR 361-542 | 8/22/2005 | http://www.bluebeat.com/albums/25964 |
| Yellowcard | Light Up The Sky | Capitol Records LLC | Paper Walls | SR 652-295 / SR 611-607 | 5/10/2007 9/17/2007 | http://www.bluebeat.com/albums/34535 |
| Yellowcard | Ocean Avenue | Capitol Records LLC | Ocean Avenue | SR 343-413 | 11/12/2003 | http://www.bluebeat.com/albums/14378 |
| Yellowcard | Three Flights Up | Capitol Records LLC | Lights And Sounds | SR 587-735 / SR 383-205 | 11/9/2005 3/10/2006 | http://www.bluebeat.com/albums/27775 |

2430648 XLS

**EXHIBIT B**

**Schedule B**

**Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| Art Blakey & The Jazz Messengers | Free For All | Capitol Records LLC | Free For All | http://www.bluebeat.com/albums/29186 |
| Art Blakey & The Jazz Messengers | The Chess Players | Capitol Records LLC | The Big Beat | http://www.bluebeat.com/albums/29183 |
| Beach Boys | Good Vibrations | Capitol Records LLC | Greatest Hits Vol.1 | http://www.bluebeat.com/albums/823 |
| Beach Boys | Surfin USA | Capitol Records LLC | Surfin' Safari | http://www.bluebeat.com/albums/827 |
| Beach Boys | Wouldn't It Be Nice | Capitol Records LLC | Pet Sounds | http://www.bluebeat.com/albums/824 |
| Grant Green | Idle Moments | Capitol Records LLC | Idle Moments | http://www.bluebeat.com/albums/2276 |
| John Lennon | Imagine | Capitol Records LLC | Imagine | http://www.bluebeat.com/albums/3204 |
| John Lennon | Working Class Hero | Capitol Records LLC | John Lennon / Plastic Ono Band | http://www.bluebeat.com/albums/3208 |
| Paul & Linda McCartney | Uncle Albert-Admiral Halsey | Capitol Records LLC | Ram | http://www.bluebeat.com/albums/3777 |
| Pink Floyd | Interstellar Overdrive | Capitol Records LLC | The Piper At The Gates Of Dawn | http://www.bluebeat.com/albums/4503 |
| The Band | The Night They Drove Old Dixie Down | Capitol Records LLC | The Band | http://www.bluebeat.com/albums/8395 |
| The Band | This Wheel's On Fire | Capitol Records LLC | Music From Big Pink | http://www.bluebeat.com/albums/818 |
| The Beatles | A Day In The Life | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/851 |
| The Beatles | A Hard Day's Night | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/829 |
| The Beatles | A Taste Of Honey | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47832 |
| The Beatles | Across The Universe | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47832 |
| The Beatles | Act Naturally | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47836 |
| The Beatles | All I've Got To Do | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47821 |
| The Beatles | All My Loving | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47822 |
| The Beatles | All You Need Is Love | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48076 |
| The Beatles | And I Love Her | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/833 |
| The Beatles | And Your Bird Can Sing | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/845 |
| The Beatles | Anna (Go To Him) | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47823 |
| The Beatles | Another Girl | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47833 |
| The Beatles | Any Time At All | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/836 |
| The Beatles | Ask Me Why | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47826 |
| The Beatles | Baby It's You | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47830 |
| The Beatles | Baby You're A Rich Man | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48075 |
| The Beatles | Baby's In Black | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47823 |
| The Beatles | Back In The U.S.S.R. | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47823 |
| The Beatles | Because | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8403 |
| The Beatles | Being For The Benefit Of Mr Kite | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/845 |
| The Beatles | Birthday | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47840 |
| The Beatles | Blackbird | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47833 |

2430648.XLS

**Schedule B**
**Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Blue Jay Way | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48069 |
| The Beatles | Boys | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47825 |
| The Beatles | Can't Buy Me Love | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/835 |
| The Beatles | Carry That Weight | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8410 |
| The Beatles | Chains | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47824 |
| The Beatles | Come Together | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8396 |
| The Beatles | Cry Baby Cry | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47850 |
| The Beatles | Dear Prudence | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47824 |
| The Beatles | Devil In Her Heart | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47831 |
| The Beatles | Dig A Pony | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47831 |
| The Beatles | Dig It | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47834 |
| The Beatles | Dizzy Miss Lizzy | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47842 |
| The Beatles | Do You Want To Know A Secret | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47831 |
| The Beatles | Doctor Robert | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/847 |
| The Beatles | Don't Bother Me | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47823 |
| The Beatles | Don't Pass Me By | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47836 |
| The Beatles | Drive My Car | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47825 |
| The Beatles | Eight Days A Week | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47838 |
| The Beatles | Eleanor Rigby | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/838 |
| The Beatles | Every Little Thing | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47841 |
| The Beatles | Everybody's Got Something To Hide Except Me And My Monkey | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47843 |
| The Beatles | Everybody's Trying To Be My Baby | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47844 |
| The Beatles | Fixing A Hole | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/843 |
| The Beatles | Flying | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48068 |
| The Beatles | For No One | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/846 |
| The Beatles | For You Blue | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47840 |
| The Beatles | Get Back | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47841 |
| The Beatles | Getting Better | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/842 |
| The Beatles | Girl | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47833 |
| The Beatles | Glass Onion | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47825 |
| The Beatles | Golden Slumbers | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8409 |
| The Beatles | Good Day Sunshine | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/844 |
| The Beatles | Good Morning Good Morning | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/849 |
| The Beatles | Good Night | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47852 |

**Schedule B**

**Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Got To Get You Into My Life | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/849 |
| The Beatles | Happiness Is A Warm Gun | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47830 |
| The Beatles | Hello Goodbye | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48072 |
| The Beatles | Help! | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47829 |
| The Beatles | Helter Skelter | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47845 |
| The Beatles | Her Majesty | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8412 |
| The Beatles | Here Comes The Sun | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8402 |
| The Beatles | Here There And Everywhere | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/841 |
| The Beatles | Hold Me Tight | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47828 |
| The Beatles | Honey Don't | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47840 |
| The Beatles | Honey Pie | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47848 |
| The Beatles | I Am The Walrus | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48071 |
| The Beatles | I Don't Want To Spoil The Party | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47842 |
| The Beatles | I Me Mine | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47833 |
| The Beatles | I Need You | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47832 |
| The Beatles | I Saw Her Standing There | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47821 |
| The Beatles | I Should Have Known Better | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/830 |
| The Beatles | I Wanna Be Your Man | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47830 |
| The Beatles | I Want To Tell You | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/848 |
| The Beatles | I Want You (She's So Heavy) | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8401 |
| The Beatles | I Will | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47838 |
| The Beatles | If I Fell | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/831 |
| The Beatles | If I Need Someone | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47837 |
| The Beatles | I'll Be Back | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/841 |
| The Beatles | I'll Cry Instead | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/837 |
| The Beatles | I'll Follow The Sun | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47835 |
| The Beatles | I'm A Loser | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47832 |
| The Beatles | I'm Happy Just To Dance With You | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/832 |
| The Beatles | I'm Looking Through You In My Life | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47834 |
| The Beatles | I'm Only Sleeping | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/839 |
| The Beatles | I'm So Tired | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47832 |
| The Beatles | In My Life | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47835 |
| The Beatles | It Won't Be Long | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47820 |
| The Beatles | It's Only Love | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47837 |
| The Beatles | I've Got A Feeling | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47837 |
| The Beatles | I've Just Seen A Face | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47840 |
| The Beatles | Julia | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47839 |

page 3 of 6

2430648.XLS

**Schedule B**
**Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Kansas City~ Hey-Hey-Hey-Hey! | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47837 |
| The Beatles | Let It Be | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47835 |
| The Beatles | Little Child | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47824 |
| The Beatles | Long, Long, Long | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47846 |
| The Beatles | Love Me Do | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47828 |
| The Beatles | Love You To | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/840 |
| The Beatles | Lovely Rita | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/848 |
| The Beatles | Lucy In The Sky With Diamonds | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/841 |
| The Beatles | Maggie Mae | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47836 |
| The Beatles | Magical Mystery Tour | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48066 |
| The Beatles | Martha My Dear | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47831 |
| The Beatles | Maxwell's Silver Hammer | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8398 |
| The Beatles | Mean Mr Mustard | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8406 |
| The Beatles | Michelle | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47831 |
| The Beatles | Misery | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47822 |
| The Beatles | Money (That's What I Want) | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47833 |
| The Beatles | Mother Nature's Son | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47842 |
| The Beatles | Mr. Moonlight | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47836 |
| The Beatles | No Reply | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47831 |
| The Beatles | Norwegian Wood (This Bird Has Flown) | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47826 |
| The Beatles | Not A Second Time | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47832 |
| The Beatles | Nowhere Man | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47828 |
| The Beatles | Ob-La-Di, Ob-La-Da | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47826 |
| The Beatles | Octopus's Garden | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8400 |
| The Beatles | Oh Darling | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8399 |
| The Beatles | One After 909 | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47838 |
| The Beatles | P.S. I Love You | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47829 |
| The Beatles | Penny Lane | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48074 |
| The Beatles | Piggies | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47834 |
| The Beatles | Please Mister Postman | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47826 |
| The Beatles | Please Please Me | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47827 |
| The Beatles | Polythene Pam | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8407 |
| The Beatles | Revolution 9 | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47851 |
| The Beatles | Revolution I | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47829 |
| The Beatles | Rock And Roll Music | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47834 |
| The Beatles | Rocky Raccoon | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47835 |

2430648.XLS

## Schedule B
### Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Roll Over Beethoven | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47827 |
| The Beatles | Run For Your Life | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47838 |
| The Beatles | Savoy Truffle | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47849 |
| The Beatles | Sexy Sadie | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47844 |
| The Beatles | Sgt Pepper's Lonely Hearts Club Band | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/839 |
| The Beatles | Sgt Pepper's Lonely Hearts Club Band (Reprise) | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/850 |
| The Beatles | She Came In Through The Bathroom Window | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8408 |
| The Beatles | She Said She Said | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/843 |
| The Beatles | She's Leaving Home | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/844 |
| The Beatles | Something | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8397 |
| The Beatles | Strawberry Fields Forever | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48073 |
| The Beatles | Sun King | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8405 |
| The Beatles | Taxman | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/837 |
| The Beatles | Tell Me What You See | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/839 |
| The Beatles | Tell Me Why | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/834 |
| The Beatles | The Continuing Story Of Bungalow Bill | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47828 |
| The Beatles | The End | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8411 |
| The Beatles | The Fool On The Hill | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48067 |
| The Beatles | The Long And Winding Road | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47839 |
| The Beatles | The Night Before | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47830 |
| The Beatles | The Word | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47830 |
| The Beatles | There's A Place | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47833 |
| The Beatles | Things We Said Today | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/838 |
| The Beatles | Think For Yourself | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47829 |
| The Beatles | Ticket To Ride | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47835 |
| The Beatles | Till There Was You | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47825 |
| The Beatles | Tomorrow Never Knows | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/850 |
| The Beatles | Twist And Shout | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47834 |
| The Beatles | Two Of Us | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47830 |
| The Beatles | Wait | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47836 |
| The Beatles | What Goes On | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47832 |
| The Beatles | What You're Doing | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47843 |
| The Beatles | When I Get Home | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/839 |
| The Beatles | When I'm Sixty-Four | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/847 |

## Schedule B
### Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | While My Guitar Gently Weeps | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47829 |
| The Beatles | Why Don't We Do It In The Road? | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47837 |
| The Beatles | Wild Honey Pie | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47827 |
| The Beatles | With A Little Help From My Friends | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/840 |
| The Beatles | Within You Without You | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/846 |
| The Beatles | Words Of Love | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47839 |
| The Beatles | Yellow Submarine | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/842 |
| The Beatles | Yer Blues | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47841 |
| The Beatles | Yesterday | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47841 |
| The Beatles | You Can't Do That | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/840 |
| The Beatles | You Like Me Too Much | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47838 |
| The Beatles | You Never Give Me Your Money | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8404 |
| The Beatles | You Really Got A Hold On Me | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47829 |
| The Beatles | You Won't See Me | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47827 |
| The Beatles | Your Mother Should Know | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48070 |
| The Beatles | You're Going To Lose That Girl | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47834 |
| The Beatles | You've Got To Hide Your Love Away | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47831 |

2430648.XLS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV09- 8030 JFW (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

RUSSELL J. FRACKMAN (SBN 49087)
MARC E. MAYER (SBN 190969)
DAVID A. STEINBERG
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation<br><br>PLAINTIFF(S)<br><br>V.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com , MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.basebeat.com and HANK RISAN, an individual; and DOES 1 through 10<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09  08030  JFW  (JCx)<br><br><br>SUMMONS |

TO: DEFENDANT(S): BLUEBEAT, INC., MEDIA RIGHTS TECHNOLOGIES, INC., BASEBEAT, INC., and HANK RISAN

   A lawsuit has been filed against you.

   Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Russell J. Frackman, whose address is Mitchell Silberberg & Knupp LLP, 11377 W. Olympic Boulevard, Los Angeles, CA 90064. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   NOV - 3 2009

By:    **CHRISTOPHER POWERS**

   Deputy Clerk

   (Seal of the Court)

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

American LegalNet, Inc.
www.USCourtForms.com

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

CAPITOL RECORDS, LLC, a Delaware limited liability company;
CAROLINE RECORDS, INC., a New York Corporation; EMI
CHRISTIAN MUSIC GROUP INC., a California Corporation;
PRIORITY RECORDS, LLC, a Delaware limited liability company;
VIRGIN RECORDS AMERICA, INC., a California Corporation; and
NARADA PRODUCTIONS, INC., a Wisconsin corporation

**DEFENDANTS**

BLUEBEAT, INC., a Delaware corporation, doing business as
www.bluebeat.com , MEDIA RIGHTS TECHNOLOGIES, INC., a
California corporation; BASEBEAT, INC., a Delaware corporation,
doing business as www.basebeat.com and HANK RISAN, an
individual; and DOES 1 through 20

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Russell J. Frackman (SBN 49087) Marc E. Mayer (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: 310-312-2000  Facsimile: 310-312-3100

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement (17 U.S.C. §101 et. seq.); Unfair Competition; Misappropriation (Cal. Civ. Code § 980)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**  Case Number:       CV09 08030

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Capitol Records, LLC., Caroline Records, Inc., Virgin Records America, Inc.- Los Angeles, California | EMI Christian Music Group, Inc. – Nashville, Tennessee<br>Narada Productions, Inc., Priority Records, LLC - New York, NY |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Santa Cruz, California |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date _Nov. 3, 2009_

Marc E. Mayer

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com