**EXHIBIT A**

## Schedule A
### Representative Copyrighted Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Beastie Boys | Ch-Check It Out | Capitol Records LLC | To The 5 Boroughs | SR 536-345 | 6/9/2004 | http://www.bluebeat.com/albums/14367 |
| Beastie Boys | Hey Ladies | Capitol Records LLC | Paul's Boutique | SRu 154-345 | 6/27/1989 | http://www.bluebeat.com/albums/383 |
| Beastie Boys | So What'cha Want | Capitol Records LLC | Check Your Head | SR 197-456 | 4/10/1995 | http://www.bluebeat.com/albums/45249 |
| Beastie Boys | Sure Shot | Capitol Records LLC | Ill Communication | SR 213-461 | 9/11/1995 | http://www.bluebeat.com/albums/47220 |
| Billy Idol | White Wedding (Part 1) | Capitol Records LLC | Billy Idol | SR 39-673 | 6/16/1982 | http://www.bluebeat.com/albums/2679 |
| Blondie | Dreaming | Capitol Records LLC | Eat To The Beat | SR 12-739 | 10/1/1979 | http://www.bluebeat.com/albums/8277 |
| Blondie | Heart Of Glass | Capitol Records LLC | Parallel Lines | SR 4-0907 / SR 8-533 | 10/23/1978 / 1/10/1979 | http://www.bluebeat.com/albums/488 |
| Blondie | No Imagination | Capitol Records LLC | Plastic Letters | SR 1-084 | 2/3/1978 | http://www.bluebeat.com/albums/8278 |
| Blondie | The Tide Is High | Capitol Records LLC | Autoamerican | SR 22-605 | 11/28/1980 | http://www.bluebeat.com/albums/21091 |
| Blur | Country House | Virgin Records America, Inc. | The Great Escape | SR 213-626 | 9/26/1995 | http://www.bluebeat.com/albums/37663 |
| Blur | Girls & Boys | Capitol Records LLC | Parklife | SR 345-517 | 12/31/2003 | http://www.bluebeat.com/albums/517 |
| Blur | Song 2 | Capitol Records LLC | Blur | SR 231-938 | 3/12/1997 | http://www.bluebeat.com/albums/516 |
| Blur | There's No Other Way | Capitol Records LLC | Leisure | SR 135-033 | 9/26/1991 | http://www.bluebeat.com/albums/37662 |
| Bob Seger | Against The Wind | Capitol Records LLC | Against The Wind | SR 17-910 | 6/2/1980 | http://www.bluebeat.com/albums/11544 |
| Bob Seger & the Silver Bullet Band | Night Moves | Capitol Records LLC | Night Moves | SR 370-651 | 6/6/2005 | http://www.bluebeat.com/albums/5015 |
| Bonnie Raitt | I Will Not Be Broken | Capitol Records LLC | Souls Alike | SR 377-456 | 9/20/2005 | http://www.bluebeat.com/albums/26212 |
| Bonnie Raitt | Nick Of Time | Capitol Records LLC | Nick Of Time | SR 102-443 | 3/28/1989 | http://www.bluebeat.com/albums/17795 |
| Bonnie Raitt | Something To Talk About | Capitol Records LLC | Luck Of The Draw | SR 133-193 | 8/6/1991 | http://www.bluebeat.com/albums/4669 |
| Coldplay | Clocks | Capitol Records LLC | A Rush Of Blood To The Head | SR 322-958 | 9/9/2002 | http://www.bluebeat.com/albums/1103 |
| Coldplay | Fix You | Capitol Records LLC | X&Y | SRu 573-811 / SR 376-828 | 3/10/2005 / 8/17/05 | http://www.bluebeat.com/albums/26035 |
| Coldplay | Viva La Vida | Capitol Records LLC | Viva La Vida | SRu 870-150 | 4/22/2008 | http://www.bluebeat.com/albums/36856 |
| Coldplay | Yellow | Capitol Records LLC | Parachutes | SR 328-782 | 3/18/2003 | http://www.bluebeat.com/albums/12210 |
| Daft Punk | Around The World | Virgin Records America, Inc. | Homework | SR 220-421 | 3/26/1997 | http://www.bluebeat.com/albums/1560 |
| Daft Punk | One More Time | Virgin Records America, Inc. | Discovery | SR 379-190 | 11/8/2005 | http://www.bluebeat.com/albums/1559 |
| Duran Duran | Girls On Film | Capitol Records LLC | Duran Duran | SR 278-777 | 3/24/2000 | http://www.bluebeat.com/albums/1694 |
| Duran Duran | Notorious | Capitol Records LLC | Notorious | SR 81-387 | 5/28/1987 | http://www.bluebeat.com/albums/20880 |
| Duran Duran | Rio | Capitol Records LLC | Rio | SR 37-720 | 8/4/1982 | http://www.bluebeat.com/albums/1696 |
| Duran Duran | The Reflex | Capitol Records LLC | Seven And The Ragged Tiger | SR 53-971 | 12/13/1983 | http://www.bluebeat.com/albums/12316 |
| Gorillaz | Clint Eastwood | Capitol Records LLC | Gorillaz | SR 409-208 | 1/4/2007 | http://www.bluebeat.com/albums/8994 |
| Gorillaz | Feel Good Inc. | Capitol Records LLC | Demon Days | SRu 573-812 / SR 379-135 | 3/10/2005 / 11/14/05 | http://www.bluebeat.com/albums/26003 |

2430648.XLS

page 1 of 3

## Schedule A
### Representative Copyrighted Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Ice Cube | Check Yo Self | Priority Records LLC | The Predator | SR 169-617 | 6/1/1993 | http://www.bluebeat.com/albums/7349 |
| John Lennon | Mind Games | Capitol Records LLC | Mind Games | N 10756 | 11/12/1973 | http://www.bluebeat.com/albums/3207 |
| Keiko Matsui | Moon Circle | Narada Productions | The Ring | SR 325-145 | 12/30/2002 | http://www.bluebeat.com/albums/7455 |
| Keith Urban | Days Go By | Capitol Records LLC | Be Here | SR 353-271 | 9/24/2004 | http://www.bluebeat.com/albums/19883 |
| KT Tunstall | Little Favours | Virgin Records America, Inc. | Drastic Fantastic | SR 612-701 | 9/24/2007 | http://www.bluebeat.com/albums/34817 |
| KT Tunstall | Suddenly I See | Virgin Records America, Inc. | Eye To The Telescope | SR 388-462 | 3/7/2006 | http://www.bluebeat.com/albums/28017 |
| LCD Soundsystem | Sound of Silver | Capitol Records LLC | Sound Of Silver | SR 404-786 | 4/20/2007 | http://www.bluebeat.com/albums/33888 |
| Lenny Kravitz | Are You Gonna Go My Way | Virgin Records America, Inc. | Are You Gonna Go My Way | SR 149-143 | 3/12/1993 | http://www.bluebeat.com/albums/3138 |
| Lenny Kravitz | Battlefield Of Love | Virgin Records America, Inc. | Lenny | SR 317-577 | 9/3/2002 | http://www.bluebeat.com/albums/3139 |
| Lenny Kravitz | Let Love Rule | Virgin Records America, Inc. | Let Love Rule | SR 111-095 | 9/22/1989 | http://www.bluebeat.com/albums/12514 |
| Lenny Kravitz | Love Revolution | Virgin Records America, Inc. | It Is Time For A Love Revolution | SRu 865-469 | 11/21/2007 | http://www.bluebeat.com/albums/35932 |
| Lily Allen | Smile | Capitol Records LLC | Alright, Still... | SR 392-058 / SR 392-059 | 6/20/2007 | http://www.bluebeat.com/albums/31465 |
| Norah Jones | Don't Know Why | Capitol Records LLC | Come Away With Me | SR 337-829 | 6/2/2003 | http://www.bluebeat.com/albums/2961 |
| Norah Jones | Sunrise | Capitol Records LLC | Feels Like Home | SR 350-540 | 2/23/2004 | http://www.bluebeat.com/albums/17529 |
| Norah Jones | Wish I Could | Capitol Records LLC | Not Too Late | SRu 630-866 / SR 411-910 | 11/9/2006 4/3/2007 | http://www.bluebeat.com/albums/33395 |
| OK Go | Get Over It | Capitol Records LLC | OK Go | SR 322-969 | 9/23/2002 | http://www.bluebeat.com/albums/13802 |
| OK Go | Here It Goes Again | Capitol Records LLC | Oh No | SR 377-392 | 9/20/2005 | http://www.bluebeat.com/albums/27698 |
| Pat Benatar | Heartbreaker | Capitol Records LLC | In The Heat Of The Night | SR 12-742 | 10/1/1979 | http://www.bluebeat.com/albums/16326 |
| Pat Benatar | Hit Me With Your Best Shot | Capitol Records LLC | Crimes Of Passion | SR 20-348 | 8/20/1980 | http://www.bluebeat.com/albums/16328 |
| Pat Benatar | Little Too Late | Capitol Records LLC | Get Nervous | SR 39-516 | 10/15/1982 | http://www.bluebeat.com/albums/16327 |
| Pat Benatar | Promises In The Dark | Capitol Records LLC | Precious Time | SR 28-224 | 7/14/1981 | http://www.bluebeat.com/albums/764 |
| Pet Shop Boys | Being Boring | Capitol Records LLC | Behavior | SR 125-170 | 11/29/1990 | http://www.bluebeat.com/albums/15130 |
| Pet Shop Boys | Left To My Own Devices | Capitol Records LLC | Introspective | SR 105-378 | 7/31/1989 | http://www.bluebeat.com/albums/12700 |
| Pet Shop Boys | West End Girls | Capitol Records LLC | Please | SR 368-580, N5354 | 7/17/2003 3/15/1973 | http://www.bluebeat.com/albums/4426 |
| Pink Floyd | Us And Them | Capitol Records LLC | Dark Side Of The Moon | SR 330-375 | 4/26/2003 | http://www.bluebeat.com/albums/11504 |
| Radiohead | 2+2=5 | Capitol Records LLC | Hail To The Thief | SR 343-111 | 8/5/2003 | http://www.bluebeat.com/albums/12752 |
| Radiohead | Creep | Capitol Records LLC | Pablo Honey | SR 190-976 | 6/16/1994 | http://www.bluebeat.com/albums/4798 |

2430648.XLS

page 2 of 3

## Schedule A
### Representative Copyrighted Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Radiohead | Everything In Its Right Place | Capitol Records LLC | Kid A | SR 289-381 | 11/30/2000 | http://www.bluebeat.com/albums/4796 |
| Radiohead | Fake Plastic Trees | Capitol Records LLC | The Bends | SR 280-260 | 5/16/2000 | http://www.bluebeat.com/albums/4799 |
| Radiohead | Karma Police | Capitol Records LLC | OK Computer | SR 330-613 | 3/20/2003 | http://www.bluebeat.com/albums/4797 |
| Radiohead | Knives Out | Capitol Records LLC | Amnesiac | SR 299-390 | 6/15/2001 | http://www.bluebeat.com/albums/4795 |
| Radiohead | True Love Waits | Capitol Records LLC | I Might Be Wrong: Live Recordings | SR 335-962 | 3/18/2003 | http://www.bluebeat.com/albums/31808 |
| Selena | Bidi Bidi Bom Bom | Capitol Records LLC | Amor Prohibido | SR 171-022 | 11/22/1995 | http://www.bluebeat.com/albums/12819 |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | Mellon Collie And The Infinite Sadness | SR 183-904 | 2/12/1996 | http://www.bluebeat.com/albums/5593 |
| Smashing Pumpkins | Cherub Rock | Virgin Records America, Inc. | Siamese Dream | SR 169-635 | 8/10/1993 | http://www.bluebeat.com/albums/5595 |
| Smashing Pumpkins | I Am One | Caroline Records, Inc. | Gish | SR 140-511 | 2/27/1992 | http://www.bluebeat.com/albums/5592 |
| Stacie Orrico | Stuck | EMI Christian Music Group, Inc. | Stacie Orrico | SR 329-861 | 5/20/2003 | http://www.bluebeat.com/albums/16488 |
| Supergrass | In It For The Money | Capitol Records LLC | In It For The Money | SR 299-029 | 6/25/2001 | http://www.bluebeat.com/albums/7706 |
| The Beatles | Free As A Bird | Capitol Records LLC | Anthology 1 | SR 220-415 | 12/20/1996 | http://www.bluebeat.com/albums/8397 |
| The Beatles | Real Love | Capitol Records LLC | Anthology 2 | SR 220-417 | 12/20/1996 | http://www.bluebeat.com/albums/8399 |
| The Red Jumpsuit Apparatus | Face Down | Virgin Records America, Inc. | Don't You Fake It | SR 393-452 / SR 394-029 | 7/18/2006 8/11/2006 | http://www.bluebeat.com/albums/31354 |
| Tina Turner | What's Love Got To Do With It | Capitol Records LLC | Private Dancer | SR 58-022 | 9/21/1984 | http://www.bluebeat.com/albums/10606 |
| Trace Adkins | (This Ain't) No Thinkin' Thing | Capitol Records LLC | Dreamin' Out Loud | SR 221-447 | 6/17/1996 | http://www.bluebeat.com/albums/13108 |
| Trace Adkins | Comin' On Strong | Capitol Records LLC | Comin' On Strong | SR 348-616 | 2/9/2004 | http://www.bluebeat.com/albums/14368 |
| Trace Adkins | Dangerous Man | Capitol Records LLC | Dangerous Man | SR 399-734 | 10/23/2006 | http://www.bluebeat.com/albums/31706 |
| Trace Adkins | Songs About Me | Capitol Records LLC | Songs About Me | SR 361-542 | 8/22/2005 | http://www.bluebeat.com/albums/25984 |
| Yellowcard | Light Up The Sky | Capitol Records LLC | Paper Walls | SRu0 652-295 / SR 61-607 | 5/10/2007 9/17/2007 | http://www.bluebeat.com/albums/34535 |
| Yellowcard | Ocean Avenue | Capitol Records LLC | Ocean Avenue | SR 343-413 | 11/12/2003 | http://www.bluebeat.com/albums/14378 |
| Yellowcard | Three Flights Up | Capitol Records LLC | Lights And Sounds | SRu 587-735 / SR 383-205 | 11/9/2005 3/10/2006 | http://www.bluebeat.com/albums/27775 |

2430648.XLS

page 3 of 3

EXHIBIT A   PG. 11

NOV. 2.2009  8:27PM    EMI MUSIC LEGAL 212 786 8103        NO. 2851   P. 94

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SR 360-352**

SR    SRU

EFFECTIVE DATE OF REGISTRATION

9 - 16 - 04
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"To The 5 Boroughs (Explicit)" recorded by the Beastie Boys (# 845710)

PREVIOUS, ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

Ch-Check It Out  Right Right Now Now  3 The Hard Way  Time To Build  Rhyme The Rhyme  Well  Triple Trouble  Hey.
Fuck You. Oh Word?  That's It That's All  Shazam!  An Open Letter To NYC  Crawlspace  The Brouhaha, We Got The

**2** **a** NAME OF AUTHOR ▼
Capitol Records, Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶  USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Some Sound Recordings, Audiovisual Element

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Beastie Boys, a New York Partnership

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶  USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Some Sound Recordings, Audiovisual Element

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀Year in all cases.
2004

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 15   Year ▶ 2004
United States of America ◀Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Capitol Records, Inc. C/o EMI Music North America
150 Fifth Ave., 11th Floor, New York, NY 10011 &
Beastie Boys C/o Loeb & Loeb, 345 Park Ave South, 18th Fl, NY NY 10154

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 16 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 16 2004

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ 2 ___ pages

| EXAMINED BY | _JM1_ | FORM SR |
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ SRu 536-345    Year of Registration ▼ 2004

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a  Work Incorporates Some Preexisting Materials (i.e., Sound Recording Extrapolations), Audiovisual Element Incorporates Preexisting Material (i.e., Musical Composition)

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b  Some Sound Recordings, Audiovisual Element

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a  Name ▼ EMI Music North America    Account Number ▼ DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b  Jonathan H. Campbell, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 - 8125    Fax number ▶ (212) 786 - 8103
Email ▶ jonathan.campbell@emicap.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Capitol Records, Inc. & Beastie Boys
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H. Campbell    Date ▶ September 9, 2004

Handwritten signature (X) ▼
X _____

**9**
Certificate will be mailed in window envelope to this address

Name ▼ EMI Music North America ATTN  Jonathan H Campbell
Number/Street/Apt ▼ 150 Fifth Ave., 11th Floor
City/State/ZIP ▼ New York, NY 10011

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999 the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—80,000    WEB REV. June 1999    ♻ PRINTED ON RECYCLED PAPER    ✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

NOV. 2. 2009  8:15PM    EMI MUSIC LEGAL 212 786 8103                NO. 2851    P. 54

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SR
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SRu    154 345

SR        SRU

EFFECTIVE DATE OF REGISTRATION

6        27        89
Month    Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"Paul's Boutique" recorded by Beastie Boys    (C2-91743)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions.
☒ Musical  ☐ Musical-Dramatic
☐ Dramatic  ☐ Literary
☐ Other _____

*02634835 6*

**a  NAME OF AUTHOR ▼**

Capitol Records, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ a Delaware corp.
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording , artwork on cover and interior booklet

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ N/A  Day ▶  Year ▶                ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Capitol Records, Inc.
1750 N. Vine Street
Hollywood, CA 90028

See instructions before completing this space.

**APPLICATION RECEIVED**
JUN 27 1989
**ONE DEPOSIT RECEIVED**
JUN 27 1989
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

EXHIBIT A  PG. 14

| | EXAMINED BY | | FORM SR |
|---|---|---|---|
| | CHECKED BY | | |
| SRu  **154 345** | ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| | ☐ DEPOSIT ACCOUNT<br>   FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Capitol Records, Inc.                     DA024902

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Capitol Records, Inc.
Attn: Legal Department
1750 N. Vine Street
Hollywood, CA 90028
                    Area Code & Telephone Number ▶  **(213) 871-5500**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Capitol Records, Inc.**
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
**Heather Meeker**                                    date ▶ **6/23/89**

✎    Handwritten signature (X) ▼

**MAIL<br>CERTIFI-<br>CATE TO** | Name ▼
Capitol Records, Inc.
Attn: Legal Department
Number/Street/Apartment Number ▼
1750 N. Vine Street
City/State/ZIP ▼
Hollywood, CA 90028

Certificate
will be
mailed in
window
envelope

**Have you:**
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1984  461-564/xxxx

November 1984—100,000

NOV. 2. 2009  8:15PM    EMI MUSIC LEGAL 212 786 8103              NO. 2851   P. 56

## CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER



**SR 197-458**

**EFFECTIVE DATE OF REGISTRATION**

APR 1 0 1995
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
"Check Your Head" recorded by the Beastie Boys (98938)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼    See Instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

**2** NAME OF AUTHOR ▼
a  CAPITOL RECORDS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.
SOUND RECORDING

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.

**3** a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992 ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ APRIL    Day ▶ 13    Year ▶ 1992
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CAPITOL RECORDS, INC.
1750 North Vine Street
Hollywood, CA  90028

APPLICATION RECEIVED
SEP 27 1995
ONE DEPOSIT RECEIVED
SEP 27 1995
TWO DEPOSITS RECEIVED
APR 1 0 1995
REMITTANCE NUMBER AND DATE

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  2  pages

EXHIBIT A  PG. 16

NOV. 2. 2009  8:16PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 57



EXAMINED BY *Ha*                    FORM SR

CHECKED BY

☑ CORRESPONDENCE                    FOR
   Yes                              COPYRIGHT
                                    OFFICE
                                    USE
                                    ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

CAPITOL RECORDS, INC.        DA075493

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Lynne Donaldson, Business Affairs
CAPITOL RECORDS, INC.
1750 North Vine Street
Hollywood, CA  90028

Area Code & Telephone Number ▶ 213/871-5146

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of CAPITOL RECORDS, INC.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lynne Donaldson, Business Affairs                          date ▶ April 7, 1995

Handwritten signature (X) ▼

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
Lynne Donaldson, Business Affairs
CAPITOL RECORDS, INC.
Number/Street/Apartment Number ▼
1750 North Vine Street
City/State/Zip ▼
Hollywood, CA  90028

Certificate
will be
mailed in
window
envelope

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT A  PG. 17

NOV. 2. 2009  8:14PM   EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 52

## CERTIFICATE OF REGISTRATION

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**SR 213-461**

SR ······SRU

EFFECTIVE DATE OF REGISTRATION

| 9 | 11 | 95 |
|---|---|---|
| Month | Day | Year |



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
"Ill Communication" recorded by the Beastie Boys (30735)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼     See Instructions
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic  ☐ Literary
☐ Other

**2**
**a** NAME OF AUTHOR ▼
CAPITOL RECORDS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a work

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
SOUND RECORDINGS; ARTWORK; LINER NOTES

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1994 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 23   Year ▶ 1994
Nation ▶ U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CAPITOL RECORDS, INC.
1750 North Vine Street,
Hollywood, CA  90028

See Instructions before completing this space.

APPLICATION RECEIVED
SEP 11 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 11 1995
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

NOV. 2.2009  8:15PM.    EMI MUSIC LEGAL 212 786 8103                    NO. 2851  .P. 53

EXAMINED BY
*JAH*

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before
completing
this space.

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

CAPITOL RECORDS, INC.                           DA075493

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Business Affairs
CAPITOL RECORDS, INC.
1750 North Vine Street
Hollywood, CA  90028

Be sure to
give your
daytime phone
◄ number.

Area Code & Telephone Number ► 213/871-5146

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CAPITOL RECORDS, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lynne Donaldson, Business Affairs                           date ► September 7, 1995

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Business Affairs
CAPITOL RECORDS, INC.
Number/Street/Apartment Number ▼
1750 North Vine Street
City/State/ZIP ▼
Hollywood, CA  90028

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year
intervals, based on
changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995
to determine the actual
fee schedule.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for in section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.                    This form was electronically produced re Elite Federal Forms™ Forms Manager™

EXHIBIT A  PG. 19

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

| REGISTRATION NUMBER |
|---|
| SR       39-673 |
| SR          SRU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JUN 1 6 1982 |
| Month    Day    Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**① Title**

TITLE OF THIS WORK:   "Billy Idol"

Catalog number of sound recording, if any:... CHR 1377

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)

☒ Musical        ☐ Musical-Dramatic
☐ Dramatic       ☐ Literary
☐ Other:

**② Author(s)**

IMPORTANT:   Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:   Employer for the hire of
CHRYSALIS RECORDS, INC.   Billy Idol
Was this author's contribution to the work a "work made for hire"?   Yes X...   No......

DATES OF BIRTH AND DEATH:
Born...........   Died..........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of......USA............ } or { Domiciled in .....................
(Name of Country)                         (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Sound Recording/Performance/Artwork

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born...........   Died..........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of..................... } or { Domiciled in .....................
(Name of Country)                         (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes....   No....
Pseudonymous?   Yes....   No....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born...........   Died..........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of..................... } or { Domiciled in .....................
(Name of Country)                         (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No....
Pseudonymous?   Yes......   No....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year.... 1982
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date......   June   11   1982
(Month)   (Day)   (Year)
Nation......   USA.............
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

CHRYSALIS RECORDS, INC.
1255 Sunset Boulevard
Los Angeles, California 90069

TRANSFER: If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

EXHIBIT A   PG. 20

| EXAMINED BY | APPLICATION RECEIVED: | |
|---|---|---|
| CHECKED BY | 16 JUN 1982    20 SEP 1982 | |
| CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: | FOR COPYRIGHT OFFICE U ) |
| | 16 JUN 1982    16 JUN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

SR 1    39-673

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work. or for an earlier version of this work, already been made in the Copyright Office? Yes........ No....... **X**

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number............................. Year of Registration.....................

**5** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

"Hot In The City" and "Hole In The Wall"

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

"8 new bands and additional recorded material, artwork"

**6** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: CHRYSALIS RECORDS, INC.

Account Number: DAO 30600

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Chrysalis Records, Inc.

Address: 9255 Sunset Boulevard (Apt.)

Los Angeles, Calif. 90069
(City)    (State)    (ZIP)

**7** Fee and Correspondence

---

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: Chrysalis Records, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Ronda Espy_

Typed or printed name: Ronda Espy    Date: 6/14/82

**8** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

Chrysalis Records, Inc.

9255 Sunset Boulevard
(Number, Street and Apartment Number)

Los Angeles, California 90069
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**9** For Return of Certificate

---

✱ 17 U.S.C. § 506(e). FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration

EXHIBIT A  PG. 21

# FORM SR

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR      36-550**

SR          SRU

EFFECTIVE DATE OF REGISTRATION

**0 6 JUL 1982**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**(1) Title**

TITLE OF THIS WORK:
"White Wedding"
EPC 5002

NATURE OF MATERIAL RECORDED:
Check Which

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

IMPORTANT:

NAME OF AUTHOR:        Employer-for-the-hire of
Chrysalis Records, Inc.  Billy Idol

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE:        USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF:
Sound Recording/Performance/Artwork

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF:

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF:

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:    1982

DATE AND NATION OF FIRST PUBLICATION:
June    21, 1982
USA

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Chrysalis Records, Inc.
9255 Sunset Boulevard
Los Angeles, California 90069

TRANSFER:

• Complete all applicable spaces
• Follow detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE

| EXAMINED BY | | APPLICATION RECEIVED | | FOR |
| --- | --- | --- | --- | --- |
| CHECKED BY | | ☐ oct. 1982 | | COPYRIGHT |
| CORRESPONDENCE | | DEPOSIT RECEIVED | | OFFICE |
| ☐ Yes | | ☐ oct. 1982    ☐ oct. 1982 | | USE |
| DEPOSIT ACCOUNT FUNDS USED | | REMITTANCE NUMBER AND DATE | | ONLY |

SR    36-550

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work or for an earlier version of this work already been made in the Copyright Office? Yes ___ No __X__

- If your answer is "Yes," why is another registration being sought? Check appropriate box.
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.

- If your answer is "Yes," give: Previous Registration Number ___ Year of Registration ___

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** See instructions

PREEXISTING MATERIAL:

MATERIAL ADDED TO THIS WORK:

**6** Compilation or Derivative Work

| **DEPOSIT ACCOUNT** | **CORRESPONDENCE** |
| --- | --- |
| Name: Chrysalis Records, Inc. | Chrysalis Records, Inc. |
| Account Number: DAO 30600 | 9255 Sunset Boulevard |
| | Los Angeles, Calif. 90069 |

**7** Fee and Correspondence

**CERTIFICATION:**

Handwritten signature: _Ronda Espy_
Typed or printed name: Ronda Espy    Date 6/29/82

**8** Certification (Application must be signed)

MAIL CERTIFICATE TO

Chrysalis Records, Inc.
9255 Sunset Boulevard
Los Angeles, California 90069

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

☆ U.S. GOVERNMENT PRINTING OFFICE    Nov. 1977 —25,000

EXHIBIT A  PG. 23

# FORM SR

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR        12-739

SR                SRU

EFFECTIVE DATE OF REGISTRATION

Oct. 1, 1979

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

| ① Title | TITLE OF THIS WORK: Blondie | NATURE OF MATERIAL RECORDED: (Check Which) |
|---|---|---|
| | Catalog number of sound recording, if any: CHE 1225 | ☒ Musical   ☐ Musical-Dramatic |
| | | ☐ Dramatic   ☐ Literary |
| | PREVIOUS OR ALTERNATIVE TITLES: | ☐ Other: |

② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Chrysalis Records   Employer for the hire of Blondie
DATES OF BIRTH AND DEATH: Born (Year)   Died (Year)
Was this author's contribution to the work a "work made for hire"?   Yes X   No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA (Name of Country) or Domiciled in (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ... No ...   Pseudonymous? Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution) Sound Recording/Performance/Art Work

**2**
NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born ...   Died ...
Was this author's contribution to the work a "work made for hire"?   Yes ...   No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) or Domiciled in (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ... No ...   Pseudonymous? Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born ...   Died ...
Was this author's contribution to the work a "work made for hire"?   Yes ...   No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) or Domiciled in (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ... No ...   Pseudonymous? Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)

③ Creation and Publication

| YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: | DATE AND NATION OF FIRST PUBLICATION: |
|---|---|
| Year 1979 | Date September 25 1979 (Month) (Day) (Year) |
| (This information must be given in all cases.) | Nation USA (Name of Country) |
| | (Complete this block ONLY if this work has been published.) |

④ Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Chrysalis Records
9255 Sunset Blvd.
Los Angeles, Calif.   90069

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of ... pages

| | EXAMINED BY | APPLICATION RECEIVED: 01 OCT 1979 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED 01 OCT 1979    01 OCT 1979 | |
| SR    12-739 | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ..... No .. x ..

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ......................... Year of Registration .................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

..........................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

..........................................................................................................

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Chrysalis Records**

Account Number ... DA030600

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name ... **Chrysalis Records**

Address ... **9255 Sunset Blvd.** (Apt)

... **Los Angeles, Calif. 90069** (City) (State) (Zip)

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☐ authorized agent of **Chrysalis Records**
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Ronda Espy*

Typed or printed name: ... **Ronda Espy** ...    Date: ... **9/28/79** ...

**⑧ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

**Chrysalis Records**
(Name)

**9255 Sunset Blvd.**
(Number, Street and Apartment Number)

**Los Angeles, Calif. 90069**
(City) (State) (ZIP Code)

**31 OCT 1979**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

✱ 17 USC § 506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977  O–248-637

Nov. 1977—200,000

Content:

---

**FORM SR**

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER | |
|---|---|
| SR | 4-090 |
| SR | SRU |

EFFECTIVE DATE OF REGISTRATION

Oct. 23, 1978
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**(1) Title**

TITLE OF THIS WORK:

PARALLEL LINES

(a serial number of sound recording if any)   CHR 1192

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED: (Check Which)

☒ Musical    ☐ Musical Dramatic
☐ Dramatic   ☐ Literary
☐ Other: ........................

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates blank.

1
NAME OF AUTHOR: CHRYSALIS RECORDS INC.   EMPLOYER FOR THE HIRE OF BLONDIE

Was this author's contribution to the work a "work made for hire"?   Yes X   No

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA (Name of Country)   or   Domiciled in ...... (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
SOUND RECORDING/PERFORMANCE/TEXT/ART WORK

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...   No ...
Pseudonymous?   Yes ...   No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes ...   No ...

DATES OF BIRTH AND DEATH:
Born ...... Died ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country)   or   Domiciled in ...... (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...   No
Pseudonymous?   Yes ...   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes ...   No.

DATES OF BIRTH AND DEATH:
Born ...... Died ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country)   or   Domiciled in ...... (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...   No ...
Pseudonymous?   Yes ...   No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1978

·This information must be given in all cases·

DATE AND NATION OF FIRST PUBLICATION:

Date AUGUST 28, 1978
(Month)   (Day)   (Year)

Nation USA
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

CHRYSALIS RECORDS INC.    ATTN: RONDA ESPY
9255 SUNSET BLVD.
LOS ANGELES, CALIF 90069

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 8

| DO NOT WRITE HERE |
|---|
| Page 1 of .... pages |

| EXAMINED BY | | APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | SEP 18 1978 | | |
| CORRESPONDENCE: ☑ Yes | | DEPOSIT RECEIVED: SEP 18 1978    23 OCT 1978 | | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE | | |

**SR    4-090**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........  No  X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ............... Year of Registration...............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: CHRYSALIS RECORDS INC.

Account Number: DA030600

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CHRYSALIS RECORDS INC.

Address: 9255 SUNSET BLVD    (Apt)
Los Angeles CA    90069
(City)    (State)    (Zip)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☒ authorized agent of CHRYSALIS RECORDS
(Name of author or other copyright claimant, or owner of exclusive rights)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Ronda Espy*

Typed or printed name: RONDA ESPY    Date: 9/14/78

**⑧ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

CHRYSALIS RECORDS INC.
(Name)
9255 SUNSET BLVD
(Number, Street and Apartment Number)
Los Angeles, Calif.    90069
(City)    (State)    (Zip)

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977  O—248-624

Nov. 1977—25,000

EXHIBIT A  PG. 28

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR    8-533

| SR | | SRU |

EFFECTIVE DATE OF REGISTRATION

*January* 10, 1979
(Month)        (Day)        (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**(1)** **Title**

TITLE OF THIS WORK:
Heart Of Glass/Heart Of Glass (Instrumental)

Catalog number of sound recording if any    CDS 2275

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)

☒ Musical              ☐ Musical-Dramatic
☐ Dramatic             ☐ Literary
☐ Other

**(2)** **Author(s)**

IMPORTANT:   Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR:    Chrysalis Records    Employer for the hire of Blondie
Was this author's contribution to the work a "work made for hire"?   Yes   X   No
DATES OF BIRTH AND DEATH:
Born        Died
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of    USA    or    Domiciled in
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes    No
Pseudonymous?   Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Sound Recording/Performance/Photography

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes    No
DATES OF BIRTH AND DEATH:
Born        Died
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of    or    Domiciled in
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes    No
Pseudonymous?   Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes    No
DATES OF BIRTH AND DEATH:
Born        Died
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of    or    Domiciled in
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes    No
Pseudonymous?   Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3)** **Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year    1978

DATE AND NATION OF FIRST PUBLICATION:
Date   Nov.   15,   1978
(Month)    (Day)    (Year)
Nation   USA
(Name of Country)

**(4)** **Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Chrysalis Records
9255 Sunset Blvd.
Los Angeles, Calif.  90069

TRANSFER: If the copyright claimant named here in space 4 is different from the author named in space 2, give a brief statement of how the claimant obtained ownership of the copyright.

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | [initials] | APPLICATION RECEIVED |
| CHECKED BY | | MAY 16 1979 |
| CORRESPONDENCE | ☑ Yes | DEPOSIT RECEIVED |
| | | 10 J... 1979  1?.... 1979 |
| DEPOSIT ACCOUNT FUNDS USED | ☑ | REMITTANCE NUMBER AND DATE |

FOR COPYRIGHT OFFICE USE ONLY

SR    8-533

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes. . . No   x

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of the application

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . Year of Registration . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed)

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name    Chrysalis Records

Account Number:  DA030600

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent)

Name    Chrysalis Records
         9255 Sunset Blvd.

Address

         Los Angeles, Calif.    90069
         (City)          (State)          (Zip)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☐ authorized agent of

Chrysalis Records

(Name of author or other copyright claimant, or owner of exclusive rights)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    Ronda Espy

Typed or printed name    Ronda Espy

Date  5/7/79

**⑧ Certification (Application must be signed)**

Chrysalis Records
(Name)

9255 Sunset Blvd.
(Number, Street and Apartment Number)

Los Angeles,    Calif.    90069
(City)          (State)          (Zip code)

MAIL CERTIFICATE TO

1 JUN 1979

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. § 506(e): FALSE REPRESENTATION— Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022-20

Sept. 1978—150,000

# FORM SR

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR    1-084**

SR

EFFECTIVE DATE OF REGISTRATION

*FEBRUARY 3, 1978*
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**(1) Title**

TITLE OF THIS WORK:

*PLASTIC LETTERS*

Catalog number of sound recording, if any:    *CHR 1166*

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED: (Check Which)
☐ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR: *Chrysalis Records, Inc., employer for hire*

Was this author's contribution to the work a "work made for hire"? Yes... No...

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............    or    Domiciled in ............
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes...    No...
Pseudonymous?    Yes...    No...
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)    *Performance, Recording*

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............    or    Domiciled in ............
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes...    No...
Pseudonymous?    Yes...    No...
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............    or    Domiciled in ............
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes...    No...
Pseudonymous?    Yes...    No...
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year *1977*

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date    *12*    *20*    *77*
(Month)    (Day)    (Year)

Nation    *JAPAN*
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

*Chrysalis Records, Inc*
*9255 Sunset Blvd.*
*Los Angeles, CA 90069*

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form on line 8.

DO NOT WRITE HERE

Page 1 of __2__ pages

EXHIBIT A   PG. 31

| EXAMINED BY: *Sen* | APPLICATION RECEIVED: MAY 0 9 1979 | | FOR |
|---|---|---|---|
| CHECKED BY: | I 90061576 | | COPYRIGHT |
| CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: FEB 3 1978    FEB 8 1978 | | OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE. | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes..... No.....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number ................... Year of Registration ...................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
...................
...................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
...................
...................

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: *Chrysalis Records, Inc.*

Account Number: *DA030600*

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: *Chrysalis Records, Inc. Attn: S. Spidell*

Address: *9255 Sunset Blvd* (Apt.)

........ (City) ........ (State) ........ (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: *Chrysalis Records, Inc.*
(Name of author or other copyright claimant, or of owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Sandi Spidell*

Typed or printed name: *Sandi Spidell*    Date *3-3-78*

**⑧ Certification** (Application must be signed)

| *CHRYSALIS RECORDS, INC*  *9255 Sunset Blvd. #201* (Number, Street and Apartment Number)  *Los Angeles, CA  90069* (City) (State) (Zip code) | MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) | **⑨ Address For Return of Certificate** |
|---|---|---|

* 17 U.S.C. § 506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977  O—248-824

Nov. 1977—25,000

EXHIBIT A  PG. 32

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR · 22-605
SRU

EFFECTIVE DATE OF REGISTRATION

*Nov      28    1980*
(Month)      (Day)      (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**(1) Title**

TITLE OF THIS WORK:
"AUTOAMERICAN"
                     CHE 1290

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)
☒ Musical
☐ Dramatic
☐ Other
☐ Musical-Dramatic
☐ Literary

**(2) Author(s)**

IMPORTANT:

NAME OF AUTHOR:
CHRYSALIS RECORDS, INC.   BLONDIE   Employer for the hire of

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of   USA

AUTHOR OF:  Sound Recording, Performance & Artwork

DATES OF BIRTH AND DEATH:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

NAME OF AUTHOR:

AUTHOR'S NATIONALITY OR DOMICILE:

AUTHOR OF:

DATES OF BIRTH AND DEATH:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

NAME OF AUTHOR:

AUTHOR'S NATIONALITY OR DOMICILE:

AUTHOR OF:

DATES OF BIRTH AND DEATH:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
1980

DATE AND NATION OF FIRST PUBLICATION:
November   19,   1980
USA

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Chrysalis Records, Inc.
9255 Sunset Blvd.
Los Angeles, Calif. 90069

TRANSFER:

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 8

DO NOT WRITE HERE
Page ? of      pages

EXHIBIT A  PG. 33

SR · · · 22-605

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED

APPLICATION RECEIVED
NOV 7619

DEPOSIT RECEIVED
NOV 26 1980

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

* Has registration...

* If your answer is "Yes"...
  ☐ This is the first published...
  ☐ This is the first application...
  ☐ This is a changed version...

* If your answer is "Yes"...

**5**
Previous
Registration

**COMPILATION OR DERIVATIVE WORK**

PREEXISTING MATERIAL:

MATERIAL ADDED TO THIS WORK:

**6**
Compilation
or
Derivative
Work

**DEPOSIT ACCOUNT:** ...
Deposit Account established...
number of Account.

Name    CHRYSALIS RECORDS, INC.

Account Number    DAO 30600

**CORRESPONDENCE:**

Name    Chrysalis Records, Inc.

Address    9255 Sunset Blvd.

Los Angeles, Calif. 90069

**7**
Fee and
Correspond-
ence

**CERTIFICATION:** *...
☐ author ☐ other ...
of the work identified...

[signature: Ronda Espy]

Chrysalis Records, Inc.

Ronda Espy    11/24/80

**8**
Certification
(Application
must be
signed)

Chrysalis Records, Inc.
9255 Sunset Blvd.
Los Angeles, Calif. 90069

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

* 17 U.S.C. § 506(e) FALSE REPRESENTATION...
for by section 409 or in any written statement...
☆ U.S. GOVERNMENT PRINTING OFFICE...

EXHIBIT A  PG. 34

# CERTIFICATE OF REGISTRATION





UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 213-626**

SR          SRU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

Sept 26 1945
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Blur "The Great Escape"

Selection #40855

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼**    See Instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

## 2

**NAME OF AUTHOR ▼**

**a** Virgin Records America, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year D'ed ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
      Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed.
Original Sound Recording and Artwork

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year D'ed ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
      Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answers to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year D'ed ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
      Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answers to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed.

whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**a** 1995 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
**b** Month ▶ September    Day ▶ 14    Year ▶ 1995
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Virgin Records America, Inc.
338 N. Foothill Road
Beverly Hills, CA 90210

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP. 26 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 26 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A  PG. 35

EXAMINED BY _UT_                                    FORM SR

CHECKED BY

☐ CORRESPONDENCE                                   FOR
   Yes                                             COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before
completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼

Virgin Records America, Inc.              DA054283

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Paige Ross
Virgin Records America
338 N. Foothill Road
Beverly Hills, CA 90210

Area Code & Telephone Number ▶ 310-288-2441

**7**

Be sure to
give your
daytime phone
number.

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Virgin Records America, Inc._
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paige Ross                                         date ▶ 09/20/95

Handwritten signature (X) ▼
_Paige Ross_

MAIL
CERTIFI-
CATE TO

Name ▼
Paige Ross
Virgin Records America
Number/Street/Apartment Number ▼
338 N. Foothill Road
City/State/ZIP ▼
Beverly Hills, CA 90210

Certificate
will be
mailed in
window
envelope

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright
Office
has the authority
to adjust fees at 5 year
intervals, based on
changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995
to determine the actual
fee schedule.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

EXHIBIT A  PG. 36

NOV. 2.2009  8:29PM.    EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 100

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**SR 345-517**

EFFECTIVE DATE OF REGISTRATION

12 - 31 - 03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
"Parklife" recorded by Blur (#291942)

PREVIOUS, ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

Girls & Boys  Tracy Jacks  End of a Century  Parklife  Bank Holiday  Badhead  Debt Collector  Far Out  To the End
London Loves  Trouble in the Message Centre  Clover over Dover  Magic America  Jubilee  This Is a Low  Lot 105

**2**  **a**  NAME OF AUTHOR ▼
Food Records Ltd

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recordings, Compilation of Photographs

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1994

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month April  Day 25  Year 1994
United Kingdom

**4**  **a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EMI Records Ltd  C/o EMI Music North America
150 Fifth Ave, 11th Floor
New York, NY 10011

APPLICATION RECEIVED
DEC 3 1 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 3 1 2003
FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer by written agreement

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  DO NOT WRITE HERE
                 See detailed instructions.    Sign the form at line 8.

| EXAMINED BY | M.M. | FORM SR |
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
**a** Work Incorporating Some Preexisting Works (i e, Photographs)

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b** Sound Recordings, Compilation of Photographs

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼          Account Number ▼
**a** EMI Music North America          DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b** Jonathan H Campbell  EMI Music North America
150 Fifth Ave  11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786  8125          Fax number ▶ (212) 786 - 8103
Email ▶ jonathan.campbell@emicap.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  EMI Records Ltd
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell          Date ▶ December 23  2003

Handwritten signature (X) ▼
X _(signature)_

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
EMI Music North America  ATTN  Jonathan H Campbell
Number/Street/Apt ▼
150 Fifth Ave  11th Floor
City/State/ZIP ▼
New York, NY 10011

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Form SR—Full Rev: June 1999          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/59

EXHIBIT A  PG. 38

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

SR 231-938



*SR000231938*

EFFECTIVE DATE OF REGISTRATION

3  12  97

Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Blur "Blur"

Selection #42876

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼    See Instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

**2**

NOTE

**a**  NAME OF AUTHOR ▼
EMI Records Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed.
Original Sound Recording and Artwork

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed.

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

"Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
1997    ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 2    Day ▶ 27    Year ▶ 1997
USA    ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EMI Records Ltd.
c/o Virgin Records America, Inc.
338 N. Foothill Road
Beverly Hills, CA 90210
TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAR 12 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 12 1997
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.    DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM SR**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before
completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼

  Virgin Records America, Inc.          DA054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

  Scott Stepakoff
  Virgin Records America
  338 N. Foothill Road
  Beverly Hills, CA 90210

Area Code & Telephone Number ▶ 310-288-2459

**7**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Virgin Records America, Inc.
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

  Scott Stepakoff                                    date ▶ 3/6/5?

        Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
  Scott Stepakoff
  Virgin Records America
Number/Street/Apartment Number ▼
  338 N. Foothill Road
City/State/ZIP ▼
  Beverly Hills, CA 90210

Certificate
will be
mailed in
window
envelope

YOU M...
Complete all necessary spaces
Sign your application in space 8
SEND ALL ... ELEMENTS
IN THE ... E PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright O...
fee the authority to...
just fees at 5-...
intervals, based o...
changes in the...
Consumer Price Index...
The next adjustment i...
due in 1996. Pleas...
contact the Copyrigh...
Office after July 199...
to determine the actua...
fee schedule.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
This form was electronically produced by Elite Federal Forms' Forms Manager

NOV. 3. 2009 10:18AM    EMI MUSIC LEGAL 212 786 8103

**FORM** ₁NO. 2856    P. 17
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

SR    135 033

| SR | | SRU |

EFFECTIVE DATE OF REGISTRATION

Sept 26 1991

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

BLUR – LEISURE    K2/4 – 97880

**PREVIOUS OR ALTERNATIVE TITLES ▼** She's So High, There's No Other Way, Bang, I Know, Slow Down, Repetition, Bad Day, High Cool, Come Together, Fool, Birthday, Weat Me Down

**NATURE OF MATERIAL RECORDED ▼** See instructions
XX Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

**2** **NAME OF AUTHOR ▼**

SBK Records

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Sound Recording, Photos and Artwork

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September    Day 16    Year ▶ 1991
United States Of America    ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

SBK Records
1290 Avenue Of The Americas
New York, New York 10104

APPLICATION RECEIVED
SEP 26. 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 26 1991
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ⌐2 pages

EXHIBIT A  PG. 41

EXAMINED BY _____    FORM SR

CHECKED BY _____

☐ CORRESPONDENCE
  ☐ Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

SR    135 033

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**    **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**    **Account Number ▼**

SBK Records    DA066400

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Stephanie Feldman
SBK Records
1290 Avenue Of The Americas
New York, New York 10104
Area Code & Telephone Number ▶ (212) 492-1282

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check one ▼
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
XX ☐ authorized agent of ___ SBK Records
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Stephanie Feldman    date▶ September 24, 1991

Handwritten signature (X) ▼

**9**

**MAIL CERTIFI-CATE TO**

**Name ▼**
STEPHANIE FELDMAN/ SBK RECORDS
**Number/Street/Apartment Number ▼**
1290 AVENUE OF THE AMERICAS
**City/State/ZIP ▼**
NEW YORK, NEW YORK 10104

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1985—100 000

U.S. GOVERNMENT PRINTING OFFICE: 1985—491-590-20,009

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR **17-910**

| SR | | SRU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

*June 2, 1980*
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**(1) Title**

TITLE OF THIS WORK: **Against The Wind as recorded by Bob Seger And The Silver Bullet Band**

Catalog number of sound recording, if any: .....SOO-12041.................

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED: (Check Which)

- [X] Musical
- [ ] Dramatic
- [ ] Other: ...........................
- [ ] Musical-Dramatic
- [ ] Literary

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1   NAME OF AUTHOR: **Capitol Records, Inc.**

Was this author's contribution to the work a "work made for hire"?   Yes **X**.   No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .....**USA**..... or { Domiciled in ..................
(Name of Country)                        (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
**artwork, performance, sound recording**

DATES OF BIRTH AND DEATH:
Born......... Died.........
(Year)         (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No **X**...
Pseudonymous?   Yes......   No **X**...
If the answer to either of these questions is "Yes," see detailed instructions attached.

2   NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. { Domiciled in ..................
(Name of Country)                        (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born......... Died.........
(Year)         (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

3   NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. { Domiciled in ..................
(Name of Country)                        (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born......... Died.........
(Year)         (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year....**1980**

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date...**February 25, 1980**
(Month)    (Day)    (Year)
Nation ...............**USA**...............
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

**Capitol Records, Inc.**
**1750 North Vine Street**
**Hollywood, California 90028**

TRANSFER: (If the copyright claimant(s) named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of ...... pages

| EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | JUN 0 2 1980 | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JUN 0 2 1980   JUN 0 2 1980 | |
| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: | |

SR   17-910

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No. **X** ....

• If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give: Previous Registration Number............................ Year of Registration....................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
................................................................................
................................................................................
................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
................................................................................
................................................................................
................................................................................

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Capitol Records, Inc.**

Account Number: **DA 024902**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carole Haney**

Address: **1750 North Vine Street** (Apt.)

**Hollywood, California** (City) (State) **90028** (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: **Capitol Records, Inc.**
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carole Haney*

Typed or printed name: .... **Carole Haney** .... Date: **5-6-80**

**⑧ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

**Capitol Records, Inc. Attn: Carole Haney**
(Name)
**1750 North Vine Street**
(Number, Street and Apartment Number)
**Hollywood, California** (City) (State) **90028** (ZIP code)

**JUL 3 1980**
(Certificate will be mailed in window envelope)

**⑨ Address for Return of Certificate**



✱ 17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
✿ U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/14

Apr. 1978—50,000

EXHIBIT A   PG. 44

NOV. 2. 2009  8:10PM    EMI MUSIC LEGAL 212 786 8103    NO. 2851  . P. 34

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 342-259

REGISTRATION NUMBER
EFFECTIVE DATE OF REGISTRATION

11 · 4 · 03
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

Against The Wind  recorded by Bob Seger and The Silver Bullet Band (# 843162)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

The Horizontal Bop  You'll Accompany Me  Her Strut  No Man's Land  Long Twin Silver Line  Against The Wind  Good
For Me  Betty Lou's Gettin' Out Tonight  Fire Lake  Shinin' Brightly

**2 a**  NAME OF AUTHOR ▼
Capitol Records  Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶  USA

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Some New Sound Recordings

**NOTE**
Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
made for
hire" check
"Yes" in the
space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a**  YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED
2003
This information
must be given
in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ June  Day ▶ 24  Year ▶ 2003
ONLY if this work
has been published.  United States of America  ◄ Nation

**4 a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2 ▼
Capitol Records  Inc  C/o EMI Music North America
150 Fifth Ave  11th Floor
New York, NY 10011

APPLICATION RECEIVED
NOV 0 4 2003
ONE DEPOSIT RECEIVED
NOV 0 4 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.      Sign the form at line 8.

EXHIBIT A  PG. 45

EXAMINED BY                                                    FORM SR

CHECKED BY

CORRESPONDENCE                                                 FOR
☐ Yes                                                         COPYRIGHT
                                                              OFFICE
                                                              USE
                                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is Yes  why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give Previous Registration Number ▼    Year of Registration ▼

   RE 17 910                                                  1980

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**  Work Incorporates Some Preexisting Works (i.e  Sound Recordings  Artwork)

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**  Some New Sound Recordings (reprocessed)

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                          Account Number ▼

**a**  EMI Music North America                   DA 054283

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

   Jonathan H Campbell  EMI Music North America
**b**  150 Fifth Ave  11th Floor
   New York, NY 10011

Area code and daytime telephone number ▶ (212) 786  8125           Fax number ▶ (212) 786  8103

Email ▶ jonathan.campbell@emicap.com

**7**

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author                    ☐ owner of exclusive right(s)

☐ other copyright claimant  ☑ authorized agent of  Capitol Records, Inc
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3  do not sign and submit it before that date

Jonathan H Campbell                                    Date  October 15  2003

**8**

Handwritten signature (x) ▼

✎  X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
EMI Music North America  ATTN  Jonathan H Campbell

Number/Street/Apt ▼
150 Fifth Ave  11th Floor

City/State/ZIP ▼
New York, NY 10011

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

⊛ PRINTED ON RECYCLED PAPER                                              ⊛U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/43

NOV. 2. 2009  8:11PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 36

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 370-651**



EFFECTIVE DATE OF REGISTRATION

| March | Day | Year |
|---|---|---|
| 6 | 6 | 05 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Night Moves" recorded by Bob Seger and the Silver Bullet Band (# 240342)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Rock And Roll Never Forgets. Night Moves. The Fire Down Below. Sunburst. Sunspot Baby. Mainstreet. Come To Poppa. Ship Of Fools. Mary Lou.

**2** **a** NAME OF AUTHOR ▼
Capitol Records, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Some Sound Recordings (reprocessed)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1999
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ December  Day ▶ 7  Year ▶ 1999
United States of America ◀ Nation

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Capitol Records, Inc.
C/o EMI Music North America
150 Fifth Ave., 11th Floor, New York, NY 10011

APPLICATION RECEIVED
JUN 0 6 2005
ONE DEPOSIT RECEIVED
JUN 0 6 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

NOV. 2.2009  8:11PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 37

EXAMINED BY    *Rn*                                    FORM SR

CHECKED BY

CORRESPONDENCE                                         FOR
□ Yes                                                  COPYRIGHT
                                                       OFFICE
                                                       USE
                                                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes · □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. □ This work was previously registered in unpublished form and now has been published for the first time.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    N 37718      Year of Registration ▼    1976

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Work Incorporates Some Preexisting Works (Sound Recordings, Artwork)

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Some Sound Recordings (reprocessed)

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                               Account Number ▼

**a**  EMI Music North America                    DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Jonathan H Campbell, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 - 8125         Fax number ▶ (212) 786 - 8103

Email ▶ jonathan.campbell@emicap.com

**7**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☑ authorized agent of  Capitol Records, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonathan H Campbell                                   Date  March 9, 2005

Handwritten signature (X) ▼

☞  X  *[signature]*

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼

EMI Music North America ATTN: Jonathan H Campbell

Number/Street/Apt ▼

150 Fifth Ave., 11th Floor

City/State/ZIP ▼

New York, NY 10011

**9**

*[fine print statute text]*

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

June 1999—20,000    ☞ PRINTED ON RECYCLED PAPER                    *U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/59*

WEB REV: June 1999

EXHIBIT A  PG. 48

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SR 377–456**



| SR | | SRU |
|----|----|----|

EFFECTIVE DATE OF REGISTRATION

**SEP 2 0 2005**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

"Souls Alike" recorded by Bonnie Raitt (# 736282)

PREVIOUS, ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

I Will Not Be Broken. God Was in the Water. Love on One Condition. So Close. Trinkets. Crooked Crown. Unnecessarily Mercenary. I Don't Want Anything to Change. Deep Water. Two Lights in the Nighttime. The Bed I Made.

**2**
**a** NAME OF AUTHOR ▼

Capitol Records, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ _U.S.A._

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼  Sound Recordings, Artwork, Compilation of Photographs

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given ONLY if this work has been published.
2005 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information
Month ▶ September    Day ▶ 9    Year ▶ 2005
United States of America ◀ Nation

**4**
**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Capitol Records, Inc. C/o EMI Music North America
150 Fifth Ave. 11th Floor
New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED
SEP 2 0 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 2 0 2005
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

| EXAMINED BY   *RJB* | FORM SR |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** Work Incorporates Some Preexisting Works (i.e., Photographs)

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b** Sound Recordings, Artwork, Compilation of Photographs

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**a** EMI Music North America                        DA 054283

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b** Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 - 8125                Fax number ▶ (212) 786 - 8103
Email ▶ christopher.wlach@emicap.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Capitol Records, Inc.
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Wlach                                    Date▶ September 12, 2005

         Handwritten signature (X) ▼
    X    *Christopher Wlach*

| Certificate will be mailed in window envelope to this address | Name ▼ EMI Music North America ATTN: Christopher Wlach | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 150 Fifth Ave., 11th Floor | |
| | City/State/ZIP ▼ New York, NY 10011 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—30,000        ⊕ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV. June 1999

NOV. 2. 2009  8:23PM     EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 80

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR   102  443

SR ___ SRU

EFFECTIVE DATE OF REGISTRATION

MAR 2 6 1989

Month ___ Day ___ Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

"Nick of Time" recorded by Bonnie Raitt (91268)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions.
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other ___

---

**2**

**NOTE**
Under the law, the "author" of a

**a** NAME OF AUTHOR ▼

Capitol Records, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ a Delaware corp.
Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording , artwork

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1989 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March  Day ▶ 15  Year ▶ 1989
U.S.A. ◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Capitol Records, Inc.
1750 N. Vine Street
Hollywood, CA 90028

APPLICATION RECEIVED
MAR 28 1989
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 28 1989
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SR

☐ CORRESPONDENCE
☐ Yes

☐ DEPOSIT ACCOUNT
☐ FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

SR  **102 443**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼
Capitol Records, Inc.                                            DA024902

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Capitol Records, Inc.
Attn: Legal Department
1750 N. Vine Street
Hollywood, CA 90028
          Area Code & Telephone Number ▶  (213) 871-5500

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☒ authorized agent of    Capitol Records, Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Heather Meeker                                         date ▶  3/17/89

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Capitol Records, Inc.
Attn: Legal Department
Number/Street/Apartment Number ▼
1750 N. Vine Street
City/State/ZIP ▼
Hollywood, CA 90028

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary
  spaces?
• Signed your application in space 8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1984—461-584/10,011

November 1984 — 100,000

EXHIBIT A  PG. 52

NOV. 2.2009  8:24PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 82

## CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR · 133 193

SR            SRU

EFFECTIVE DATE OF REGISTRATION

Aug   6   1991
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Luck of the Draw" recorded by Raitt, Bonnie        (96111)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions.
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

**2**
**a** NAME OF AUTHOR ▼
Capitol Records, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording ,Artwork

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information Month ▶ June Day ▶ 25 Year ▶ 1991
ONLY if this work has been published.
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Capitol Records, Inc.
1750 N. Vine St.
Hollywood, CA 90028

See instructions before completing this space.

APPLICATION RECEIVED
AUG 06 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Aug 6 1991
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT A   PG. 53

NOV. 2. 2009  8:24PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 83

| | EXAMINED BY | | FORM SR |
| --- | --- | --- | --- |
| | CHECKED BY | | |

SR  **133 193**

| ☐ CORRESPONDENCE | FOR |
| Yes | COPYRIGHT |
| ☐ DEPOSIT ACCOUNT | OFFICE |
| FUNDS USED | USE |
| | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼  **5**
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼          **6**

                                                                        See instructions
                                                                        before completing
                                                                        this space.

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.          **7**
Name ▼                                    Account Number ▼

  Capitol Records, Inc.                    DA 024902

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
  Richard Meyers
  Legal Dept., HV-9                                                    Be sure to
  Capitol Records, Inc.                                                give your
  1750 North Vine St., Hollywood, CA 90028                            daytime phone
         Area Code & Telephone Number ▶          **(213) 871-5490**     number.

**CERTIFICATION**  I, the undersigned, hereby certify that I am the          **8**
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **Capitol Records, Inc.**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
  Richard Meyers                                              date ▶ 7-27-91

        Handwritten signature (X) ▼   *Richard D. Meyers*

| MAIL | Name ▼ | Richard Meyers, HV-9 | | Have you: |
| CERTIFI- | | Capitol Records, Inc. | | • Completed all necessary spaces? |
| CATE TO ▼ | | | | • Signed your application in space 8? |
| | Number/Street/Apartment Number ▼ | | | • Enclosed check or money order for $10 payable to Register of Copyrights? |
| Certificate | | 1750 North Vine St. | | • Enclosed your deposit material with the application and fee? |
| will be | City/State/ZIP ▼ | | | MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559. |
| mailed in | | Hollywood, CA 90028 | | |
| window | | | | |
| envelope | | | | **9** |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1984—461-384/10,011                    November 1984 — 100,000

NOV. 2. 2009  8:12PM   EMI MUSIC LEGAL 212 786 8103                     NO. 2851   P. 42

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM SR

For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 322-958**



EFFECTIVE DATE OF REGISTRATION

| 9 | 9 | 02 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
A RUSH OF BLOOD TO THE HEAD as recorded by COLDPLAY (40504)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
Politik; In My Place; God Put A Smile Upon Your Face; The Scientist; Clocks; Daylight; Green Eyes; Warning Sign; A Whisper; A Rush of Blood To The Head; Amsterdam

**2**

NAME OF AUTHOR ▼
EMI RECORDS LTD

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶ UK

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDINGS, PHOTOGRAPHS, LINER NOTES

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 ◀ Year    This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ AUGUST    Day ▶ 26    Year ▶ 2002
UK ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EMI RECORDS LTD
43 BROOK GREEN
LONDON, ENGLAND W67EF

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
SEP 0 9 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 0 9 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A  PG. 55

EXAMINED BY ☐ JAY                                    FORM SR

CHECKED BY ☐

CORRESPONDENCE                                       FOR
☐ Yes                                               COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
a

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
a. Capitol Records                         DA075493

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Dawn Clark c/o Capitol Records
1750 N. Vine Street
b Hollywood, CA 90028

Area code and daytime telephone number ▶ (323) 871-5095        Fax number ▶ (323) 461-3865
Email▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Capitol Records (EXCLUSIVE US LICENSEE)
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Dawn Clark                                                    Date ▶ 9/5/02

Handwritten signature (X) ▼
X _Dawn Clark_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Dawn Clark c/o Capitol Records, Inc.
Number/Street/Apt ▼
1750 N. Vine Street
City/State/ZIP ▼
Los Angeles, CA 90028

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1, 1999,
the filing fee
for Form SR
is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—50,000    ☼ PRINTED ON RECYCLED PAPER    ☼U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/40
WEB REV: June 1999

EXHIBIT A  PG. 56

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 376-828**

EFFECTIVE DATE OF REGISTRATION

| 8 | 17 | 05 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

"X&Y" recorded by Coldplay (# 747862)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Square One. What If. White Shadows. Fix You. Talk. X&Y. Speed of Sound. A Message. Low. The Hardest Part. Swallowed In The Sea. Twisted Logic.

**2 a** NAME OF AUTHOR ▼

EMI Records Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Some Sound Recordings (all others), Some Artwork, Compilation of Photographs/Artwork

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005
◄ Year in all cases.

This information must be given ONLY if this work has been published.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ June     Day ▶ 7     Year ▶ 2005
United States of America                          ◄ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EMI Records Ltd. C/o EMI Music North America
150 Fifth Ave., 11th Floor, New York, NY 10011

APPLICATION RECEIVED
**AUG 17 2005**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**AUG 17 2005**

FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | JAT | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼** SRu 573-811    **Year of Registration ▼** 2005

**6** **DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**a** Work Incorporates Some Preexisting Works (i.e., Sound Recordings - "Speed Of Sound," Photographs/Artwork)

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b** Some Sound Recordings (all others), Some Artwork, Compilation of Photographs/Artwork

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** **Name ▼** EMI Music North America    **Account Number ▼** DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b** Jonathan H Campbell, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125    Fax number ▶ (212) 786-8103
Email ▶ jonathan.campbell@emicap.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   EMI Records Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell                                                    Date ▶ June 30, 2005

☞ X _____ Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address
**Name ▼** EMI Music North America ATTN: Jonathan H Campbell
**Number/Street/Apt ▼** 150 Fifth Ave., 11th Floor
**City/State/ZIP ▼** New York, NY 10011

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000     WEB REV: June 1999     PRINTED ON RECYCLED PAPER     U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

EXHIBIT A  PG. 58

NOV. 2. 2009  8:13PM    EMI MUSIC LEGAL 212 786 8103                NO. 2851    P. 44

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**SRu 870-150**

Effective date of
registration:

April 22, 2008

## Title

Title of Work: "Viva La Vida or Death And All His Friends" recorded by Coldplay

Contents Titles: Life In Technicolor, Cemeteries Of London, Lost!, 42, Lovers in Japan;
Reign Of Love (hidden track), Yes, Chinese Sleep Chant (hidden track); Viva
La Vida; Violet Hill, Strawberry Swing, Death And All His Friends, The
Escapist (hidden track)

## Completion/Publication

Year of Completion: 2008

## Author

Author: EMI Records Ltd.

Author Created: Sound Recordings (unpublished)

Work made for hire: Yes

Domiciled in: United Kingdom

Anonymous: No                        Pseudonymous: No

## Copyright claimant

Copyright Claimant: EMI Records Ltd

C/o EMI Music North America, 150 Fifth Ave., 11th Floor, New York, NY,
10011

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Marcl Belanger

Date: April 22, 2008

Page 1 of 1

NOV. 2.2009  8:12PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 40

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL




**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 328-762**

EFFECTIVE DATE OF REGISTRATION

3 -18·03
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
PARACHUTES -- as recorded by Coldplay (30162)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Don't Panic; Shiver; spies; Sparks; Yellow; Trouble; Parachutes; High Speed; We Never Change; Everything's Not Lost

---

**2 a**

NAME OF AUTHOR ▼
EMI RECORDS, LTD.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ UK

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDINGS

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2000 ◀ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month July    Day 10    Year 2000
UK    ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EMI Records Ltd.
43 Brook Green
London ENGLAND W6 7EF

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 18 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 18 2003

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

NOV. 2. 2009  8:12PM    EMI MUSIC LEGAL 212 786 8103    NO. 2851    P. 41

<table>
<tr><td>EXAMINED BY</td><td></td><td rowspan="4">FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
<tr><td>CHECKED BY</td><td></td></tr>
<tr><td>CORRESPONDENCE<br>❏ Yes</td><td></td></tr>
</table>

FORM SR

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
❏ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ❏ This work was previously registered in unpublished form and now has been published for the first time.
b. ❏ This is the first application submitted by this author as copyright claimant.
c. ❏ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a  Track 8 previously published

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b  all other sound recordings

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

a  Capitol Records        DA075493

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b  Dawn Clark c/o Capitol Records
1750 N. Vine Street
Hollywood, CA  90028

Area code and daytime telephone number ▶ (323) 871-5095        Fax number ▶ (323) 461-3865
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
❏ author
❏ other copyright claimant
☒ owner of exclusive right(s)
☒ authorized agent of  Capitol Records (EXCLUSIVE USA LICENSEE)
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Dawn Clark        Date ▶ 3/13/03

Handwritten signature (X) ▼
X _(signature)_

<table>
<tr>
<td>Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address</td>
<td>Name ▼<br>Dawn Clark c/o Capitol Records, Inc.<br><br>Number/Street/Apt ▼<br>1750 N. Vine Street<br><br>City/State/ZIP ▼<br>Los Angeles, CA  90028</td>
<td>• Complete all necessary spaces<br>• Sign your application in space 8<br><br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>   order payable to Register of Copyrights<br>3. Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000</td>
<td>As of<br>July 1, 1999,<br>the filing fee<br>for Form SR<br>is $30.</td>
</tr>
</table>

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—60,000
WEB REV: June 1999        ☼ PRINTED ON RECYCLED PAPER        *U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/45

EXHIBIT A  PG. 61

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**SR 220 – 421**
*SR00002204211*

EFFECTIVE DATE OF REGISTRATION

3    26    97
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Daft Punk "Homework"

Selection #42609
PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼            See Instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

---

**2**
**a**

NAME OF AUTHOR ▼
Daft Trax

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.
Original Sound Recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.

---

**3**
**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1996 ◄ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 3    Day 13    Year 1997
USA    ◄ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Daft Trax
c/o Virgin Records America, Inc.
338 N. Foothill Road
Beverly Hills, CA 90210

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 26 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 26 1997
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

EXHIBIT A  PG. 62

EXAMINED BY                                             FORM SR

CHECKED BY

☐ CORRESPONDENCE                                       FOR
  Yes                                                  COPYRIGHT
                                                       OFFICE
                                                       USE
                                                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates.▼

**6**

See instructions
before
completing
this space.

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name▼                                      Account Number▼

**7**

Virgin Records America, Inc.          DA054283

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Scott Stepakoff
Virgin Records America
338 N. Foothill Road
Beverly Hills, CA 90210

Be sure to
give your
daytime phone
◄ number.

Area Code & Telephone Number ▶ 310-288-2459

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Virgin Records America, Inc.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott Stepakoff                                        date ▶ 3/20/97

✗ Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name▼
Scott Stepakoff
Virgin Records America
Number/Street/Apartment Number▼

Certificate
will be
mailed in
window
envelope

338 N. Foothill Road
City/State/ZIP▼
Beverly Hills, CA 90210

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has set a basic fee to
just $20 effective the
intervals, based on
changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995
to determine the actual
fee schedule.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.
This form was electronically produced by Elite Federal Forms' Forms Manager

EXHIBIT A   PG. 63

NOV. 2. 2009  8:04PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 379-190**

EFFECTIVE DATE OF REGISTRATION

11-8-05
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

"Discovery" recorded by Daft Punk (# 496062)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

One More Time. Aerodynamic. Digital Love. Harder, Better, Faster, Stronger. Crescendolls. Nightvision. Superheroes. High Life. Something About Us. Voyager. Veridis Quo. Short Circuit. Face to Face. Too Long.

**2**

**a**  NAME OF AUTHOR ▼
Daft Life Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Sound Recording

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001  This information must be given in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March  Day ▶ 12  Year ▶ 2001
United Kingdom  ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**a**  Daft Life Limited
C/o EMI Recorded Music, North America
150 Fifth Ave., 11th Floor, New York, NY 10011

APPLICATION RECEIVED
NOV 08 2005
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
NOV 08 2005
FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A  PG. 64

NOV. 2. 2009  8:04PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 16

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**a**  EMI Recorded Music, North America                      DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Christopher Wlach, EMI Recorded Music, North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 - 8125        Fax number ▶ (212) 786 - 8103
Email christopher.wlach@emicap.com

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author  ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ authorized agent of Daft Life Limited
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Wlach                                     Date ▶ October 24, 2005

Handwritten signature (X) ▼
X

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
EMI Recorded Music, North America ATTN: Christopher Wlach
Number/Street/Apt ▼
150 Fifth Ave., 11th Floor
City/State/ZIP ▼
New York, NY 10011

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—30,000    ⟳ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/46
WEB REV: June 1999

EXHIBIT A   PG. 65

NOV. 2.2009 8:16PM    EMI MUSIC LEGAL 212 786 8103           NO. 2851   P. 60

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM SR
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| SR | 32-401 | |
| | SR | SRU |

EFFECTIVE DATE OF REGISTRATION
Jan. 6, 1982
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**① Title**

TITLE OF THIS WORK: Duran Duran as recorded by same

Catalog number of sound recording, if any... ST-12158 .........

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)
☒ Musical     ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other: ............

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1** NAME OF AUTHOR: EMI Records Limited
Was this author's contribution to the work a "work made for hire"?   Yes.. X.. No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .......... (Name of Country)  or  Domiciled in England (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
Artwork, Sound Recording, Performance

DATES OF BIRTH AND DEATH:
Born.... (Year)  Died.... (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No. X..
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2** NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .......... (Name of Country)  or  Domiciled in .......... (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.... (Year)  Died.... (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3** NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .......... (Name of Country)  or  Domiciled in .......... (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.... (Year)  Died.... (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year... 1981 ..
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date...... June 15, 1981 .....
       (Month)   (Day)   (Year)
Nation...... USA ......
       (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
EMI Records Limited
20 Manchester Square
London, W1A 1ES
England

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

* Complete all applicable spaces (numbers 5-9) on the reverse side of this page
* Follow detailed instructions attached
* Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ..... pages

EXHIBIT A   PG. 66

| | | EXAMINED BY: | APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| SR | 32-401 | CHECKED BY: ......... | JA 05 1332 | | |
| | | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JA 05 1332   JA 05 1332 | | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

- • Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........No...X...
- • If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.
- • If your answer is "Yes," give: Previous Registration Number.................................Year of Registration..................

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
................................................................
................................................................
................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
................................................................
................................................................
................................................................

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..Capitol Records, Inc..........

Account Number: ......DA024902..........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ..Carole Haney..................

Address: ..1750 North Vine Street.......... (Apt)

..Hollywood, California  90028.... (City)          (State)          (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: .. EMI Records Limited .................. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ......*Carole Haney*..........

Typed or printed name: ......Carole Haney.................. Date: ..12.18.81..

**⑧** Certification (Application Must be signed)

..Capitol Records, Inc. Attn: Carole Haney.... (Name)

..1750 North Vine Street.......... (Number, Street and Apartment Number)

..Hollywood, California  90028.......... (City)          (State)          (ZIP Code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certificate

* 17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

NOV. 2. 2009  8:17PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 62

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM SR
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

SR    81 387

| SR | | SRU |

**EFFECTIVE DATE OF REGISTRATION**

**MAY 28 1987**

Month    Day    Year



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

"Notorious", recorded by Duran Duran   (PJ-12540)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions.
[X] Musical   [ ] Musical-Dramatic
[ ] Dramatic   [ ] Literary
[ ] Other ____

**2**
NAME OF AUTHOR ▼
a · Tritec Music, Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ England

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes [X] No
Pseudonymous?   [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes [ ] No
Pseudonymous?   [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes [ ] No
Pseudonymous?   [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given In all cases.
1986  ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ Nov.   Day ▶ 14   Year ▶ 1986
ONLY if this work has been published.
Nation ▶ U.S.A.

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Tritec Music, Ltd.
273 Broad Street
Birmingham B1 2DS    England

APPLICATION RECEIVED
MAY 28 1987
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAY 28 1987
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A   PG. 68

SR    81 387

| EXAMINED BY | FORM SR |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Capitol Records, Inc.                      DA024902

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Capitol Records, Inc.
  Attn:  Legal Department
  1750 N. Vine Street
  Hollywood, CA 90028
              Area Code & Telephone Number ▶    (213) 871-5500

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of___Tritec Music, Ltd._____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Kathleen Neher                                    5-15-87
                                        date ▼

Handwritten signature (X) ▼



| MAIL CERTIFICATE TO | Name ▼   Capitol Records, Inc.   Attn:  Legal Department | Have you: • Completed all necessary spaces? • Signed your application in space 8? |
|---|---|---|
| | Number/Street/Apartment Number ▼   1750 N. Vine Street | • Enclosed check or money order for $10 payable to Register of Copyrights? |
| Certificate will be mailed in window envelope | City/State/ZIP ▼   Hollywood, CA 90028 | • Enclosed your deposit material with the application and fee? MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559. |

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1985—100,000

EXHIBIT A  PG. 69

NOV. 2.2009  8:16PM    EMI MUSIC LEGAL 212 786 8103                   NO. 2851   P. 58

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office's records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

SR    37-720

SRU

EFFECTIVE DATE OF REGISTRATION

AUG. 4 1982
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**① Title**

TITLE OF THIS WORK: Rio as recorded by Duran Duran

Catalog number of sound recording, if any: ST-12211

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)
☒ Musical            ☐ Musical-Dramatic
☐ Dramatic           ☐ Literary
☐ Other:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Tritec Music Limited
Was this author's contribution to the work a "work made for hire"?   Yes.. X   No....
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............. } or { Domiciled in England
          (Name of Country)              (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)
Artwork, sound recording, performance
DATES OF BIRTH AND DEATH:
Born ........  Died ........
      (Year)        (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......  No.. X
Pseudonymous?  Yes......  No.. x
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......  No....
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............. } or { Domiciled in ............
          (Name of Country)              (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)
DATES OF BIRTH AND DEATH:
Born ........  Died ........
      (Year)        (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......  No....
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............. } or { Domiciled in ............
          (Name of Country)              (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)
DATES OF BIRTH AND DEATH:
Born ........  Died ........
      (Year)        (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1982
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date May 10, 1982
     (Month)    (Day)    (Year)
Nation USA
     (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Tritec Music Limited
273 Broad Street
Birmingham, B12 DF
ENGLAND

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
• *Follow detailed instructions attached*
• *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of ...... pages

EXHIBIT A  PG. 70

NOV. 2. 2009  8:16PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851    P. 59

| | |
|---|---|
| SR    37-720 | EXAMINED BY:<br>CHECKED BY: ........<br>CORRESPONDENCE:<br>☐ Yes     DEPOSIT ACCOUNT<br>FUNDS USED: | APPLICATION RECEIVED:<br>-4. AUG 1982<br>DEPOSIT RECEIVED:<br>-4. AUG 1982    -4. AUG 1982<br>REMITTANCE NUMBER AND DATE: | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No .. X ...

• If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give: Previous Registration Number .......................... Year of Registration ...........

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

   **PREEXISTING MATERIAL:** (Identify any preexisting work or works that the work is based on or incorporates.)
.........................................................................................
.........................................................................................
.........................................................................................

   **MATERIAL ADDED TO THIS WORK:** (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
.........................................................................................
.........................................................................................
.........................................................................................

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ........ CAPITOL RECORDS, INC. ........

Account Number: ........ DA 024902 ........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carole Haney**

Address: **1750 North Vine Street** ........................ (Apt.)

**Hollywood, California  90028**
(City)      (State)      (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: **Tritec Music Limited**
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carole Haney*

Typed or printed name: **Carole Haney**      Date: **7-7-82**

**⑧** Certification (Application must be signed)

| | |
|---|---|
| .. CAPITOL RECORDS, INC. .. ATTN: .. Carole Haney ....<br>(Name)<br>1750 North Vine Street<br>(Number, Street and Apartment Number)<br>.. Hollywood, CA. 90028 ..<br>(City)    (State)    (ZIP code) | **MAIL<br>CERTIFICATE<br>TO**<br><br>(Certificate will<br>be mailed in<br>window envelope) | **⑨**<br>Address<br>For Return<br>of<br>Certificate |

✱ 17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

✱✱ U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/8

Jan. 1978—100,000

EXHIBIT A  PG. 71

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

## FORM SR
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

SR  **53-971**

| SR | SRU |

**EFFECTIVE DATE OF REGISTRATION**

Dec. 13. 1983
(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**① Title**

TITLE OF THIS WORK:
**Seven and the Ragged Tiger as recorded by Duran Duran**
Catalog number of sound recording, if any. . . . 12310

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)
[X] Musical        ☐ Musical-Dramatic
☐ Dramatic        ☐ Literary
☐ Other:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Tritec Music Ltd.
Was this author's contribution to the work a "work made for hire"?  Yes.. X  No..
DATES OF BIRTH AND DEATH:
Born (Year)  Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. or {Domiciled in ...England......
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No X
Pseudonymous?  Yes  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
artwork, sound recording, performance, compilation

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes...  No...
DATES OF BIRTH AND DEATH:
Born (Year)  Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. or {Domiciled in .................
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes...  No...
DATES OF BIRTH AND DEATH:
Born (Year)  Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. or {Domiciled in .................
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

DA 350 9901  *53508655*

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year...1983
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date. November 14, 1983
(Month)  (Day)  (Year)
Nation.. USA
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Tritec Music Ltd.
273 Broad Street
Birmingham, B12 DF, England

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

* Complete all applicable spaces (numbers 5-9) on the reverse side of this page
* Follow detailed instructions attached
* Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ...... pages

NOV. 2.2009  8:18PM    EMI MUSIC LEGAL 212 786 8103                    NO. 2851   P. 65

| EXAMINED BY: | APPLICATION RECEIVED: 17 MAY 1984 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: 13.09.1983 | | |
| CORRESPONDENCE: ☒ Yes | DEPOSIT RECEIVED: 13.DEC.1983  17.MAY 1984  13.DEC.1983 | |
| DEPOSIT ACCOUNT FUNDS USED: ☒ | REMITTANCE NUMBER AND DATE: | |

SR    53-971

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........No. X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number........................ Year of Registration........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
Union of the Snake

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
The Reflect, New Moon on Monday, I'm Looking For The Cracks
in the Pavement, I Take The Dice, Of Crime and Passion,
Shadows on Your Side, Tiger Tiger, The Seventh Stranger,
all other artwork, sound recording, performance & compilation

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Capitol Records, Inc.

Account Number: DA024902

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carole Haney

Address: 1750 North Vine Street    (Apt)

Hollywood, California 90028
(City)          (State)          (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of... Tritec Music Ltd.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carole Haney_

Typed or printed name: Carole Haney                    Date: 11-30-83

**⑧ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Capitol Records, Inc. Attn: Carole Haney
(Name)
1750 North Vine Street
(Number, Street and Apartment Number)
Hollywood, California 90028
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false statement of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/8

Jan. 1978—100,000

EXHIBIT A  PG. 73



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 409 — 258

EFFECTIVE DATE OF REGISTRATION

**1** TITLE OF THIS WORK

**2** NAME OF AUTHOR

**NOTE**

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

**4** COPYRIGHT CLAIMANT(S)



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

RE

**SRu573—812**

SR                    SRU

EFFECTIVE DATE OF REGISTRATION

3    10    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

"Demon Dayz" recorded by Gorillaz

PREVIOUS ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Intro  Last Living Souls  Kids With Guns  O Green World  Dirty Harry  Feel Good Inc  El Manana  Every Planet We Reach
Is Dead  November Has Come  All Alone  White Light, Dare  Fire Coming Out Of A Monkey's Head

**2**

**a**  NAME OF AUTHOR ▼

EMI Records Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶  United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

Some Sound Recordings

**NOTE**
Under the law,
the author of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for
hire" check
"Yes" in the
space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part and
leave the
space for dates
of birth and
death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED

2005
Year  in all cases.

This information
must be given

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information
ONLY if this work
has been published.

Month          Day          Year ▶          ◀ Nation

**4**

**a**  COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

EMI Records Ltd. C/o EMI Music North America
150 Fifth Ave  11th Floor
New York, NY 10011

APPLICATION RECEIVED
MAR 10 2005

ONE DEPOSIT RECEIVED
MAR 10 2005

TWO DEPOSITS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.                Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages



EXAMINED BY _____   FORM SR

CHECKED BY _____

CORRESPONDENCE
☐ Yes                                      FOR
                                          COPYRIGHT
                                          OFFICE
                                          USE
                                          ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼
**a** Work Incorporates A Preexisting Work (i.e. Sound Recording Interpolation)

Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b** Some Sound Recordings

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼
**a** EMI Music North America                     DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
**b** Jonathan H Campbell  EMI Music North America
150 Fifth Ave  11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125        Fax number ▶ (212) 786-8103
Email  jonathan.campbell@emicap.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  EMI Records Ltd
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell                                      Date  March 7 2009

**8**

                  Handwritten signature (X) ▼
            X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
EMI Music North America ATTN: Jonathan H Campbell
Number/Street/Apt ▼
150 Fifth Ave  11th Floor
City/State/ZIP ▼
New York NY 10011

17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—80,000
WEB REV: June 1999              ☆ U.S. GOVERNMENT PRINTING OFFICE: 1999 454-879/64

EXHIBIT A  PG. 77