# CONTINUATION SHEET
# FOR APPLICATION FORMS

**■■FORM** ~~Shu~~ **/CON**
UNITED STATES COPYRIGHT OFFICE

**SRu573-812**

PA PAU SE SEG SE SR TX TXu VA VAU

EFFECTIVE DATE OF REGISTRATION

**3    10    05**
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

MAR 10 200

Page **3** of **4** pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  "Demon Days" recorded by Gorillaz

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  EMI Records Ltd. C/o EMI Music North America, 150 Fifth Ave, 11th Floor New York, NY 10011

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE    WAS THIS AUTHOR'S CONTRIBUTION TO
a work made for hire ?  Name of Country                                THE WORK

☐ Yes          OR { Citizen of ▶ _____     Anonymous?    ☐ Yes  ☐ No   If the answer to either of these questions is
☐ No               { Domiciled in ▶ _____   Pseudonymous? ☐ Yes  ☐ No   "Yes"  see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE    WAS THIS AUTHOR'S CONTRIBUTION TO
a work made for hire ?  Name of Country                                THE WORK

☐ Yes          OR { Citizen of ▶ _____     Anonymous?    ☐ Yes  ☐ No   If the answer to either of these questions is
☐ No               { Domiciled in ▶ _____   Pseudonymous? ☐ Yes  ☐ No   "Yes"  see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE    WAS THIS AUTHOR'S CONTRIBUTION TO
a work made for hire ?  Name of Country                                THE WORK

☐ Yes          OR { Citizen of ▶ _____     Anonymous?    ☐ Yes  ☐ No   If the answer to either of these questions is
☐ No               { Domiciled in ▶ _____   Pseudonymous? ☐ Yes  ☐ No   "Yes"  see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

EXHIBIT A  PG. 78

CONTINUATION OF (Check which) ☑ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

Contents Titles Continued

Don t Get Lost In Heaven Demon Days

Certificate will be mailed in window envelope to this address

Name ▼
EMI Music North America ATTN Jonathan H Campbell

Number/Street/Apt ▼
150 Fifth Ave 11th Floor

City/State/ZIP ▼
New York, NY 10011

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**D**

Rev June 2002—20 000 Web Rev June 2002 Printed on recycled paper

U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
SR 379-134

EFFECTIVE DATE OF REGISTRATION
11-14-05
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
"Feel Good, Inc." recorded by Gorillaz

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
"Demon Days" recorded by Gorillaz (# 738382)

**2 a** NAME OF AUTHOR ▼
EMI Records Ltd.

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ / Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☑ No — Pseudonymous? ☐ Yes ☑ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 9 Year ▶ 2005
United Kingdom ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
See instructions before completing this space.

**a** EMI Records Ltd. C/o EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

APPLICATION RECEIVED
NOV 14 2005
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
NOV 14 2005
FUNDS RECEIVED
DO NOT WRITE HERE — OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

*Special relief granted under 37 CFR 202.20(d).

EXAMINED BY
CHECKED BY
CORRESPONDENCE
Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☑ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ SRu573812 Year of Registration ▼ 2005

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

See instructions before completing this space.

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
a EMI Music North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125 Fax number ▶ (212) 786-8103
Email ▶ christopher.wlach@emicap.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☑ authorized agent of EMI Records Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Christopher Wlach Date ▶ November 10, 2005

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ EMI Music North America ATTN: Christopher Wlach
Number/Street/Apt ▼ 150 Fifth Ave., 11th Floor
City/State/ZIP ▼ New York, NY 10011

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 379-135

EFFECTIVE DATE OF REGISTRATION
11-14-05
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Demon Days" recorded by Gorillaz (# 738382)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Intro. Last Living Souls. Kids With Guns. O Green World. Dirty Harry. Feel Good Inc. El Manana. Every Planet We Reach Is Dead. November Has Come. All Alone. White Light. Dare. Fire Coming Out Of A Monkey's Head.

**2 a** NAME OF AUTHOR ▼

EMI Records Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Some Sound Recordings

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2005 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information ONLY if this work has been published.

Month ▶ May Day ▶ 23 Year ▶ 2005

United Kingdom ◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EMI Records Ltd. C/o EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED
NOV 14 2005
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
NOV 14 2005
FUNDS RECEIVED

DO NOT WRITE HERE — OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

*Special relief granted under 37 CFR 202.20(d).

EXAMINED BY FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☑ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ SRu573812 Year of Registration ▼ 2005

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a Sound Recording Interpolations and Sound Recording ("Feel Good Inc.")

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b Sound Recordings (all others)

See instructions before completing this space.

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼ EMI Music North America Account Number ▼ DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125 Fax number ▶ (212) 786-8103
Email ▶ christopher.wlach@emicap.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of EMI Records Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Christopher Wlach Date ▶ November 10, 2005

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ EMI Music North America ATTN: Christopher Wlach
Number/Street/Apt ▼ 150 Fifth Ave., 11th Floor
City/State/ZIP ▼ New York, NY 10011

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000
As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—30,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CONTINUATION SHEET FOR APPLICATION FORMS

FORM SR /CON
UNITED STATES COPYRIGHT OFFICE

SR 379-135

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

11-14-05

(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
NOV 14 2005

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"Demon Days" recorded by Gorillaz

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EMI Records Ltd. C/o EMI Music North America, 150 Fifth Ave., 11th Floor, New York, NY 10011

**B — Continuation of Space 2**

**d** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ ______ Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ ______ Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ ______ Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

Contents Titles Continued:

Don't Get Lost In Heaven. Demon Days.

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | EMI Music North America ATTN: Christopher Wlach |
| Number/Street/Apt ▼ | 150 Fifth Ave., 11th Floor |
| City/State/ZIP ▼ | New York, NY 10011 |

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Rev: June 2002—20,000 Web Rev: June 2002 ♻ Printed on recycled paper

U.S. Government Printing Office: 2002-481-113/20,021

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
SR 169-617

EFFECTIVE DATE OF REGISTRATION
6 / 1 / 93
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
The Album entitled "THE PREDATOR" (57185) and all songs contained within the Album

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions.
☒ Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☐ Other

**2**

a NAME OF AUTHOR ▼
PRIORITY RECORDS INC

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Performance and Sound Recording only

**NOTE**
Under the law, the "author" of a ...

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

0559940902

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ ~~November~~ Day ▶ ~~17~~ Year ▶ ~~1992~~ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
PRIORITY RECORDS INC
6430 Sunset Boulevard #900
Hollywood CA 90028

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUN. 01. 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED 01 JUN 1993
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 4 pages

EXAMINED BY
CHECKED BY
☐ CORRESPONDENCE Yes
☐ DEPOSIT ACCOUNT FUNDS USED

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

SEE CONTINUATION SHEET

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

RECORDED PERFORMANCES OF ALL MUSIC AND LYRICS OTHER THAN SET FORTH IN PARAGRAPH 6a ABOVE

**7**

**DEPOSIT ACCOUNT** *If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.*
Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

ANDREW M SHACK ESQ
PRIORITY RECORDS INC
6430 Sunset Boulevard #900
Hollywood CA 90028

Area Code & Telephone Number ▶

Be sure to give your daytime phone ◀ number.

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of PRIORITY RECORDS INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

date ▶

Handwritten signature (X) ▼

**9**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
ANDREW M SHACK ESQ c/o PRIORITY RECORDS INC
Number/Street/Apartment Number ▼
6430 Sunset Boulevard #900
City/State/ZIP ▼
Hollywood CA 90028

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Page 3

# Certificate
## Registration of a Claim to Copyright in a published sound recording

FORM N

REGISTRATION NO.
N 10756
DO NOT WRITE HERE

CLASS N

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office of the United States of America. In witness whereof the seal of the Copyright Office is hereto affixed.

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

Register of Copyrights: Barbara Ringer

1. Copyright Claimant(s) and Address(es):

Name E.M.I. Records Limited

Address 135 Blyth Road, Hayes, Middlesex, England

Name

Address

2. Title: Mind Games 3414 as recorded by John Lennon
(Title of sound recording as it appears on the copies; also catalog number if one appears on the copies)

3. (a) Description of Sound Recording Deposited: Stereo Disc
(General type of sound recording deposited)

(b) Nature of Material Recorded: Music
(General type of material recorded)

4. Author of This Sound Recording:

Name E.M.I. Records Limited Citizenship England (Name of country)

Domiciled in U.S.A. Yes ___ No X Address 135 Blyth Road, Hayes, Middlesex, Eng.

Name Citizenship (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address

5. (a) Date of Publication of This Sound Recording:

October 28, 1973
(Month) (Day) (Year)

(b) Place of Publication of This Sound Recording:

USA

6. New Matter in This Sound Recording:

7. Fixation before February 15, 1972:

(General statement of nature of any substantial part of the sounds published for the first time in this recording fixed before February 15, 1972.)

*Complete all applicable spaces on next page*

EXAMINER

8. Deposit account:
Capitol Records, Inc.

9. Send correspondence to:
Name Capitol Records, Inc., Attn. Secretary Address 1750 N. Vine, Hollywood, Calif. 90028

10. Send certificate to:

(Type or print name and address)

Name: Capitol Records, Inc., Attn. Carole Haney
Address: 1750 North Vine Street (Number and street)
Hollywood, California 90028 (City) (State) (ZIP Code)

## Information concerning copyright in sound recordings

NOTE: Copyright registration for sound recordings on Form N is not a substitute for registration of a claim to copyright in a musical composition, literary work, dramatic work, or any other copyrightable material recorded. Copyright registration on Form N is for "works that result from the fixation of a series of musical, spoken, or other sounds." Note also that sound recordings registrable on Form N do not include a sound track when it is an integrated part of a motion picture. Concerning registration for works other than sound recordings, write to the Copyright Office, Library of Congress, Washington, D.C. 20540, which will supply appropriate application forms and general information free on request.

*When to Use Form N.* Form N is appropriate for published sound recordings.

*What Is a "Sound Recording"?* A "sound recording" is a work that results from the fixation of a series of musical, spoken, or other sounds. Common examples of reproductions of sound recordings include phonograph discs, open-reel tapes, cartridges, cassettes, player piano rolls, and similar material objects in which sounds are fixed and from which the sounds can be perceived, reproduced, or otherwise communicated either directly or with the aid of a machine or device.

*Unpublished Works.* A sound recording cannot be registered in unpublished form. Unpublished sound recordings may be protected by the common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published sound recordings endures for 28 years from the date of first publication, and may be renewed for a second 28-year term.

*Effective Date.* The enactment providing for registration of sound recordings took effect on February 15, 1972. Under this provision, registration of claim to copyright is possible only for sound recordings fixed on or after February 15, 1972. However, the enactment specifies that the provision is not to "be construed as affecting in any way rights with respect to sound recordings fixed before that date."

*Fixation.* A series of sounds constituting a sound recording is "fixed" when that complete series is first produced on a final master recording that is later reproduced in published copies.

## How to secure statutory copyright in a sound recording

*First: Produce Copies with Copyright Notice.* Reproduce the sound recording in copies. To secure copyright, it is essential that the copies bear copyright notice in the required form and position, as explained below.

*Second: Publish the Sound Recording with Copyright Notice.* The copyright law defines the date of publication as the earliest date when copies were placed on sale, sold, or publicly distributed by the copyright owner or under his authority.

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, two complete copies of the best edition of the sound recording as first published with notice, an application on Form N, properly completed and signed, and a fee of $6.

*The Copyright Notice.* The copyright notice on a sound recording should appear on the surface of the copies thereof or on the label or container, in such manner and location as to give reasonable notice of the claim of copyright. The copyright notice for sound recordings consists of the symbol ℗, the year date of first publication of the sound recording, and the name of the copyright owner of the sound recording. Example: ℗ 1972 Doe Records, Inc.

—*Alternative Form Of Notice.* As an alternative, the notice for sound recordings may consist of the symbol ℗, the year date of first publication, and an abbreviation by which the name of the copyright owner can be recognized or a generally known alternative designation of the owner. In such instances line 1 of the application for registration should be completed by giving the abbreviation or designation as it appears in the notice on the copies deposited, followed by the appropriate statement, for example, "abbreviation of the name Doe Records, Inc." or "generally known alternative designation of Doe Records, Inc."

—*Special Provision.* If the producer of the sound recording is named on the labels or containers of the copies of the sound recording, and if no other name appears in conjunction with the notice, his name shall be considered a part of the notice.

WARNING: It is the act of publication with copyright notice that actually secures statutory copyright protection in a sound recording. If authorized copies of the sound recording are published without the required notice described above, the right to secure statutory copyright for that sound recording is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

| Application received NOV 12 1973 | |
|---|---|
| Two copies received NOV 12 1973 | |
| Fee received | |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = sr0000325145
Search Results: Displaying 1 of 1 entries

***The ring / Keiko Matsui.***

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000325145 / 2002-12-30
**Title:** The ring / Keiko Matsui.
**Imprint:** c2002.
**Publisher Number:** Narada Jazz 72438-13198-0-2
**Description:** Compact disc.
**Notes:** Enhanced CD.
**Copyright Claimant:** □ on recording; Narada Productions, Inc. (employer for hire)
**Date of Creation:** 2002
**Date of Publication:** 2002-10-01
**Contents:** Steps of Maya -- Venus of the sea -- Moon circle -- Prism -- The next plateau -- Messenger -- Deity in the silence -- The ring -- White owl -- Precious time.
**Other Title:** The next plateau
**Names:** Matsui, Keiko
Narada Productions, Inc.

| Save, Print and Email (Help Page) |
| --- |
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

SR 353-271

9 24 07
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Be Here" recorded by Keith Urban (# 774892)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Days Go By Better Life Making Memories Of Us God's Been Good To Me The Hard Way You're My Better Half I Could Fly Tonight I Wanna Cry She's Gotta Be Nobody Drinks Alone Country Comfort Live To Love Another Day

**2** NAME OF AUTHOR ▼

a Capitol Records Nashville, a division of Capitol Records, Inc

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Some Sound Recordings, Compilation of Photographs

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b Andrew Southam

DATES OF BIRTH AND DEATH Year Born ▼ 1961 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ U.S. Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Photographs

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2004 ◀ Year This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ September Day ▶ 21 Year ▶ 2004 U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

a Capitol Records, Inc.
C/o EMI Music North America
150 Fifth Ave., 11th Floor, New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED SEP 24 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED SEP 24 2004
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

b by written agreement

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE

☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a. Work Incorporates A Preexisting Sound Recording ("Days Go By")

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b. Some Sound Recordings, Compilation of Photographs, Photographs

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a. EMI Music North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b. Jonathan H Campbell, EMI Music North America
150 Fifth Ave - 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125 Fax number ▶ (212) 786-8103

Email ▶ jonathan.campbell@emicap.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author ☐ owner of exclusive right(s)

☐ other copyright claimant ☐ authorized agent of Capitol Records, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonathan H Campbell Date September 23, 2004

Handwritten signature (X) ▼

X

**9** Certificate will be mailed in window envelope to this address:

Name ▼
EMI Music North America C/o Jonathan H Campbell

Number/Street/Apt ▼
150 Fifth Ave., 11th Floor

City/State/ZIP ▼
New York, NY 10011

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SR—Rev: June 2004—xx,000 Web Rev: June 2004 Printed on recycled paper

U.S. GOVERNMENT PRINTING OFFICE: 2004-xxx-xxx/xx,xxx

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Registration Number:

SR 612-701

Effective date of registration:

September 24, 2007

## Title

Title of Work: "Drastic Fantastic" deluxe edition recorded and performed by KT Tunstall (# 956172)

Previous or Alternative Title: Little Favors / If Only / White Bird / Funnyman / Hold On / Hopeless / I Don't Want YOU NOW / Saving My Face Beauty of Uncertainty / Someday Soon / Paper Aeroplane

## Completion/ Publication

Year of Completion: 2007

Date of 1st Publication: September 5, 2007

## Author

- Author: Jaydone Ltd. trading as Relentless Records

Author Created: Some sound recordings, artwork, photographs

Work made for hire: Yes

Domiciled in: United Kingdom

Anonymous: No Pseudonymous: No

## Copyright claimant

Copyright Claimant: Jaydone Ltd. trading as Relentless Records

EMI Music North America, 150 Fifth Ave, New York, NY, 10011

## Limitation of copyright claim

Material excluded from this claim: Work incorporates some a preexisting sound recording ("Hold On")

Previously registered: No

New material included in claim: Some sound recordings, artwork, photographs

## Certification

Name: Mariel Belanger

Date: September 20, 2007

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
SR 388-462

EFFECTIVE DATE OF REGISTRATION
3-7-06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
"Eye to the Telescope" recorded by KT Tunstall (#507292)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
Other Side Of The World; Another Place To Fall; Under The Weather; Black Horse And The Cherry Tree; Miniature Disasters; Silent Sea; Universe & U; False Alarm; Suddenly I See; Stoppin' the Love; Heal Over; Through The Dark

**2 a** NAME OF AUTHOR ▼
Jaydone Ltd. trading as Relentless Records
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United Kingdom
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recordings

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year — This information must be given in all cases.
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 13 Year ▶ 2004
United Kingdom ◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Jaydone Ltd. trading as Relentless Records
C/o EMI Music North America
150 Fifth Ave., 11th Floor, New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED MAR 0 7 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 0 7 2006
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY
CORRESPONDENCE
☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼ EMI Music North America Account Number ▼ DA 054283

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 - 8125 Fax number ▶ (212) 786 - 8103
Email ▶ christopher.wlach@emicap.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Jaydone Ltd. trading as Relentless Records
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Christopher Wlach Date ▶ February 28, 2006

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

| |
|---|
| Name ▼ EMI Music North America ATTN: Christopher Wlach |
| Number/Street/Apt ▼ 150 Fifth Ave., 11th Floor |
| City/State/ZIP ▼ New York, NY 10011 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 404-786

SR SRU

EFFECTIVE DATE OF REGISTRATION
4 20 07
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
"Sound of Silver" recorded by LCD Soundsystem (#851142)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
Get Innocuous! / Time to Get Away / North American Scum / Someone Great / All My Friends / Us v. Them / Watch the Tapes / Sound of Silver / New York, I Love You but You're Bringing Me Down

**2**

a NAME OF AUTHOR ▼
DFA LLC

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Some Sound Recordings, Compilation of Photographs

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2007 ◀ Year This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 7 Year ▶ 2007
Japan ◀ Nation

**4**

See instructions before completing this space.

a COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DFA LLC, C/o EMI Music North America
150 Fifth Avenue, 11th Fl, New York, NY 10011

DO NOT WRITE HERE
OFFICE USE ONLY
APPLICATION RECEIVED
APR 2 0 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
APR 2 0 2007
FUNDS RECEIVED

b TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXAMINED BY DSH

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a Sound Recording ("North American Scum")

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b Some Sound Recordings (all others), Compilation of Photographs

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

a EMI Music North America 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b Christopher Wlach
EMI Music North America
150 Fifth Avenue, 11th Fl, New York, NY 10011

Area code and daytime telephone number (212) 786-8125 Fax number (212) 786-8103
Email christopher.wlach@emicap.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of DFA LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Christopher Wlach Date March 22, 2007

Handwritten signature (x) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
EMI Music North America ATTN: Christopher Wlach

Number/Street/Apt ▼
150 Fifth Avenue, 11th Floor

City/State/ZIP ▼
New York, NY 10011

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000 Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2003-496-606/60,0xx

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 149-149

SR SRU

EFFECTIVE DATE OF REGISTRATION

Mar 12 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Lenny Kravitz "Are You Gonna Go My Way" - 86984

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions

☐ Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☒ Other Sound recording and original artwork

**2**

a NAME OF AUTHOR ▼

Virgin Records America, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Sound recording and original artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the ...

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*054990578*

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 9 Year ▶ 1993
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Virgin Records America, Inc
338 N Foothill Rd
Beverly Hills, CA 90210

See instructions before completing this space

APPLICATION RECEIVED
MAR 12 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAR 12 1993
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SR

SR 149-143

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** **Year of Registration ▼**

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼** Virgin Records America, Inc.

**Account Number ▼** DA054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Helen Stotler
Virgin Records America, Inc.
338 N Foothill Rd
Beverly HIlls, CA 90210

Area Code & Telephone Number ▶ 310-288-2411

Be sure to give your daytime phone ◀ number.

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Virgin Records America, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Helen Stotler **date ▶** 3-9-93

**Handwritten signature (X) ▼** [signature]

**9**

**MAIL CERTIFICATE TO**

Name ▼
Helen Stotler - VRA, Inc

Number/Street/Apartment Number ▼
338 N Foothill Rd

City/State/ZIP ▼
Beverly HIlls, CA 90210

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1991—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1991-312-432/40,011

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REG

SR 317-577

SR SRU

EFFECTIVE DATE OF REGISTRATION

9 3 2002
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼

Lenny Kravitz "Lenny"
Selection # 11233

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

## 2

**a** NAME OF AUTHOR ▼
Virgin Records America, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ October Day ▶ 30 Year ▶ 2001
◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**a** Virgin Records America, Inc.
338 N. foothill Road Beverly Hills, CA 90210

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED SEP 03. 2002

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED SEP 03. 2002

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SR

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**a**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼ Virgin Records America, Inc. Account Number ▼ DAO54283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b**
Erica Forster
Virgin Records America, Inc.
338 N. Foothill Road
Beverly Hills, CA 90210
Area code and daytime telephone number ▶ 310.887.6652 Fax number ▶ 310.288.2477
Email ▶ Erica.Forster@virgin-records.c

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of Virgin Records America,Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Erica Forster Date ▶ 11/19/01

Handwritten signature (x) ▼
x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Erica Forster
Number/Street/Apt ▼ 338 N. Foothill Rd.
City/State/ZIP ▼ Beverly Hills, CA 90210

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

FORM SR
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 111-095

SR SRU

EFFECTIVE DATE OF REGISTRATION

Month Day Year SEP 22 1989

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Lenny Kravitz Lp "Let Love Rule" Catalog # 91290

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions.

☐ Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☒ Other Sound Recording and Original Artwork

**2**

a NAME OF AUTHOR ▼ Virgin Records America Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Sound Recording and Original Artwork

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*027838929* 027838929

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1989 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ 9 Day ▶ 5 Year ▶ 1989

United States of America ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Virgin Records America Inc.
9247 Alden Drive
Beverly Hills, CA 90210

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED SEP 22 1989

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED SEP 22 1989

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

SR 111-095

EXAMINED BY
CHECKED BY
☐ CORRESPONDENCE Yes
☐ DEPOSIT ACCOUNT FUNDS USED

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ VIRGIN RECORDS AMERICA INC.
Account Number ▼ DA054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Gemma Corfield
Virgin Records America Inc.
9247 Alden Drive
Beverly Hills, CA 90210

Area Code & Telephone Number ▶ (213) 278-1181

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Virgin Records America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Gemma Corfield date ▶

Handwritten signature (X) ▼

**9**

**MAIL CERTIFICATE TO**

Name ▼ Gemma Corfield / Virgin Records America Inc.
Number/Street/Apartment Number ▼ 9247 Alden Drive
City/State/ZIP ▼ Beverly Hills, CA 90210

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to *Register of Copyrights?*
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1982-361-278/63

Sept. 1982—210,000

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

SRu 865-469

**Effective date of registration:**

November 21, 2007

## Title

**Title of Work:** "It is Time for a Love Revolution" recorded by Lenny Kravitz

**Contents Titles:** Contents: Love Revolution/Bring It On/ Good Morning/ Love Love Love/ If You Want It/ I'll Be Waiting/Will You Marry Me/ I Love the Rain/ A Long and Sad Goodbye/ Dancin' Til Dawn/ This Moment is All There Is/ A New Door/ Back In Vietnam/ I Want To Go Home

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Virgin Records America, Inc.

**Author Created:** Sound recordings (unpublished)

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Virgin Records America, Inc.

c/o EMI Music North America, 150 Fifth Avenue, New York, NY, 10011

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Mariel Belanger

**Date:** November 20, 2007

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**

For a Sound Recording

UNITED STATES COPYRIGHT OFFICE

SR 382-050

EFFECTIVE DATE OF REGISTRATION

JUN 2 0 2007

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Smile" recorded by Lily Allen [illegible]

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2** **a** NAME OF AUTHOR ▼

EMI Records Ltd.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Sound Recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 2006 ◀ Year This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month July Day [illegible] Year 2006

United Kingdom ◀ Nation

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EMI Records Ltd. c/o EMI Music North America

150 Fifth Ave., 7th Floor

New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED

JUN 2 0 2007

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

JUN 2 0 2007

FUNDS RECEIVED

DO NOT WRITE HERE / OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 1 pages

EXAMINED BY RJB FORM SR

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

6

a

b

7

a EMI Music North America DA 024383

b Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

(212) 786-8125 (212) 786-8119

8

EMI Records Ltd.

Christopher Wlach Date June 13, 2007

x

9

EMI Music North America ATTN: Christopher Wlach

150 Fifth Ave., 11th Floor

New York, NY 10011

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 392-058

EFFECTIVE DATE OF REGISTRATION

JUN 2 0 2007

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Alright, Still..." recorded by Lily Allen [illegible]

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Smile / Knock 'Em Out / LDN / Everything's Just Wonderful / Not Big / Friday Night / Shame for You / Littlest Things / Take What You Take / Friend of Mine / Alfie / Nan, You're a Window Shopper / Smile [illegible]

**2** a NAME OF AUTHOR ▼ EMI Records Ltd.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Sound Recording

**NOTE** [illegible]

b NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No — AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ — WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No — AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ — WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 2006 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK: Month ▶ July Day ▶ 14 Year ▶ 2006 — Germany ◀ Nation

**4** a COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EMI Records Ltd. c/o EMI Music North America
150 Fifth Ave., 7th Floor
New York, NY 10011

APPLICATION RECEIVED: JUN 2 0 2007

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED: JUN 2 0 2007

FUNDS RECEIVED

b TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY RJB FORM SR

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION [illegible]

[illegible]

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION

Preexisting Material [illegible] ▼

a Sound Recordings ("Strike," "Knock, Jan Dug," "LDN," [illegible])

Material Added to This Work [illegible] ▼

b Sound Recordings [illegible]

**7** DEPOSIT ACCOUNT [illegible]

Name ▼ Account Number ▼

a EMI Music North America DA 054230

CORRESPONDENCE [illegible]

b Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8[illegible] Fax number ▶ (212) 786-8[illegible]

Email ▶ christopher.wlach@emicap.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▼

Author

Other copyright claimant

Owner of exclusive right(s)

Authorized agent of EMI Records Ltd

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christopher Wlach Date June [illegible], 2007

Handwritten signature (X) ▼

X [signature]

**9** Certificate will be mailed in window envelope to this address:

Name ▼
EMI Music North America ATTN: Christopher Wlach

Number/Street/Apt ▼
150 Fifth Ave., 11th Floor

City/State/ZIP ▼
New York, NY 10011

[illegible]

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

[illegible]

EXHIBIT A PG. 109

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 320-120

EFFECTIVE DATE OF REGISTRATION

AUG 13 2002
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
NORAH JONES//Come Away With Me--Don't Know Why; Seven Years; Cold Cold Heart; Feelin' The Same Way; Come Away With Me; Shoot The Moon; Turn Me On; Lonestar; I've Got To See You Again; Painter Song; One Flight Down;

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2 a** NAME OF AUTHOR ▼
BLUE NOTE RECORDS, div. of Capitol Records emp. for hire N. Jones

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
sound recordings, liner notes, artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ February Day ▶ 14 Year ▶ 2002
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BLUE NOTE RECORDS, c/o Capitol Records, Inc.
1750 North Vine Street, Hollywood, California 90028

See instructions before completing this space.

APPLICATION RECEIVED AUG 13 2002
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 13 2002
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
a Capitol Records DA024902

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Capitol Records, Inc.; Attn: Bev McCord
1750 North Vine Street
Hollywood, California 90028

Area code and daytime telephone number 323-871-5493 Fax number 323-461-3865
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Capitol Records, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Beverly McCord Date 8-12-02

Handwritten signature (x) ▼
X Beverly McCord

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Bev McCord c/o Capitol Records, Inc.
Number/Street/Apt ▼
1750 North Vine Street
City/State/ZIP ▼
Hollywood, California 90028

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  **Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

FORM SR /CON
UNITED STATES COPYRIGHT OFFICE

SR 320-120

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

AUG 13 2002
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
AUG 13 2002

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  NORAH JONES/COME AWAY WITH ME

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  BLUE NOTE RECORDS, a division of Capitol Records, Inc.; 1750 North Vine Street, Hollywood, California 90028

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ❑ Yes ❑ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ❑ Yes ❑ No; Pseudonymous? ❑ Yes ❑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ❑ Yes ❑ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ❑ Yes ❑ No; Pseudonymous? ❑ Yes ❑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ❑ Yes ❑ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ❑ Yes ❑ No; Pseudonymous? ❑ Yes ❑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

Nightingale; The Long Day Is Over; The Nearness Of You

**C** Continuation of other Spaces

---

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Bev McCord c/o Capitol Records, Inc. |
| Number/Street/Apt ▼ | 1750 North Vine Street |
| City/State/ZIP ▼ | Hollywood, California 90028 |

[illegible]
• Complete all necessary spaces
• Sign your application

[illegible]
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

[illegible]
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
SR 350-540

EFFECTIVE DATE OF REGISTRATION
2 - 23 - 04
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

Feels Like Home" recorded by Norah Jones (# 848000)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

Sunrise What Am I To You? Those Sweet Words Carnival Town In The Morning Be Here To Love Me Creepin' In Toes Humble Me Above Ground The Long Way Home The Prettiest Thing Don't Miss You At All

**2** a NAME OF AUTHOR ▼

Blue Note Records a division of Capitol Records Inc

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No — If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Sound Recordings Some Artwork/Photographs

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2004 ◀ Year — This information must be given in all cases

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ February Day ▶ 10 Year ▶ 2004 United States of America ◀ Nation

**4** a COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Capitol Records Inc C/o EMI Music North America
150 Fifth Ave 11th Floor
New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED FEB 23 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB 23 2004
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

b TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXAMINED BY [handwritten initials] FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☑ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ SRu 520 271 Year of Registration ▼ 2004

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a Work Incorporates Some Preexisting Works (i.e. - Photographs)

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b Sound Recordings, Some Artwork/Photographs

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
a EMI Music North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Jonathan H Campbell, EMI Music North America
150 Fifth Ave 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 8125 Fax number ▶ (212) 786 8103
Email ▶ jonathan.campbell@emicap.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Capitol Records, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell Date ▶ February 12, 2004

Handwritten signature (x) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
EMI Music North America ATTN: Jonathan H Campbell
Number/Street/Apt ▼
150 Fifth Ave 11th Floor
City/State/ZIP ▼
New York, NY 10011

Complete all necessary spaces
Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—60,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SRu520-271

EFFECTIVE DATE OF REGISTRATION

1 14 04

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼

"Feels Like Home" recorded by Norah Jones (# 848000)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Sunrise What Am I To You? Those Sweet Words Carnival Town In The Morning Be Here To Love Me Creepin' In Toes Humble Me Above Ground The Long Way Home The Prettiest Thing Don't Miss You At All

## 2

**a** NAME OF AUTHOR ▼

Blue Note Records, a division of Capitol Records, Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ U.S.A

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Sound Recordings, Some Artwork/Photographs

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2004 ◀ Year

This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information ONLY if this work has been published.

Month ▶ Day ▶ Year ▶

◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**a** Capitol Records, Inc C/o EMI Music North America
150 Fifth Ave 11th Floor
New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED 1/14/04

ONE DEPOSIT RECEIVED 1/14/04

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY LJF

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a Work Incorporates Some Preexisting Works (i e Photographs)

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
b Sound Recordings Some Artwork/Photographs

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Account Number ▼
a EMI Music North America DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
b Jonathan H Campbell EMI Music North America
150 Fifth Ave 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 8125 Fax number ▶ (212) 786 8103
Email ▶ jonathan campbell@emicap com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▼
☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☑ authorized agent of Capitol Records Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Jonathan H Campbell Date ▶ January 13 2004

Handwritten signature (x) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | EMI Music North America ATTN Jonathan H Campbell |
| Number/Street/Apt ▼ | 150 Fifth Ave 11th Floor |
| City/State/ZIP ▼ | New York, NY 10011 |

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form SR is $30

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500
June 1999—50 000
WEB REV June 1999
PRINTED ON RECYCLED PAPER
★U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

RI SR 383-630

SR SRU

EFFECTIVE DATE OF REGISTRATION

7 5 05
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼

"Feels Like Home (Deluxe Edition)" recorded by Norah Jones (# 599972)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Sunrise. What Am I To You?. Those Sweet Words. Carnival Town. In The Morning. Be Here To Love Me. Creepin' In. Toes. Humble Me. Above Ground. The Long Way Home. The Prettiest Thing. Don't Miss You At All. Sleepless Nights.

## 2

**a** NAME OF AUTHOR ▼
Blue Note Records, a division of Capitol Records, Inc.

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ / Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☑ No — Pseudonymous? ☐ Yes ☑ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recording ("I Turned Your Picture To The Wall")

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 21 Year ▶ 2004
United States of America ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

See instructions before completing this space.

**a** Capitol Records, Inc. C/o EMI Music North America
150 Fifth Ave., 11th Floor, New York, NY 10011

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED JUL - 5 2005
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL - 5 2005
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 4 pages

EXAMINED BY Rn

FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ SR 350-540 Year of Registration ▼ 2004

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a Work Incorporates Some Preexisting Works (i.e., Sound Recordings, Artwork/Photographs)

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b Sound Recording ("I Turned Your Picture To The Wall")

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
a EMI Music North America DA 054283

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Jonathan H Campbell, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786 - 8125 Fax number ▶ (212) 786 - 8103
Email ▶ jonathan.campbell@emicap.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Capitol Records, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell Date ▶ June 22, 2005

Handwritten signature (x) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
EMI Music North America ATTN: Jonathan H Campbell
Number/Street/Apt ▼
150 Fifth Ave., 11th Floor
City/State/ZIP ▼
New York, NY 10011

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/46

# CONTINUATION SHEET FOR APPLICATION FORMS

FORM SR /CON
UNITED STATES COPYRIGHT OFFICE

SR 383-630

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

7 (Month) 5 (Day) 05 (Year)

CONTINUATION SHEET RECEIVED JUL - 5 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"Feels Like Home (Deluxe Edition)" recorded by Norah Jones (# 599972)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Capitol Records, Inc. C/o EMI Music North America, 150 Fifth Ave., 11th Floor, New York, NY 10011

**B Continuation of Space 2**

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C**
Continuation of other Spaces

Contents Titles Continued:

Moon Song. I Turned Your Picture To The Wall.

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
EMI Music North America ATTN: Jonathan H Campbell

Number/Street/Apt ▼
150 Fifth Ave., 11th Floor

City/State/ZIP ▼
New York, NY 10011

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Rev: June 2002—20,000 Web Rev: June 2002 ♻ Printed on recycled paper

U.S. Government Printing Office, 2000-461-113/20,021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REG

SRu630-866

EFFECTIVE DATE OF REGISTRATION

11 9 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

Not Too Late recorded by Norah Jones

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

I Wish I Could / Sinkin Soon / The Sun Doesn t Like You / Until the End / Not My Friend / Thinking About You / Broken / My Dear Country / Wake Me Up / Be My Somebody / Little Room / Rosie s Lullaby / Not Too Late

**2 a** NAME OF AUTHOR ▼

Blue Note Records a division of Capitol Records Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Sound Recording

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2006 ◀ Year — This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information ONLY if this work has been published

Month ▶ Day ▶ Year ▶
◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

See instructions before completing this space

Capitol Records Inc C/o EMI Music North America
150 Fifth Ave 11th Floor New York NY 10011

APPLICATION RECEIVED
11/09 2006

ONE DEPOSIT RECEIVED
11/09 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions
Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages



EXAMINED BY
CHECKED BY
CORRESPONDENCE
☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

PREVIOUS REGISTRATION Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
b

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼
a EMI Music North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
b Christopher Wlach EMI Music North America
150 Fifth Ave 11th Floor
New York NY 10011

Area code and daytime telephone number ▶ (212) 786 8125 Fax number ▶ (212) 786 8103
Email ▶ christopher wlach@emicap com

**8**

CERTIFICATION* I the undersigned hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Capitol Records Inc
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Christopher Wlach Date ▶ November 8 2006

Handwritten signature (x) ▼
X

**9**

Certificate will be mailed in window envelope to this address

Name ▼
EMI Music North America ATTN Christopher Wlach
Number/Street/Apt ▼
150 Fifth Ave 11th Floor
City/State/ZIP ▼
New York, NY 10011

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form SR is $30.

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500
June 1999—30 000
WEB REV June 1999
PRINTED ON RECYCLED PAPER
★U S GOVERNMENT PRINTING OFFICE 1999-454-879/46

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
**For a Sound Recording**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 322-969

EFFECTIVE DATE OF REGISTRATION

9 (Month) 23 (Day) 02 (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
OK GO//OK GO --Get Over It; Don't Ask Me; You're So Damn Hot; What To Do; 1000 Miles Per Hour; Shortly Before The End; Return; There's A Fire; C-C-C-Cinnamon Lips; The Fix Is In; Hello, My Treacherous Friends; Bye Bye Baby

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2*** **a** NAME OF AUTHOR ▼
CAPITOL RECORDS, INC. ~~, employee for hire of Ok Go~~

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
sound recordings, ~~liner notes~~, artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 5 Year ▶ 2002
USA ◀ Nation

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Capitol Records, Inc.
1750 North Vine Street, Hollywood, California 90028

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY [initials]

FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C.O. from phone call to Jonathan H. Campbell of Capitol Records on March 12, 2003.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

See instructions before completing this space.

*Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.* ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a Capitol Records DA024902

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b Capitol Records, Inc.; Attn: Bev McCord
1750 North Vine Street
Hollywood, California 90028

Area code and daytime telephone number 323-871-5493 Fax number 323-461-3865

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author ☐ owner of exclusive right(s)

☐ other copyright claimant ☑ authorized agent of Capitol Records, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Beverly McCord Date 9-19-02

Handwritten signature (x) ▼

X Beverly McCord

**9**

Certificate will be mailed in window envelope to this address

Name ▼
~~Bev McCord c/o Capitol Records, Inc.~~ Jonathan H. Campbell * Legal & Business Affairs

Number/Street/Apt ▼
~~1750 North Vine Street~~ EMI RECORDED MUSIC, NA ~~150 FIFTH AVE. 11th Floor~~

City/State/ZIP ▼
~~Hollywood, California 90028~~ New York, NY 10011

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021



...ive through June 30, 2002. ...opyright Office ...opyright or call ...ee information.

# FORM SR

For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REG...

SR 377-392

EFFECTIVE DATE OF REGISTRATION

9 (Month) 20 (Day) 05 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Oh No" by OK Go (# 788002)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Invincible, Do What You Want, Here It Goes Again, A Good Idea at the Time, Oh Lately It's So Quiet, It's a Disaster A Million Ways, No Sign of Life Let It Rain, Crash the Party, Television, Television, Maybe, This Time, The House Wins

**2** **a** NAME OF AUTHOR ▼

Capitol Records, Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Sound Recordings, Some Artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2005 ◀ Year This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ August Day ▶ 30 Year ▶ 2005 United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**a** Capitol Records, Inc. C/o EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

See instructions before completing this space.

APPLICATION RECEIVED SEP 20 2005
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED SEP 20 2005
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE Page 1 of 2 pages

EXAMINED BY
CHECKED BY
CORRESPONDENCE
☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a Work Incorporates Some Preexisting Works (i.e. Artwork, Photographs)

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
b Sound Recordings, Some Artwork, Textual Material

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Account Number ▼
a EMI Music North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
b Christopher Wlach, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125 Fax number ▶ (212) 786 - 8103
Email ▶ christopher.wlach@emicap.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Capitol Records, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Christopher Wlach Date ▶ September 12, 2005

Handwritten signature (x) ▼
X Christopher Wlach

**9**

Certificate will be mailed in window envelope to this address

Name ▼
EMI Music North America ATTN: Christopher Wlach
Number/Street/Apt ▼
150 Fifth Ave., 11th Floor
City/State/ZIP ▼
New York, NY 10011

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48



WebVoyage Record View 1 page 1 of 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000012742
Search Results: Displaying 1 of 1 entries

previous
next

***In the heat of the night / [performed by] Pat Benatar.***

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000012742 / 1979-10-01
**Title:** In the heat of the night / [performed by] Pat Benatar.
**Imprint:** c1979.
**Publisher Number:** Chrysalis CHR 1236
**Description:** 1 sound disc : 33 1/3 rpm ; 12 in.
**Copyright Claimant:** © □ Chrysalis Records
**Date of Creation:** 1979
**Date of Publication:** 1979-08-27
**Authorship on Application:** sound recording, performance, art work: Chrysalis Records, employer for the hire of Pat Benatar.
**Contents:** Heartbreaker -- I need a lover -- If you think you know how to love me -- In the heat of the night -- My clone sleeps alone -- We live for love -- Rated X -- Don't let it show -- No you don't -- So sincere.
**Names:** Benatar, Pat
Chrysalis Records, Inc.

previous
next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record — Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=SR0000012742&Search_Code=REG... 11/3/2009

EXHIBIT A PG. 128

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = pat benatar crimes
Search Results: Displaying 2 of 10000 entries

*Crimes of passion / [performed by] Pat Benatar.*

**Relevance:**
**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000020348 / 1980-08-20
**Title:** Crimes of passion / [performed by] Pat Benatar.
**Imprint:** c1980.
**Publisher Number:** Chrysalis CHE 1275
**Description:** 1 sound disc : 33 1/3 rpm ; 12 in.
**Copyright Claimant:** © □ Chrysalis Records, Inc.
**Date of Creation:** 1980
**Date of Publication:** 1980-08-06
**Authorship on Application:** sound recording, performance & artwork: Chrysalis Records, employer for the hire of Pat Benatar.
**Contents:** Treat me right -- You better run -- Never wanna leave you -- Hit me with your best shot -- Hell is for children -- Little paradise -- I'm gonna follow you -- Wuthering Heights -- Prisoner of love -- Out-a-touch.
**Names:** Benatar, Pat
Chrysalis Records, Inc.

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = pat benatar get nervous
Search Results: Displaying 2 of 10000 entries

*Get nervous / [performed by] Pat Benatar.*

**Relevance:** ▮▮▮▮▮
**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000039516 / 1982-10-15
**Title:** Get nervous / [performed by] Pat Benatar.
**Imprint:** c1982.
**Publisher Number:** Chrysalis CHR 1396
**Description:** 1 sound disc : 33 1/3 rpm ; 12 in.
**Copyright Claimant:** © □ Chrysalis Records, Inc.
**Date of Creation:** 1982
**Date of Publication:** 1982-10-14
**Authorship on Application:** sound recording, performance, artwork: Chrysalis Records, Inc., employer for hire of Pat Benatar.
**Contents:** Shadows of the night -- Looking for a stranger -- Anxiety (Get nervous) -- Fight it out -- The Victim -- Little too late -- I'll do it -- I want out -- Tell it to her -- Silent partner.
**Other Title:** Anxiety
The Victim.
**Names:** Benatar, Pat
Chrysalis Records, Inc.

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000028224
Search Results: Displaying 1 of 1 entries

***Precious time / [performed by] Pat Benatar.***

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000028224 / 1981-07-14
**Title:** Precious time / [performed by] Pat Benatar.
**Imprint:** c1981.
**Publisher Number:** Chrysalis CHR 1346
**Description:** 1 sound disc : 33 1/3 rpm ; 12 in.
**Notes:** Lyrics on sleeve.
**Copyright Claimant:** © □ Chrysalis Records, Inc.
**Date of Creation:** 1981
**Date of Publication:** 1981-07-06
**Authorship on Application:** sound recording, performance & artwork: Chrysalis Records, Inc., employer for hire of Pat Benatar.
**Contents:** Promises in the dark -- Fire and ice -- Just like me -- Precious time -- It's a tuff life -- Take it anyway you want it -- Evil genius -- Hard to believe -- Helter skelter.
**Names:** Benatar, Pat
Chrysalis Records, Inc.

| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
SR 105 378
SR / SRU

EFFECTIVE DATE OF REGISTRATION
JUL 31 1989
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"Introspective" recorded by Pet Shop Boys (E1-90868)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions.
☒ Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☐ Other

## 2

**NAME OF AUTHOR ▼**
a EMI Records Ltd.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ United Kingdom / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording compilation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*0212960.3* *02129603*

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October Day ▶ 12 Year ▶ 1988
United Kingdom ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Capitol Records, Inc.
1750 North Vine Street
Hollywood, CA 90028

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

By written agreement

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED JUL. 31, 1989
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL. 31, 1989
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY DSH

FORM SR

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

SR 105 378

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of sound recordings previously released by EMI Records Ltd.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Capitol Records, Inc.

Account Number ▼ DA024902

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Capitol Records, Inc.
Attn: Legal Department
1750 N. Vine Street
Hollywood, CA 90028

Area Code & Telephone Number ▶ (213) 871-5500

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Capitol Records, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Heather Meeker date ▶ 7/22/87

**Handwritten signature (X)** ▼

**9**

**MAIL CERTIFICATE TO**

Name ▼ Capitol Records, Inc.
Attn: Legal Department

Number/Street/Apartment Number ▼ 1750 N. Vine Street

City/State/ZIP ▼ Hollywood, CA 90028

**Certificate will be mailed in window envelope**

**Have you:**

- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to *Register of Copyrights?*
- Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1986—491-560/40,005

July 1986—40,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
SR 125 170
SR SRU

EFFECTIVE DATE OF REGISTRATION
NOV. 29 1990
Month Day Year

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
"Behavior" recorded by Pet Shop Boys (94310)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions
X Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☐ Other

*0401772424*

**2** NAME OF AUTHOR ▼ **a**
EMI Records, Ltd.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? X Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country U.S.A.
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes X No
Pseudonymous? ☐ Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording , Artwork

NAME OF AUTHOR ▼ **b**
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼ **c**
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED **a** 1990 ◀ Year
This information must be given in all cases.
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK **b**
Complete this information ONLY if this work has been published.
Month ▶ 10 Day ▶ 30 Year ▶ 1990
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
Capitol Records, Inc.
1750 N. Vine St.
Hollywood, CA 90028

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
By Written Agreement

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED NOV 29 1990
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 29 1990
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

NOV. 2. 2009 8:25PM EMI MUSIC LEGAL 212 786 8103 NO. 2851 P. 87

SR 125 170

EXAMINED BY UF

FORM SR

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Capitol Records, Inc.

Account Number ▼ DA 024902

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Legal Department (HV-9)
Capitol Records, Inc.
1750 N. Vine St.
Hollywood, CA 90028

Area Code & Telephone Number ▶ (213) 871-5490

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Capitol Records, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Heather J. Meeker date ▶ 11/20/90

Handwritten signature (X) ▼ [signature]

**9**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Heather J. Meeker (HV-9)
Capitol Records, Inc.

Number/Street/Apartment Number ▼
1750 N. Vine St.

City/State/ZIP ▼
Hollywood, CA 90028

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1989—100,000

U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428/00003

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 368-850

EFFECTIVE DATE OF REGISTRATION

7 / 7 03
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"Please" recorded by Pet Shop Boys (# 7 46271 2)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

Two Divided By Zero. West End Girls. Opportunities (Let's Make Lots Of Money). Love Comes Quickly. Suburbia. Opportunities (Reprise). Tonight Is Forever. Violence. I Want A Lover. Later Tonight. Why Don't We Live Together?.

**2** a NAME OF AUTHOR ▼ EMI Records Ltd.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Some Sound Recordings

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 1986 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ March Day ▶ 24 Year ▶ 1986 United Kingdom ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

a EMI Records Ltd. C/o EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

See instructions before completing this space.

b TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED APR 25 2005
ONE DEPOSIT RECEIVED 7/9/03
TWO
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY RJB

FORM SR

CHECKED BY

CORRESPONDENCE
X Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ SR 344-590 Year of Registration ▼ 2003

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a Work Incorporates Some Preexisting Works (i.e., Sound Recordings)

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b Some Sound Recordings

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
a EMI Recorded Music, North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Jonathan H Campbell, EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125 Fax number ▶ (212) 786-8103
Email ▶ jonathan.campbell@emicap.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of EMI Records Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell Date ▶ April 5, 2005

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | EMI Music North America ATTN: Jonathan H Campbell |
| Number/Street/Apt ▼ | 150 Fifth Ave., 11th Floor |
| City/State/ZIP ▼ | New York, NY 10011 |

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 344-590

EFFECTIVE DATE OF REGISTRATION
8 5 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
"West End Girls" recorded by Pet Shop Boys

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
West End Girls A Man Could Get Arrested

**2 a** NAME OF AUTHOR ▼
EMI Records Ltd

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recordings, Artwork

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1985 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ October Day ▶ 28 Year ▶ 1985
United Kingdom ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
See instructions before completing this space.

**a** EMI Records Ltd C/o EMI Music North America
150 Fifth Ave., 11th Floor
New York, NY 10011

APPLICATION RECEIVED
AUG 05 2003
ONE DEPOSIT RECEIVED
AUG 05 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXAMINED BY | FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
**a**

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
**b**

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
**a** EMI Recorded Music, North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b** Jonathan H Campbell, EMI Music North America
150 Fifth Ave, 11th Floor
New York, NY 10011

Area code and daytime telephone number ▶ (212) 786-8125 Fax number ▶ (212) 786-8103
Email ▶ jonathan.campbell@emicap.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of EMI Records Ltd
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan H Campbell Date ▶ July 21, 2003

Handwritten signature (x) ▼
X

**9**

Certificate will be mailed in window envelope to this address

Name ▼
EMI Music North America ATTN Jonathan H Campbell
Number/Street/Apt ▼
150 Fifth Ave, 11th Floor
City/State/ZIP ▼
New York, NY 10011

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Page 3

# Certificate
## Registration of a Claim to Copyright
## in a published sound recording

FORM N

REGISTRATION NO. N 5354

DO NOT WRITE HERE

CLASS N

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office of the United States of America. In witness whereof the seal of the Copyright Office is hereto affixed.

Abe A. Goldman
Acting

*Register of Copyrights:*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

1. Copyright Claimant(s) and Address(es):

Name The Gramophone Company Ltd.

Address 135 Blyth Road, Hayes, Middlesex, England

Name

Address

2. Title: The Dark Side of the Moon 11163 as recorded by Pink Floyd
(Title of sound recording as it appears on the copies; also catalog number if one appears on the copies)

3. (a) Description of Sound Recording Deposited: Stereo Disc
(General type of sound recording deposited)

(b) Nature of Material Recorded: Music
(General type of material recorded)

4. Author of This Sound Recording:

Name The Gramophone Company Ltd. Citizenship England (Name of country)

Domiciled in U.S.A. Yes ____ No X Address 135 Blyth Road, Hayes, Middlesex

Name ____ Citizenship ____ (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address ____

5. (a) Date of Publication of This Sound Recording:

February 26, 1973
(Month) (Day) (Year)

(b) Place of Publication of This Sound Recording:

USA

6. New Matter in This Sound Recording:

7. Fixation before February 15, 1972:

(General statement of nature of any substantial part of the sounds published for the first time in this recording fixed before February 15, 1972.)

EXAMINER

*Complete all applicable spaces on next page*

8. Deposit account:

Capitol Records, Inc.

9. Send correspondence to:

Name Capitol Records, Inc., Attn: Secretary Address 1750 N. Vine, Hollywood, Calif. 90028

10. Send certificate to:

(Type or print name and address)

Name Capitol Records, Inc., Attn. Carole Haney

Address 1750 North Vine Street (Number and street)

Hollywood, California 90028 (City) (State) (ZIP Code)

## Information concerning copyright in sound recordings

NOTE: Copyright registration for sound recordings on Form N is not a substitute for registration of a claim to copyright in a musical composition, literary work, dramatic work, or any other copyrightable material recorded. Copyright registration on Form N is for "works that result from the fixation of a series of musical, spoken, or other sounds." Note also that sound recordings registrable on Form N do not include a sound track when it is an integrated part of a motion picture. Concerning registration for works other than sound recordings, write to the Copyright Office, Library of Congress, Washington, D.C. 20540, which will supply appropriate application forms and general information free on request.

*When to Use Form N.* Form N is appropriate for published sound recordings.

*What Is a "Sound Recording"?* A "sound recording" is a work that results from the fixation of a series of musical, spoken, or other sounds. Common examples of reproductions of sound recordings include phonograph discs, open-reel tapes, cartridges, cassettes, player piano rolls, and similar material objects in which sounds are fixed and from which the sounds can be perceived, reproduced, or otherwise communicated either directly or with the aid of a machine or device.

*Unpublished Works.* A sound recording cannot be registered in unpublished form. Unpublished sound recordings may be protected by the common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published sound recordings endures for 28 years from the date of first publication, and may be renewed for a second 28-year term.

*Effective Date.* The enactment providing for registration of sound recordings took effect on February 15, 1972. Under this provision, registration of claim to copyright is possible only for sound recordings fixed on or after February 15, 1972. However, the enactment specifies that the provision is not to "be construed as affecting in any way rights with respect to sound recordings fixed before that date."

*Fixation.* A series of sounds constituting a sound recording is "fixed" when that complete series is first produced on a final master recording that is later reproduced in published copies.

## How to secure statutory copyright in a sound recording

*First: Produce Copies with Copyright Notice.* Reproduce the sound recording in copies. To secure copyright, it is essential that the copies bear copyright notice in the required form and position, as explained below.

*Second: Publish the Sound Recording with Copyright Notice.* The copyright law defines the date of publication as the earliest date when copies were placed on sale, sold, or publicly distributed by the copyright owner or under his authority.

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, two complete copies of the best edition of the sound recording as first published with notice, an application on Form N, properly completed and signed, and a fee of $6.

*The Copyright Notice.* The copyright notice on a sound recording should appear on the surface of the copies thereof or on the label or container, in such manner and location as to give reasonable notice of the claim of copyright. The copyright notice for sound recordings consists of the symbol ℗, the year date of first publication of the sound recording, and the name of the copyright owner of the sound recording. Example: ℗ 1972 Doe Records, Inc.

—*Alternative Form Of Notice.* As an alternative, the notice for sound recordings may consist of the symbol ℗, the year date of first publication, and an abbreviation by which the name of the copyright owner can be recognized or a generally known alternative designation of the owner. In such instances line 1 of the application for registration should be completed by giving the abbreviation or designation as it appears in the notice on the copies deposited, followed by the appropriate statement, for example, "abbreviation of the name Doe Records, Inc." or "generally known alternative designation of Doe Records, Inc."

—*Special Provision.* If the producer of the sound recording is named on the labels or containers of the copies of the sound recording, and if no other name appears in conjunction with the notice, his name shall be considered a part of the notice.

WARNING: It is the act of publication with copyright notice that actually secures statutory copyright protection in a sound recording. If authorized copies of the sound recording are published without the required notice described above, the right to secure statutory copyright for that sound recording is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

| Application received | |
|---|---|
| MAR 15 1973 | |
| Two copies received | |
| MAR 15 1973 | |
| Fee received | |

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 330-375

EFFECTIVE DATE OF REGISTRATION
4 26 03
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

The Dark Side of The Moon recorded by Pink Floyd (# 821362)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

Speak To Me Breathe On The Run Time The Great Gig In The Sky Money Us And Them Any Colour You Like Brain Damage Eclipse

**2** a NAME OF AUTHOR ▼
EMI Records Ltd

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United Kingdom

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Some New Sound Recordings Some New Artwork Compilation of Artwork

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ March Day ▶ 25 Year ▶ 2003
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

a EMI Records Ltd C/o EMI Recorded Music North America
150 Fifth Ave 11th Floor
New York NY 10011

See instructions before completing this space

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED APR 26 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED APR 26 2003
FUNDS RECEIVED

b TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions
Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY | FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼ N5354 Year of Registration ▼ 1973

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a Work Incorporates Some Preexisting Works (i e Sound Recordings Artwork)

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
b Some New Sound Recordings (Sounds Remixed and Reprocessed) Some New Artwork Compilation of Artwork

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼
a EMI Recorded Music North America DA 054283

CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
b Jonathan H Campbell EMI Recorded Music North America
150 Fifth Ave 11th Floor
New York NY 10011

Area code and daytime telephone number ▶ (212) 786 8125 Fax number ▶ (212) 786 8103
Email ▶ jonathan campbell@emicap com

**8** CERTIFICATION* I the undersigned hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of EMI Records Ltd
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jonathan H Campbell Date ▶ April 14 2003

Handwritten signature (x) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address

Name ▼ EMI Recorded Music North America ATTN Jonathan H Campbell
Number/Street/Apt ▼ 150 Fifth Ave 11th Floor
City/State/ZIP ▼ New York NY 10011

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form SR is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500
June 1999—50 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

U S GOVERNMENT PRINTING OFFICE 1999-454-879/48