EXHIBIT B

Schedule B
Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| Art Blakey & The Jazz Messengers | Free For All | Capitol Records LLC | Free For All | http://www.bluebeat.com/albums/29186 |
| Art Blakey & The Jazz Messengers | The Chess Players | Capitol Records LLC | The Big Beat | http://www.bluebeat.com/albums/29183 |
| Beach Boys | Good Vibrations | Capitol Records LLC | Greatest Hits Vol.1 | http://www.bluebeat.com/albums/823 |
| Beach Boys | Surfin USA | Capitol Records LLC | Surfin' Safari | http://www.bluebeat.com/albums/827 |
| Beach Boys | Wouldn't It Be Nice | Capitol Records LLC | Pet Sounds | http://www.bluebeat.com/albums/824 |
| Grant Green | Idle Moments | Capitol Records LLC | Idle Moments | http://www.bluebeat.com/albums/2276 |
| John Lennon | Imagine | Capitol Records LLC | Imagine | http://www.bluebeat.com/albums/3204 |
| John Lennon | Working Class Hero | Capitol Records LLC | John Lennon / Plastic Ono Band | http://www.bluebeat.com/albums/3208 |
| Paul & Linda McCartney | Uncle Albert-Admiral Halsey | Capitol Records LLC | Ram | http://www.bluebeat.com/albums/3777 |
| Pink Floyd | Interstellar Overdrive | Capitol Records LLC | The Piper At The Gates Of Dawn | http://www.bluebeat.com/albums/4503 |
| The Band | The Night They Drove Old Dixie Down | Capitol Records LLC | The Band | http://www.bluebeat.com/albums/8395 |
| The Band | This Wheel's On Fire | Capitol Records LLC | Music From Big Pink | http://www.bluebeat.com/albums/818 |
| The Beatles | A Day In The Life | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/851 |
| The Beatles | A Hard Day's Night | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/829 |
| The Beatles | A Taste Of Honey | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47832 |
| The Beatles | Across The Universe | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47832 |
| The Beatles | Act Naturally | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47836 |
| The Beatles | All I've Got To Do | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47821 |
| The Beatles | All My Loving | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47822 |
| The Beatles | All You Need Is Love | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48076 |
| The Beatles | And I Love Her | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/833 |
| The Beatles | And Your Bird Can Sing | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/845 |
| The Beatles | Anna (Go To Him) | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47823 |
| The Beatles | Another Girl | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47833 |
| The Beatles | Any Time At All | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/836 |
| The Beatles | Ask Me Why | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47826 |
| The Beatles | Baby It's You | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47830 |
| The Beatles | Baby You're A Rich Man | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48075 |
| The Beatles | Baby's In Black | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47833 |
| The Beatles | Back In The U.S.S.R. | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47823 |
| The Beatles | Because | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8403 |
| The Beatles | Being For The Benefit Of Mr Kite | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/845 |
| The Beatles | Birthday | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47840 |
| The Beatles | Blackbird | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47833 |

2430648.XLS    page 1 of 6

**Schedule B**
**Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Blue Jay Way | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48069 |
| The Beatles | Boys | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47825 |
| The Beatles | Can't Buy Me Love | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/835 |
| The Beatles | Carry That Weight | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8410 |
| The Beatles | Chains | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47824 |
| The Beatles | Come Together | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8396 |
| The Beatles | Cry Baby Cry | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47850 |
| The Beatles | Dear Prudence | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47824 |
| The Beatles | Devil In Her Heart | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47831 |
| The Beatles | Dig A Pony | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47831 |
| The Beatles | Dig It | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47834 |
| The Beatles | Dizzy Miss Lizzy | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47842 |
| The Beatles | Do You Want To Know A Secret | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47831 |
| The Beatles | Doctor Robert | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/847 |
| The Beatles | Don't Bother Me | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47823 |
| The Beatles | Don't Pass Me By | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47836 |
| The Beatles | Drive My Car | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47825 |
| The Beatles | Eight Days A Week | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47838 |
| The Beatles | Eleanor Rigby | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/838 |
| The Beatles | Every Little Thing | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47841 |
| The Beatles | Everybody's Got Something To Hide Except Me And My Monkey | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47843 |
| The Beatles | Everybody's Trying To Be My Baby | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47844 |
| The Beatles | Fixing A Hole | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/843 |
| The Beatles | Flying | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48068 |
| The Beatles | For No One | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/846 |
| The Beatles | For You Blue | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47840 |
| The Beatles | Get Back | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47841 |
| The Beatles | Getting Better | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/842 |
| The Beatles | Girl | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47833 |
| The Beatles | Glass Onion | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47825 |
| The Beatles | Golden Slumbers | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8409 |
| The Beatles | Good Day Sunshine | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/844 |
| The Beatles | Good Morning Good Morning | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/849 |
| The Beatles | Good Night | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47852 |

Schedule B
Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Got To Get You Into My Life | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/849 |
| The Beatles | Happiness Is A Warm Gun | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47830 |
| The Beatles | Hello Goodbye | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48072 |
| The Beatles | Help! | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47829 |
| The Beatles | Helter Skelter | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47845 |
| The Beatles | Her Majesty | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8412 |
| The Beatles | Here Comes The Sun | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8402 |
| The Beatles | Here There And Everywhere | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/841 |
| The Beatles | Hold Me Tight | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47828 |
| The Beatles | Honey Don't | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47840 |
| The Beatles | Honey Pie | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47848 |
| The Beatles | I Am The Walrus | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48071 |
| The Beatles | I Don't Want To Spoil The Party | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47842 |
| The Beatles | I Me Mine | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47833 |
| The Beatles | I Need You | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47832 |
| The Beatles | I Saw Her Standing There | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47821 |
| The Beatles | I Should Have Known Better | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/830 |
| The Beatles | I Wanna Be Your Man | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47830 |
| The Beatles | I Want To Tell You | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/848 |
| The Beatles | I Want You (She's So Heavy) | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8401 |
| The Beatles | I Will | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47838 |
| The Beatles | If I Fell | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/831 |
| The Beatles | If I Need Someone | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47837 |
| The Beatles | I'll Be Back | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/841 |
| The Beatles | I'll Cry Instead | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/837 |
| The Beatles | I'll Follow The Sun | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47835 |
| The Beatles | I'm A Loser | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47832 |
| The Beatles | I'm Happy Just To Dance With You | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/832 |
| The Beatles | I'm Looking Through You In My Life | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47834 |
| The Beatles | I'm Only Sleeping | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/839 |
| The Beatles | I'm So Tired | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47832 |
| The Beatles | In My Life | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/841 |
| The Beatles | It Won't Be Long | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47820 |
| The Beatles | It's Only Love | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47837 |
| The Beatles | I've Got A Feeling | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47840 |
| The Beatles | I've Just Seen A Face | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47839 |
| The Beatles | Julia | Capitol Records LLC | The Beatles (The White Album) | |

2430648.XLS

page 3 of 6

Schedule B
Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Kansas City~ Hey-Hey-Hey-Hey! | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47837 |
| The Beatles | Let It Be | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47835 |
| The Beatles | Little Child | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47824 |
| The Beatles | Long, Long, Long | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47846 |
| The Beatles | Love Me Do | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47828 |
| The Beatles | Love You To | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/840 |
| The Beatles | Lovely Rita | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/848 |
| The Beatles | Lucy In The Sky With Diamonds | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/841 |
| The Beatles | Maggie Mae | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47836 |
| The Beatles | Magical Mystery Tour | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48066 |
| The Beatles | Martha My Dear | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47831 |
| The Beatles | Maxwell's Silver Hammer | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8398 |
| The Beatles | Mean Mr Mustard | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8406 |
| The Beatles | Michelle | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47831 |
| The Beatles | Misery | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47822 |
| The Beatles | Money (That's What I Want) | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47833 |
| The Beatles | Mother Nature's Son | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47842 |
| The Beatles | Mr. Moonlight | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47836 |
| The Beatles | No Reply | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47831 |
| The Beatles | Norwegian Wood (This Bird Has Flown) | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47826 |
| The Beatles | Not A Second Time | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47832 |
| The Beatles | Nowhere Man | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47828 |
| The Beatles | Ob-La-Di, Ob-La-Da | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47826 |
| The Beatles | Octopus's Garden | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8400 |
| The Beatles | Oh Darling | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8399 |
| The Beatles | One After 909 | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47838 |
| The Beatles | P.S. I Love You | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47829 |
| The Beatles | Penny Lane | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48074 |
| The Beatles | Piggies | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47834 |
| The Beatles | Please Mister Postman | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47826 |
| The Beatles | Please Please Me | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47827 |
| The Beatles | Polythene Pam | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8407 |
| The Beatles | Revolution 9 | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47851 |
| The Beatles | Revolution I | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47847 |
| The Beatles | Rock And Roll Music | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47834 |
| The Beatles | Rocky Raccoon | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47835 |

2430648.XLS

page 4 of 6

**Schedule B**

**Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | Roll Over Beethoven | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47827 |
| The Beatles | Run For Your Life | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47838 |
| The Beatles | Savoy Truffle | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47849 |
| The Beatles | Sexy Sadie | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47844 |
| The Beatles | Sgt Pepper's Lonely Hearts Club Band | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/839 |
| The Beatles | Sgt Pepper's Lonely Hearts Club Band (Reprise) | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/850 |
| The Beatles | She Came In Through The Bathroom Window | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8408 |
| The Beatles | She Said She Said | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/843 |
| The Beatles | She's Leaving Home | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/844 |
| The Beatles | Something | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8397 |
| The Beatles | Strawberry Fields Forever | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48073 |
| The Beatles | Sun King | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8405 |
| The Beatles | Taxman | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/837 |
| The Beatles | Tell Me What You See | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47839 |
| The Beatles | Tell Me Why | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/834 |
| The Beatles | The Continuing Story Of Bungalow Bill | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47828 |
| The Beatles | The End | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8411 |
| The Beatles | The Fool On The Hill | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48067 |
| The Beatles | The Long And Winding Road | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47839 |
| The Beatles | The Night Before | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47830 |
| The Beatles | The Word | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47825 |
| The Beatles | There's A Place | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47833 |
| The Beatles | Things We Said Today | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/838 |
| The Beatles | Think For Yourself | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47829 |
| The Beatles | Ticket To Ride | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47835 |
| The Beatles | Till There Was You | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47825 |
| The Beatles | Tomorrow Never Knows | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/850 |
| The Beatles | Twist And Shout | Capitol Records LLC | Please Please Me | http://www.bluebeat.com/albums/47834 |
| The Beatles | Two Of Us | Capitol Records LLC | Let It Be | http://www.bluebeat.com/albums/47830 |
| The Beatles | Wait | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47836 |
| The Beatles | What Goes On | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47832 |
| The Beatles | What You're Doing | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47843 |
| The Beatles | When I Get Home | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/839 |
| The Beatles | When I'm Sixty-Four | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/847 |

2430648.XLS

## Schedule B
## Representative Pre-1972 Sound Recordings Infringed by BlueBeat.com

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | URL |
|---|---|---|---|---|
| The Beatles | While My Guitar Gently Weeps | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47829 |
| The Beatles | Why Don't We Do It In The Road? | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47837 |
| The Beatles | Wild Honey Pie | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47827 |
| The Beatles | With A Little Help From My Friends | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/840 |
| The Beatles | Within You Without You | Capitol Records LLC | Sgt Pepper's Lonely Hearts Club Band | http://www.bluebeat.com/albums/846 |
| The Beatles | Words Of Love | Capitol Records LLC | Beatles For Sale | http://www.bluebeat.com/albums/47839 |
| The Beatles | Yellow Submarine | Capitol Records LLC | Revolver | http://www.bluebeat.com/albums/842 |
| The Beatles | Yer Blues | Capitol Records LLC | The Beatles (The White Album) | http://www.bluebeat.com/albums/47841 |
| The Beatles | Yesterday | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47841 |
| The Beatles | You Can't Do That | Capitol Records LLC | A Hard Day's Night | http://www.bluebeat.com/albums/840 |
| The Beatles | You Like Me Too Much | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47838 |
| The Beatles | You Never Give Me Your Money | Capitol Records LLC | Abbey Road | http://www.bluebeat.com/albums/8404 |
| The Beatles | You Really Got A Hold On Me | Capitol Records LLC | With The Beatles | http://www.bluebeat.com/albums/47829 |
| The Beatles | You Won't See Me | Capitol Records LLC | Rubber Soul | http://www.bluebeat.com/albums/47827 |
| The Beatles | Your Mother Should Know | Capitol Records LLC | Magical Mystery Tour | http://www.bluebeat.com/albums/48070 |
| The Beatles | You're Going To Lose That Girl | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47834 |
| The Beatles | You've Got To Hide Your Love Away | Capitol Records LLC | Help! | http://www.bluebeat.com/albums/47831 |