FILED
2009 NOV -3 PM 12: 57
CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

RUSSELL J. FRACKMAN (SBN 49087)
MARC E. MAYER (SBN 190969)
DAVID A. STEINBERG (SBN 130593)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,

    Plaintiff,

v.

BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation, BASEBEAT, INC., a Delaware corporation, doing business as www.basebeat.com; and HANK RISAN, an individual, and Does 1 through 10

    Defendant.

CASE NO. CV09 08030 JFW (JCx)

**DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

2428991.1

# DECLARATION OF JAMES D. BERKLEY

I, James D. Berkley, declare:

1.  I am employed as Senior Research Analyst at Mitchell Silberberg & Knupp LLP, counsel for plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and Narada Productions, Inc. in this action. I have personal knowledge of all of the following facts and, if called as a witness, could and would testify competently thereto.

2.  I am a registered user of the web-based music-downloading and music-streaming services offered at www.bluebeat.com by defendants Bluebeat, Inc., BaseBeat, Inc., and Media Rights Technologies, Inc. (hereafter, the "BlueBeat Website" or "Website"). I am familiar with the function and use of the BlueBeat Website and have personally used it to download and to stream recordings owned by plaintiffs in this action. Within the past week, in addition to using the Website to stream examples of Plaintiffs' recordings (for free) and to download more than 280 such recordings (typically for 25 cents per song), I have created screenshots documenting my use of the Website which are attached to this declaration and described below.

3.  From my own research, I am aware that there has been significant media attention regarding the claim of the BlueBeat Website to offer downloadable music files for 25 cents, including for artists (such as the Beatles) who are widely known not to have licensed their music for digital distribution. Attached to this declaration as group Exhibit 1 are true and correct copies of articles published on October 30, 2009, on the websites Wired.com ("Beatles Finally for Sale Online …

Mitchell Silberberg & Knupp LLP
2428991.1

on BlueBeat?"), Musically.com ("BlueBeat streaming and selling Beatles albums digitally"), and FastCompany.com ("BlueBeat Defiantly Selling Beatles, AC/DC, Pink Floyd, Led Zeppelin Right Now for Cheap").

4. Attached to this declaration as Exhibit 2 is a true and correct copy of the computer screen (a "screenshot") showing the home page of the BlueBeat Website at www.bluebeat.com. The home page promises "25¢ mp3 downloads" and features a user search function as well as clickable "links" for various genres of music, such as "Rock," "Rap," and "R&B." (There are also links on the homepage for "All Music" and "All Genres.") This page also contains the claims "powered by baseBEAT" and "secure payments via PayPal." (PayPal is a well-known third-party company that enables anonymous online transactions.)

5. Upon typing a word or phrase into the prominent search box on the homepage of the BlueBeat Website, one is transferred to a page showing initial search results. Attached to this declaration as Exhibit 3 is a screenshot showing initial search results after entering the search term "Beatles." This page indicates the Beatles to be one of the artists whose music is available via the BlueBeat Website.

6. Upon clicking either the artist name "The Beatles" or the thumbnail photo beside it, one is transferred to a page listing "Main Albums" associated with the Beatles, the date of each album's release (or re-release), and the record label associated with the release. Attached to this declaration as Exhibit 4 is a true and correct copy of a printed document showing the complete contents of this page on the BlueBeat Website. 37 albums associated with the Beatles are listed on this page, of which 35 are attributed to the labels Capitol, EMI, Apple, and/or Parlophone.

Mitchell Silberberg & Knupp LLP
2428991.1

7. Upon clicking any of the Beatles albums listed on this page, one is transferred to a page offering the complete contents of that album for either purchase or streaming. For example, attached to this declaration as Exhibit 5 is a screenshot of the page corresponding to the 1969 Beatles album "Abbey Road." On this page is shown an approximately 3"x3" image displaying the cover art of the "Abbey Road" album (which displays the Apple Corps. logo), as well as the words "Label: Capitol." The full track listing for "Abbey Road" is shown, along with clickable buttons allowing users to "buy" (i.e. download) and/or "play" (i.e., via a digital stream) either the entire album or selected tracks.

8. To download or stream music from the BlueBeat Website, a user must complete a simple registration process to choose a username and password. (To register, the only personal information required is an e-mail address, which is not verified.) After logging in with this username and password, the "Play" buttons on the BlueBeat Website are enabled. For example, attached to this declaration as Exhibit 6 is a screenshot of the "Abbey Road" album page after I had chosen to play the song "Come Together," which was streamed to my computer in its entirety. After the song ended, the BlueBeat Website automatically began streaming the next song on the "Abbey Road" album, "Something."

9. When a user on the BlueBeat Website clicks the "Buy" button to purchase an album or a selected track, a "pop up" box appears offering one or more options. Attached to this declaration as Exhibit 7 is a screenshot showing the "pop up" box that appeared when I clicked the "Buy" button for the track "Come Together." This box indicated that the song could be purchased as a digital mp3 from "BaseBeat" for 25 cents. (The mp3 format is a popular format for digital audio files.) Likewise, attached to this declaration as Exhibit 8 is a screenshot showing the "pop up" box that appeared when I clicked the "Buy" album for the

Mitchell Silberberg & Knupp LLP
2428991.1

4

1  entire "Abbey Road" album. This box indicated that the entire album could be
2  purchased from "Basebeat" for $4.25, and ALSO claimed that the CD could be
3  purchased from Amazon.com for $18.98.

5      10. When a user on the BlueBeat website elects to purchase a track or
album via Basebeat (by clicking on the Basebeat information in the "pop up" box), that track or collection of tracks is automatically added to the user's "cart." At any point, a user may click on the "cart" link at the top of the BlueBeat Website to review the contents of this cart and/or purchase these contents by clicking the button "proceed to checkout" in the box labeled "Cart Summary." Attached to this declaration as Exhibit 9 is a true and correct copy of a printout of the complete contents of my cart after I elected to purchase 12 entire albums by the Beatles, for a total price of $45.00. (Since the "proceed to checkout" button is not visible in this type of printout, attached hereto as Exhibit 10 is a screenshot of a similar page where this button is visible, followed by the words "Secure Checkout Through Paypal.")

18      11. After clicking the button "proceed to checkout" on the BlueBeat Website, the user is transferred to a URL at the website https://secure.basebeat.com (the "BaseBeat Secure Website") and presented with a summary listing all the items in the order. Attached to this declaration as Exhibit 11 is a true and correct copy of a printout of the order summary presented to me from this URL after I clicked the "proceed to checkout button" on the BlueBeat Website. (Attached hereto as Exhibit 12 is a similar page presented as a screenshot, in which the button to initiate the PayPal transaction can be seen. This button reads "Check out with PayPal.")

Mitchell Silberberg & Knupp LLP
2428991.1

12. When a user clicks the "Check Out with PayPal" button from the order review on the BaseBeat Secure Website, he or she is transferred to transferred to the PayPal website at www.paypal.com. Attached to this declaration as Exhibits 13 and 14 are true and correct copies of printouts showing, respectively, the Paypal login page and the PayPal order summary. Both of these pages indicate that the transaction is with "BaseBEAT, Inc."

13. After finalizing payment with Paypal, the user is transferred back to the Basebeat Secure Website, from which the user can begin to download the ordered mp3 files to his or her computer (or computer network). Attached to this declaration as Exhibit 15 are examples of screenshots showing downloads in process of files ordered via the BlueBeat Website. As can be seen in Exhibit 15, the files in the process of downloading were mp3 files named by artist, album, and track. In this instance, I had selected that that they be downloaded to the "H" drive of my local computer network, to a folder entitled "BB."

14. After downloading recording and/or albums via the BlueBeat Website and BaseBeat Secure Websites, I checked the destination folder on my "H" drive and determined that all of the order recordings had been successfully downloaded as mp3 files, and that they were organized into folders by artist and album title. When I double clicked any of these mp3 files, a full version of the recording could be played on my Windows Media Player, and the player also offered an image of the associated album art. I also determined that I could copy these mp3 files and could distribute them to others, e.g., via e-mail messages. Attached to this declaration as Exhibit 16 is a snapshot of a representative folder, for the Beatles album "Revolver," which was located on my "H" drive after downloading. Attached to this declaration as Exhibit 17 is a screenshot of a downloaded track from this album, "Eleanor Rigby," as it played on my computer.

15. While playing an mp3 downloaded via Bluebeat.com, it is possible to check the "properties" of the file to determine any metadata associated it. When I have thus checked the properties of various downloaded files, the "Copyright" field for each file has read "2009 Bluebeat.com." Attached to this declaration as Exhibit 18 is an example of a screenshot of the properties for the downloaded file entitled "Eleanor Rigby."

16. Using the procedures described above, I personally downloaded more than 280 examples of Plaintiffs' recordings from more than 100 different albums, including recordings fixated both after and before February 15, 1972. In many cases, I identified these recordings by using the search function located on the homepage of the BlueBeat Website, which led to albums clearly indicated to be owned by Plaintiffs. Attached hereto as Exhibit 19 and Exhibit 20 are screenshots documenting such albums featured on the BlueBeat Website. Contained in Exhibit 19 are screenshots corresponding to recordings owned by Plaintiffs fixed after February 15, 1972, listed in Schedule A to the Complaint. Contained in Exhibit 20 are screenshots corresponding to recordings owned by Plaintiffs fixed prior to February 15, 1972, listed in Schedule B to the Complaint.

17. Attached to this declaration as Exhibit 21 are true and correct copies of printouts from the BlueBeat Website and the BaseBeat Secure Website that document my ordering of, and the subsequent successful download of, the recordings listed in Schedules A and B to the Complaint.

18. After downloading the songs listed in Schedules A and B of the Complaint, I sought to determine whether the songs downloaded could also be streamed free of charge on the BlueBeat Website. From a sampling of the downloaded songs, I was able to successfully stream all of the songs in my sample

Mitchell
Silberberg &
Knupp LLP

2428991.1

7

without charge from the BlueBeat Website. Attached to this declaration as Exhibit 22 are screenshots documenting representative streams of the recordings identified on Schedule A and Schedule B. I also determined that by clicking the "play album" button on a given album page, one could in fact stream an entire album, for free, from start to finish.

19. On the homepage of the BlueBeat Website, there is a "Support" section that contains a link to the site's FAQ (i.e. "Frequently Asked Questions"). Clicking this link leads to a page that contains a "Help Index," which includes several additional links, including ones entitled "BlueBeat/baseBEAT mp3 downloads" and "Music Content." When I visited it, the page accessed via the "BlueBeat/baseBEAT mp3 downloads" link contained the statement, "Our mp3s are fully-licensed audio-visual works and BlueBeat.com pays all applicable royalties," and claimed, "You have most certainly noticed the hubbub in the music industry over media piracy. BlueBeat.com's streaming playback employs Media Rights Technologies' X1 Recording Control, to secure music and ensure all appropriate royalties are paid to the rights holders and artists responsible for your favorite tunes. It also enables us to offer the BlueBeat service with perfect fidelity as well as free of charge. BlueBeat has also partnered with baseBEAT,com to provide audio-visual 160k mp3s for download - simply click the 'buy' link next to any song, album or program." Attached to this declaration as Exhibit 23 are screenshots taken from this page.

20. Likewise, when I clicked the link in the Website's "Help Index" entitled "Music Content," the resulting page stated, in part: "If you are a registered user (it's free to join!), you can access the Direct Playback service: simply log in and click the play button next to the song title! This will begin a complete album playback from that point (and will loop back around to include the whole

album/box set). Additionally, there is Direct Playback for artists. Simply click the play button on any artist page, and hear a wonderfully randomized playlist!" Attached to this declaration as Exhibit 24 is a screenshot of this page.

21.  On November 2, 2009, my office sent a formal notice, pursuant to Section 512 of the Digital Millennium Copyright Act, to the Internet Service Provider responsible for hosting the BlueBeat Website. Attached hereto as Exhibit 25 is a true and correct copy of this notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2009, at Los Angeles, California.

_____
James D. Berkley