**EXHIBIT 1**

Epicenter
The Business of Tech

# Beatles Finally for Sale Online … on BlueBeat?

By Eliot Van Buskirk ✉ October 30, 2009 | 11:52 am | Categories: Intellectual Property, Media, Startups



Rumors have swirled countless times that the Beatles' music would finally go on sale at online music stores, and it has finally happened — albeit in a strange way. BlueBeat.com is selling the entire Beatles catalog, including recently-released remastered albums, for the low price of 25 cents per MP3. Oh, and it streams the Beatles and every other song on the site for free, an unlimited number of times.

The idea that the various stakeholders involved with the Beatles would license an unheard-of music store to sell the band's music at such a steep discount seems highly unlikely. After being tipped off by MusicAlly (subscription required), we're looking into this. So far, neither BlueBeat, BlueBeat's "partner" BaseBeat or Media Rights Technologies, which actually owns both BlueBeat and BaseBeat, has responded. The company is located in Santa Cruz, California.

A spokeswoman for the Beatles' label, Apple Corp, Ltd., told Wired.com she doesn't think BlueBeat has any sort of permission to be doing this. EMI, which with Apple Corp distributes the band's music, has yet to respond but we don't imagine they'll be too pleased about this either.

Regardless, we were able to purchase all 17 songs on the remastered version of Abbey Road for $4.55 (including a 30-cent service charge) using a Paypal account, and the songs appeared in our Music folder as advertised. The MP3s are 160 Kbps, and the file's song information tags list "2009 BlueBeat.com" as the copyright holder.

Exhibit 1
Page 10



The Beatles catalog is still not available in the iTunes music store, Amazon MP3 or other services (aside from BlueBeat). Paul McCartney claimed last November that the hold-up was due to a dispute between Apple Corp and EMI. "They [EMI] want something we're not prepared to give them," said McCartney. "Hey, sounds like the music business. It's between EMI and The Beatles. What else is new."

Most likely, given Apple Corp's initial response and the general unlikelihood that Media Rights Technologies has permission to sell these songs, the California-based company can probably expect some sort of legal action, or at the very least, a cease-and-desist letter. For now, the Beatles' music and plenty of other tracks are available for unlimited, on-demand free streaming, as well as 25-cent MP3 downloads on Bluebeat.com.

**See Also:**

- Remastered Beatles Tracks: BitTorrent Today, iTunes Tomorrow
- Behind the Scenes of The Beatles: Rock Band
- Jackson's Death Puts Lucrative Beatles Copyrights in Play
- The Beatles: Rock Band Set for September 9, Includes Beatles-Style Instruments
- 5 Beatles: Rock Band Tunes We're Ready to Rock, 5 We'll Miss
- Review: Beatles: Rock Band Comes Together Beautifully
- McCartney: No Beatles on iTunes in the Near Future

Tags: beatles, bluebeat, iTunes, media rights technologies, music ally, rock band

Post Comment  |  Permalink

## Comments (9)

Posted by: himura_kenshin | 10/30/09 | 1:04 pm

So ... if BlueBeat is selling the Beatles catalog online without the permission of the copyright holder, is purchasing the songs from BlueBeat any more really any different that downloading them from a torrent site? You know, aside from the fact that the torrent won't cost you anything.

Posted by: technophile | 10/30/09 | 3:21 pm

Potential but as-of-yet unconfirmed piracy... on the Internet?! This infuriates me for some reason, I should tattle on them on my newsblog!

Exhibit 1

Page 11

Hard-hitting stuff, I'm glad you guys have the time for important investigative work like this!!

---

Posted by: eliatic | 10/30/09 | 3:42 pm

At least when record companies are ripping off artists, they have a contract to do it.

Nail the MF's.

---

Posted by: keir | 10/30/09 | 4:15 pm

eliatic: not always - http://www.guardian.co.uk/music/2009/oct/06/edwyn-collins-sharing-music

---

Posted by: Eliot Van Buskirk | 10/30/09 | 4:18 pm

Yes, @technophile, it's shocking, I know. The Beatles being sold digitally is news because they're not available in any other digital store. And unlike the Russian AllofMP3, this company is located in the U.S. FWIW the company has yet to respond to emails sent to many of their addresses, and the songs are still on the website. Meanwhile, I'm enjoying the remastered Abbey Road for under $5 — quite a bargain.

---

Posted by: Lasermate | 10/30/09 | 4:48 pm

Pretty speculative reporting. From what I gather the only fact presented is that Beatles songs are available for purchase in a digital format. The only person reached for quote represents a group with conflicting interests and even they could not give a definitive answer. It look forward to seeing how this story unfolds. Good job on breaking the story early, but I hope to hear updates as information becomes available.

---

Posted by: technophile | 10/30/09 | 5:07 pm

@Eliot - it does sound like a bargain, but what's an mp3? Is that the format for people who haven't realized lossless audio is easily obtainable for a negligible price increase due to advances in cheap bandwidth and storage? "Good Enough Revolution" indeed (topic on previous Wired print issue cover), but explain this: these are the same people upgrading their 720p televisions and home theaters for the "Full HD" experience. If the fidelity of movies and tv shows is so important, why in the world would audio be any different? I'm no "audiophile" and I don't even care to debate whether you can't hear a difference sometimes. The fact that you can *some* of the time makes it irrelevant. The technology to widely distribute and store losslessly compressed stereo music at 44.1kHz is here and has been here for years, and nobody gives a damn. How about investigating *that* brand of cognitive dissonance?

---

Posted by: surferbob | 10/30/09 | 8:43 pm

Heres some Beatles music videos to enjoy http://popculturevideos.com/pop-culture-2/beatles-music-videos.shtml

---

Posted by: markiliff | 10/31/09 | 1:00 pm

Are we all sure that these really are Beatles tracks, rather than v. good soundy-likees?

Exhibit 1

Page 12

Beatles Finally for Sale Online : BlueBeat? | Epicenter | Wired.com                    page 4 of 4

μ

Exhibit 1
Page 13

HOME    BLOG    STRATEGY    TRAINING    RESEARCH    TOOLS    ARCHIVES    EVENTS    ABOUT

The Music Ally Weblog

« U2's YouTube gig racked up 10m streams

# BlueBeat streaming and selling Beatles albums digitally

We have to admit, we're baffled by this one. BlueBeat is a US-based site offering high-quality streams of full albums, as well as downloads for $0.25 a track. Its Facebook page promises to "stop the insanity of overpriced online music", but it appears licensing deals aren't on its agenda.



How do we know? Well, it's streaming and selling the Beatles back catalogue for starters, with albums like Sgt Pepper's Lonely Hearts Club Band available for $3.25 as MP3s. AC/DC albums are also being sold and streamed on the service – another digital refusenik.

BlueBeat is apparently a wholly-owned subsidiary of Media Rights Technologies, a Californian firm run by Hank Risan, chairman of the Museum of Musical Instruments. The site and company has been around for years in different forms, but its latest incarnation doesn't seem to have aroused the wrath of the music industry.

Well, not yet, anyway. But if they went after Grooveshark (and on this side of the pond, AllOfMP3), we sense they may be firing off letters to BlueBeat soon too.

ShareThis

11 tweets

retweet

Tags: bluebeat

This entry was posted on Friday, October 30th, 2009 at 1:30 pm and is filed under Digital Music News. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## 3 Responses to "BlueBeat streaming and selling Beatles albums digitally"

Tweets that mention Music Ally | Blog Archive » BlueBeat streaming and selling Beatles albums digitally -- Topsy.com Says:
October 30th, 2009 at 1:52 pm

---

Username

LOGIN »    Help! I forgot my password!

Search the blog...

SEARCH »

## Recent Posts

BlueBeat streaming and selling Beatles albums digitally

U2's YouTube gig racked up 10m streams

Google unveils new music search with MySpace, Lala, Pandora, Imeem AND Rhapsody

Vodafone reveals music plans for Vodafone 360

Sorry folks, Spotify Premium isn't dropping to £6.49 after all

## Recent Comments

Timeshare Resales:
Great and very thorough post!I'd like to throw my startup Music Arsenal, an artist and

Dotted Music:
Alice In Chains iPhone App: Another Big Name In Apple Store... Don't be surprised seeing lots

Sumbal:
Miley how can u pse half naked. and be racist

Music Education Resources and Tips for Teachers |:
[...] Music Ally | Blog Archive » BlueBeat

Exhibit 1

[...] This post was mentioned on Twitter by Stuart Dredge and Jennifer, Beatles. Beatles said: BlueBeat streaming and selling Beatles albums digitally -- Music Ally (blog) http://bit.ly/3l8sQv #beatles [...]

*BlueBeat: streaming grátis e ilimitado com qualidade 320 Kbps | Remixtures* Says:
October 30th, 2009 at 4:50 pm

[...] Não posso no entanto passar despercebido o aparecimento do BlueBeat, um site que permite ouvir álbuns completos em formato MP3 de 320 Kbps e adquirir o respectivo download por 25 cêntimos que eu descobri através da Music Ally. [...]

*Music Education Resources and Tips for Teachers* | Says:
October 30th, 2009 at 7:59 pm

[...] Music Ally | Blog Archive » BlueBeat streaming and selling Beatles ... [...]

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

---

streaming and selling Beatles ... [...]

BlueBeat: streaming grátis e ilimitado com qualidade 320 Kbps | Remixtures:
[...] Não posso no entanto passar despercebido o aparecimento do BlueBeat, um site que permite

**Digital Startups**
**MidemNet Lab**
*Submit your business idea*
More information »

**Filesharing Report**
**Digital piracy threat changing**
View now (PDF) »

**Training**
**Digital Music Marketing**
More information »

**Twitter Map!**
**Track Twitter Chat**
*A new keyword every week!*
View Map »

Music Ally's consumer research division.
Find out more »

Exclusive insight, analysis and market data in a stunning PDF magazine format.
Free download »

**Want to know what's really happening in Mobile Music?**
**The Mobile Music Report 2009 - 2012  music :) ally**

home   blog   strategy   research   tools   archives   events   about   digital music news

© 2009 Music Ally - all rights reserved. Site managed by 29degrees | Credits | Privacy Policy | Terms & Conditions | Contact Us
Subscribe to the weblog — Entries (RSS) | Comments (RSS)

Exhibit __1__
Page __15__

# FAST COMPANY.CM

Where ideas and people meet

Article location:http://www.fastcompany.com/blog/tyler-gray/post-pop/bluebeat-defiantly-selling-beatles-acdc-pink-floyd-led-zeppelin-right-now-c

October 30, 2009

Tags: Innovation, Music, BlueBeat, Hank Risan

## BlueBeat Defiantly Selling Beatles, AC/DC, Pink Floyd, Led Zeppelin Right Now for Cheap

By Tyler Gray



Album: **The Beatles: Mono Box Set**
by The Beatles

The first image that came to mind when Music Ally [1] made us aware of BlueBeat Music [2] and its insanely cheap download service, which includes Led Zeppelin, Pink Floyd, The Beatles, and a slew of artists, was a lone programmer in a locked, windowless room with a massive server full of ripped files, a surplus of NoDoz, and a willful ignorance of the recent GrooveShark [3] and AllOfMP3 [4] unpleasantness.

That guy appears to be one Hank Risan of the Museum of Musical Instruments [5]. And he seems to have looked squarely in the eye of litigious record label legal eagles and various judges who've sided with them, and then figuratively dropped trou and shot 'em a moon. The entire 2009 Beatles Remasters--the *mono* versions, even!--are on there! FOR 25 CENTS A TRACK!

Deep breaths.

Exhibit 1

Page 16

That physical box set, which is actually a stunning thing to hold in your hand, currently sells for about $300. And it should be noted that most of what was done in the remastering process is undone by the MP3 encoding process (BlueBeat's format). Still, the whole point is that The Beatles and its record label Apple-- plus Led Zeppelin, Pink Floyd, and AC/DC--are notorious holdouts in the digital revolution. The push to get them to sell online and the deals and machinations involved with that effort are tougher to get over than "Stairway to Heaven." For someone to just come along and slap these artists' music up for a ridiculously low price is nothing short of bananas.

It's at once hilarious, shocking, exciting, punk as hell, and, well, tempting to take advantage of before cops swarm this site. The streaming does work--we were listening to The Beatles "Come Together" in the office moments ago, purely for journalistic purposes. But no one here is turning over his credit card info to BlueBeat, not, at least, until we hear from Risan, ask him what we're missing here, what he plans to do when the labels show up with papers (upon which "GrooveShark" will surely be scratched out and replaced with "BlueBeat").

**FAST COMPANY NOW DAILY**

The most popular and talked about stories of the week.

**SIGN UP TODAY:**

[Subscribe]

Risan didn't immediately return our calls or e-mails. He's probably sifting through phone messages and cease and desist letters while frantically trying to keep his servers from crashing.



**Links:**

[1] http://musically.com/blog/2009/10/30/bluebeat-streaming-and-selling-beatles-albums-digitally/

[2] http://www.bluebeat.com/

[3] http://www.techcrunch.com/2009/10/13/grooveshark-slips-past-emis-lawyers-signs-new-licensing-agreement-instead/

[4] http://blogs.allofmp3.ru/music_news/2008/05/26/music-industry-drops-copyright-suit-against-russian-music-site/

[5] http://www.themomi.org/museum/index.html

Exhibit _1_

Page _17_

**EXHIBIT  2**



Exhibit 2

Page 18

**EXHIBIT  3**



Exhibit 3

Page 19

**EXHIBIT  4**

The Beatles - BlueBeat.com: Play Free Music

**home | genres | what's new | popular programs**

**join | login**

Blues  Classical  Country  Electronic  Folk  Jazz  R&B  Rap  Reggae  Rock  World  All

cart 0 songs [$0.00]

search

## Artist: **The Beatles**

Biography  **Albums**  Killer Playlists  Time Machine  DJ Crates

**Main Albums:**



**A Hard Day's Night (Remastered)**
2009 Capitol
add

**Abbey Road (Remastered)**
2009 Capitol
add

**Beatles For Sale (Remastered)**
2009 Capitol
add

**Help! (Remastered)**
2009 Capitol
add

**Magical Mystery Tour (Remastered)**
2009 Capitol
add

**Featured on:**

**Easy Star All-Stars: Easy Star's Lonely Hearts Dub Band**
2009 Easy Star Records
add

play artist

add to dj crate

buy artist's songs

**Genres:**
Folk
Rock
British Invasion
Folk/Country Rock
Pop/Rock
Psychedelic/Garage
Rock & Roll/Roots
British Invasion
Pop
Pop/Rock
Psychedelic
Rock & Roll
Folk-Rock

**Group Members**

The Beatles - BlueBeat.com: Play Free Music

George Harrison
John Lennon
Paul McCartney
Ringo Starr

**Related artists**
Badfinger
Billy Preston
Wings
George Harrison
John Lennon
Paul McCartney
Ringo Starr

**Similar artists**
Billy J. Kramer
Chad & Jeremy
Herman's Hermits
It's A Beautiful Day
Love
Manfred Mann
P.F. Sloan
Pink Floyd
The Animals
The Association
The Beach Boys
The Beau Brummels
The Bobby Fuller Four
The Byrds
The Creation
The Easybeats
The Idle Race
The Kinks
The Left Banke
The Lovin' Spoonful
The Merry-Go Round
The Moody Blues
The Move
The Palace Guard
The Pretty Things
The Remains
The Rolling Stones
The Shadows
The Small Faces
The Sorrows
The Who
The Yardbirds
Them
Tomorrow
Gerry & The Pacemakers
The Bee Gees
The Zombies



**Past Masters (Remastered)**

2009 Capitol

add

**Please Please Me (Remastered)**

2009 Capitol

add

**Revolver (Remastered)**

2009 Capitol

add

**Rubber Soul (Remastered)**

2009 Capitol

add

**Sgt. Pepper's Lonely Hearts Club Band (Remastered)**

2009 Capitol

add

**The Beatles (The White Album) (Remastered)**

2009 Capitol

add



**The Beatles: Mono Box Set**

2009 Capitol

add



**With The Beatles (Remastered)**

2009 Capitol

add

**Yellow Submarine (Remastered)**

Exhibit 4

Page 21

11/2/2009

# The Beatles - BlueBeat.com: Play Free Music

Peter & Gordon
The Hollies
The Monkees
The Searchers

SHARE 


add


**Love**
2006 EMI
add

**Savage Young Beatles**
2004 Leader Music
add


**Let It Be... Naked**
2003 Capitol
add


**1**
2000 Capitol
add


**Anthology 2**
1996 Apple-Capitol
add


**Anthology 3**
1996 Apple-Capitol
add


**The Savage Young Beatles In Hamburg 1961**
1996 Delta
add



**Anthology 1**

Exhibit 4
Page 22

The Beatles - BlueBeat.com: Play Free Music


add


**Live At The BBC**
1994 Apple-Capitol
add


**Let It Be**
1970 Parlophone
add


**Let It Be (Remastered)**
1970 Capitol
add


**Abbey Road**
1969 Capitol
add


**Yellow Submarine**
1969 Parlophone
add


**The Beatles (The White Album)**
1968 EMI
add


**Magical Mystery Tour**   1967 Parlophone
add

**Sgt Pepper's Lonely Hearts Club**

Exhibit 4
Page 23

The Beatles - BlueBeat.com: Play Free Music

**Band**
1967 EMI
add

**Revolver**
1966 Capitol
add

**Help**
1965 EMI
add

**Rubber Soul**
1965 EMI
add

**A Hard Day's Night**
1964 Capitol
add

**Beatles For Sale**
1964 Parlophone
add

**Please Please Me**
1963 EMI
add

**With The Beatles**
1963 Parlophone
add

11/2/2009

http://www.bluebeat.com/artists/419

Exhibit 4
Page 24

The Beatles - BlueBeat.com: Play Free Music

**Browse Music**

All Music
All Genres
What's New
What's Popular

**Connect With Us**

Contact Us
News

**Check Us Out**

Facebook
Myspace
Subscribe/RSS

**Support**

FAQ
Site Index
Terms of Use
Privacy
Upgrade Music Player
Audio/Visual Player

160 and 320 kb/s.

By using this site, you agree to abide by the BlueBeat Terms of Use.

All audio-visual works copyright © 2009 (reg. # PAu 3-407-524) BlueBeat, Inc, a subsidiary of MRT.

BlueBeat transmits simulated live musical performances for free at

Exhibit 4
Page 25

http://www.bluebeat.com/artists/419

11/2/2009

**EXHIBIT  5**

Abbey Road (Remastered) by The Beatles - BlueBeat.com: Play Free Music - Microsoft Internet Explorer provided by MSK

File   Edit   View   Favorites   Tools   Help

http://www.bluebeat.com/albums/47828

**Blue Beat** music

home | genres | what's new | popular programs

join | login

cart 0 songs [$0.00]

Search

Blues   Classical   Country   Electronic   Folk   Jazz   R&B   Rap   Reggae   Rock   World   All

play album

add to dj crate

BUY buy album

**Artist:** The Beatles
**Label:** Capitol
**Release Date:** 05/21/1983

## Album: Abbey Road (Remastered)
### by The Beatles

Biography | Tracks | DJ Crates

| play | dj | buy | # | track title | length |
|------|-----|-----|---|-------------|--------|
| play | | BUY | 1 | Come Together | 4:19 |
| play | | BUY | 2 | Something | 3:02 |
| play | | BUY | 3 | Maxwell's Silver Hammer | 3:27 |
| play | | BUY | 4 | Oh! Darling | 3:27 |
| play | | BUY | 5 | Octopus's Garden | 2:50 |
| play | | BUY | 6 | I Want You (She's So Heavy) | 7:47 |
| play | | BUY | 7 | Here Comes The Sun | 3:05 |
| play | | BUY | 8 | Because | 2:45 |
| play | | BUY | 9 | You Never Give Me Your Money | 4:03 |
| play | | BUY | 10 | Sun King | 2:26 |
| play | | BUY | 11 | Mean Mr. Mustard | 1:06 |
| play | | BUY | 12 | Polythene Pam | 1:12 |
| play | | BUY | 13 | She Came In Through The Bathroom Window | 1:58 |
| | | | | | 1:31 |

Internet

Exhibit 5

Page 24

**EXHIBIT  6**



Exhibit 6
Page 27

**EXHIBIT  7**



Manage Your BlueBeat
Manage DJ Crates
View Music History
Logout

Blues  Classical  Country  Electronic  Folk  Jazz  R&B  Rap  Reggae  Rock  World  All

**Album: Abbey Road (Remastered)**

Purchase from:

**baseBEAT** MP3    $0.25

* third party prices are not guaranteed

| track title | length |
|---|---|
| 1: Come Together | 4:19 |
| 2: Something | 3:02 |
| 3: Maxwell's Silver Hammer | 3:27 |
| 4: Oh! Darling | 3:27 |
| 5: Octopus's Garden | 2:50 |
| 6: I Want You (She's So Heavy) | 7:47 |
| 7: Here Comes the Sun | 3:05 |
| 8: Because | 2:45 |
| 10: Sun King | |
| 11: You Never Give Me Your Money | 4:03 |
| 12: Mean Mr. Mustard | 2:26 |
| 12: Polythene Pam | 1:06 |
| 13: She Came In Through The Bathroom Window | 1:12 |
| 14: Golden Slumbers | 1:58 |
| | 1:31 |

play album
add to dj crate
buy album

**Artist:** The Beatles
**Label:** Capitol
**Release Date:** 05/21/1983

Exhibit 7
Page 28

**EXHIBIT  8**



**EXHIBIT 9**

Shopping Cart - BlueBeat.com: P  ree Music    page 1 of 5



home | genres | what's new | popular programs

cart 180 songs [$45.00]

Hello,

Manage Your BlueBeat
Manage DJ Crates
View Music History
Logout

Blues    Classical    Country    Electronic    Folk    Jazz    R&B    Rap    Reggae    Rock    World    All

## Cart Contents

**Cart Contents** | **Saved Items**

**update cart items**

○ remove selected items from cart
○ move selected items to saved items    Submit

□ select all items in cart                                    collapse all tracks [-]

| item | | | price |
|---|---|---|---|
| □ **The Beatles: A Hard Day's Night** 1964 Capitol | | | |
| □ 1 A Hard Day's Night | | 2:28 | $0.25 |
| □ 2 I Should Have Known Better | | 2:40 | $0.25 |
| □ 3 If I Fell | | 2:17 | $0.25 |
| □ 4 I'm Happy Just To Dance With You | | 1:54 | $0.25 |
| □ 5 And I Love Her | | 2:27 | $0.25 |
| □ 6 Tell Me Why | | 2:06 | $0.25 |
| □ 7 Can't Buy Me Love | | 2:11 | $0.25 |
| □ 8 Any Time At All | | 2:10 | $0.25 |
| □ 9 I'll Cry Instead | | 1:43 | $0.25 |
| □ 10 Things We Said Today | | 2:34 | $0.25 |
| □ 11 When I Get Home | | 2:14 | $0.25 |
| □ 12 You Can't Do That | | 2:33 | $0.25 |
| □ 13 I'll Be Back | | 2:19 | $0.25 |
| □ **The Beatles: Abbey Road** 1969 Capitol | | | |
| □ 1 Come Together | | 4:16 | $0.25 |
| □ 2 Something | | 2:59 | $0.25 |
| □ 3 Maxwell's Silver Hammer | | 3:25 | $0.25 |
| □ 4 Oh Darling | | 3:25 | $0.25 |
| □ 5 Octopus's Garden | | 2:48 | $0.25 |
| □ 6 I Want You (She's So Heavy) | | 7:43 | $0.25 |
| □ 7 Here Comes The Sun | | 3:04 | $0.25 |
| □ 8 Because | | 2:45 | $0.25 |
| □ 9 You Never Give Me Your Money | | 4:02 | $0.25 |
| □ 10 Sun King | | 2:26 | $0.25 |
| □ 11 Mean Mr Mustard | | 1:06 | $0.25 |
| □ 12 Polythene Pam | | 1:12 | $0.25 |
| □ 13 She Came In Through The Bathroom Window | | 1:57 | $0.25 |
| □ 14 Golden Slumbers | | 1:31 | $0.25 |
| □ 15 Carry That Weight | | 1:36 | $0.25 |
| □ 16 The End | | 2:04 | $0.25 |
| □ 17 Her Majesty | | :22 | $0.25 |
| □ **The Beatles: Beatles For Sale (Remastered)** 2009 Capitol | | | |

**Cart Summary**

180 songs @ $0.25:    **$45.00**
subtotal:    **$45.00**

Secure checkout through

160kp/s mp3 downloads
are compatible with all
mp3/ipod players.

**you may also like:**

**Various Artists: Rock Classics Of The '60s** 1989 Columbia

**The Beatles: 1** 2000 Capitol

**The Kinks: The Kink Kronikles** 1972 Reprise

**The Beatles: Abbey Road (Remastered)** 2009 Capitol

**The Beatles: Beatles For Sale** 1964 Parlophone

**The Beatles: Let It Be** 1970 Parlophone

**Neil Young: Decade** 1977 Reprise

**Bob Dylan, The Band: Before The Flood** 1974 Asylum

**The Rolling Stones: More Hot Rocks (Big Hits And Fazed Cookies)**

**Bob Dylan: The Bootleg Series Vol 1-3: Rare And**

Exhibit ___9___

Page ___36___    10/31/2009

| ☐ | 1 | No Reply | 2:16 | $0.25 |
|---|---|---|---|---|
| ☐ | 2 | I'm A Loser | 2:30 | $0.25 |
| ☐ | 3 | Baby's In Black | 2:04 | $0.25 |
| ☐ | 4 | Rock And Roll Music | 2:31 | $0.25 |
| ☐ | 5 | I'll Follow The Sun | 1:48 | $0.25 |
| ☐ | 6 | Mr. Moonlight | 2:38 | $0.25 |
| ☐ | 7 | Kansas City~ Hey-Hey-Hey-Hey! | 2:38 | $0.25 |
| ☐ | 8 | Eight Days A Week | 2:43 | $0.25 |
| ☐ | 9 | Words Of Love | 2:04 | $0.25 |
| ☐ | 10 | Honey Don't | 2:57 | $0.25 |
| ☐ | 11 | Every Little Thing | 2:03 | $0.25 |
| ☐ | 12 | I Don't Want To Spoil The Party | 2:34 | $0.25 |
| ☐ | 13 | What You're Doing | 2:30 | $0.25 |
| ☐ | 14 | Everybody's Trying To Be My Baby | 2:26 | $0.25 |



Unreleased 1961...

1991 Columbia

☐ **The Beatles: Help! (Remastered)**
2009 Capitol

| ☐ | 1 | Help! | 2:19 | $0.25 |
|---|---|---|---|---|
| ☐ | 2 | The Night Before | 2:34 | $0.25 |
| ☐ | 3 | You've Got To Hide Your Love Away | 2:09 | $0.25 |
| ☐ | 4 | I Need You | 2:28 | $0.25 |
| ☐ | 5 | Another Girl | 2:05 | $0.25 |
| ☐ | 6 | You're Going To Lose That Girl | 2:18 | $0.25 |
| ☐ | 7 | Ticket To Ride | 3:09 | $0.25 |
| ☐ | 8 | Act Naturally | 2:30 | $0.25 |
| ☐ | 9 | It's Only Love | 1:56 | $0.25 |
| ☐ | 10 | You Like Me Too Much | 2:36 | $0.25 |
| ☐ | 11 | Tell Me What You See | 2:38 | $0.25 |
| ☐ | 12 | I've Just Seen A Face | 2:05 | $0.25 |
| ☐ | 13 | Yesterday | 2:05 | $0.25 |
| ☐ | 14 | Dizzy Miss Lizzy | 2:56 | $0.25 |

☐ **The Beatles: Let It Be (Remastered)**
1970 Capitol

| ☐ | 1 | Two Of Us | 3:36 | $0.25 |
|---|---|---|---|---|
| ☐ | 2 | Dig A Pony | 3:55 | $0.25 |
| ☐ | 3 | Across The Universe | 3:48 | $0.25 |
| ☐ | 4 | I Me Mine | 2:25 | $0.25 |
| ☐ | 5 | Dig It | :50 | $0.25 |
| ☐ | 6 | Let It Be | 4:03 | $0.25 |
| ☐ | 7 | Maggie Mae | :40 | $0.25 |
| ☐ | 8 | I've Got A Feeling | 3:37 | $0.25 |
| ☐ | 9 | One After 909 | 2:54 | $0.25 |
| ☐ | 10 | The Long And Winding Road | 3:38 | $0.25 |
| ☐ | 11 | For You Blue | 2:32 | $0.25 |
| ☐ | 12 | Get Back | 3:09 | $0.25 |

☐ **The Beatles: Magical Mystery Tour (Remastered)**
2009 Capitol

| ☐ | 1 | Magical Mystery Tour | 2:50 | $0.25 |
|---|---|---|---|---|
| ☐ | 2 | The Fool On The Hill | 2:59 | $0.25 |
| ☐ | 3 | Flying | 2:15 | $0.25 |
| ☐ | 4 | Blue Jay Way | 3:55 | $0.25 |
| ☐ | 5 | Your Mother Should Know | 2:28 | $0.25 |
| ☐ | 6 | I Am The Walrus | 4:35 | $0.25 |
| ☐ | 7 | Hello Goodbye | 3:28 | $0.25 |
| ☐ | 8 | Strawberry Fields Forever | 4:07 | $0.25 |
| ☐ | 9 | Penny Lane | 3:00 | $0.25 |
| ☐ | 10 | Baby You're A Rich Man | 3:01 | $0.25 |

Exhibit 9

Page 31

Shopping Cart - BlueBeat.com: Pl  ree Music                              page 3 of 5

| | | | | |
|---|---|---|---|---|
| ☐ | 11 | All You Need Is Love | 3:50 | $0.25 |

**The Beatles: Please Please Me (Remastered)**
2009 Capitol

| | | | | |
|---|---|---|---|---|
| ☐ | 1 | I Saw Her Standing There | 2:54 | $0.25 |
| ☐ | 2 | Misery | 1:48 | $0.25 |
| ☐ | 3 | Anna (Go To Him) | 2:57 | $0.25 |
| ☐ | 4 | Chains | 2:25 | $0.25 |
| ☐ | 5 | Boys | 2:26 | $0.25 |
| ☐ | 6 | Ask Me Why | 2:26 | $0.25 |
| ☐ | 7 | Please Please Me | 2:00 | $0.25 |
| ☐ | 8 | Love Me Do | 2:21 | $0.25 |
| ☐ | 9 | P.S. I Love You | 2:04 | $0.25 |
| ☐ | 10 | Baby It's You | 2:40 | $0.25 |
| ☐ | 11 | Do You Want To Know A Secret | 1:57 | $0.25 |
| ☐ | 12 | A Taste Of Honey | 2:03 | $0.25 |
| ☐ | 13 | There's A Place | 1:50 | $0.25 |
| ☐ | 14 | Twist And Shout | 2:35 | $0.25 |

**The Beatles: Revolver**
1966 Capitol

| | | | | |
|---|---|---|---|---|
| ☐ | 1 | Taxman | 2:36 | $0.25 |
| ☐ | 2 | Eleanor Rigby | 2:04 | $0.25 |
| ☐ | 3 | I'm Only Sleeping | 2:57 | $0.25 |
| ☐ | 4 | Love You To | 2:57 | $0.25 |
| ☐ | 5 | Here There And Everywhere | 2:22 | $0.25 |
| ☐ | 6 | Yellow Submarine | 2:36 | $0.25 |
| ☐ | 7 | She Said She Said | 2:34 | $0.25 |
| ☐ | 8 | Good Day Sunshine | 2:07 | $0.25 |
| ☐ | 9 | And Your Bird Can Sing | 1:58 | $0.25 |
| ☐ | 10 | For No One | 1:57 | $0.25 |
| ☐ | 11 | Doctor Robert | 2:12 | $0.25 |
| ☐ | 12 | I Want To Tell You | 2:26 | $0.25 |
| ☐ | 13 | Got To Get You Into My Life | 2:27 | $0.25 |
| ☐ | 14 | Tomorrow Never Knows | 2:56 | $0.25 |

**The Beatles: Rubber Soul (Remastered)**
2009 Capitol

| | | | | |
|---|---|---|---|---|
| ☐ | 1 | Drive My Car | 2:28 | $0.25 |
| ☐ | 2 | Norwegian Wood (This Bird Has Flown) | 2:04 | $0.25 |
| ☐ | 3 | You Won't See Me | 3:20 | $0.25 |
| ☐ | 4 | Nowhere Man | 2:43 | $0.25 |
| ☐ | 5 | Think For Yourself | 2:18 | $0.25 |
| ☐ | 6 | The Word | 2:43 | $0.25 |
| ☐ | 7 | Michelle | 2:42 | $0.25 |
| ☐ | 8 | What Goes On | 2:48 | $0.25 |
| ☐ | 9 | Girl | 2:31 | $0.25 |
| ☐ | 10 | I'm Looking Through You In My Life | 2:26 | $0.25 |
| ☐ | 11 | In My Life | 2:26 | $0.25 |
| ☐ | 12 | Wait | 2:14 | $0.25 |
| ☐ | 13 | If I Need Someone | 2:22 | $0.25 |
| ☐ | 14 | Run For Your Life | 2:21 | $0.25 |

**The Beatles: Sgt Pepper's Lonely Hearts Club Band**
1967 EMI

| | | | | |
|---|---|---|---|---|
| ☐ | 1 | Sgt Pepper's Lonely Hearts Club Band | 2:01 | $0.25 |
| ☐ | 2 | With A Little Help From My Friends | 2:44 | $0.25 |
| ☐ | 3 | Lucy In The Sky With Diamonds | 3:27 | $0.25 |
| ☐ | 4 | Getting Better | 2:47 | $0.25 |

Exhibit  9

Page 32

Shopping Cart - BlueBeat.com: Free Music                                    page 4 of 5

| | | | | |
|---|---|---|---|---|
| ☐ | 5 | Fixing A Hole | 2:35 | $0.25 |
| ☐ | 6 | She's Leaving Home | 3:34 | $0.25 |
| ☐ | 7 | Being For The Benefit Of Mr Kite | 2:35 | $0.25 |
| ☐ | 8 | Within You Without You | 5:04 | $0.25 |
| ☐ | 9 | When I'm Sixty-Four | 2:37 | $0.25 |
| ☐ | 10 | Lovely Rita | 2:42 | $0.25 |
| ☐ | 11 | Good Morning Good Morning | 2:41 | $0.25 |
| ☐ | 12 | Sgt Pepper's Lonely Hearts Club Band (Reprise) | 1:18 | $0.25 |
| ☐ | 13 | A Day In The Life | 5:33 | $0.25 |

☐ **The Beatles: The Beatles (The White Album) (Remastere...**
2009 Capitol

| | | | | |
|---|---|---|---|---|
| ☐ | 1 | Back In The U.S.S.R. | 2:43 | $0.25 |
| ☐ | 2 | Dear Prudence | 3:55 | $0.25 |
| ☐ | 3 | Glass Onion | 2:17 | $0.25 |
| ☐ | 4 | Ob-La-Di, Ob-La-Da | 3:09 | $0.25 |
| ☐ | 5 | Wild Honey Pie | :53 | $0.25 |
| ☐ | 6 | The Continuing Story Of Bungalow Bill | 3:14 | $0.25 |
| ☐ | 7 | While My Guitar Gently Weeps | 4:45 | $0.25 |
| ☐ | 8 | Happiness Is A Warm Gun | 2:44 | $0.25 |
| ☐ | 9 | Martha My Dear | 2:28 | $0.25 |
| ☐ | 10 | I'm So Tired | 2:03 | $0.25 |
| ☐ | 11 | Blackbird | 2:18 | $0.25 |
| ☐ | 12 | Piggies | 2:04 | $0.25 |
| ☐ | 13 | Rocky Raccoon | 3:33 | $0.25 |
| ☐ | 14 | Don't Pass Me By | 3:50 | $0.25 |
| ☐ | 15 | Why Don't We Do It In The Road? | 1:41 | $0.25 |
| ☐ | 16 | I Will | 1:45 | $0.25 |
| ☐ | 17 | Julia | 2:56 | $0.25 |
| ☐ | 1 | Birthday | 2:43 | $0.25 |
| ☐ | 2 | Yer Blues | 4:00 | $0.25 |
| ☐ | 3 | Mother Nature's Son | 2:48 | $0.25 |
| ☐ | 4 | Everybody's Got Something To Hide Except Me And My Monkey | 2:24 | $0.25 |
| ☐ | 5 | Sexy Sadie | 3:15 | $0.25 |
| ☐ | 6 | Helter Skelter | 4:29 | $0.25 |
| ☐ | 7 | Long, Long, Long | 3:06 | $0.25 |
| ☐ | 8 | Revolution I | 4:15 | $0.25 |
| ☐ | 9 | Honey Pie | 2:41 | $0.25 |
| ☐ | 10 | Savoy Truffle | 2:54 | $0.25 |
| ☐ | 11 | Cry Baby Cry | 3:02 | $0.25 |
| ☐ | 12 | Revolution 9 | 8:22 | $0.25 |
| ☐ | 13 | Good Night | 3:13 | $0.25 |

☐ **The Beatles: With The Beatles (Remastered)**
2009 Capitol

| | | | | |
|---|---|---|---|---|
| ☐ | 1 | It Won't Be Long | 2:13 | $0.25 |
| ☐ | 2 | All I've Got To Do | 2:02 | $0.25 |
| ☐ | 3 | All My Loving | 2:07 | $0.25 |
| ☐ | 4 | Don't Bother Me | 2:28 | $0.25 |
| ☐ | 5 | Little Child | 1:46 | $0.25 |
| ☐ | 6 | Till There Was You | 2:13 | $0.25 |
| ☐ | 7 | Please Mister Postman | 2:34 | $0.25 |
| ☐ | 8 | Roll Over Beethoven | 2:45 | $0.25 |
| ☐ | 9 | Hold Me Tight | 2:31 | $0.25 |
| ☐ | 10 | You Really Got A Hold On Me | 3:01 | $0.25 |
| ☐ | 11 | I Wanna Be Your Man | 1:59 | $0.25 |
| ☐ | 12 | Devil In Her Heart | 2:26 | $0.25 |
| ☐ | 13 | Not A Second Time | 2:06 | $0.25 |
| ☐ | 14 | Money (That's What I Want) | 2:49 | $0.25 |

Exhibit ___9___

Page ___33___

**Browse Music**
All Music
All Genres
What's New
What's Popular

**Connect With Us**
Contact Us
Forum
News

**Check Us Out**
Facebook
Myspace
Subscribe/RSS

**Support**
FAQ
Site Index
Terms of Use
Privacy
Upgrade Music Player
Audio/Visual Player

All audio-visual works copyright © 2009 (reg. # PAu 3-407-524) BlueBeat, Inc, a subsidiary of MRT.
BlueBeat transmits simulated live musical performances for free at 160 and 320 kb/s.
By using this site, you agree to abide by the BlueBeat Terms of Use.

Exhibit ___9___
Page 34

EXHIBIT 10

Shopping Cart - BlueBeat.com: Play Free Music - Microsoft Internet Explorer provided by MSK

File   Edit   View   Favorites   Tools   Help

Http://www.bluebeat.com/cart/

# BlueBeat music

Blues   Classical   Country   Electronic   Folk   Jazz   R&B   Rap   Reggae   Rock   World   All

Search

Manage Your BlueBeat
Manage DJ Crates
View Music History
Logout

## Cart Contents

| Cart Contents | Saved Items |

**update cart items**

○ remove selected items from cart
○ move selected items to saved items

□ select all items in cart

collapse all tracks [-]

**item**

The Beatles: Abbey Road (Remastered)

2009 Capitol

| □ | 1 | Come Together | 4:19 | $0.25 |
| □ | 2 | Something | 3:02 | $0.25 |
| □ | 3 | Maxwell's Silver Hammer | 3:27 | $0.25 |
| □ | 4 | Oh! Darling | 3:27 | $0.25 |
| □ | 5 | Octopus's Garden | 2:50 | $0.25 |
| □ | 6 | I Want You (She's So Heavy) | 7:47 | $0.25 |
| □ | 7 | Here Comes The Sun | 3:05 | $0.25 |

Submit

### Cart Summary

17 songs @ $0.25:    $4.25
subtotal:            $4.25

Proceed to Checkout

Secure checkout through
– PayPal –

160kp/s mp3 downloads
are compatible with all
mp3/ipod players.

**you may also like:**

The Beatles: Abbey Road

1969 Capitol

Santana: Live At The
Fillmore 1968

Exhibit _10_

Page _35_

**EXHIBIT 11**

baseBEAT.com mp3 downloads



| Review Order | Pay with PayPal | Download Tracks |
|:---:|:---:|:---:|
| 1 | 2 | 3 |



## Review your Order

| # | song | price |
|---|------|-------|
| 1 | **A Hard Day's Night** by The Beatles : A Hard Day's Night | **$0.25** |
| 2 | **I Should Have Known Better** by The Beatles : A Hard Day's Night | **$0.25** |
| 3 | **If I Fell** by The Beatles : A Hard Day's Night | **$0.25** |
| 4 | **I'm Happy Just To Dance With You** by The Beatles : A Hard Day's Night | **$0.25** |
| 5 | **And I Love Her** by The Beatles : A Hard Day's Night | **$0.25** |
| 6 | **Tell Me Why** by The Beatles : A Hard Day's Night | **$0.25** |
| 7 | **Can't Buy Me Love** by The Beatles : A Hard Day's Night | **$0.25** |
| 8 | **Any Time At All** by The Beatles : A Hard Day's Night | **$0.25** |
| 9 | **I'll Cry Instead** by The Beatles : A Hard Day's Night | **$0.25** |
| 10 | **Things We Said Today** by The Beatles : A Hard Day's Night | **$0.25** |
| 11 | **When I Get Home** by The Beatles : A Hard Day's Night | **$0.25** |
| 12 | **You Can't Do That** by The Beatles : A Hard Day's Night | **$0.25** |
| 13 | **I'll Be Back** by The Beatles : A Hard Day's Night | **$0.25** |
| 14 | **Come Together** by The Beatles : Abbey Road | **$0.25** |
| 15 | **Something** by The Beatles : Abbey Road | **$0.25** |
| 16 | **Maxwell's Silver Hammer** by The Beatles : Abbey Road | **$0.25** |
| 17 | **Oh Darling** by The Beatles : Abbey Road | **$0.25** |
| 18 | **Octopus's Garden** by The Beatles : Abbey Road | **$0.25** |
| 19 | **I Want You (She's So Heavy)** by The Beatles : Abbey Road | **$0.25** |
| 20 | **Here Comes The Sun** by The Beatles : Abbey Road | **$0.25** |
| 21 | **Because** by The Beatles : Abbey Road | **$0.25** |
| 22 | **You Never Give Me Your Money** by The Beatles : Abbey Road | **$0.25** |
| 23 | **Sun King** by The Beatles : Abbey Road | **$0.25** |
| 24 | **Mean Mr Mustard** by The Beatles : Abbey Road | **$0.25** |
| 25 | **Polythene Pam** by The Beatles : Abbey Road | **$0.25** |
| 26 | **She Came In Through The Bathroom Window** by The Beatles : Abbey Road | **$0.25** |
| 27 | **Golden Slumbers** by The Beatles : Abbey Road | **$0.25** |
| 28 | **Carry That Weight** by The Beatles : Abbey Road | **$0.25** |
| 29 | **The End** by The Beatles : Abbey Road | **$0.25** |
| 30 | **Her Majesty** by The Beatles : Abbey Road | **$0.25** |
| 31 | **No Reply** by The Beatles : Beatles For Sale (Remastered) | **$0.25** |
| 32 | **I'm A Loser** by The Beatles : Beatles For Sale (Remastered) | **$0.25** |
| 33 | **Baby's In Black** by The Beatles : Beatles For Sale (Remastered) | **$0.25** |

### Order Summary

| | |
|---|---|
| subtotal: | **$45.00** |
| transaction fee: | **$0.30** |
| total: | **$45.30** |

go back to edit order »



Exhibit 11

Page 36

baseBEAT.com mp3 downloads

| 34 | **Rock And Roll Music** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 35 | **I'll Follow The Sun** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 36 | **Mr. Moonlight** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 37 | **Kansas City~ Hey-Hey-Hey-Hey!** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 38 | **Eight Days A Week** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 39 | **Words Of Love** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 40 | **Honey Don't** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 41 | **Every Little Thing** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 42 | **I Don't Want To Spoil The Party** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 43 | **What You're Doing** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 44 | **Everybody's Trying To Be My Baby** by The Beatles : Beatles For Sale (Remastered) | $0.25 |
| 45 | **Help!** by The Beatles : Help! (Remastered) | $0.25 |
| 46 | **The Night Before** by The Beatles : Help! (Remastered) | $0.25 |
| 47 | **You've Got To Hide Your Love Away** by The Beatles : Help! (Remastered) | $0.25 |
| 48 | **I Need You** by The Beatles : Help! (Remastered) | $0.25 |
| 49 | **Another Girl** by The Beatles : Help! (Remastered) | $0.25 |
| 50 | **You're Going To Lose That Girl** by The Beatles : Help! (Remastered) | $0.25 |
| 51 | **Ticket To Ride** by The Beatles : Help! (Remastered) | $0.25 |
| 52 | **Act Naturally** by The Beatles : Help! (Remastered) | $0.25 |
| 53 | **It's Only Love** by The Beatles : Help! (Remastered) | $0.25 |
| 54 | **You Like Me Too Much** by The Beatles : Help! (Remastered) | $0.25 |
| 55 | **Tell Me What You See** by The Beatles : Help! (Remastered) | $0.25 |
| 56 | **I've Just Seen A Face** by The Beatles : Help! (Remastered) | $0.25 |
| 57 | **Yesterday** by The Beatles : Help! (Remastered) | $0.25 |
| 58 | **Dizzy Miss Lizzy** by The Beatles : Help! (Remastered) | $0.25 |
| 59 | **Two Of Us** by The Beatles : Let It Be (Remastered) | $0.25 |
| 60 | **Dig A Pony** by The Beatles : Let It Be (Remastered) | $0.25 |
| 61 | **Across The Universe** by The Beatles : Let It Be (Remastered) | $0.25 |
| 62 | **I Me Mine** by The Beatles : Let It Be (Remastered) | $0.25 |
| 63 | **Dig It** by The Beatles : Let It Be (Remastered) | $0.25 |
| 64 | **Let It Be** by The Beatles : Let It Be (Remastered) | $0.25 |
| 65 | **Maggie Mae** by The Beatles : Let It Be (Remastered) | $0.25 |
| 66 | **I've Got A Feeling** by The Beatles : Let It Be (Remastered) | $0.25 |
| 67 | **One After 909** by The Beatles : Let It Be (Remastered) | $0.25 |
| 68 | **The Long And Winding Road** by The Beatles : Let It Be (Remastered) | $0.25 |
| 69 | **For You Blue** by The Beatles : Let It Be (Remastered) | $0.25 |
| 70 | **Get Back** by The Beatles : Let It Be (Remastered) | $0.25 |

\* all systems and browsers may not be fully supported yet

Exhibit 11

Page 37

| | | |
|---|---|---|
| 71 | **Magical Mystery Tour** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 72 | **The Fool On The Hill** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 73 | **Flying** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 74 | **Blue Jay Way** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 75 | **Your Mother Should Know** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 76 | **I Am The Walrus** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 77 | **Hello Goodbye** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 78 | **Strawberry Fields Forever** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 79 | **Penny Lane** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 80 | **Baby You're A Rich Man** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 81 | **All You Need Is Love** by The Beatles : Magical Mystery Tour (Remastered) | **$0.25** |
| 82 | **I Saw Her Standing There** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 83 | **Misery** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 84 | **Anna (Go To Him)** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 85 | **Chains** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 86 | **Boys** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 87 | **Ask Me Why** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 88 | **Please Please Me** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 89 | **Love Me Do** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 90 | **P.S. I Love You** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 91 | **Baby It's You** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 92 | **Do You Want To Know A Secret** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 93 | **A Taste Of Honey** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 94 | **There's A Place** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 95 | **Twist And Shout** by The Beatles : Please Please Me (Remastered) | **$0.25** |
| 96 | **Taxman** by The Beatles : Revolver | **$0.25** |
| 97 | **Eleanor Rigby** by The Beatles : Revolver | **$0.25** |
| 98 | **I'm Only Sleeping** by The Beatles : Revolver | **$0.25** |
| 99 | **Love You To** by The Beatles : Revolver | **$0.25** |
| 100 | **Here There And Everywhere** by The Beatles : Revolver | **$0.25** |
| 101 | **Yellow Submarine** by The Beatles : Revolver | **$0.25** |
| 102 | **She Said She Said** by The Beatles : Revolver | **$0.25** |
| 103 | **Good Day Sunshine** by The Beatles : Revolver | **$0.25** |
| 104 | **And Your Bird Can Sing** by The Beatles : Revolver | **$0.25** |
| 105 | **For No One** by The Beatles : Revolver | **$0.25** |
| 106 | **Doctor Robert** by The Beatles : Revolver | **$0.25** |

Exhibit ⊥⊥

Page 3⅛

| | | |
|---|---|---|
| 107 | **I Want To Tell You** by The Beatles : Revolver | $0.25 |
| 108 | **Got To Get You Into My Life** by The Beatles : Revolver | $0.25 |
| 109 | **Tomorrow Never Knows** by The Beatles : Revolver | $0.25 |
| 110 | **Drive My Car** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 111 | **Norwegian Wood (This Bird Has Flown)** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 112 | **You Won't See Me** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 113 | **Nowhere Man** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 114 | **Think For Yourself** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 115 | **The Word** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 116 | **Michelle** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 117 | **What Goes On** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 118 | **Girl** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 119 | **I'm Looking Through You In My Life** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 120 | **In My Life** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 121 | **Wait** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 122 | **If I Need Someone** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 123 | **Run For Your Life** by The Beatles : Rubber Soul (Remastered) | $0.25 |
| 124 | **Sgt Pepper's Lonely Hearts Club Band** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 125 | **With A Little Help From My Friends** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 126 | **Lucy In The Sky With Diamonds** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 127 | **Getting Better** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 128 | **Fixing A Hole** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 129 | **She's Leaving Home** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 130 | **Being For The Benefit Of Mr Kite** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 131 | **Within You Without You** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 132 | **When I'm Sixty-Four** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 133 | **Lovely Rita** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 134 | **Good Morning Good Morning** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 135 | **Sgt Pepper's Lonely Hearts Club Band (Reprise)** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 136 | **A Day In The Life** by The Beatles : Sgt Pepper's Lonely Hearts Club Band | $0.25 |
| 137 | **Back In The U.S.S.R.** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 138 | **Dear Prudence** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |

Exhibit 11

Page 39

baseBEAT.com mp3 downloads

| | | |
|---|---|---|
| 139 | **Glass Onion** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 140 | **Ob-La-Di, Ob-La-Da** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 141 | **Wild Honey Pie** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 142 | **The Continuing Story Of Bungalow Bill** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 143 | **While My Guitar Gently Weeps** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 144 | **Happiness Is A Warm Gun** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 145 | **Martha My Dear** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 146 | **I'm So Tired** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 147 | **Blackbird** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 148 | **Piggies** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 149 | **Rocky Raccoon** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 150 | **Don't Pass Me By** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 151 | **Why Don't We Do It In The Road?** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 152 | **I Will** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 153 | **Julia** by The Beatles : The Beatles (The White Album) (Remastered) Disc1 | $0.25 |
| 154 | **Birthday** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 155 | **Yer Blues** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 156 | **Mother Nature's Son** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 157 | **Everybody's Got Something To Hide Except Me And My Monkey** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 158 | **Sexy Sadie** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 159 | **Helter Skelter** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 160 | **Long, Long, Long** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 161 | **Revolution I** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 162 | **Honey Pie** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 163 | **Savoy Truffle** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 164 | **Cry Baby Cry** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 165 | **Revolution 9** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 166 | **Good Night** by The Beatles : The Beatles (The White Album) (Remastered) Disc2 | $0.25 |
| 167 | **It Won't Be Long** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 168 | **All I've Got To Do** by The Beatles : With The Beatles (Remastered) | $0.25 |

Exhibit 11

Page 40

| | | |
|---|---|---|
| 169 | **All My Loving** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 170 | **Don't Bother Me** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 171 | **Little Child** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 172 | **Till There Was You** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 173 | **Please Mister Postman** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 174 | **Roll Over Beethoven** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 175 | **Hold Me Tight** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 176 | **You Really Got A Hold On Me** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 177 | **I Wanna Be Your Man** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 178 | **Devil In Her Heart** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 179 | **Not A Second Time** by The Beatles : With The Beatles (Remastered) | $0.25 |
| 180 | **Money (That's What I Want)** by The Beatles : With The Beatles (Remastered) | $0.25 |

total:$45.00

Copyright © 2007-2009 baseBEAT   |   Terms of Use   |   Privacy Policy   |   A/V Player

Exhibit __ll__

Page __4l__

**EXHIBIT 12**



baseBEAT.com mp3 downloads - Microsoft Internet Explorer provided by MSK

File   Edit   View   Favorites   Tools   Help

https://secure.basebeat.com/cart_review?checkout_c32d=3b10a330004bbbab02ea9f2d2bd7714

baseBEAT
BETA
mp3 downloads

BlueBeat
music

## Review your Order

| | Song | Review Order | Pay with PayPal | Download Tracks | Price |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | |
| 1 | Come Together by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 2 | Something by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 3 | Maxwell's Silver Hammer by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 4 | Oh! Darling by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 5 | Octopus's Garden by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 6 | I Want You (She's So Heavy) by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 7 | Here Comes The Sun by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 8 | Because by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 9 | You Never Give Me Your Money by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 10 | Sun King by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 11 | Mean Mr. Mustard by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 12 | Polythene Pam by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 13 | She Came In Through The Bathroom Window by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 14 | Golden Slumbers by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 15 | Carry That Weight by The Beatles : Abbey Road (Remastered) | | | | $0.25 |
| 16 | The End by The Beatles : Abbey Road | | | | $0.25 |

### Order Summary

subtotal:          $4.25
transaction fee:   $0.30

total:             $4.55

Check out PayPal
"The safer, easier way to pay"

go back to edit order »

PayPal VERIFIED

Exhibit 12
Page 42

**EXHIBIT 13**

                 Review        Pay with       Download              
                                     Order         PayPal         Tracks
                                     —●—           —●—            —●—
                                      1             2              3

---

## PayPal is the safer, easier way to pay

| **PayPal** 🔒 Secure Payments |

PayPal securely processes payments for baseBEAT, Inc.. Pay with PayPal in a couple of clicks.

- You can use your credit card without exposing your card number to the seller.

- You can speed through checkout without stopping to enter your card number or address.

Sign up for a PayPal account and continue checkout.

Cancel and return to baseBEAT, Inc..

---

**Log in to PayPal**

Email

Password

[ LogIn ]

Forgot  email address or password?

---

Site Feedback [+]
PayPal. The safer, easier way to pay.
For more information, read our User Agreement and Privacy Policy.

Exhibit 13

Page 43

**EXHIBIT 14**

Review your payment - PayPal



| Review Order | Pay with PayPal | Download Tracks |
|---|---|---|
| 1 | 2 | 3 |



---

## Review your payment

PayPal    🔒 Secure Payments

If the information below is correct, click **Pay Now** to complete your payment.

View PayPal policies and your payment source rights.

| Description | Amount |
|---|---|
| 180 songs @ $0.25 + $0.30 fee | $45.30 |
| Item total: | $45.30 |
| Total: | $45.30  USD |
| Enter gift certificate, reward, or discount | |

**Payment Method**

○ Bill Me Later®, now from PayPal
   You're pre-approved! Get up to $25 off this purchase
   & no payments for 90 days. Learn more

⊙ Credit/Debit Card ▮▮▮▮▮▮▮▮▮▮▮▮
   This credit card transaction will appear on your bill as "BASEBEATINC".
   Change

**Contact Information** ▮▮▮▮▮▮▮▮

Pay Now

Cancel and return to baseBEAT, Inc..

You can choose to stop receiving prescreened offers of credit from Bill Me Later® and other companies by calling toll-free 1-888-567-8688.
See our Prescreen & Opt-Out Notice for more information about prescreened offers.

Site Feedback [+]
PayPal. The safer, easier way to pay.
For more information, read our User Agreement and Privacy Policy.

Exhibit 14

Page 44

EXHIBIT 15

baseBEAT.com mp3 downloads - Microsoft Internet Explorer provided by MSK

File   Edit   View   Favorites   Tools   Help

https://secure.basebeat.com/download?file=https://secure.basebeat.com/orders/chk/6669b7b3814902833411f6f751ec4709ce

**baseBEAT** BETA*
mp3 downloads

**BlueBeat** MUSIC

| Review Order | Pay with PayPal | Download Tracks |
|:---:|:---:|:---:|
| 1 | 2 | 3 |

## Thank you for your purchase!

You may download your mp3s now or return to www.bluebeat.com and resume downloading at your convenience.
To fully enjoy your new Audio Visual MP3's download the BlueBeat A/V player

Music Folder:

H:\WINDOWS\My Documents\My Music\BB

Choose Folder...

Downloading \The Beatles\Help! (Remastered)\01 Help!.mp3

59%

Cancel

### Purchased songs to be downloaded

| Song | Status |
|---|---|
| The Chess Players by Art Blakey & The Jazz Messengers : The Big Beat | ready |
| Free For All by Art Blakey & The Jazz Messengers : Free For All | ready |
| Shake Your Rump by Beastie Boys : Paul's Boutique | ready |
| Hey Ladies by Beastie Boys : Paul's Boutique | ready |
| So What'cha Want by Beastie Boys : Check Your Head (Remastered Edition) Disc1 | ready |

1 2 3 Next

Exhibit 15

Page 45

baseBEAT.com mp3 downloads - Microsoft Internet Explorer provided by MSK

File   Edit   View   Favorites   Tools   Help

https://secure.basebeat.com/download?file=https://secure.basebeat.com/orders/chk/c6999b7b381490289411f6751e47709ce

**baseBEAT**
mp3 downloads **BETA***

**BlueBeat**
m u s i c

| Review Order | Pay with PayPal | Download Tracks |
|---|---|---|
| 1 | 2 | 3 |

# Thank you for your purchase!

You may download your mp3s now or
return to www.bluebeat.com and
resume downloading at your convenience.
To fully enjoy your new Audio Visual MP3's download the BlueBeat A/V player

**Music Folder:**

H:\WINDOWS\My Documents\My Music\BB                  Choose Folder...

**Downloading Art Blakey & The Jazz Messengers\The Big Beat\01 The Chess Players.mp3**

53%

Cancel

## Purchased songs to be downloaded

1  2  3  Next►

| song: | status |
|---|---|
| The Chess Players by Art Blakey & The Jazz Messengers : The Big Beat | ready |
| Free For All by Art Blakey & The Jazz Messengers : Free For All | ready |
| Shake Your Rump by Beastie Boys : Paul's Boutique | ready |
| Hey Ladies by Beastie Boys : Paul's Boutique | ready |
| So What'cha Want by Beastie Boys : Check Your Head (Remastered Edition) Disc1 | ready |

Exhibit 15
Page 46

baseBEAT.com mp3 downloads - Microsoft Internet Explorer provided by MSK

File    Edit    View    Favorites    Tools    Help

https://secure.basebeat.com/download?file=https://secure.basebeat.com/orders/chk/6689b7b3814902834116751ce4709ce

baseBEAT*
BETA*
mp3 downloads

**BlueBeat**
m u s i c

### Thank you for your purchase!

|  | Review Order | Pay with PayPal | Download Tracks |
|--|--|--|--|
|  | 1 | 2 | 3 |

You may download your mp3s now or
return to www.bluebeat.com and
resume downloading at your convenience.

To fully enjoy your new Audio Visual MP3's download the BlueBeat A/V player

Music Folder:

H:\WINDOWS\My Documents\My MusicBB

[ Choose Folder... ]

Downloading \The Band\Music From Big Pink (Exp)\10 This Wheel's On Fire.mp3

36%

[ Cancel ]

### Purchased songs to be downloaded

| song | status |
|--|--|
| The Chess Players by Art Blakey & The Jazz Messengers : The Big Beat | ready |
| Free For All by Art Blakey & The Jazz Messengers : Free For All | ready |
| Shake Your Rump by Beastie Boys : Paul's Boutique | ready |
| Hey Ladies by Beastie Boys : Paul's Boutique | ready |
| So What'cha Want by Beastie Boys : Check Your Head (Remastered Edition) Disc1 | ready |

1 2 3 Next▸

Exhibit 15
Page 47

**EXHIBIT 16**

**Revolver**

File   Edit   View   Favorites   Tools   Help

Back ▾ | Search | Folders | ▥

Address | H:\WINDOWS\My Documents\My Music\[BB]\The Beatles\Revolver

**Music Tasks**
- Play all
- Shop for music online
- Copy all items to audio CD

**File and Folder Tasks**
- Make a new folder

**Other Places**

**Details**

Revolver
File Folder

| Name | Size | Type | Artist | Album Title | Year | Tra... | Duration |
|------|------|------|--------|-------------|------|--------|----------|
| 01 Taxman.mp3 | 3,085 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 1 | 0:02:36 |
| 02 Eleanor Rigby.mp3 | 2,463 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 2 | 0:02:04 |
| 03 I'm Only Sleeping.mp3 | 3,506 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 3 | 0:02:57 |
| 04 Love You To.mp3 | 3,501 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 4 | 0:02:57 |
| 05 Here There And Everywhe... | 2,818 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 5 | 0:02:22 |
| 06 Yellow Submarine.mp3 | 3,096 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 6 | 0:02:36 |
| 07 She Said She Said.mp3 | 3,049 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 7 | 0:02:34 |
| 08 Good Day Sunshine.mp3 | 2,526 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 8 | 0:02:07 |
| 09 And Your Bird Can Sing.mp3 | 2,351 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 9 | 0:01:58 |
| 10 For No One.mp3 | 2,336 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 10 | 0:01:57 |
| 11 Doctor Robert.mp3 | 2,625 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 11 | 0:02:12 |
| 12 I Want To Tell You.mp3 | 2,893 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 12 | 0:02:26 |
| 13 Got To Get You Into My Lif... | 2,920 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 13 | 0:02:27 |
| 14 Tomorrow Never Knows.mp3 | 3,490 KB | MP3 Format Sound | The Beatles | Revolver | 1966 | 14 | 0:02:56 |

14 objects | 39.7 MB | Local intranet

Exhibit 16

Page 48

**EXHIBIT 17**



Exhibit 17
Page 49

**EXHIBIT 18**



Exhibit 13

Page 50