**EXHIBIT 19**



Exhibit 19
Page 51



Exhibit 19

Page 52



Exhibit 19

Page 53



Exhibit 19
Page 54



Exhibit 19
Page 55



Exhibit 19

Page 56



Exhibit 19
Page 57



Exhibit 19
Page 58



Exhibit 19
Page 59



Exhibit 19

Page 60



Exhibit 19

Page 61



Exhibit 19

Page 62



Exhibit 19
Page 63



Exhibit 19

Page 64



Exhibit 19
Page 65



Exhibit 19
Page 66



Exhibit 19
Page 67



Exhibit 19

Page 68



Exhibit 19
Page 69



Exhibit 19

Page 70



Exhibit 19
Page 71



Exhibit 19

Page 72



Exhibit 19

Page 73



Exhibit 19
Page 74



Exhibit 19

Page 75



Exhibit 19

Page 760



Exhibit 19
Page 77



Exhibit 19

Page 78



Exhibit 19
Page 79



Exhibit 19

Page 80



Exhibit 19

Page 81



Exhibit 19
Page 82



Exhibit 19

Page 83



Exhibit 19

Page 84



Exhibit 19
Page 85





Exhibit 19
Page 87



Exhibit 19

Page 88



Exhibit 19
Page 89



Exhibit 19
Page 90



Exhibit 19
Page 91



Exhibit 19
Page 92



Exhibit 19
Page 93



Exhibit 19
Page 94



Exhibit 19

Page 95



Exhibit 19
Page 96



Exhibit 19

Page 97



Exhibit 19
Page 98



Exhibit 19

Page 99



Exhibit 19

Page 100



Exhibit 19
Page 101



Exhibit __19__

Page __102__



Exhibit 19
Page 103



Exhibit 19
Page 104



Exhibit 19

Page 108



Exhibit 19

Page 106



Exhibit 19
Page 107



Exhibit 19
Page 108



Exhibit 19

Page 109



Exhibit 19
Page 110



Exhibit 19

Page 111



Exhibit 19
Page 112



Exhibit 19

Page 113



Exhibit 19
Page 114



Exhibit 19
Page 115



Exhibit 19

Page 116



Exhibit 19
Page 117



Exhibit 19

Page 118



Exhibit 19

Page 119



Exhibit 19
Page 120



Exhibit 19

Page 121



Exhibit _19_

Page _122_



Exhibit 19

Page 123



Exhibit 19
Page 124



Exhibit 19
Page 125



Exhibit 19
Page 126



Exhibit 19
Page 127



Exhibit 19
Page 128



Exhibit 19

Page 129