**EXHIBIT 20**



Exhibit 20
Page 130



Exhibit 20
Page 131



Exhibit 20
Page 132



Exhibit 20

Page 133



Exhibit 20

Page 134



Exhibit 20

Page 135



Exhibit 20

Page 136



Exhibit 20

Page 137





Exhibit 20

Page 130



Exhibit 20

Page 140



Exhibit 20
Page 141



Exhibit 20
Page 142



Exhibit 20
Page 143



Exhibit 20
Page 144



Exhibit 20

Page 145



Exhibit 20

Page 146



Exhibit 20
Page 147



Exhibit 20

Page 148



Exhibit 20

Page 199



Exhibit 20

Page 150



Exhibit 20

Page 151



Exhibit __20__

Page __152__



Exhibit 20
Page 153