CONFORMING COPY

RUSSELL J. FRACKMAN (SBN 49087)
MARC E. MAYER (SBN 190969)
DAVID A. STEINBERG (SBN 130593)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

FILED
2009 NOV -3  PM 12: 53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.basebeat.com; HANK RISAN, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. CV09 08030 JFW (JCx)<br><br>**PROOF OF SERVICE** |

Mitchell
Silberberg &
Knupp LLP

2431474.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683, and my business email address is lsl@msk.com.

    On November 3, 2009, I served a copy of the foregoing document(s) described as **COMPLAINT FOR: (1) COPYRIGHT INFRINGEMENT (2) MISAPPROPRIATION OF PRE-1972 SOUND RECORDINGS [CAL CIV. CODE § 980(A)(2) AND COMMON LAW]; AND (3) UNFAIR COMPETITION [CAL BUS. & PROF. CODE § 17200 AND COMMON LAW, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, DECLARATION OF ALASDAIR MCMULLAN, DECLARATION OF JAMES D. BERKLEY, CIVIL CASE COVER SHEET, SUMMONS, [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, CORPORATE DISCLOSURE AND NOTICE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1; LOCAL RULE 7.1-1] AND NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** on the interested parties in this action at their last known address as set forth below by taking the action described below:

*Via E-mail*

hrisan@bluebeat.com,
DesignatedAgent@BlueBeat.com
info@mediarightstech.com,
bluebeat@mediarightstech.com,
DesignatedAgent@BaseBeat.com

*Via U.S. Mail*

P.O. Box 8447,
Santa Cruz, California 95061

55 River Street, Suite 200,
Santa Cruz, CA 95060

*Via Personal Service*

55 River Street, Suite 200,
Santa Cruz, CA 95060

    ☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

    ☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described

2

document(s) with ___ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at ___:___ .m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 3, 2009, at Los Angeles, California.

_____
Lindsey Lee

Mitchell Silberberg & Knupp LLP

2431474.1

3

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18, and not a party to the within action; my business address is First Legal Support Services, 1511 Beverly Blvd, Los Angeles, CA 90026-5704, (213) 481-8139.

On November 3, 2009, I served the foregoing document(s) described as **COMPLAINT FOR: (1) COPYRIGHT INFRINGEMENT (2) MISAPPROPRIATION OF PRE-1972 SOUND RECORDINGS [CAL CIV. CODE § 980(A)(2) AND COMMON LAW]; AND (3) UNFAIR COMPETITION [CAL BUS. & PROF. CODE § 17200 AND COMMON LAW, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, DECLARATION OF ALASDAIR MCMULLAN, DECLARATION OF JAMES D. BERKLEY, CIVIL CASE COVER SHEET, SUMMONS, [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, CORPORATE DISCLOSURE AND NOTICE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1; LOCAL RULE 7.1-1]** AND **NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** which was enclosed in sealed envelopes addressed as follows, and taking the action described below:

*Via Personal Service*

55 River Street, Suite 200,
Santa Cruz, CA 95060

☒ **BY PERSONAL SERVICE:** I hand delivered such envelope(s):

☐ to the addressee(s);

☐ to the receptionist/clerk/secretary in the office(s) of the addressee(s).

☐ by leaving the envelope in a conspicuous place at the office of the addressee(s) between the hours of 9:00 a.m. and 5:00 p.m.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 3, 2009, at Los Angeles, California.

_____     _____
Printed Name                                Signature

Mitchell Silberberg & Knupp LLP
2431474.1

4