# Exhibit A

```
-------------------------- Original Message ---------------------------
Subject: Re: IMPORTANT:  BlueBeat
From:    hrisan@bluebeat.com
Date:    Mon, November 2, 2009 8:19 pm
To:      "Steve Marks" <SMarks@riaa.com>
--------------------------------------------------------------------------
```

Psychoacoustic simulations are my synthetic creation of that series of sounds which best expresses the way I believe a particular melody should be heard as a live performance. I had explained this back to your organization, in late 2001, when I was at your offices in Washington, for the purpose of demonstrating BlueBeat and our X1 technologies for digital transmission protection.

Hank


```
 Thanks, Hank. What is psycho-acoustic simulation?
>
> Steve
>
> Sent from my iPhone
>
> On Nov 2, 2009, at 3:27 PM, "hrisan@bluebeat.com"
> <hrisan@bluebeat.com> wrote:
>
>> Dear Steve-- Good hearing from you as well!
>>
>> With regard to the music streamed at BlueBeat, I authored the sound
>> recordings that are being used by psycho-acoustic simulation,
>> independently affixed pursuant to Section 114 (b) of the Act and, as
>> such, are not within the exclusive rights of your members.  In
>> addition, BlueBeat.com has received copyright registration for all of
>> its audio visual material and related sounds. These are being
>> displayed pursuant to copyrights that cover all of BlueBeat's audio
>> visual and sounds with the exception of "some archival photographs
>> from various sources."  I have enclosed  the online registration for
>> your review.
>>
>> I hope this satisfies your concerns.
>>
>> Sincerely,
>>
>> Hank
>>
>> http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PAu00340752
>> 4&Search_Code=TALL&PID=pf8uSn-Dfakvaq4KTfB5aRciymaR&SEQ=2009110123141
>> 3&CNT=25&HIST=1
>>
>> Public Catalog
```

1

**Exhibit A**

```
>> Copyright Catalog (1978 to present)
>>
>> Search Request: Left Anchored Copyright Number = PAu003407524
>>
>> www.bluebeat.com.
>>
>> Type of Work: Computer File
>> Registration Number / Date: PAu003407524 / 2009-09-03 Application
>> Title: www.bluebeat.com.
>> Title: www.bluebeat.com.
>> Description: 3 CD-ROMs & printed material.
>> Copyright Claimant: Hank Risan, 1955- . Address: 55 River Street,
>> Suite 200, Santa Cruz, CA, 95060.
>> Date of Creation: 2009
>> Nation of First Publication: United States Authorship on Application:
>> Hank Risan, 1955- ; Citizenship: United States.
>> Authorship: Audiovisual material.
>> Pre-existing Material: some archival photographs from various sources.
>> Basis of Claim: all other audiovisual material.
>> Copyright Note: C.O. correspondence.
>> Regarding deposit: Special Relief granted under 202.20(d) of C.O.
>> regulations.
>>
>> Names: Risan, Hank, 1955-
>>
>>
>>
>>
>> Hi Hank,
>>>
>>>     It's been a long time.  I hope that you are doing well.
>>>
>>>     Yesterday I learned that Bluebeat.com is offering on-demand
>>> streaming and downloading of full-length recordings, including an
>>> extensive selection of recordings owned by our members.  Our members
>>> asked about the site because they don't have license agreements in
>>> place.  Before taking more aggressive action, I wanted to reach out
>>> to you because it struck me as so odd that you would be running a
>>> site without licenses.  We need the unlicensed streaming and
>>> downloading to stop immediately.
>>>
>>>     What's going on?
>>>
>>> Steve
>>>
>>> Steven M. Marks
>>> Executive Vice President & General Counsel Recording Industry
>>> Association of America
>>> 1025 F. Street, NW
>>> 10th Floor
>>> Washington, DC 20004
>>> 202-857-9637 (ph)
>>> 202-775-7253 (fax)
>>>
>>>
>>
>
```