# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**PAu 3-407-524**

**Effective date of
registration:**
September 3, 2009

## Title

**Title of Work:** www.bluebeat.com

**Nature of Work:** Audio Visual Works

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

**Author:** Hank Risan

**Author Created:** Audiovisual material

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1955

**Anonymous:** No      **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Hank Risan

55 River Street, Suite 200, Santa Cruz, CA, 95060

## Limitation of copyright claim

**Material excluded from this claim:** some archival photographs from various sources

**Previously registered:** No

**New material included in claim:** all other audiovisual material

## Certification

**Name:** Hank Risan

**Date:** October 23, 2007

**Exhibit B**

**Correspondence:** Yes

**Copyright Office notes:** Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

Registration #:   PAU003407524

Service Request #:   1-22431302.

Media Rights Technologies
Hank Risan
55 River Street, Suite 200
Santa Cruz, CA 95060