1  RUSSELL J. FRACKMAN (SBN 49087)
   MARC E. MAYER (SBN 190969)
2  DAVID A. STEINBERG (SBN 130593)
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
5
   Attorneys for Plaintiffs          NOTE: CHANGES MADE BY THE COURT
6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10  CAPITOL RECORDS, LLC, a Delaware        Case No.  LA 09 CV 08030 JFW (JCx)
    limited liability company; CAROLINE
11  RECORDS, INC., a New York
    Corporation; EMI CHRISTIAN MUSIC       **TEMPORARY RESTRAINING**
12  GROUP INC., a California Corporation;   **ORDER AND ORDER TO SHOW**
    PRIORITY RECORDS, LLC, a               **CAUSE RE PRELIMINARY**
13  Delaware limited liability company;     **INJUNCTION**
    VIRGIN RECORDS AMERICA, INC.,
14  a California Corporation; and NARADA
    PRODUCTIONS, INC., a Wisconsin
15  corporation,

16           Plaintiffs,

17       v.

18  BLUEBEAT, INC., a Delaware
    corporation, doing business as
19  www.bluebeat.com; MEDIA RIGHTS
    TECHNOLOGIES, INC., a California
20  corporation; BASEBEAT, INC., a
    Delaware corporation, doing business as
21  www.basebeat.com; HANK RISAN, an
    individual; and DOES 1 through 20,
22
             Defendants.
23

24

25       On reading the Complaint, Application for Temporary Restraining Order

26  and Order to Show Cause Why a Preliminary Injunction Should Not Issue,

27  Memorandum of Points and Authorities, and supporting Declarations and Exhibits

28  filed in this action by Plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI

Mitchell
Silberberg &
Knupp LLP

2429210.3

1  Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc.,

2  and Narada Productions, Inc. (collectively "Plaintiffs"), and it appearing to the

3  satisfaction of the Court that this is a proper case for granting a temporary

4  restraining order and an order to show cause why a preliminary injunction should

5  not issue, and that Plaintiffs have suffered and will continue to suffer irreparable

6  injury unless the temporary restraining order prayed for be granted:

7

## TEMPORARY RESTRAINING ORDER

8

9      IT HEREBY IS ORDERED THAT Defendants BlueBeat, Inc., Media

10  Rights Technologies, Inc., Basebeat, Inc., and Hank Risan, and their respective

11  agents, servants, directors, officers, principals, employees, representatives,

12  subsidiaries and affiliated companies, successors, assigns, and those acting in

13  concert with them or at their direction (collectively, "Defendants"), and each of

14  them, immediately shall:

15

16      1.      Cease and refrain from directly or indirectly infringing in any manner

17  any right in any and all copyrighted works (or portions thereof), whether now in

18  existence or later created, in which any Plaintiff (including its parents, subsidiaries,

19  affiliates, or distributed labels) owns or controls an exclusive right under Section

20  106 of the United States Copyright Act (17 U.S.C. § 106) (the "Copyrighted Sound

21  Recordings"), including without limitation by directly or indirectly copying,

22  reproducing, downloading, distributing, communicating to the public, uploading,

23  linking to, transmitting, publicly performing, or otherwise exploiting in any

24  manner any of Plaintiffs' Copyrighted Sound Recordings (including but not limited

25  to those set forth in Schedule A to the Complaint), whether through the websites

26  www.bluebeat.com, www.basebeat.com, or otherwise; and

27

28

Mitchell
Silberberg &
Knupp LLP

2429210.3

2

1    2.    Cease and refrain from directly or indirectly infringing in any manner

2  any right in any and all sound recordings originally fixed in a tangible medium of

3  expression prior to February 15, 1972, in which any Plaintiff (including its parents,

4  subsidiaries, affiliates, or distributed labels) owns or controls an exclusive right or

5  under state or common law  (the "Pre-1972 Sound Recordings"), including without

6  limitation by directly or indirectly copying, reproducing, downloading,

7  distributing, communicating to the public, uploading, linking to, transmitting,

8  publicly performing, or otherwise exploiting in any manner any of Plaintiffs' Pre-

9  1972 Sound Recordings (including but not limited to those set forth in Schedule B

10  to the Complaint), whether through the websites www.bluebeat.com,

11  www.basebeat.com, or otherwise; and

12

13    This Temporary Restraining Order shall become effective immediately upon

14  service on Defendants.

15

16    **ORDER TO SHOW CAUSE**

17

18    IT FURTHER IS ORDERED THAT Defendants BlueBeat, Inc., Media

19  Rights Technologies, Inc., Basebeat, Inc., and Hank Risan, show cause at **11:00**

20  **a.m. on November 20, 2009**, in the courtroom of the Honorable John F. Walter,

21  located at 312 N. Spring Street, Courtroom 16, Los Angeles, California 90012,

22  why they and their respective agents, servants, directors, officers, principals,

23  employees, representatives, subsidiaries and affiliated companies, successors,

24  assigns, and those acting in concert with them or at their direction (collectively

25  "Defendants"), should not be:

26

27    1.    Preliminarily enjoined and restrained pending trial from:

28

Mitchell
Silberberg &
Knupp LLP

2429210.3

3

1          (a)    Directly or indirectly infringing in any manner any right in any

2    and all copyrighted works (or portions thereof), whether now in existence or later

3    created, in which any Plaintiff (including its parents, subsidiaries, affiliates, or

4    distributed labels) owns or controls an exclusive right under Section 106 of the

5    United States Copyright Act (17 U.S.C. § 106) (the "Copyrighted Sound

6    Recordings"), including without limitation by directly or indirectly copying,

7    reproducing, downloading, distributing, communicating to the public, uploading,

8    linking to, transmitting, publicly performing, or otherwise exploiting in any

9    manner any of Plaintiffs' Copyrighted Sound Recordings (including but not limited

10   to those set forth in Schedule A to the Complaint), whether through the websites

11   www.bluebeat.com, www.basebeat.com, or otherwise; and

12

13         (b)    Directly or indirectly infringing in any manner any right in any

14   and all sound recordings originally fixed in a tangible medium of expression prior

15   to February 15, 1972, in which any Plaintiff (including its parents, subsidiaries,

16   affiliates, or distributed labels) owns or controls an exclusive right or under state or

17   common law  (the "Pre-1972 Sound Recordings"), including without limitation by

18   directly or indirectly copying, reproducing, downloading, distributing,

19   communicating to the public, uploading, linking to, transmitting, publicly

20   performing, or otherwise exploiting in any manner any of Plaintiffs' Pre-1972

21   Sound Recordings (including but not limited to those set forth in Schedule B to the

22   Complaint), whether through the websites www.bluebeat.com, www.basebeat.com,

23   or otherwise; and

24

25         2.    Ordered to destroy or otherwise reasonably dispose of all copies or

26   phonorecords made or used in violation of Plaintiffs' exclusive rights, including

27   without limitation, by deleting all copies of the Copyrighted Sound Recordings and

28   the Pre-1972 Sound Recordings from the websites www.bluebeat.com and

Mitchell
Silberberg &
Knupp LLP

2429210.3

4

1  www.basebeat.com and from any database or server owned or controlled by

2  Defendants;

3

4          3.      Ordered to file with this Court and serve on Plaintiffs, within fourteen

5  (14) days after the service of the Preliminary Injunction, a report in writing, under

6  oath, setting forth in detail the manner and form in which Defendants have

7  complied with the requirements of the Temporary Restraining Order and this

8  Preliminary Injunction.

9

10  Defendants shall file their opposition to the Order to Show Cause on November 10,

11  2009 and plaintiffs shall file their reply on November 13, 2009.

12

13  Plaintiffs shall not be required to post a bond upon the issuance of this Temporary

14  Restraining Order and Order to Show Cause.

15

16          IT IS SO ORDERED.

17

18  DATED: November 5, 2009

19

20  By: _____
                United States District Judge
21              Central District of California

22

23  RESPECTFULLY SUBMITTED BY:

24  RUSSELL J. FRACKMAN
    MARC E. MAYER
25  MITCHELL SILBERBERG & KNUPP LLP

26

27  By:      /s/
        Marc E. Mayer
28      Attorneys for Plaintiffs

Mitchell
Silberberg &
Knupp LLP

2429210.3

5