

# TheMoMI.ORG
## MUSEUM OF MUSICAL INSTRUMENTS

May 16, 2002

Library of Congress
Copyright Office, Licensing Division
101 Independence Avenue, S.E.
Washington, D.C. 20557-6400

    Re: Initial Notice of Digital Transmission of Sound Recordings under Statutory License for The Museum of Musical Instruments (www.TheMoMI.org).

Dear Copyright Office:

Enclosed is a check for $20 and the Initial Notice of Digital Transmission of Sound Recordings under Statutory License completed and signed.

Please let me know if you have any questions.

Sincerely,

*Bianca Soros*
Bianca Soros

Executive Director
Museum of Musical Instruments
www.TheMoMI.org
515 Washington Street
Santa Cruz, CA 95060
Tel: (831) 429-9531
Fax: (831) 457-1845
Email: bsoros@themomi.org

## Initial Notice of Digital Transmissions of Sound Recordings under Statutory License

In accordance with 37 CFR 201.35, the transmission service set forth herein files with the Library of Congress, Copyright Office, an initial notice stating the Service's intention to obtain statutory license under section 114(f) of title 17 of the United States Code, as amended by Public Law 104-39, 109 Stat. 336, and Public Law 105-304, 112 Stat. 2860.

1. Name of Service: **The Museum of Musical Instruments**
2. Mailing Address: **515 Washington Street, Santa Cruz, CA 95060**

   *Note: A post office box is acceptable if it is the only address that can be used in that geographic location.*

3. Telephone No.: **(831) 429-9531**
4. Facsimile No.: **(831) 457-1845**

   *Note: Indicate "none" if there is no number.*

5. Website Address of Service: **http://www.themomi.org**

   *Note: Information on how to gain access to the online website or home page of the Service, or where information may be posted under the regulations concerning the use of sound recordings must be provided.*

6. Officer or Authorized Representative of Service.

   a. Name: **Bianca Soros**
   b. Title: **Executive Director**
   c. Date: **May 16, 2002**
   d. Signature: **Bianca Soros**

This notice must be accompanied by a $20 filing fee made payable to the Register of Copyrights. Mail to:

Library of Congress
Copyright Office, Licensing Division
101 Independence Avenue, S.E.
Washington, D.C. 20557-6400

EXHIBIT A  PG. 2



EXHIBIT A   PG 3



## ASCAP

KAI-YAN JULIE PENG
Senior Account Executive
New Media Department

October 23, 2002

**Via US Mail**

Ms. Bianca Soros
Chief Operating Officer
Music Public Broadcasting
PO Box 8447
Santa Cruz, CA 95061

*Fully executed*
*Jan·01 – Dec·01*
*License agreement.*

*BMS*

  RE:   www.themomi.org

Dear Ms. Soros:

   Thank you for continuing to become an ASCAP Internet licensee. Enclosed is a fully executed copy of your new **ASCAP Experimental License Agreement for Internet Sites & Services - Release 4.0** for the period commencing January 1, 2002.

   Since ASCAP first offered its Internet license agreement in 1995, the number of Internet sites authorized to perform the millions of works in the ASCAP repertory has taken a quantum leap. And, thanks to site operators like you, ASCAP was the first performing rights organization in the world to distribute Internet royalties to songwriters and music publishers for online performances of their music.

   We are pleased to be working with you again, and we look forward to the continuous growth and success of your Internet site.

                                        Sincerely,

                                        Kai-Yan Julie Peng

KJP:c

enclosure

EXHIBIT A  PG 4

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
ASCAP Building  One Lincoln Plaza  New York  New York  10023
212.621.6257  Fax: 212.621.6096  Web Site: http://www.ascap.com  E-Mail: julie.peng@ascap.com

### ASCAP EXPERIMENTAL LICENSE AGREEMENT FOR INTERACTIVE SITES & SERVICES – RELEASE 1.0

1. **Parties:** This is an agreement between the American Society of Composers, Authors and Publishers ("we," "us" or "ASCAP"), located at One Lincoln Plaza, New York, New York 10023 and

   <u>Music Public Broadcasting</u> ("you" or "Licensee"), located at
   Licensee Name

   <u>P.O. Box 8447         Santa Cruz         CA         95061</u>
   Street Address or P.O. Box     City         State     ZIP Code

2. **Experimental Agreement:** This is an experimental agreement which applies for its term only and is entered into without prejudice to any position you or we may take for any period subsequent to its termination.

3. **Definitions:**

   (a) Your **"Interactive Site or Service"** is a site or service accessible via the Internet or a similar transmission facility from which audio content is transmitted to "Users" and from which "Users" may download or otherwise select particular musical compositions, and that is generally known as:

   <u>Music at The MoMI brought to you by MPB.tv</u>

   with the principal Universal Resource Locator (URL) of:

   http://<u>www.themomi.org</u> ~~or www.mpb.tv~~   A.Y. 10-23-02

   (b) **"Internet Transmissions"** are all transmissions of content to "Users" from or through your Interactive Site or Service, or from any other site or service pursuant to an agreement between you and the operator of the other site or service, when accessed by means of any connection from your Interactive Site or Service.

   (c) **"Users"** are all those who access Internet Transmissions.

   (d) Our **"Repertory"** consists of all copyrighted musical compositions written or published by our members or by the members of affiliated foreign performing rights societies, including compositions written or published during the term of this agreement, and of which we have the right to license non-dramatic public performances.

4. **Grant of License:** We grant you a license to publicly perform, by means of Internet Transmissions, non-dramatic renditions of the separate musical compositions in our Repertory.

5. **Term of License:** The license granted by this agreement commences on January 1, 2002 (the "Effective Date"), and ends on December 31, 2004, unless you or we terminate it by giving the other party notice at least thirty days prior to the end of a calendar year.


EXHIBIT A   PG 5

(f) "Session Value" is the value derived from the number of "Site/Service Sessions" that an Interactive Site or Service generates.

(g) "Site/Service Session" is an individual visit and/or access to your Interactive Site or Service by a User. If any such visit or access exceeds one hour in duration, each period of one hour, or portion in excess thereof, shall be treated as a single "Site/Service Session." For example, if a User visits or accesses your Site or Service twice in one day, once for 15 minutes and a second time for 40 minutes, that User has generated two "Site/Service Sessions." If a User visits or accesses your Site or Service for an uninterrupted period of two and a half hours, that User has generated three "Site/Service Sessions."

## PART III. REVENUE BASED
## LICENSE FEE CALCULATION FOR LICENSE FEE REPORT FORM "A"

1. Sponsor Revenue ................................................................. $ 0.00
2. Adjustment to Sponsor Revenue ........................................ $ _____
3. Net Sponsor Revenue (subtract line 2 from line 1) ............ $ 0.00
4. User Revenue ..................................................................... $ 0.00
5. Site/Service Revenue (add lines 3 and 4) .......................... $ 0.00
6. Rate Based on Site/Service Revenue ................................. x [see Lic. ¶ 7]
7. Revenue Based License Fee (multiply lines 5 by line 6) ... $ 0.00

## PART IV. SESSION BASED
## LICENSE FEE CALCULATION FOR LICENSE FEE REPORT FORM "A"

8. Number of Site/Service Sessions ....................................... 147,251
9. Rate Based on Site/Service Sessions ................................. x [see Lic. ¶ 7]
10. Session Based License Fee (multiply line 8 by line 9) ..... $ _____

## PART V. LICENSE FEE CALCULATION FOR LICENSE FEE REPORT FORM "A"

11. Licensee Fee (enter line 7 or line 10, whichever is greater) ... $ 88.35
12. Minimum License Fee ........................................................ $ 312.00
13. LICENSE FEE DUE (enter amount from line 11 or line 12, whichever is greater) ............................................................................. $ 312

## PART VI. CERTIFICATION

We certify that this report is true and correct and that all books and records necessary to verify this report are now and will continue to be available for your examination in accordance with the terms of the license agreement.

_____   August 9, 2002
Signature                    Date

Bianca Soros, Chief Operating Officer
Print Name and Title

EXHIBIT A  PG 6