

# 1 Second of 'Revolution' from the 2009 Remastered CD WAV in Binary Form

## by The Beatles
### 712 pages

EXHIBIT  B  PG  1

```
01010010 01001001 01000110 01000110 11011000 11110110 00000100 00000000 01010111
01000001 01010110 01000101 01100110 01101101 01110100 00100000 00010010 00000000
00000000 00000000 00000001 00000000 00000010 00000000 01000100 10101100 00000000
00000000 00010000 10110001 00000010 00000000 00000100 00000000 00010000 00000000
00000000 00000000 01100100 01100001 01110100 01100001 00101100 11101100 00000100
00000000 00000000 00000000 00000000 00000000 11110110 11111111 11111000 11111111
00000000 00000000 11110110 11111111 11110111 11111111 11110110 11111111 11111000
11111111 11110111 11111111 11111110 11111111 11111010 11111111 11111000 11111111
11111010 11111111 00000100 00000000 11111110 11111111 11110010 11111111 11110000
11111111 00000001 00000000 11111011 11111111 11110000 11111111 11110010 11111111
11111101 11111111 11111100 11111111 11110111 11111111 11111000 11111111 11111010
11111111 11111011 11111111 11111010 11111111 11111001 11111111 11111101 11111111
11111100 11111111 11111000 11111111 11110111 11111111 11111101 11111111 00000011
00000000 11111010 11111111 11110101 11111111 11111111 11111111 00000011 00000000
11111011 11111111 11101111 11111111 11111101 11111111 00000111 00000000 11111110
11111111 11110110 11111111 11111111 11111111 00000001 00000000 00000000 00000000
11110010 11111111 11111000 11111111 00000000 00000000 11111011 11111111 11110110
11111111 11111111 11111111 11111111 11111111 00000000 00000000 11110110 11111111
11111101 11111111 11111010 11111111 00000001 00000000 11111010 11111111 11111100
11111111 11111010 11111111 11110110 11111111 00000000 00000000 00000001 00000000
11110100 11111111 11111000 11111111 11111100 11111111 00000110 00000000 11110110
11111111 11111010 11111111 00000000 00000000 00000101 00000000 11111000 11111111
11111001 11111111 11110111 11111111 00000001 00000000 11111101 11111111 11111001
11111111 11110001 11111111 00000010 00000000 11111111 11111111 11111110 11111111
11110111 11111111 11111110 11111111 00000001 00000000 11111010 11111111 11111001
11111111 11111011 11111111 11111001 11111111 11111110 11111111 11111100 11111111
11111111 11111111 11111010 11111111 11111100 11111111 11111110 11111111 11111111
11111111 11111001 11111111 11111011 11111111 11111011 11111111 11111100 11111111
11111010 11111111 11111000 11111111 11111010 11111111 00000001 00000000 11110110
11111111 11111101 11111111 11111111 11111111 11111010 11111111 11111010 11111111
11111111 11111111 11111111 11111111 11110010 11111111 11110100 11111111 00000010
00000000 11111010 11111111 11110011 11111111 11111010 11111111 00000001 00000000
11111101 11111111 11110111 11111111 11111101 11111111 00000001 00000000 11111010
11111111 11111100 11111111 00000001 00000000 11111101 11111111 11111010 11111111
11111110 11111111 00000011 00000000 11111100 11111111 11110010 11111111 11111100
11111111 00000110 00000000 00000011 00000000 11110010 11111111 11111101 11111111
00000110 00000000 00000101 00000000 11110110 11111111 11111001 11111111 11111101
11111111 11111100 11111111 11111011 11111111 11111000 11111111 11111001 11111111
11111110 11111111 11111101 11111111 11111101 11111111 11110101 11111111 11111101
11111111 11111101 11111111 00000101 00000000 11110111 11111111 11111110 11111111
11111101 11111111 00000000 00000000 11111110 11111111 11111111 11111111 11111111
11111111 00000001 00000000 00000000 00000000 11111111 11111111 11111110 11111111
00000000 00000000 11111110 11111111 00000010 00000000 11111110 11111111 11111111
11111111 11111110 11111111 11111110 11111111 11111010 11111111 11111011 11111111
00000000 00000000 11111110 11111111 11110011 11111111 11111010 11111111 00000001
00000000 00000011 00000000 11110100 11111111 11111000 11111111 00000001 00000000
00000000 00000000 11110101 11111111 11111000 11111111 00000001 00000000 11111011
11111111 11111010 11111111 11111101 11111111 11111101 11111111 11111001 11111111
11111110 11111111 00000001 00000000 11111100 11111111 11111100 11111111 11111101
11111111 11111111 11111111 11111110 11111111 11111111 11111111 11111011 11111111
11111011 11111111 00000000 00000000 00000010 00000000 11110001 11111111 11111010
11111111 11111111 11111111 00000100 00000000 11110101 11111111 11111010 11111111
00000100 00000000 00001000 00000000 11111110 11111111 11110100 11111111 11111010
11111111 00000100 00000000 00000001 00000000 11111011 11111111 11110111 11111111
00000101 00000000 00000001 00000000 11111110 11111111 11110110 11111111 00000010
00000000 11111110 11111111 11111011 11111111 11111001 11111111 11111111 11111111
00000000 00000000 11111110 11111111 11110110 11111111 11111111 11111111 11111011
```

EXHIBIT   B   PG   2

```
11111111 11111100 11111111 11101111 11111111 11111101 11111111 00000100 00000000
00000000 00000000 11111010 11111111 11111011 11111111 11111111 11111111 00000111
00000000 11111101 11111111 11111011 11111111 11111001 11111111 00000100 00000000
11111010 11111111 11111011 11111111 11111101 11111111 00000011 00000000 11111111
11111111 00000101 00000000 00000110 00000000 11111101 11111111 11110001 11111111
00000001 00000000 00000110 00000000 11111011 11111111 11101111 11111111 00000001
00000000 00000111 00000000 11111111 11111111 11110100 11111111 11111100 11111111
11111100 11111111 00000011 00000000 11111010 11111111 11111100 11111111 11111001
11111111 11111110 11111111 00000010 00000000 11111011 11111111 11111001 11111111
00000010 00000000 11111001 11111111 11111010 11111111 11111011 11111111 00000000
00000000 11111011 11111111 11111001 11111111 00000001 00000000 00000101 00000000
11111100 11111111 11111010 11111111 11111101 11111111 00000110 00000000 11111011
11111111 11111101 11111111 11111111 11111111 00000100 00000000 11111110 11111111
00000000 00000000 11111011 11111111 11111101 11111111 11111100 11111111 00000010
00000000 11111000 11111111 11111011 11111111 00000011 00000000 00001000 00000000
11110110 11111111 11110111 11111111 11111110 11111111 00000101 00000000 11110011
11111111 11110110 11111111 11111010 11111111 00000011 00000000 11110111 11111111
11111100 11111111 11111100 11111111 00000101 00000000 11111011 11111111 11111101
11111111 11111011 11111111 00000011 00000000 11111100 11111111 11111101 11111111
00000000 00000000 00000011 00000000 11111001 11111111 11110111 11111111 00000010
00000000 00000100 00000000 11110100 11111111 11111001 11111111 00001001 00000000
00000010 00000000 11110100 11111111 11111010 11111111 00001011 00000000 00000000
00000000 11110011 11111111 11111101 11111111 00000000 00000000 11111110 11111111
11110110 11111111 11111101 11111111 11111100 11111111 11111110 11111111 11111101
11111111 11111111 11111111 11111000 11111111 00000001 00000000 11111000 11111111
11110010 11111111 11111111 11111111 00000111 00000000 11110100 11111111 11110101
11111111 11111111 11111111 00001010 00000000 11110101 11111111 11111010 11111111
11111100 11111111 00000101 00000000 11111101 11111111 11111011 11111111 11111100
11111111 00000011 00000000 11111111 11111111 11111000 11111111 11111110 11111111
11111111 11111111 11111100 11111111 11111001 11111111 00000000 00000000 11111100
11111111 00000000 00000000 11111110 11111111 00000000 00000000 11111011 11111111
11111011 11111111 11111011 11111111 11111110 11111111 00000001 00000000 11111010
11111111 11111001 11111111 00000010 00000000 11111001 11111111 11110101 11111111
00000000 00000000 11111101 11111111 11110110 11111111 11111001 11111111 00000010
00000000 11111110 11111111 11111100 11111111 00000001 00000000 00000000 00000000
11111001 11111111 11111010 11111111 11111110 11111111 00000100 00000000 11111100
11111111 11111101 11111111 11111110 11111111 00000001 00000000 11110111 11111111
11111101 11111111 11111110 11111111 11111001 11111111 11110110 11111111 00001001
00000000 11111100 11111111 11111111 11111111 11111101 11111111 00000011 00000000
11110110 11111111 00000100 00000000 00000011 00000000 11111010 11111111 11110110
11111111 00000110 00000000 00000011 00000000 11111010 11111111 11111000 11111111
00000111 00000000 11111111 11111111 11111101 11111111 00000000 00000000 11111111
11111111 00000011 00000000 11110011 11111111 11111011 11111111 11111111 11111111
11111101 11111111 11111001 11111111 11111101 11111111 00000010 00000000 00000001
00000000 11111010 11111111 11111111 11111111 00000010 00000000 11111111 11111111
11111110 11111111 11111100 11111111 11111101 11111111 00000001 00000000 00000010
00000000 11111001 11111111 11111110 11111111 00000101 00000000 11111100 11111111
11111000 11111111 11111111 11111111 11111101 11111111 11111011 11111111 11111111
11111111 00000111 00000000 11111010 11111111 11111011 11111111 00000110 00000000
00000101 00000000 11111000 11111111 11111000 11111111 00000000 00000000 00000001
00000000 11111001 11111111 11111000 11111111 00000001 11111111 00000010 00000000
00000101 00000000 11111010 11111111 11110011 11111111 00000101 00000000 00000111
00000000 11111001 11111111 11110001 11111111 00001000 00000000 00001000 00000000
11111100 11111111 11110110 11111111 00000010 00000000 00001000 00000000 11111110
11111111 11111000 11111111 00000011 00000000 00001010 00000000 11111110 11111111
11111011 11111111 11111110 11111111 00000111 00000000 00000001 00000000 11111101
11111111 11111011 11111111 00001000 00000000 11111000 11111111 11111011 11111111
```

```
00000011 00000000 00000001 00000000 11111010 11111111 00000010 00000000 00000011
00000000 11111011 11111111 11111010 11111111 00000110 00000000 11111111 11111111
11111101 11111111 11111101 11111111 00000111 00000000 00000010 00000000 00000011
00000000 00000010 00000000 11111010 11111111 00000000 00000000 11111111 11111111
00000100 00000000 11111011 11111111 00000001 00000000 11111111 11111111 00000001
00000000 11111101 11111111 11111110 11111111 11111101 11111111 11111110 11111111
00000010 00000000 11111100 11111111 11111010 11111111 00000010 00000000 00000101
00000000 00000000 00000000 11111100 11111111 00000101 00000000 00000110 00000000
11111101 11111111 11111100 11111111 00000000 00000000 00000010 00000000 00000000
00000000 11111110 11111111 11111100 11111111 00000001 00000000 00000100 00000000
00000100 00000000 00000000 00000000 00000001 00000000 00000100 00000000 00000010
00000000 11111111 11111111 00000000 00000000 00000110 00000000 00000010 00000000
11111110 11111111 00000000 00000000 00001000 00000000 00000111 00000000 11111110
11111111 00000101 00000000 00001001 00000000 00000001 00000000 11111001 11111111
00000010 00000000 00001000 00000000 11111111 11111111 11111110 11111111 00001000
00000000 00001001 00000000 11111111 11111111 00000101 00000000 00000110 00000000
00000001 00000000 00000101 00000000 00000011 00000000 00000110 00000000 11111101
11111111 00000100 00000000 00000111 00000000 00001000 00000000 11111111 11111111
00000111 00000000 00000110 00000000 00001000 00000000 00000110 00000000 00000110
00000000 00000101 00000000 11111110 11111111 11111111 11111111 00001101 00000000
00000111 00000000 11111110 11111111 11111100 11111111 00001100 00000000 00001001
00000000 11111100 11111111 00000110 00000000 00000110 00000000 00001000 00000000
00000001 00000000 00000101 00000000 00000000 00000000 00000100 00000000 00000001
00000000 00000100 00000000 00000100 00000000 00000100 00000000 00000100 00000000
00000011 00000000 00000111 00000000 00000101 00000000 00000001 00000000 00000010
00000000 00000101 00000000 00001000 00000000 11111110 11111111 00000010 00000000
00000111 00000000 00001010 00000000 11111101 11111111 11111100 11111111 00001000
00000000 00000011 00000000 00000000 00000000 00000000 00000000 00001001 00000000
00000011 00000000 00000001 00000000 00000011 00000000 00000000 00000000 00000110
00000000 00000100 00000000 00000011 00000000 00000010 00000000 00001000 00000000
00000100 00000000 00000100 00000000 00001101 00000000 00000110 00000000 00000111
00000000 00000010 00000000 00001000 00000000 00000010 00000000 00000111 00000000
00000111 00000000 00000110 00000000 00000101 00000000 00001001 00000000 00000101
00000000 00000011 00000000 00000100 00000000 00000111 00000000 00001010 00000000
00000001 00000000 00000011 00000000 00000100 00000000 00000011 00000000 00000100
00000000 00000010 00000000 00000101 00000000 00000000 00000000 00000010 00000000
00001100 00000000 00001101 00000000 11111110 11111111 00000000 00000000 00001001
00000000 00000111 00000000 00000010 00000000 00000011 00000000 00001001 00000000
00001010 00000000 00001010 00000000 00000101 00000000 00000111 00000000 00000100
00000000 00001101 00000000 00000100 00000000 00000001 00000000 00000011 00000000
00001111 00000000 00000101 00000000 00000100 00000000 00000101 00000000 00001000
00000000 00001000 00000000 11111110 11111111 00000011 00000000 00001011 00000000
00001001 00000000 11110111 11111111 00000111 00000000 00010000 00000000 00000010
00000000 11111000 11111111 00001101 00000000 00001010 00000000 11111010 11111111
11111101 11111111 00010010 00000000 00000011 00000000 11111001 11111111 00000111
00000000 00010000 00000000 00000111 00000000 11111010 11111111 00000110 00000000
00000111 00000000 00001011 00000000 00000000 00000000 00000001 00000000 00000011
00000000 00001001 00000000 00000111 00000000 00000111 00000000 00000011 00000000
11111111 11111111 00000110 00000000 00001011 00000000 00000111 00000000 00000000
00000000 00001001 00000000 00000111 00000000 00001001 00000000 00000100 00000000
00000100 00000000 11111111 11111111 00001001 00000000 00000111 00000000 00000100
00000000 11111111 11111111 00001011 00000000 00001011 00000000 00000001 00000000
11111101 11111111 00001000 00000000 00000101 00000000 00000100 00000000 00000011
00000000 00001010 00000000 00000010 00000000 00000010 00000000 00000100 00000000
00001011 00000000 00000011 00000000 00000110 00000000 00000101 00000000 00001010
00000000 00001001 00000000 00000010 00000000 11111110 11111111 00001001 00000000
00001001 00000000 00000101 00000000 00000000 00000000 00001100 00000000 00000111
```

```
00000000 00000110 00000000 00001010 00000000 00000011 00000000 00000011 00000000
00001001 00000000 00001010 00000000 00000101 00000000 11111010 11111111 00001001
00000000 00000111 00000000 00000100 00000000 11111100 11111111 00001001 00000000
00001011 00000000 00000100 00000000 00000000 00000000 00001000 00000000 00001101
00000000 00000100 00000000 00000010 00000000 00001001 00000000 00000100 00000000
00001100 00000000 00000100 00000000 00001000 00000000 00000100 00000000 00001100
00000000 00000101 00000000 00000010 00000000 00000010 00000000 00000011 00000000
00000111 00000000 11111110 11111111 00000001 00000000 00000111 00000000 00001011
00000000 00000010 00000000 00000011 00000000 11111101 11111111 00001010 00000000
00000010 00000000 11111110 11111111 00000010 00000000 00001010 00000000 00010001
00000000 00000010 00000000 00000011 00000000 00000101 00000000 00010000 00000000
00000110 00000000 11111000 11111111 11111110 11111111 00010000 00000000 00000100
00000000 11111000 11111111 00000011 00000000 00001100 00000000 00000101 00000000
11111110 11111111 00000111 00000000 00001100 00000000 11111100 11111111 00000000
00000000 00001011 00000000 00001101 00000000 11110111 11111111 00000000 00000000
00001111 00000000 00001100 00000000 11111111 11111111 11111011 11111111 00001011
00000000 00001100 00000000 00000100 00000000 00000000 00000000 00000110 00000000
00001001 00000000 00000100 00000000 00000011 00000000 00000100 00000000 00000100
00000000 00000101 00000000 00000010 00000000 00001000 00000000 00000110 00000000
00000001 00000000 00000101 00000000 00001001 00000000 00001011 00000000 00000100
00000000 00000011 00000000 00000100 00000000 00001101 00000000 00001001 00000000
11111110 11111111 00000110 00000000 00010000 00000000 00000110 00000000 00000000
00000000 00000101 00000000 00001011 00000000 00000111 00000000 00000001 00000000
00001000 00000000 00001001 00000000 00000101 00000000 00000100 00000000 00000111
00000000 00001010 00000000 00000101 00000000 00000100 00000000 11111111 11111111
00000010 00000000 00000001 00000000 00000101 00000000 00000101 00000000 00000000
00000000 00001000 00000000 00000110 00000000 11111111 11111111 11111110 11111111
00001011 00000000 00000110 00000000 00000000 00000000 11111101 11111111 00000111
00000000 00001011 00000000 11111100 11111111 11111100 11111111 00000101 00000000
00001110 00000000 00000010 00000000 11111101 11111111 00000111 00000000 00001101
00000000 00000010 00000000 11111110 11111111 00000110 00000000 00000111 00000000
00000001 00000000 00000110 00000000 00000011 00000000 00000001 00000000 00000001
00000000 00001001 00000000 00000100 00000000 00000100 00000000 00000000 00000000
00000100 00000000 00000011 00000000 00000100 00000000 11111101 11111111 00000011
00000000 11111011 11111111 00001000 00000000 00000101 00000000 00000011 00000000
11111010 11111111 00000110 00000000 00001011 00000000 00000011 00000000 11111001
11111111 00000101 00000000 00000111 00000000 11111111 11111111 11111111 11111111
00000011 00000000 00000011 00000000 00000011 00000000 00000101 00000000 00001001
00000000 00000000 00000000 00000100 00000000 00000110 00000000 00001000 00000000
00000000 00000000 11111001 11111111 00000100 00000000 00001100 00000000 00000000
00000000 11111011 11111111 00000000 00000000 00001000 00000000 00001011 00000000
11111101 11111111 11111110 11111111 00000111 00000000 00000110 00000000 00000011
00000000 00000010 00000000 00000110 00000000 00000011 00000000 00001010 00000000
00000110 00000000 00000011 00000000 11111110 11111111 11111111 11111111 11111111
11111111 00000111 00000000 00000000 00000000 11111110 11111111 00000101 00000000
00010001 00000000 00000011 00000000 11111111 11111111 00000101 00000000 00001010
00000000 00000010 00000000 00000011 00000000 00000010 00000000 00000011 00000000
00000111 00000000 00000101 00000000 11111100 11111111 00000101 00000000 00000110
00000000 00000010 00000000 11111001 11111111 00000010 00000000 11111111 11111111
00000100 00000000 11111111 11111111 00000010 00000000 11111110 11111111 00001011
00000000 00000111 00000000 11111001 11111111 11111110 11111111 00000011 00000000
00001001 00000000 11111111 11111111 11111011 11111111 00001000 00000000 00001001
00000000 00000011 00000000 11111110 11111111 00000001 00000000 00000101 00000000
00000100 00000000 00000001 00000000 00000110 00000000 00000101 00000000 00000010
00000000 11111101 11111111 00001000 00000000 00001010 00000000 00000100 00000000
11111000 11111111 00001100 00000000 00001101 00000000 00000011 00000000 11110101
11111111 00000111 00000000 00001000 00000000 00000010 00000000 11111010 11111111
```



```
00001001 00000000 00000110 00000000 00000000 00000000 00000011 00000000 00001010
00000000 00000111 00000000 11111111 11111111 11111111 11111111 00000101 00000000
00000110 00000000 00000100 00000000 00000011 00000000 11111110 11111111 00000101
00000000 00000110 00000000 00000001 00000000 00000110 00000000 00000101 00000000
00000110 00000000 11111111 11111111 00001000 00000000 00000101 00000000 00000000
00000000 00000111 00000000 00000101 00000000 00000000 00000000 11111110 11111111
00001000 00000000 00000010 00000000 11111101 11111111 11111111 11111111 00001001
00000000 00000011 00000000 11111101 11111111 11111000 11111111 00000011 00000000
00000110 00000000 11111100 11111111 11111101 11111111 00001010 00000000 00001101
00000000 11111101 11111111 11111011 11111111 00000111 00000000 00001100 00000000
11111110 11111111 11111100 11111111 00000100 00000000 00001000 00000000 00000010
00000000 00000101 00000000 00000001 00000000 00000010 00000000 11111110 11111111
00000110 00000000 00000011 00000000 11111111 11111111 00000001 00000000 00000110
00000000 11111110 11111111 00000001 00000000 00000010 00000000 00000111 00000000
11111101 11111111 00000100 00000000 00001000 00000000 00000011 00000000 00000000
00000000 00000000 00000000 00000001 00000000 11111111 11111111 00000000 00000000
00001001 00000000 11111111 11111111 11110010 11111111 00000000 00000000 00010001
00000000 00000000 00000000 11110101 11111111 00000100 00000000 00010000 00000000
00000011 00000000 00000011 00000000 00000100 00000000 00000100 00000000 00001010
00000000 00001101 00000000 11111011 11111111 11111101 11111111 00001110 00000000
00001010 00000000 11111001 11111111 11111111 11111111 00001011 00000000 00000011
00000000 11111111 11111111 00000001 00000000 00000101 00000000 00000110 00000000
00000011 00000000 00000010 00000000 00000010 00000000 00001001 00000000 00000101
00000000 11111111 11111111 00000011 00000000 00001100 00000000 00000101 00000000
11111010 11111111 11111111 11111111 00001100 00000000 00000100 00000000 11111111
11111111 00000000 00000000 00000111 00000000 00000111 00000000 00000011 00000000
11111111 11111111 00000010 00000000 00001011 00000000 00000101 00000000 11111101
11111111 11111110 11111111 00000101 00000000 00000111 00000000 00000001 00000000
11111001 11111111 00001000 00000000 00001000 00000000 00000001 00000000 11111101
11111111 00000101 00000000 00001100 00000000 11111100 11111111 11111101 11111111
00001000 00000000 00000110 00000000 00000001 00000000 11111111 11111111 00000101
00000000 00001000 00000000 00000100 00000000 11111011 11111111 00000101 00000000
00001010 00000000 00000001 00000000 11111010 11111111 00000010 00000000 00000110
00000000 00000000 00000000 11111001 11111111 00000011 00000000 00001011 00000000
11111010 11111111 11110110 11111111 00000011 00000000 00001000 00000000 00000010
00000000 11111011 11111111 00001000 00000000 00001000 00000000 00000101 00000000
11111100 11111111 00000000 00000000 00000111 00000000 00000110 00000000 11111101
11111111 11111100 11111111 00001000 00000000 00000111 00000000 11111010 11111111
00000001 00000000 00000111 00000000 00000011 00000000 11111101 11111111 00000011
00000000 00000110 00000000 00000011 00000000 11110111 11111111 00000011 00000000
00000101 00000000 00000100 00000000 11111111 11111111 11111011 11111111 00000111
00000000 00000110 00000000 00000101 00000000 11111011 11111111 00000100 00000000
00001010 00000000 00001011 00000000 00000000 00000000 00000100 00000000 00000100
00000000 00000101 00000000 11111110 11111111 00000000 00000000 00000011 00000000
00000100 00000000 11111110 11111111 00000000 00000000 00000101 00000000 00000001
00000000 11111110 11111111 11111110 11111111 00000001 00000000 00000010 00000000
11111101 11111111 00000011 00000000 00001000 00000000 00000000 00000000 00000010
00000000 11111110 11111111 00000101 00000000 11111111 11111111 00000001 00000000
11111110 11111111 00000111 00000000 11111101 11111111 00000110 00000000 00000011
00000000 00000000 00000000 11111110 11111111 00000010 00000000 00000010 00000000
00000000 00000000 11111011 11111111 11111110 11111111 00000000 00000000 00000100
00000000 00000011 00000000 00000011 00000000 11111101 11111111 00001001 00000000
00000000 00000000 00000000 00000000 11111111 11111111 00000100 00000000 11111111
11111111 00000011 00000000 11111110 11111111 00000010 00000000 00000001 00000000
00000011 00000000 00000001 00000000 00000001 00000000 00000000 00000000 00000001
00000000 00000100 00000000 00000100 00000000 11111111 11111111 00000000 00000000
00000011 00000000 00000011 00000000 00000000 00000000 00000001 00000000 00000000
```

EXHIBIT B PG 6



# 1 Second WAV Simulation of 'Revolution' Master in Binary Form

## by Bluebeat
## pages 595

EXHIBIT B PG 7

Simulation                                                                 page 2

```
01010010 01001001 01000110 01000110 00100110 00100110 00000100 00000000 01010111
01000001 01010110 01000101 01100110 01101101 01110100 00100000 00010010 00000000
00000000 00000000 00000001 00000000 00000010 00000000 01000100 10101100 00000000
00000000 00010000 10110001 00000010 00000000 00000100 00000000 00010000 00000000
00000000 00000000 01100100 01100001 01110100 01100001 00000000 00100110 00000100
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 00000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
```

EXHIBIT  B  PG  8

Simulation                                                                     page 3

```
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
```

EXHIBIT B PG 9

Simulation                                                                 page 4

```
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
```

EXHIBIT B PG 10

Simulation                                                                                        page 5

```
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
```

EXHIBIT B PG 11

```
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000
00000000 10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000
10000000 00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000
00000000 00000000 00000000 10000000 00000000 00000000 00000000 10000000 00000000
00000000 00000000 10000000 00000000 00000000 00000000 10000000 11001011 00001001
00000000 10000000 11011000 11111111 00000000 10000000 00011111 11111111 00000000
10000000 10111010 00000010 00000000 10000000 00000111 11111010 00000000 10000000
11110111 11111101 00000000 10000000 11001010 11111111 00000000 10000000 10101100
00000100 00000000 10000000 00011111 00000000 00000000 10000000 11001110 11101101
00000000 10000000 11100000 00000001 00000000 10000000 11001100 11110110 00000000
10000000 01100001 11111110 00000000 10000000 01001110 00011101 00000000 10000000
00110100 11111000 00000000 10000000 00000000 00000000 00000000 10000000 01011011
00001001 00000000 10000000 10111000 11001100 00000000 10000000 11010110 00000010
00000000 10000000 10001100 00011000 00000000 10000000 01011111 11111010 00000000
10000000 11111010 01011010 00000000 10000000 01010101 11111111 00000000 10000000
10011111 11100001 00000000 10000000 10000000 00000001 00000000 10000000 10010110
00100000 00000000 10000000 10001000 01100101 00000000 10000000 00100111 11001100
00000000 10000000 01111100 00010010 00000000 10000000 11010010 00000011 00000000
10000000 00000000 10000000 00000000 10000000 01101110 11011100 00000000 10000000
11111111 01111111 00000000 10000000 00000000 10000000 00000000 10000000 00101010
01011111 00000000 10000000 00011101 00000101 00000000 10000000 11111111 01111111
00000000 10000000 01101000 11011000 00000000 10000000 00000000 10000000 00000000
10000000 00000000 10000000 00000000 10000000 00000000 10000000 00000000 10000000
00000000 10000000 00000000 10000000 00000000 10000000 00000000 10000000 11111111
01111111 00000000 10000000 11111111 01111111 00000000 10000000 11111111 01111111
00000000 10000000 11111111 01111111 00000000 10000000 11111111 01111111 00000000
10000000 11111111 01111111 00000000 10000000 01100001 01101101 00000000 10000000
11111111 01111111 00000000 10000000 11111111 01111111 00000000 10000000 00000000
```

EXHIBIT B PG 12