US007570761B2

# United States Patent
Risan et al.

(10) Patent No.: US 7,570,761 B2
(45) Date of Patent: *Aug. 4, 2009

(54) **METHOD AND SYSTEM FOR PREVENTING UNAUTHORIZED RECORDING OF MEDIA CONTENT IN THE ITUNES™ ENVIRONMENT**

(75) Inventors: Hank Risan, Santa Cruz, CA (US); Edward Vincent Fitzgerald, Santa Cruz, CA (US)

(73) Assignee: Trimble Navigation Limited, Sunnyvale, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 845 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/772,025

(22) Filed: Feb. 3, 2004

(65) Prior Publication Data
US 2005/0169467 A1   Aug. 4, 2005

(51) Int. Cl.
H04N 7/167   (2006.01)
H04K 1/00   (2006.01)
H04L 9/00   (2006.01)
G06F 15/16   (2006.01)

(52) U.S. Cl. .............. 380/201; 726/30; 726/33; 713/165; 705/57; 709/231

(58) Field of Classification Search .......... 380/201
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,845,281 A | 12/1998 | Benson et al. | |
|---|---|---|---|
| 6,209,092 B1 | 3/2001 | Linnartz | |
| 6,230,268 B1 | 5/2001 | Miwa et al. | |
| 6,442,285 B2 * | 8/2002 | Rhoads et al. | 382/100 |
| 6,601,046 B1 | 7/2003 | Epstein | |
| 6,920,567 B1 * | 7/2005 | Doherty et al. | 726/22 |
| 2002/0032873 A1 | 3/2002 | Lordmann et al. | |
| 2002/0114458 A1 | 8/2002 | Belenko | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP   0 887 723 A   12/1998

(Continued)

OTHER PUBLICATIONS

Taban et al, Towards a Secure and Interoperable DRM Architecture, 2006, ACM, pp. 69-78.*

(Continued)

*Primary Examiner*—Ayaz R Sheikh
*Assistant Examiner*—Aravind K Moorthy

(57) **ABSTRACT**

A method and system for preventing unauthorized recording of media content in an iTunes™ environment. Embodiment of the method begins by activating a compliance mechanism in response to receiving media content at a client system. The media content is received from a content provider providing content in a format compatible with an iTunes™ media service. Also, the client system has a media content presentation application that is capable of handling the media content operable thereon and coupled to the compliance mechanism. The method continues by controlling a data output path carrying the media content of the client system with the compliance mechanism. Thereafter, the method directs the media content to a custom media device coupled that is coupled to the compliance mechanism via the data output path. In this way, the embodiment of the method is capable of selectively restricting output of the media content.

**29 Claims, 28 Drawing Sheets**



EXHIBIT D PG 1

| (12) | United States Patent | (10) Patent No.: | US 7,578,002 B2 |
|---|---|---|---|
| | Risan et al. | (45) Date of Patent: | *Aug. 18, 2009 |

(54) **CONTROLLING INTERACTION OF DELIVERABLE ELECTRONIC MEDIA**

(75) Inventors: **Hank Risan**, Santa Cruz, CA (US); **Edward Vincent Fitzgerald**, Santa Cruz, CA (US)

(73) Assignee: **Trimble Navigation Limited**, Sunnyvale, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 591 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/304,390**

(22) Filed: **Nov. 25, 2002**

(65) **Prior Publication Data**

US 2004/0103297 A1    May 27, 2004

(51) Int. Cl.
   *H03M 1/66* (2006.01)
(52) U.S. Cl. .......................................... **726/32**
(58) Field of Classification Search ............ None
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,385,596 B1 * | 5/2002 | Wiser et al. | 705/51 |
| 6,772,340 B1 * | 8/2004 | Peinado et al. | 713/168 |
| 6,802,003 B1 * | 10/2004 | Gross et al. | 713/175 |
| 7,069,590 B1 * | 6/2006 | Malvar et al. | 726/26 |
| 7,231,042 B2 * | 6/2007 | Kori et al. | 380/201 |
| 7,328,455 B2 * | 2/2008 | Jutzi et al. | 726/26 |
| 7,366,908 B2 * | 4/2008 | Tewfik | 713/176 |
| 2002/0006204 A1 * | 1/2002 | England et al. | 380/269 |
| 2002/0196941 A1 * | 12/2002 | Isaacson et al. | 380/231 |
| 2004/0039911 A1 | 2/2004 | Oka et al. | |

FOREIGN PATENT DOCUMENTS

WO    WO-0146952    6/2001

OTHER PUBLICATIONS

"California Software Labs Multi Monitor Display and Video Mini Port Driver Development", http://www.cswl.com/whitepapers/multi-monitor-display.html, (Oct. 2005),1-9.

* cited by examiner

*Primary Examiner*—Matthew B Smithers
*Assistant Examiner*—David J Pearson

(57) **ABSTRACT**

A method of restricting client interaction of deliverable electronic media. In one embodiment, the method is comprised of detecting a media player application operable within a computer system. The media player application enables the computer system to present contents of a media file. The present method is further comprised of governing within said media player application a function that enables non-compliance with a usage restriction applicable to the media file. The present method is further comprised of controlling output of the media file. The controlling is performed by a compliance mechanism coupled to the computer system. The compliance mechanism is for enabling compliance with the usage restriction applicable to the media file.

**32 Claims, 8 Drawing Sheets**

300

- Instructions 301
- User ID Generator 302
- Coder/decoder 303
- Agent Programs 304
- System Hooks 305
- Skins 306
- Custom Media Device Driver 307

US007584353B2

## (12) United States Patent
### Risan et al.

(10) Patent No.: **US 7,584,353 B2**
(45) Date of Patent: **Sep. 1, 2009**

(54) **PREVENTING UNAUTHORIZED DISTRIBUTION OF MEDIA CONTENT WITHIN A GLOBAL NETWORK**

(75) Inventors: **Hank Risan**, Santa Cruz, CA (US); **Edward Vincent Fitzgerald**, Santa Cruz, CA (US)

(73) Assignee: **Trimble Navigation Limited**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 837 days.

(21) Appl. No.: **10/661,047**

(22) Filed: **Sep. 12, 2003**

(65) **Prior Publication Data**
US 2005/0060542 A1    Mar. 17, 2005

(51) Int. Cl.
*H04L 29/06* (2006.01)
(52) U.S. Cl. .......................................... **713/164**; 726/6
(58) Field of Classification Search .............. 713/165, 713/164; 726/6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,668,996 | A  | * | 9/1997  | Radinsky ............... 719/322 |
| 5,838,790 | A  | * | 11/1998 | McAuliffe et al. ......... 713/176 |
| 6,398,245 | B1 |   | 6/2002  | Gruse et al. |
| 7,032,228 | B1 | * | 4/2006  | McGillis et al. ........... 719/321 |
| 2001/0056404 | A1 | * | 12/2001 | Kuriya et al. ............. 705/51 |
| 2002/0007456 | A1 | * | 1/2002  | Peinado et al. ........... 713/164 |
| 2002/0065849 | A1 | * | 5/2002  | Ferguson et al. .......... 707/513 |
| 2002/0108050 | A1 |   | 8/2002  | Raley et al. |
| 2004/0039905 | A1 | * | 2/2004  | Leoutsarakos ............. 713/153 |

FOREIGN PATENT DOCUMENTS

| EP | 1 207 668 | 5/2002 |
| EP | 1207668   | 5/2002 |

OTHER PUBLICATIONS

"Kernel." Microsoft Dictionary, 5th Edition. Microsoft Press: Redmond, Washington. p. 300.*
Bramhill I D et al: "Challenges For Copyright In A Digital Age" BT Technology Journal, BT Laboratories, Apr. 1, 1997, pp. 63-67.
"ISA/US", International Search Report and Written Opinion for International Application No. PCT/US2004/029820, (Dec. 27, 2007), 11 pages.

* cited by examiner

*Primary Examiner*—Kambiz Zand
*Assistant Examiner*—Jason K Gee

(57) **ABSTRACT**

One embodiment of the invention is a method for providing media content while preventing its unauthorized distribution. The method includes transmitting from a client to an administrative node a request for delivery of an instance of media content (IMC); determining which content source (CS) of a plurality of CSs to provide delivery of the IMC, provided the client is authorized to receive the IMC; transmitting to the client an access key and a location of the IMC; transmitting from the client to the CS a second request and the access key; in response to receiving the second request and the access key, transferring the IMC from the CS to the client; transmitting from the client to the administrative node an indicator indicating a successful transfer of the IMC; and generating a transaction applicable to the client and associated with the transfer of the IMC to the client.

**25 Claims, 24 Drawing Sheets**



EXHIBIT D  PG 3

(12) **United States Patent**
Risan et al.

(10) Patent No.: **US 7,426,637 B2**
(45) Date of Patent: **Sep. 16, 2008**

(54) **METHOD AND SYSTEM FOR CONTROLLED MEDIA SHARING IN A NETWORK**

(75) Inventors: **Hank Risan**, Santa Cruz, CA (US); **Edward Vincent Fitzgerald**, Santa Cruz, CA (US)

(73) Assignee: **Music Public Broadcasting, Inc.**, Santa Cruz, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 876 days.

(21) Appl. No.: **10/443,929**

(22) Filed: **May 21, 2003**

(65) **Prior Publication Data**

US 2004/0236945 A1    Nov. 25, 2004

(51) Int. Cl.
  *H04L 9/00*    (2006.01)
  *G06F 17/30*   (2006.01)
  *G06F 3/00*    (2006.01)
  *G06F 13/00*   (2006.01)
  *H04K 1/00*    (2006.01)

(52) U.S. Cl. .......... **713/165**; 726/26; 380/255; 705/57; 725/61; 725/87

(58) Field of Classification Search .......... 713/165; 726/26; 380/255; 705/57–58; 725/61, 87
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,550,011 B1 |   | 4/2003  | Sims ............... 713/193 |
| 6,772,340 B1 | * | 8/2004  | Peinado et al. ..... 713/168 |
| 6,961,858 B2 | * | 11/2005 | Fransdonk ......... 726/29 |
| 6,993,137 B2 | * | 1/2006  | Fransdonk ......... 380/279 |
| 7,035,933 B2 | * | 4/2006  | O'Neal et al. ..... 709/233 |
| 7,047,406 B2 | * | 5/2006  | Schleicher et al. .. 713/168 |
| 7,107,462 B2 | * | 9/2006  | Fransdonk ......... 713/193 |
| 7,228,427 B2 | * | 6/2007  | Fransdonk ......... 713/176 |
| 7,237,255 B2 | * | 6/2007  | Fransdonk ......... 726/3 |
| 2002/0065918 A1 | * | 5/2002 | Shastri ............ 709/226 |
| 2002/0083118 A1 | * | 6/2002 | Sim ................ 709/105 |
| 2002/0129371 A1 | * | 9/2002 | Emura et al. ....... 725/61 |
| 2003/0014496 A1 |   | 1/2003 | Spencer et al. ..... 709/217 |
| 2003/0028391 A1 | * | 2/2003 | Hofrichter et al. .. 705/1 |
| 2003/0074552 A1 | * | 4/2003 | Olkin et al. ....... 713/150 |
| 2003/0126430 A1 | * | 7/2003 | Shimada et al. ..... 713/155 |
| 2006/0085821 A9 | * | 4/2006 | Simmons et al. ..... 725/61 |
| 2007/0098177 A1 | * | 5/2007 | Asano et al. ....... 380/279 |

FOREIGN PATENT DOCUMENTS

WO    01/98903    12/2001

* cited by examiner

*Primary Examiner*—Emmanuel L Moise
*Assistant Examiner*—Minh Dieu Nguyen

(57) **ABSTRACT**

A method for controlling media sharing among a plurality of nodes in a network. The present method is comprised of availing to the network an instance of media content for sharing among the plurality of nodes by a source node communicatively coupled to the network. The present method further includes decrypting the instance of media content from an encryption local to the source node. The present method further includes encrypting the instance of media content into an intermediate encryption. The present method further includes transferring the instance of media content to a node while the instance of media content is in the intermediate encryption. The node is associated with the network. The decrypting and the encrypting and the transferring are in response to receiving a request for the instance of media content from the node.

**27 Claims, 24 Drawing Sheets**



EXHIBIT D PG 4

(12) **United States Patent**  (10) Patent No.: **US 7,316,033 B2**
Risan et al.  (45) Date of Patent: **Jan. 1, 2008**

(54) METHOD OF CONTROLLING RECORDING OF MEDIA

(75) Inventors: Hank Risan, Santa Cruz, CA (US); Edward Vincent Fitzgerald, Santa Cruz, CA (US)

(73) Assignee: Music Public Broadcasting, Inc., Santa Cruz, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 787 days.

(21) Appl. No.: 10/325,243

(22) Filed: Dec. 18, 2002

(65) Prior Publication Data
US 2004/0103300 A1    May 27, 2004

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/304,390, filed on Nov. 25, 2002.

(51) Int. Cl.
H04L 9/00 (2006.01)
G06F 15/16 (2006.01)

(52) U.S. Cl. .......................... 726/33; 705/57; 709/231; 713/165; 726/30

(58) Field of Classification Search ................ 709/231; 726/30; 705/57; 713/165, 193
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,845,065 A * 12/1998 Conte et al. .................. 726/31
6,389,541 B1 * 5/2002 Patterson ........................ 726/9
6,920,567 B1 * 7/2005 Doherty et al. ............... 726/22
2004/0039911 A1 * 2/2004 Oka et al. .................... 713/175

FOREIGN PATENT DOCUMENTS

WO    WO-0146952    6/2001

OTHER PUBLICATIONS

"California Software Labs Multi Monitor Display and Video Mini Port Driver Development", http://www.cswl.com/whitepapers/multi-monitor-display.html, (Oct. 2005), 1-9.

* cited by examiner

Primary Examiner—Gilberto Barron, Jr.
Assistant Examiner—Laurel Lashley

(57) **ABSTRACT**

A method of preventing unauthorized recording of electronic media is described. The method is comprised of activating a compliance mechanism in response to receiving media content by a client system. The compliance mechanism is coupled to the client system. The media content presentation application is operable and coupled to the compliance mechanism. The method is further comprised of controlling a data output path of the client computer with the compliance mechanism. The method is further comprised of directing the media content via the data output path to a custom media device for selectively restricting output of the media content. The custom media device is coupled to the compliance mechanism and to the media content presentation application. The method is further comprised of preventing a recording application coupled to the client computer system from recording the media content file when recording violates usage restriction applicable to the media content.

**27 Claims, 12 Drawing Sheets**



EXHIBIT D  PG. 5