$20.00
"Register of Copyrights" address ✓



# Notice of Use of Sound Recordi[ng] under Statutory License

United States Copyright Office

In accordance with 37 CFR 270.1, the transmission service named belo[w] Congress, Copyright Office, a notice stating the service's intention to 112(e) or 114(d)(2), or both, of title 17 of the United States Code, as am[ended] 336, and Public Law 105-304, 112 Stat. 2860

Check one:
☒ Initial filing
☐ Amended filing

Please enclose a check or money order for the $20 nonrefundable filing fee, payable to "Register of Copyrights". Mail to:

Library of Congress
Copyright Office, Licensing Division
101 Independence Avenue, S.E.
Washington, D.C. 20557-6400

Please provide the requested information for each item. If this is an amended filing, please indicate which item contains new information by checking the *new information* box to the left of that item.

New Information

☐ 1  Name of service  **Bluebeat, Inc.**

☐ 2  Mailing address  **55 River Street, Suite 200**
     **Santa Cruz, CA 95060**

Note: A post office box is acceptable if it is the only address that can be used in that geographic location

☐ 3  Telephone no.  **(831) 426-4412**

☐ 4  Fax no.  **(831) 426-4486**

☐ 5  Website address of service  http://  **www.bluebeat.com**

Note: Information must be provided on how to gain access to the online website or home page of the service, or where information may be posted under the regulations concerning the use of sound recordings

☒ 6  Nature of license and category of service: (Check all that apply)

   a  Statutory license for digital transmissions, 17 U.S.C. § 114(d)(2)
   ☐ Preexisting subscription service          ☐ Non-subscription transmission service
   ☐ Preexisting digital audio radio service   ☒ New subscription service

   b  Statutory license for making ephemeral phonorecords, 17 U.S.C. § 112(e)
   ☐ Preexisting subscription service          ☐ Non-subscription transmission service
   ☐ Preexisting digital audio radio service   ☐ New subscription service
   ☐ A business establishment making ephemeral phonorecords in furtherance of an exempt digital transmission pursuant to 17 U.S.C. § 114(d)(1)(C)(iv)

☐ 7  Date or expected date of
   a  Initial digital transmission of a sound recording  **2/3/04**
   b  Initial use of the section 112(e) license for the purpose of making ephemeral recordings of sound recordings  _____

☐ 8  Officer or authorized representative of service
   a  Name       **Bianca Soros**
   b  Title      **COO**
   c  Date       **April 7, 2004**
   d  Signature  *[signature]*



EXHIBIT  G   PG  1

BLUEBEAT   P.O. Box 8447   Santa Cruz, CA 95061

| Date | Type | Reference | | Original Amt. | 4/7/2004 | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|---|---|
| 04/07/2004 | Bill | statutory - notice | | 20.00 | | 20.00 | | 20.00 |

Register of Copyrights

Check Amount  20.00

**10000**

Comerica - BlueBeat 1216    20.00

SF5001NL-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 831-462-2215

EXHIBIT G PG 2

# Initial Notice of Digital Transmissions of Sound Recordings under Statutory License

In accordance with 37 CFR 201.35, the transmission service set forth herein files with the Library of Congress, Copyright Office, an initial notice stating the Service's intention to obtain statutory license under section 114(f) of title 17 of the United States Code, as amended by Public Law 104-39, 109 Stat. 336, and Public Law 105-304, 112 Stat. 2860.

1. **Name of Service:** BlueBeat
2. **Mailing Address:** 55 River Street, Santa Cruz, CA 95060

   *Note: A post office box is acceptable if it is the only address that can be used in that geographic location*

3. **Telephone No.:** (831) 426-4412
4. **Facsimile No.:** (831) 426-4486

   *Note: Indicate "none" if there is no number.*

5. **Website Address of Service:** http:// www.bluebeat.com

   *Note: Information on how to gain access to the online website or home page of the Service, or where information may be posted under the regulations concerning the use of sound recordings must be provided.*

6. **Officer or Authorized Representative of Service.**

   a. Name: Bianca Soros
   b. Title: Chief Operating Officer
   c. Date: October 14, 2003
   d. Signature: [signature]

This notice must be accompanied by a $20 filing fee made payable to the Register of Copyrights. Mail to:

> Library of Congress
> Copyright Office, Licensing Division
> 101 Independence Avenue, S.E.
> Washington, D.C. 20557-6400


EXHIBIT 6 PG 3

**FedEx USA Airbill**

Sender's FedEx Tracking Number: 8430 8891 0899

**1 From**
Date: 10/14/03
Sender's Name: Liz Crowell
Sender's FedEx Account Number: 2339-1382-0
Phone: (831) 426-4412
Company: MUSIC PUBLIC BROADCASTING
Address: 55 RIVER ST STE 500
City: SANTA CRUZ   State: CA   ZIP: 95060-4565

**2 Your Internal Billing Reference**
NATIONAL

**3 To**
Recipient's Name: Library of Congress
Company: Copyright Office Licensing Dept.
Address: 101 Independence Ave SE
City: Washington   State: DC   ZIP: 20557-6400

**4a Express Package Service**
☒ FedEx Standard Overnight

**5 Packaging**
☒ FedEx Envelope

**7 Payment  Bill to:**
☒ Sender

0261401631

447

EXHIBIT G PG 4