# STATEMENT OF ACCOUNT FOR AN ELIGIBLE NONSUBSCRIPTION TRANSMISSION SERVICE ELECTING PER PERFORMANCE OPTION - 2004



**Send your PAYMENT and STATEMENT OF ACCOUNT to:**

SoundExchange, Inc.
Attn: Royalty Administration
1330 Connecticut Avenue, N.W.
Suite 330
Washington, D.C.  20036



*Call SoundExchange at (202)828-0120 for its Federal Tax Identification Number.*

**FOR THE PERIOD:**          FOR ANY MONTH DURING THE PERIOD MARCH - DECEMBER 2004

**Please identify the month for which this Statement of Account is filed (the "Month"):**                    December

**ENTITY / SERVICE NAME:**                    Bluebeat

**URL:**                    www.bluebeat.com

USE THIS STATEMENT OF ACCOUNT IF YOU HAVE PREVIOUSLY ELECTED[1] TO PAY ROYALTIES FOR THE SERVICE AND PERIOD NOTED ABOVE ON A PER PERFORMANCE[2] BASIS (OR IF YOU DID NOT FILE AN ELECTION FORM).

**SECTION I.          PER PERFORMANCE ROYALTY CALCULATION**

Please enter the number of Performances transmitted for the Month. Please also fill in the monthly information for earlier months in 2004, as it is necessary to calculate the annual minimum fee.

| | PERFORMANCES | |
|---|---:|---|
| 1 January | 12,110 | 1 |
| 2 February | 9,135 | 2 |
| 3 March | 12,463 | 3 |
| 4 April | 6,521 | 4 |
| 5 May | 3,476 | 5 |
| 6 June | 3,426 | 6 |
| 7 July | 11,103 | 7 |
| 8 August | 47,588 | 8 |
| 9 September | 151,216 | 9 |
| 10 October | 514,928 | 10 |
| 11 November | 749,803 | 11 |
| 12 December | 691,060 | 12 |
| 13 Sum of lines 1-12 (*calculated*) | 2,212,829 | 13 |
| 14 Line 13 multiplied by .96 (*calculated*) | 2,124,316 | 14 |
| 15 Line 14 multiplied by $0.000762 (*calculated*). **This is your Per Performance Liability.** | $        1,618.73 | 15 |

---

[1]The Notice of Election is located at
http://soundexchange.com/licensee/documents/Notice_of_Election_NonsubscriptionService_2003-2004.pdf
[2]"Performance" has the meaning set forth 69 Fed. Reg. 5693, 5696 (Feb. 6, 2004) (to be codified at 37
C.F.R. 262.2) (http://soundexchange.com/licensee/documents/Fed_Reg_2_6_04_000.pdf).

EXHIBIT _____ PG _____

STATEMENT OF ACCOUNT FOR AN ELIGIBLE NONSUBSCRIPTION TRANSMISSION SERVICE
ELECTING PER PERFORMANCE OPTION - 2004

**SECTION II.**          **ANNUAL LIABILITY**

| | | | |
|---|---|---|---|
| 16 | If less than "5" channels, enter the maximum number of channels or stations of programming transmitted by the service or entity since January 1, 2004.[3] If "5" or more, then enter "5" only. | 5 | 16 |
| 17 | If line 16 is less than "5", then line 16 is multiplied by $500. If the number of your channels or stations transmitted since January 1, 2004, is greater than or equal to "5", then $2,500 (calculated). **This is your Annual Minimum Fee Liability for 2004.** | $ 2,500.00 | 17 |
| 18 | Greater of Per Performance Liability (line 15) or Annual Minimum Fee Liability (line 17). **This is your 2004 statutory liability year-to-date.** *(calculated)* | $ 2,500.00 | 18 |
| 19 | Enter amounts previously paid to SoundExchange for the months January 2004 through the current date (inclusive of any payments previously made for your Annual Minimum Fee Liability for 2004). Do not include in this amount any payments made during the Period that covered any prior time period. | $ 2,500.00 | 19 |
| 20 | Line 18 minus line 19. **THIS IS THE AMOUNT THAT MUST BE PAID TO SOUNDEXCHANGE FOR THE CURRENT MONTH.** *(calculated)*. PAYMENT IS DUE 45 DAYS AFTER THE END OF THE MONTH. | $ - | 20 |

**SECTION III.**          **AUTOMATICALLY GENERATED MESSAGES, IF APPLICABLE**

**Not Applicable**

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

---

[3] See 69 Fed. Reg. at 5698 (to be codified at 37 C.F.R. 262.3(d)(2)).

EXHIBIT ___J___ PG __2__

Last Revised, 04/20/04

**BLUEBEAT**
P.O. BOX 8447
SANTA CRUZ, CA 95061

10002

COMERICA BANK - CALIFORNIA
Santa Cruz Main Office
25 River Street
Santa Cruz, CA 95060

90-3752/1211

4/15/2004

PAY TO THE
ORDER OF  Sound Exchange, Inc.

$ **2,500.00

Two Thousand Five Hundred and 00/100*********************************************************** DOLLARS

Sound Exchange, Inc.
Attn: Royalty Administration
1330 Connecticut Avenue, N.W.
Suite 330
Washington, D.C. 20036

MEMO

⑆0⑈1000⑈2⑈  ⑆121⑈3752⑈21⑆  ⑈1892561218⑈

---

BLUEBEAT   P.O. Box 8447   Santa Cruz, CA 95061

10002

Sound Exchange, Inc.

| Date | Type | Reference | Original Amt. | Balance Due | 4/15/2004 Discount | Payment |
|------|------|-----------|---------------|-------------|--------------------|---------|
| 04/07/2004 | Bill | Jan-Feb 2004 | 2,500.00 | 2,500.00 | | 2,500.00 |
| | | | | | Check Amount | 2,500.00 |

Comerica - BlueBeat 1216

2,500.00

EXHIBIT ___J___ PG. 3