

by Alice In Chains

| Biography | Tracks | DJ Crates |

play album
add to dj crate
BUY buy album

BLACK GIVES WAY TO BLUE
ALICE IN CHAINS

Artist: Alice In Chains
Label: Virgin
Release Date: 2009

SHARE

| play | dj | buy | # | track title | length |
|------|----|----|---|-------------|--------|
| play | + | BUY | 1 | All Secrets Known | 4:42 |
| play | + | BUY | 2 | Check My Brain | 3:57 |
| play | + | BUY | 3 | Last Of My Kind | 5:52 |
| play | + | BUY | 4 | Your Decision | 4:43 |
| play | + | BUY | 5 | A Looking In View | 7:06 |
| play | + | BUY | 6 | When The Sun Rose Again | 4:00 |
| play | + | BUY | 7 | Acid Bubble | 6:55 |
| play | + | BUY | 8 | Lesson Learned | 4:16 |
| play | + | BUY | 9 | Take Her Out | 4:00 |
| play | + | BUY | 10 | Private Hell | 5:38 |
| play | + | BUY | 11 | Black Gives Way To Blue | 3:03 |

**Browse Music**
All Music
All Genres
What's New
What's Popular

**Connect With Us**
Contact Us
News

**Check Us Out**
Facebook
Myspace
Subscribe/RSS

**Support**
FAQ
Site Index
Terms of Use
Privacy
Upgrade Music Player
Audio/Visual Player

All audio-visual works copyright © 2009 (reg. # PAu 3-407-524) BlueBeat, Inc. a subsidiary of MRT.
BlueBeat transmits simulated live musical performances for free at 160 and 320 kb/s.
By using this site, you agree to abide by the BlueBeat Terms of Use.