## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:
**PAu 3-407-524**

Effective date of registration:
September 3, 2009

---

### Title
- **Title of Work:** www.bluebeat.com
- **Nature of Work:** Audio Visual Works

### Completion/Publication
- **Year of Completion:** 2009
- **Nation of 1st Publication:** United States

### Author
- **Author:** Hank Risan
- **Author Created:** Audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1955
- **Anonymous:** No    **Pseudonymous:** No

### Copyright claimant
- **Copyright Claimant:** Hank Risan
  55 River Street, Suite 200, Santa Cruz, CA, 95060

### Limitation of copyright claim
- **Material excluded from this claim:** some archival photographs from various sources
- **Previously registered:** No
- **New material included in claim:** all other audiovisual material

### Certification
- **Name:** Hank Risan
- **Date:** October 23, 2007

Page 1 of 2

EXHIBIT N PG 1

Correspondence: Yes

Copyright Office notes: Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

Registration #: PAU003407524

Service Request #: 1-22431302

Media Rights Technologies
Hank Risan
55 River Street, Suite 200
Santa Cruz, CA 95060

EXHIBIT 4 PG 3