RUSSELL J. FRACKMAN (SBN 49087)
MARC E. MAYER (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.basebeat.com; HANK RISAN, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:09-cv-08030 JFW (JC)<br><br>Honorable John F. Walter<br><br>**[PROPOSED] PRELIMINARY INJUNCTION** |

Mitchell
Silberberg &
Knupp LLP

2446921.1

[PROPOSED] PRELIMINARY INJUNCTION

On November 5, 2009, upon *ex parte* application of Plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and Narada Productions, Inc. (collectively "Plaintiffs"), this Court issued a Temporary Restraining Order against Defendants BlueBeat, Inc., Media Rights Technologies, Inc., Basebeat, Inc., and Hank Risan (collectively, "Defendants").

On reading the Complaint, Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, Memorandum of Points and Authorities, and supporting Declarations and Exhibits filed in this action by Plaintiffs, Defendants' papers in opposition, and Plaintiffs' reply, and after argument of counsel for the parties, the Court determines that Plaintiffs have shown a probability of success on the merits and that Plaintiffs will suffer irreparable injury unless the preliminary injunction issues. Good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Defendants BlueBeat, Inc., Media Rights Technologies, Inc., Basebeat, Inc., and Hank Risan, and their respective agents, servants, directors, officers, principals, employees, representatives, subsidiaries and affiliated companies, successors, assigns, and those acting in concert with them or at their direction (collectively "Defendants"), are hereby:

1. Preliminarily enjoined and restrained pending trial from:

   (a) Directly or indirectly infringing in any manner any right in any and all copyrighted works (or portions thereof), whether now in existence or later created, in which any Plaintiff (including its parents, subsidiaries, affiliates, or

1  distributed labels) owns or controls an exclusive right under Section 106 of the
2  United States Copyright Act (17 U.S.C. § 106) (the "Copyrighted Sound
3  Recordings"), including without limitation by directly or indirectly copying,
4  reproducing, downloading, distributing, communicating to the public, uploading,
5  linking to, transmitting, publicly performing, or otherwise exploiting in any
6  manner any of Plaintiffs' Copyrighted Sound Recordings (including but not limited
7  to those set forth in Schedule A to the Complaint), whether through the websites
8  www.bluebeat.com, www.basebeat.com, or otherwise; and

10         (b)    Directly or indirectly infringing in any manner any right in any
11 and all sound recordings originally fixed in a tangible medium of expression prior
12 to February 15, 1972, in which any Plaintiff (including its parents, subsidiaries,
13 affiliates, or distributed labels) owns or controls an exclusive right or under state or
14 common law  (the "Pre-1972 Sound Recordings"), including without limitation by
15 directly or indirectly copying, reproducing, downloading, distributing,
16 communicating to the public, uploading, linking to, transmitting, publicly
17 performing, or otherwise exploiting in any manner any of Plaintiffs' Pre-1972
18 Sound Recordings (including but not limited to those set forth in Schedule B to the
19 Complaint), whether through the websites www.bluebeat.com, www.basebeat.com,
20 or otherwise; and

22         2.     Ordered to destroy or otherwise reasonably dispose of all copies or
23 phonorecords made or used in violation of Plaintiffs' exclusive rights, including
24 without limitation, by deleting all copies of the Copyrighted Sound Recordings and
25 the Pre-1972 Sound Recordings from the websites www.bluebeat.com and
26 www.basebeat.com and from any database or server owned or controlled by
27 Defendants;

1  3. Ordered to file with this Court and serve on Plaintiffs, within fourteen
2  (14) days after the service of the Preliminary Injunction, a report in writing, under
3  oath, setting forth in detail the manner and form in which Defendants have
4  complied with the requirements of the Temporary Restraining Order and this
5  Preliminary Injunction.

7  Plaintiffs shall not be required to post a bond upon the issuance of this
8  Preliminary Injunction.

10  IT IS SO ORDERED.

12  DATED: _____

By:_____
The Honorable John F. Walter
United States District Judge
Central District of California

17  RESPECTFULLY SUBMITTED BY:

18  RUSSELL J. FRACKMAN
MARC E. MAYER
19  MITCHELL SILBERBERG & KNUPP LLP

21  By: /s/Marc E. Mayer
22     Marc E. Mayer
       Attorneys for Plaintiffs