RUSSELL J. FRACKMAN (SBN 49087)
MARC E. MAYER (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.basebeat.com; HANK RISAN, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:09-cv-08030 JFW (JC)<br><br>Honorable John F. Walter<br><br>**PRELIMINARY INJUNCTION** |

For the reasons stated in the Court's minute order dated November 18, 2009, IT IS HEREBY ORDERED THAT Defendants BlueBeat, Inc., Media Rights Technologies, Inc., Basebeat, Inc., and Hank Risan, and their respective agents, servants, directors, officers, principals, employees, representatives, subsidiaries and affiliated companies, successors, assigns, and those acting in concert with them or at their direction (collectively "Defendants"), are hereby:

1. Preliminarily enjoined and restrained pending trial from:

(a) Directly or indirectly infringing in any manner any right in any and all copyrighted works (or portions thereof), whether now in existence or later created, in which any Plaintiff (including its parents, subsidiaries, affiliates, or distributed labels) owns or controls an exclusive right under Section 106 of the United States Copyright Act (17 U.S.C. § 106) (the "Copyrighted Sound Recordings"), including without limitation by directly or indirectly copying, reproducing, downloading, distributing, communicating to the public, uploading, linking to, transmitting, publicly performing, or otherwise exploiting in any manner any of Plaintiffs' Copyrighted Sound Recordings (including but not limited to those set forth in Schedule A to the Complaint), whether through the websites www.bluebeat.com, www.basebeat.com, or otherwise; and

(b) Directly or indirectly infringing in any manner any right in any and all sound recordings originally fixed in a tangible medium of expression prior to February 15, 1972, in which any Plaintiff (including its parents, subsidiaries, affiliates, or distributed labels) owns or controls an exclusive right or under state or common law (the "Pre-1972 Sound Recordings"), including without limitation by directly or indirectly copying, reproducing, downloading, distributing, communicating to the public, uploading, linking to, transmitting, publicly

performing, or otherwise exploiting in any manner any of Plaintiffs' Pre-1972 Sound Recordings (including but not limited to those set forth in Schedule B to the Complaint), whether through the websites www.bluebeat.com, www.basebeat.com, or otherwise.

Plaintiffs shall not be required to post a bond upon the issuance of this Preliminary Injunction.

IT IS SO ORDERED.

DATED: November 18, 2009

By: _____
The Honorable John F. Walter
United States District Judge
Central District of California