AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA<br>312 North Spring Street, Los Angeles CA 90012 |
|---|---|---|
| DOCKET NO<br>CV09-08030 | DATE FILED<br>11/03/2009 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| CAPITOL RECORDS, LLC, CAROLINE RECORDS, INC., EMI CHRISTIAN MUSIC GROUP INC., PRIORITY RECORDS, LLC, VIRGIN RECORDS AMERICA, INC., and NARADA PRODUCTIONS, INC. | BLUEBEAT, INC., d/b/a www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC.; BASEBEAT, INC., d/b/a www.basebeat.com; and HANK RISAN, an individual; and DOES 1 through 10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached Schedule A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

American LegalNet, Inc.
www.USCourtForms.com

# SCHEDULE A

## Schedule A

**Representative Copyrighted Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Beastie Boys | Ch-Check It Out | Capitol Records LLC | To The 5 Boroughs | SR 536-345 | 6/9/2004 | http://www.bluebeat.com/albums/14367 |
| Beastie Boys | Hey Ladies | Capitol Records LLC | Paul's Boutique | SRu 154-345 | 6/27/1989 | http://www.bluebeat.com/albums/383 |
| Beastie Boys | So What'cha Want | Capitol Records LLC | Check Your Head | SR 197-458 | 4/10/1995 | http://www.bluebeat.com/albums/45249 |
| Beastie Boys | Sure Shot | Capitol Records LLC | Ill Communication | SR 213-461 | 9/11/1995 | http://www.bluebeat.com/albums/47220 |
| Billy Idol | White Wedding (Part 1) | Capitol Records LLC | Billy Idol | SR 39-673 | 6/16/1982 | http://www.bluebeat.com/albums/2679 |
| Blondie | Dreaming | Capitol Records LLC | Eat To The Beat | SR 12-739 | 10/1/1979 | http://www.bluebeat.com/albums/8277 |
| Blondie | Heart Of Glass | Capitol Records LLC | Parallel Lines | SR 4-090 / SR 8-533 | 10/23/1978 1/10/1979 | http://www.bluebeat.com/albums/488 |
| Blondie | No Imagination | Capitol Records LLC | Plastic Letters | SR 1-084 | 2/3/1978 | http://www.bluebeat.com/albums/8278 |
| Blondie | The Tide Is High | Capitol Records LLC | Autoamerican | SR 22-605 | 11/28/1980 | http://www.bluebeat.com/albums/21091 |
| Blur | Country House | Virgin Records America, Inc. | The Great Escape | SR 213-626 | 9/26/1995 | http://www.bluebeat.com/albums/37663 |
| Blur | Girls & Boys | Capitol Records LLC | Parklife | SR 345-517 | 12/31/2003 | http://www.bluebeat.com/albums/517 |
| Blur | Song 2 | Capitol Records LLC | Blur | SR 231-938 | 3/12/1997 | http://www.bluebeat.com/albums/516 |
| Blur | There's No Other Way | Capitol Records LLC | Leisure | SR 135-033 | 9/26/1991 | http://www.bluebeat.com/albums/37662 |
| Bob Seger | Against The Wind | Capitol Records LLC | Against The Wind | SR 17-910 | 6/2/1980 | http://www.bluebeat.com/albums/11544 |
| Bob Seger & the Silver Bullet Band | Night Moves | Capitol Records LLC | Night Moves | SR 370-651 | 6/6/2005 | http://www.bluebeat.com/albums/5015 |
| Bonnie Raitt | I Will Not Be Broken | Capitol Records LLC | Souls Alike | SR 377-456 | 9/20/2005 | http://www.bluebeat.com/albums/26212 |
| Bonnie Raitt | Nick Of Time | Capitol Records LLC | Nick Of Time | SR 102-443 | 3/28/1989 | http://www.bluebeat.com/albums/17795 |
| Bonnie Raitt | Something To Talk About | Capitol Records LLC | Luck Of The Draw | SR 133-193 | 8/6/1991 | http://www.bluebeat.com/albums/4669 |
| Coldplay | Clocks | Capitol Records LLC | A Rush Of Blood To The Head | SR 322-958 | 9/9/2002 | http://www.bluebeat.com/albums/1103 |
| Coldplay | Fix You | Capitol Records LLC | X&Y | SRu 573-811 / SR 376-828 | 3/10/2005 8/17/05 | http://www.bluebeat.com/albums/26035 |
| Coldplay | Viva La Vida | Capitol Records LLC | Viva La Vida | SRu 870-150 | 4/22/2008 | http://www.bluebeat.com/albums/36856 |
| Coldplay | Yellow | Capitol Records LLC | Parachutes | SR 328-782 | 3/18/2003 | http://www.bluebeat.com/albums/12210 |
| Daft Punk | Around The World | Virgin Records America, Inc. | Homework | SR 220-421 | 3/26/1997 | http://www.bluebeat.com/albums/1560 |
| Daft Punk | One More Time | Virgin Records America, Inc. | Discovery | SR 379-190 | 11/8/2005 | http://www.bluebeat.com/albums/1559 |
| Duran Duran | Girls On Film | Capitol Records LLC | Duran Duran | SR 278-777 | 3/24/2000 | http://www.bluebeat.com/albums/1694 |
| Duran Duran | Notorious | Capitol Records LLC | Notorious | SR 81-387 | 5/28/1987 | http://www.bluebeat.com/albums/20880 |
| Duran Duran | Rio | Capitol Records LLC | Rio | SR 37-720 | 8/4/1982 | http://www.bluebeat.com/albums/1696 |
| Duran Duran | The Reflex | Capitol Records LLC | Seven And The Ragged Tiger | SR 53-971 | 12/13/1983 | http://www.bluebeat.com/albums/12316 |
| Gorillaz | Clint Eastwood | Capitol Records LLC | Gorillaz | SR 409-208 | 1/4/2007 | http://www.bluebeat.com/albums/8994 |
| Gorillaz | Feel Good Inc. | Capitol Records LLC | Demon Days | SRu 573-812 / SR 379-135 | 3/10/2005 11/14/05 | http://www.bluebeat.com/albums/26003 |

**Schedule A**

**Representative Copyrighted Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Ice Cube | Check Yo Self | Priority Records LLC | The Predator | SR 169-617 | 6/1/1993 | http://www.bluebeat.com/albums/7349 |
| John Lennon | Mind Games | Capitol Records LLC | Mind Games | N 10756 | 11/12/1973 | http://www.bluebeat.com/albums/3207 |
| Keiko Matsui | Moon Circle | Narada Productions | The Ring | SR 325-145 | 12/30/2002 | http://www.bluebeat.com/albums/7455 |
| Keith Urban | Days Go By | Capitol Records LLC | Be Here | SR 353-271 | 9/24/2004 | http://www.bluebeat.com/albums/19883 |
| KT Tunstall | Little Favours | Virgin Records America, Inc. | Drastic Fantastic | SR 612-701 | 9/24/2007 | http://www.bluebeat.com/albums/34817 |
| KT Tunstall | Suddenly I See | Virgin Records America, Inc. | Eye To The Telescope | SR 388-462 | 3/7/2006 | http://www.bluebeat.com/albums/28017 |
| LCD Soundsystem | Sound of Silver | Capitol Records LLC | Sound Of Silver | SR 404-786 | 4/20/2007 | http://www.bluebeat.com/albums/33888 |
| Lenny Kravitz | Are You Gonna Go My Way | Virgin Records America, Inc. | Are You Gonna Go My Way | SR 149-143 | 3/12/1993 | http://www.bluebeat.com/albums/3138 |
| Lenny Kravitz | Battlefield Of Love | Virgin Records America, Inc. | Lenny | SR 317-577 | 9/3/2002 | http://www.bluebeat.com/albums/3139 |
| Lenny Kravitz | Let Love Rule | Virgin Records America, Inc. | Let Love Rule | SR 111-095 | 9/22/1989 | http://www.bluebeat.com/albums/12514 |
| Lenny Kravitz | Love Revolution | Virgin Records America, Inc. | It Is Time For A Love Revolution | SRu 865-469 | 11/21/2007 | http://www.bluebeat.com/albums/35932 |
| Lily Allen | Smile | Capitol Records LLC | Alright, Still... | SR 392-058 / SR 392-059 | 6/20/2007 | http://www.bluebeat.com/albums/31465 |
| Norah Jones | Don't Know Why | Capitol Records LLC | Come Away With Me | SR 337-829 | 6/2/2003 | http://www.bluebeat.com/albums/2961 |
| Norah Jones | Sunrise | Capitol Records LLC | Feels Like Home | SR 350-540 | 2/23/2004 | http://www.bluebeat.com/albums/17529 |
| Norah Jones | Wish I Could | Capitol Records LLC | Not Too Late | SRu 630-866 / SR 411-910 | 11/9/2006 4/3/2007 | http://www.bluebeat.com/albums/33395 |
| OK Go | Get Over It | Capitol Records LLC | OK Go | SR 322-969 | 9/23/2002 | http://www.bluebeat.com/albums/13802 |
| OK Go | Here It Goes Again | Capitol Records LLC | Oh No | SR 377-392 | 9/20/2005 | http://www.bluebeat.com/albums/27698 |
| Pat Benatar | Heartbreaker | Capitol Records LLC | In The Heat Of The Night | SR 12-742 | 10/1/1979 | http://www.bluebeat.com/albums/16326 |
| Pat Benatar | Hit Me With Your Best Shot | Capitol Records LLC | Crimes Of Passion | SR 20-348 | 8/20/1980 | http://www.bluebeat.com/albums/16328 |
| Pat Benatar | Little Too Late | Capitol Records LLC | Get Nervous | SR 39-516 | 10/15/1982 | http://www.bluebeat.com/albums/16327 |
| Pat Benatar | Promises In The Dark | Capitol Records LLC | Precious Time | SR 28-224 | 7/14/1981 | http://www.bluebeat.com/albums/764 |
| Pet Shop Boys | Being Boring | Capitol Records LLC | Behavior | SR 125-170 | 11/29/1990 | http://www.bluebeat.com/albums/15130 |
| Pet Shop Boys | Left To My Own Devices | Capitol Records LLC | Introspective | SR 105-378 | 7/31/1989 | http://www.bluebeat.com/albums/12700 |
| Pet Shop Boys | West End Girls | Capitol Records LLC | Please | SR 368-580 | 7/17/2003 | http://www.bluebeat.com/albums/4426 |
| Pink Floyd | Us And Them | Capitol Records LLC | Dark Side Of The Moon | N5354 SR 330-375 | 3/15/1973 4/26/2003 | http://www.bluebeat.com/albums/11504 |
| Radiohead | 2+2=5 | Capitol Records LLC | Hail To The Thief | SR 343-111 | 8/5/2003 | http://www.bluebeat.com/albums/12752 |
| Radiohead | Creep | Capitol Records LLC | Pablo Honey | SR 190-976 | 6/16/1994 | http://www.bluebeat.com/albums/4798 |

**Schedule A**

**Representative Copyrighted Sound Recordings Infringed by BlueBeat.com**

| Artist | Infringed Track | Plaintiff | Complete Album Offered on BlueBeat.com | SR # | Date | URL |
|---|---|---|---|---|---|---|
| Radiohead | Everything In Its Right Place | Capitol Records LLC | Kid A | SR 289-381 | 11/30/2000 | http://www.bluebeat.com/albums/4796 |
| Radiohead | Fake Plastic Trees | Capitol Records LLC | The Bends | SR 280-260 | 5/16/2000 | http://www.bluebeat.com/albums/4799 |
| Radiohead | Karma Police | Capitol Records LLC | OK Computer | SR 330-613 | 3/20/2003 | http://www.bluebeat.com/albums/4797 |
| Radiohead | Knives Out | Capitol Records LLC | Amnesiac | SR 299-390 | 6/15/2001 | http://www.bluebeat.com/albums/4795 |
| Radiohead | True Love Waits | Capitol Records LLC | I Might Be Wrong: Live Recordings | SR 335-962 | 3/18/2003 | http://www.bluebeat.com/albums/31808 |
| Selena | Bidi Bidi Bom Bom | Capitol Records LLC | Amor Prohibido | SR 171-022 | 11/22/1995 | http://www.bluebeat.com/albums/12819 |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | Mellon Collie And The Infinite Sadness | SR 183-904 | 2/12/1996 | http://www.bluebeat.com/albums/5593 |
| Smashing Pumpkins | Cherub Rock | Virgin Records America, Inc. | Siamese Dream | SR 169-635 | 8/10/1993 | http://www.bluebeat.com/albums/5595 |
| Smashing Pumpkins | I Am One | Caroline Records, Inc. | Gish | SR 140-511 | 2/27/1992 | http://www.bluebeat.com/albums/5592 |
| Stacie Orrico | Stuck | EMI Christian Music Group, Inc. | Stacie Orrico | SR 329-861 | 5/20/2003 | http://www.bluebeat.com/albums/16488 |
| Supergrass | In It For The Money | Capitol Records LLC | In It For The Money | SR 299-029 | 6/25/2001 | http://www.bluebeat.com/albums/7706 |
| The Beatles | Free As A Bird | Captiol Records LLC | Anthology 1 | SR 220-415 | 12/20/1996 | http://www.bluebeat.com/albums/8397 |
| The Beatles | Real Love | Captiol Records LLC | Anthology 2 | SR 220-417 | 12/20/1996 | http://www.bluebeat.com/albums/8399 |
| The Red Jumpsuit Apparatus | Face Down | Virgin Records America, Inc. | Don't You Fake It | SR 393-452 / SR 394-029 | 7/18/2006 8/11/2006 | http://www.bluebeat.com/albums/31354 |
| Tina Turner | What's Love Got To Do With It | Capitol Records LLC | Private Dancer | SR 58-022 | 9/21/1984 | http://www.bluebeat.com/albums/10606 |
| Trace Adkins | (This Ain't) No Thinkin' Thing | Capitol Records LLC | Dreamin' Out Loud | SR 221-447 | 6/17/1996 | http://www.bluebeat.com/albums/13108 |
| Trace Adkins | Comin' On Strong | Capitol Records LLC | Comin' On Strong | SR 348-616 | 2/9/2004 | http://www.bluebeat.com/albums/14368 |
| Trace Adkins | Dangerous Man | Capitol Records LLC | Dangerous Man | SR 399-734 | 10/23/2006 | http://www.bluebeat.com/albums/31706 |
| Trace Adkins | Songs About Me | Capitol Records LLC | Songs About Me | SR 361-542 | 8/22/2005 | http://www.bluebeat.com/albums/25964 |
| Yellowcard | Light Up The Sky | Capitol Records LLC | Paper Walls | SRu 652-295 / SR 611-607 | 5/10/2007 9/17/2007 | http://www.bluebeat.com/albums/34535 |
| Yellowcard | Ocean Avenue | Capitol Records LLC | Ocean Avenue | SR 343-413 | 11/12/2003 | http://www.bluebeat.com/albums/14378 |
| Yellowcard | Three Flights Up | Capitol Records LLC | Lights And Sounds | SRu 587-735 / SR 383-205 | 11/9/2005 3/10/2006 | http://www.bluebeat.com/albums/27775 |