RUSSELL J. FRACKMAN (SBN 49087),
rjf@msk.com
MARC E. MAYER (SBN 190969),
mem@msk.com
EMILY F. EVITT (SBN 261491),
efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; and HANK RISAN, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. CV-08-8030 JST (JCx)<br><br>The Honorable Josephine Staton Tucker<br><br>**DECLARATION OF ALASDAIR MCMULLAN IN SUPPORT OF MOTION OF PLAINTIFFS FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST, SECOND, THIRD, AND FOURTH COUNTS**<br><br>**Exhibits 1-3 and 5-12 Filed Herewith; Exhibit 4 Filed Separately; and Exhibits 13-28 Filed Under Seal**<br><br>[Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declarations of James D. Berkley, Emily Evitt, Pietro Perona, Bruce Ward, Thomas Schlum and Marc Mayer Filed Concurrently Herewith]<br><br>Date: October 4, 2010<br>Time: 10:00 a.m.<br>Ctrm: 16 (Spring Street Courthouse)<br><br>Trial: December 14, 2010<br>Pre-Trial Conference: Nov. 19, 2010 |

# DECLARATION OF ALASDAIR MCMULLAN

I, Alasdair McMullan, the undersigned, hereby declare:

1.  I am the Executive Vice-President of Legal Affairs of EMI Music North America ("EMI"). I have been employed by EMI since 1995. In my capacity as in-house counsel for EMI, among other things, I manage and supervise litigation for EMI and its record label affiliates, including but not limited to Capitol Records, LLC (formerly Capitol Records, Inc.), Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and Narada Productions, Inc. (collectively the "EMI Record Companies" or "Plaintiffs"). In connection with my employment at EMI, I have become familiar with the books and records of EMI, including documents such as copyright certificates and agreements (including those referenced in this Declaration) pursuant to which EMI possesses rights in its sound recordings. I make this declaration in support of Plaintiffs' Motion for Summary Judgment against BlueBeat, Inc., Media Rights Technologies, Inc., BaseBeat, Inc., and Hank Risan (collectively "BlueBeat" or "Defendants"). If called upon to do so, I could and would competently testify to the matters stated herein.

2.  Plaintiffs are engaged in the business of producing sound recordings and distributing, selling, and/or licensing the production, distribution, sale, and performance of their sound recordings in phonorecords, in audiovisual works, and for streaming and downloading over the Internet. Plaintiffs invest substantial time, money, effort and creative talent in discovering and developing recording artists, and in creating, advertising, promoting, selling and licensing their catalog of sound recordings.

3. Plaintiffs are the owners of copyrights in and to a catalog of sound recordings first fixed after February 15, 1972 (the "Copyrighted Recordings"). Among the Copyrighted Recordings owned by EMI are each of the recordings identified in Exhibit 1 to this Declaration.

4. EMI also possesses exclusive ownership rights in sound recordings of musical performances that were initially "fixed" (i.e., recorded) prior to February 15, 1972 ("Pre-1972 Recordings"). Among the Pre-1972 Recordings owned by EMI are each of those identified in the Schedule attached as Exhibit 2 to this Declaration. Among the Pre-1972 Recordings are all of the sound recordings by the Beatles, including the recently released "remastered" (and sonically improved) editions of the Beatles' original recordings.

## THE COPYRIGHTED RECORDINGS

5. As the owner of copyrights in the Copyrighted Recordings, EMI possesses (and exploits) their exclusive rights, among other things, to reproduce the Copyrighted Recordings in copies or phonorecords, to distribute copies or phonorecords of the Copyrighted Recordings to the public, to perform the Copyrighted Recordings publicly by means of a digital audio transmission, and to license these exclusive rights, including the exercise of these rights over the Internet. EMI has obtained Certificates of Copyright Registration in each of the Copyrighted Recordings.

6. EMI also owns copyrights in original cover artwork and images with which the Copyrighted Recordings have been sold and marketed (the "Copyrighted Artwork"). Certain of the SR Certificates attached hereto as Exhibits 4 through 12 specifically provide that they include registration for the Copyrighted Artwork.

For ease of reference, those Certificates of Copyright Registration that include the Copyrighted Artwork have been designated as such in the column entitled "Cover Art" in Exhibit 1 to this Declaration.

7. I will next discuss the ownership of the Copyrighted Recordings by each of the individual EMI Record Companies.

### Capitol Records, Inc.

8. Attached to this declaration as Exhibit 3 is a spreadsheet identifying 624 sound recordings in which plaintiff Capitol Records, LLC ("Capitol"), and/or its affiliates own copyrights (the "Capitol Recordings"). Each of the Capitol Recordings has been registered with the U.S. Copyright Office. True and correct copies of the Certificates of Copyright Registration for the Capitol Recordings (or, in a few limited cases printouts from the Copyright Office website reflecting the existence of these Certificates) are attached to this declaration, collectively, as Exhibit 4.

9. Capitol Records, LLC formerly was known as Capitol Records, Inc. On April 1, 2008, Capitol Records, Inc. was converted into an LLC, and its name was changed to Capitol Records, LLC. 375 of the Certificates of Copyright Registration for the Capitol Recordings reflect that Capitol Records, LLC, Capitol Records, Inc., or a "division" of Capitol Records is the "copyright claimant."

10. 249 of the Certificates of Copyright Registration for the Capitol Recordings do not identify Capitol as the "copyright claimant." Capitol owns or controls the copyright in all of the works listed in these registrations. For purposes

of clarification, I shall briefly explain how Capitol derived its copyright ownership in these sound recordings:

      (a)    Certain of the Certificates of Copyright Registration for the Capitol Recordings identify either SBK Records, Capitol Nashville, Blue Note, EMI Latin, EMI Records Group, or Angel Records as the "copyright claimant." SBK, Capitol Nashville, Blue Note, EMI Latin, EMI Records Group, and Angel Records are fictitious business names (or d/b/a's) under which Capitol conducts business. The Copyright Act permits registrations under fictitious business names.

      (b)    Certain of the Certificates of Copyright Registration for the Capitol Recordings identify "EMI Records, Ltd.," "EMI Music Brazil, Ltd," "EMI Music France," or "Toshiba/EMI" as the "copyright claimant." Each of these entities are current or former foreign affiliates of Capitol. Capitol owns or controls exclusive U.S. rights to such recordings by virtue of a written intra-company license agreement (referred to internally as the Matrix Exchange Agreement, or "MEA"). Pursuant to the MEA, Capitol is the exclusive licensee in the United States of the sound recordings owned by each of these affiliated foreign companies (and, as the exclusive licensee, has full rights to enforce the copyrights under the Copyright Act).

      (c)    42 of the Certificates of Copyright Registration for the Capitol Recordings identify "Chrysalis Records" or "Chrysalis Records, Inc." as the "copyright claimant." On December 23, 1993, Terwright Records, Inc., a California corporation that was the sole owner of the Chrysalis catalog of sound recordings, merged with and into Capitol Records, Inc. As a result of this merger, Capitol is the direct holder of all of the Chrysalis' assets, including its catalog of sound recordings.

(d) 20 of the Certificates of Copyright Registration for the Capitol Recordings identify either "Liberty Records" or "United Artists Records, Inc." as the "copyright claimant." In 1978, Capitol acquired all of the stock and assets of United Artists Records, Inc., which previously had acquired the catalog of sound recordings formerly owned by Liberty Records. Liberty Records, United Artists Records, Inc., and Liberty/UA, Inc. were merged into Capitol Records, Inc. on March 19, 1981.

(e) 16 of the Certificates of Copyright Registration for the Capitol Recordings identify one of the following individuals or entities as the "copyright claimant": "Anita Baker" (1 Certificate), "Babyshambles" (1 Certificate), "Umlaut Corp." (1 Certificate), "DFA" (1 Certificate), "Venusnote" (1 Certificate), "Nemo Studios" (3 certificates), "Robert Prizeman" (1 Certificate), and "Les Disques Du Catalogues" (1 Certificate). Each of these individuals or entities are affiliated with certain specific recording artists, respectively, Anita Baker, Babyshambles, George Harrison, LCD Soundsystem, Depeche Mode, Sarah Brightman, Libera, and Telepopmusik. Capitol (or one of its foreign affiliates) has entered into exclusive agreements with each of these entities, pursuant to which Capitol has exclusive rights in the United States (either directly or through the MEA) in these recordings and has full rights to enforce the copyrights under the Copyright Act.

(f) 3 of the Certificates of Copyright Registration for the Capitol Recordings identify "Tritec Music, Ltd" as the "copyright claimant" for recordings embodying the recording artist "Duran Duran." On September 22, 1988, EMI Records Limited purchased all of the assets of Tritec Music Limited. Capitol is the exclusive licensee of these recordings in the United States pursuant to the MEA.

     (g)    1 of the Certificates of Copyright Registration for the Capitol Recordings identifies "IRS Records" as the "copyright claimant" for the recording artist "Dread Zeppelin." On March 27, 1992, "Seventh Avenue Music, Inc." purchased all of the assets of "International Record Syndicate, Inc." On March 30, 1993, Seventh Avenue Music, Inc. merged into Capitol Records, Inc. As a result of the merger, Capitol is the direct holder of all of the assets of Seventh Avenue Music, Inc., including its catalog of sound recordings.

     (h)    1 of the Certificates of Copyright Registration for the Capitol Recordings identifies "Enigma Records" as the "copyright claimant" for the recording artist "Hurricane." On April 1, 1989, Capitol-EMI Music, Inc., entered into an Asset Purchase and Joint Venture Agreement with Enigma Entertainment Corporation (on January 1, 1993, Capitol Records, Inc. was substituted for Capitol-EMI Music, Inc. as the shareholder of the joint venture). On September 30, 1994, Enigma Entertainment Corporation was formally dissolved and Capitol is the successor in interest to certain assets of the joint venture, including the Hurricane recordings at issue.

     (i)    1 of the Certificates of Copyright Registration for the Capitol Recordings identifies "Pendulum Records" as the "copyright claimant" for the recording artist "Digable Planets." On August 16, 1993, Capitol Records, Inc. entered into an agreement with Rogli Entertainment Corp. for the creation of a joint venture between the parties known as Pendulum Records. On December 15, 1995, Capitol Records, Inc. and Rogli Entertainment Corp. entered into an agreement whereby the joint venture was terminated and all of the assets of the joint venture were transferred to Capitol, including the above referenced Digable Planets recordings.

### Caroline Records, Inc.

11. Attached to this declaration as Exhibit 5 is a spreadsheet identifying 26 sound recordings in which plaintiff Caroline Records, Inc. ("Caroline") and/or its affiliates own copyrights (the "Caroline Records Recordings"). Each of the Caroline Records Recordings has been registered with the U.S. Copyright Office. True and correct copies of the Certificates of Copyright Registration (or, in a few limited cases printouts from the Copyright Office website reflecting the existence of these Certificates) for the Caroline Recordings are attached to this declaration, collectively, as Exhibit 6.

12. 7 of the Certificates of Copyright Registration for the Caroline Recordings identify Caroline as the "copyright claimant." 19 of the Certificates of Copyright Registration for the Caroline Recordings do not identify Caroline as the "copyright claimant." Caroline owns the copyright in all of the works listed in these registrations. For purposes of clarification, I shall briefly explain how Caroline derived its copyright ownership in these sound recordings:

(a) 2 of the Certificates of Copyright Registration for the Caroline Recordings list "Astralwerks" or "Astralwerks Records" as the "copyright claimant" on the copyright registration certificate. Astralwerks is a fictitious business name (or d/b/a) under which Caroline conducts business.

(b) 8 of the Certificates of Copyright Registration for the Caroline Recordings list "Source/Virgin France," "EMI Music Canada," or "EMI Music Norway" as the "copyright claimant." Each of these entities are foreign affiliates of Caroline. Pursuant to the MEA, Caroline is the exclusive licensee in the United

States of the sound recordings owned by each of these affiliated foreign companies.

(c) 2 of the Certificates of Copyright Registration for the Caroline Recordings identify "XL Recordings" as the "copyright claimant" on the copyright registration certificate for the recording artist Basement Jaxx. Caroline possesses exclusive U.S. rights in these recordings pursuant to an exclusive license agreement between XL Recordings Ltd. and Astralwerks.

(d) 4 of the Certificates of Copyright Registration for the Caroline Recordings identify "Skint Records" as the "copyright claimant" on the copyright registration certificate for the recording artist "Fatboy Slim." Caroline possesses exclusive U.S. rights in these recordings pursuant to an exclusive license agreement it has with Skint Records Ltd.

(e) 1 of the Certificates of Copyright Registration for the Caroline Recordings identifies "Moshi Moshi Music Ltd, c/o EMI Music North America" as the "copyright claimant" on the copyright registration certificate for the recording artist "Hot Chip." Caroline possesses exclusive U.S. rights in these recordings pursuant to an exclusive license agreement between Astralwerks and Moshi Moshi Records.

(f) 1 Certificate of Copyright Registration for the Caroline Recordings identifies "Mawlaw 388 trading as Source UK" as the "copyright claimant" on the copyright registration certificate for the recording artist "Audio Bullys." Mawlaw 388 Limited owns the copyright in and to these Audio Bullys Recordings pursuant to an exclusive artist agreement. Mawlaw 388 is an affiliate

of Virgin Records Ltd. Caroline is the exclusive licensee of these recordings in the United States pursuant to the MEA.

      (g)    1 Certificate of Copyright Registration for the Caroline Recordings identifies "Echo Label Ltd." as the copyright claimant for the recording artist "Bat For Lashes." EMI Records Limited owns the copyright in and to these Bat For Lashes Recordings pursuant to an exclusive artist agreement between EMI Records Limited and The Echo Label Limited. Caroline is the exclusive licensee of these recordings in the United States pursuant to the MEA.

### EMI Christian Music Group, Inc.

13. Attached to this declaration as Exhibit 7 is a spreadsheet identifying 11 sound recordings in which plaintiff EMI Christian Music Group, Inc. and/or its affiliates own copyrights (the "EMI Christian Recordings"). Each of the EMI Christian Recordings has been registered with the U.S. Copyright Office. True and correct copies of the Certificates of Copyright Registration for the EMI Christian Recordings (or, in a few limited cases printouts from the Copyright Office website reflecting the existence of these Certificates) are attached to this declaration as Exhibit 8. Each of the EMI Christian Recordings is registered in the name of "Forefront Communications." In 1996, Capitol Records, Inc. purchased all of the stock and assets of The Forefront Communications Group, Inc. On March 31, 2007, The Forefront Communications Group, Inc. merged into and with EMI Christian Music Group, Inc.

## Priority Records LLC

14. Attached to this declaration as Exhibit 9 is a spreadsheet identifying 19 sound recordings in which plaintiff Priority Records LLC and/or its affiliates own copyrights (the "Priority Recordings"). Each of the Priority Recordings has been registered with the U.S. Copyright Office. True and correct copies of the Certificates of Copyright Registration for the Priority Recordings (or, in a few limited cases printouts from the Copyright Office website reflecting the existence of these Certificates) are attached to this declaration as Exhibit 10.

## Virgin Records America, Inc.

15. Attached to this declaration as Exhibit 11 is a spreadsheet identifying 246 sound recordings in which plaintiff Virgin Records America, Inc. ("VRA"), and/or its affiliates own copyrights (the "VRA Recordings"). Each of the VRA Recordings has been registered with the U.S. Copyright Office. True and correct copies of the Certificates of Copyright Registration for the VRA Recordings (or, in a few limited cases printouts from the Copyright Office website reflecting the existence of these Certificates) are attached to this declaration as Exhibit 12.

16. Certain of the Certificates of Copyright Registration identify VRA or one of its subsidiaries or divisions (including "Narada Productions, Inc.," "Virgin Classics," and "Higher Octave Music, Inc.") as the "copyright claimant."

17. Certain of the Certificates of Copyright Registration do not identify VRA as the "copyright claimant." VRA owns the copyright in all of the works listed in these registrations. For purposes of clarification, I shall briefly explain how VRA derived its copyright ownership in these sound recordings:

10

1      (a)     7 of the Certificates of Copyright Registration for the VRA
Recordings list "Charisma Records America, Inc." as the "copyright claimant" on
the copyright registration certificate. Charisma Records America, Inc., a New
York corporation, merged with and into VRA on March 31, 2004. As a result of
the merger, VRA is the direct holder of all of the assets of Charisma Records
America, Inc., including its catalog of sound recordings.

       (b)     70 of the Certificates of Copyright Registration for the VRA
Recordings list "Virgin Records, Ltd.," "Virgin Records Espana, SA," "Virgin
Records Norway," "Virgin France," "Circa Records, Ltd," "EMI Music Germany,"
"EMI Music France," and "Source" as the "copyright claimant" on the copyright
registration certificate. Each of these entities are foreign affiliates of VRA. VRA
is the exclusive licensee of these recordings in the United States pursuant to the
MEA.

       (c)     2 of the Certificates of Copyright Registration for the VRA
Recordings list "Daft Lite" or "Daft Trax" as the "copyright claimant" on the
copyright registration certificate for the recording artist "Daft Punk." Virgin
Records Limited, which is a foreign affiliate of VRA, owns the copyright in and to
these Daft Punk Recordings pursuant to an exclusive artist agreement. VRA is the
exclusive licensee of these recordings in the United States pursuant to the MEA.

       (d)     8 of the Certificates of Copyright Registration reflect either
"Dene Jesmond Enterprises, Ltd." (1 Certificate), "Jaydone Ltd." (3 Certificates),
"David Bowie" (3 Certificates), and "Jones Music & Labyrinth Entertainment" (1
Certificate) as the copyright claimants for the recording artists Bryan Ferry, KT
Tunstall, David Bowie, and Massive Attack, and the "Labyrinth" motion picture

1 soundtrack. VRA is the exclusive licensee of these recordings in the United States
2 pursuant to the MEA.

(e) 2 Certificates of Copyright Registration for the VRA recordings reflect "Aircheology c/o EMI Music North America" or "Record Makers c/o EMI Music North America" as the "copyright claimant for the recording artist "Air." VRA is the exclusive licensee of these recordings in the United States pursuant to the MEA.

## THE PRE-1972 RECORDINGS

18. Capitol is the owner of each of the Pre-1972 Recordings. This can be confirmed, for example, by the screenshots of the BlueBeat Website (www.bluebeat.com), including those collected by James Berkley and Bruce Ward, in which the Pre-1972 Recordings are identified as being owned by Capitol or one of its affiliated entities. In addition, Capitol's ownership of these recordings can be confirmed via publicly available information included in such sources as www.allmusic.com (a music reference website known as "Allmusic" and/or the "All Music Guide"). The All Music Guide is frequently and customarily used in the industry to identify the label or imprint on which recordings were released.

19. In addition to the foregoing, attached hereto as Exhibits 15 through 31 are true and correct copies of relevant portions of contracts between EMI (or its predecessors) and the artists (or their representatives), conveying rights in the Pre-1972 Recordings, as follows:

(a) Exhibit 13: Contracts dated November 12, 1963 and April 1, 1967, between Andrew Hill and Blue Note Records, and extensions to such contracts.

(b)     Exhibit 14: Contracts dated October 2, 1958, October 2, 1960, February 16, 1962, February 7, 1964, and July 24, 1964, between Art Blakey, on the one part, and Blue Note Records and/or United Artists Records, Inc., on the other part, and extensions to such contracts.

(c)     Exhibit 15: Contract dated May 18, 1959, between Bill Evans and United Artists Records, Inc.

(d)     Exhibit 16: Contract dated February 20, 1963, October 15, 1967, between John Patton and Blue Note Records, and an extension to the 1967 contract.

(e)     Exhibit 17: Contracts dated January 1, 1953, January 1, 1954, January 1, 1957, January 1, 1958, November 1, 1965, between Chet Baker, on the one part, and Pacific Jazz Record Co., Pacific Enterprises, Inc., World Pacific, and Liberty Records, Inc., on the other part, and extensions to the 1965 contract.

(f)     Exhibit 18: Contracts dated August 12, 1948, December 21, 1951, and February 2, 1959, between Dean Martin and Capitol Records, Inc.

(g)     Exhibit 19: Contracts dated April 1, 1953, December 6, 1955, and October 12, 1958, between Frank Sinatra and Capitol Records, Inc., and extensions to the 1953 contract.

(h)     Exhibit 20: Contracts dated February 4, 1961, February 4, 1964, and August 15, 1969, between Grant Green, on the one part, and Blue Note Records, and Liberty/UA, Inc., on the other part, and extensions to such contracts.

    (i)    Exhibit 21: Contracts dated February 9, 1956, September 9, 1958, February 8, 1962, and June 21, 1966, between Julie London and Liberty Records, Inc.

    (j)    Exhibit 22: Contract dated October 1, 1966, between Linda Ronstadt (as part of the performing group "The Stone Poneys") and Capitol Records, Inc.

    (k)    Exhibit 23: Contract dated May 31, 1968, between Lonnie Smith and Blue Note Records, Inc., and extensions to that contract.

    (l)    Exhibit 24: Contracts dated November 10, 1943, April 2, 1945, March 20, 1946, March 28, 1946, May 15, 1946, August 1, 1947, October 15, 1947, December 15, 1947, January 15, 1949, January 31, 1949, January 16, 1952, May 22, 1953, and September 9, 1954, between Nat King Cole and Capitol Records, Inc.

    (m)    Exhibit 25: Contract dated October 24, 1967, between the artists professionally known as "Quicksilver Messenger Service" and Capitol Records, Inc., and certain extensions thereto.

    (n)    Exhibit 26: Contracts dated February 1, 1968, between the artists professionally known as "the Band" and Capitol Records, Inc., and certain extensions and amendments thereto.

    (o)    Exhibit 27: Contracts dated May 24, 1962 and July 16, 1962, between the artists professionally known as the "Beach Boys" and Capitol Records, Inc., and certain extensions and amendments thereto.

20. Several of the contracts referenced above (and attached to this Declaration) are between the artist and Blue Note Records, Liberty Records, United Artists Records, Inc., or Liberty/UA, Inc. Blue Note was a record label founded in the late 1930s, known for releasing many classic jazz recordings (including Art Blakey and Grant Green). Liberty Records and United Artists Records were record labels founded in the 1950s. In or about 1965, Blue Note was acquired by Liberty Records. Liberty Records was subsequently acquired by United Artists Records. In 1979, EMI purchased United Artists Records, including Liberty/UA, Inc., and Blue Note Records. Capitol Records, LLC, currently owns the master recordings formerly owned by United Artists, Blue Note, and Liberty Records, including master recordings featuring Art Blakey, Andrew Hill, Big John Patton, Bill Evans, Grant Green, Julie London, and Lonnie Smith.

21. Attached, collectively, hereto as Exhibit 28 is a true and correct copy of the relevant portions of certain documents pursuant to which Capitol possesses exclusive rights in master recordings recorded by the Beatles. This includes:

(a) A contract dated June 4, 1962, between The Parlophone Company Limited and Brian Epstein (former manager of the Beatles), and extensions thereto.

(b) A contract dated January 26, 1967, between (a) The Gramophone Company Limited, (b) NEMS Enterprises Limited and Brian Epstein, and (c) George Harrison, John Lennon, James Paul McCartney, and Richard Starkey.

At the time the foregoing agreements were executed, The Parlophone Company Limited and The Gramophone Company Limited were subsidiary record labels of the EMI group of companies. The Parlophone Company Limited formally dissolved and EMI Records Limited, a foreign affiliate of Capitol, is the successor

in interest of all of its assets. The Gramophone Company Limited formally changed its name to EMI Records Limited on July 1, 1973. Capitol is the exclusive licensee of the Beatles' recordings in the United States pursuant to the MEA.

## EMI AND BLUEBEAT

22. EMI has never authorized any of the Defendants to sell, distribute, publicly perform, or otherwise exploit any sound recordings owned or exclusively controlled by the EMI Record Companies on the BlueBeat Website, including via digital download or digital streaming.

23. I understand from Defendants' prior filings in this action that it has at various times claimed that its representatives, including Hank Risan, engaged in communications with representatives of the Recording Industry Association of America, Inc. ("RIAA") concerning the BlueBeat Website. EMI is a member of the RIAA, which is a trade association for the recording industry. The RIAA represents the interests of the recording industry in various public relations and legislative matters (such as with respect to legislation pending before Congress). The RIAA also, on occasion, coordinates litigation by its record company members on matters in which its members have a collective or shared interest (for example, high-profile anti-piracy litigation, such as the litigation against Napster and Grokster). The RIAA is not a licensing body and does not possess the authority to issue licenses on behalf of any of its members, to bind its members to contractual agreements, or to authorize the use of any of its members' sound recordings by third parties. EMI specifically has never authorized the RIAA to enter into any

agreements or licenses on its behalf with respect to the use of EMI sound recordings on the BlueBeat Website.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of September, 2010, at New York, New York.

_____
Alasdair McMullan