| | |
|---|---|
| 1 | RUSSELL J. FRACKMAN (SBN 49087), rjf@msk.com |
| 2 | MARC E. MAYER (SBN 190969), mem@msk.com |
| 3 | EMILY F. EVITT (SBN 261491), efe@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| 5 | 11377 West Olympic Boulevard Los Angeles, California 90064-1683 Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; and HANK RISAN, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. CV-08-8030 JST (JCx)<br><br>The Honorable Josephine Staton Tucker<br><br>**EXHIBIT 4 TO DECLARATION OF ALASDAIR MCMULLAN IN SUPPORT OF MOTION OF PLAINTIFFS FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST, SECOND, THIRD, AND FOURTH COUNTS**<br><br>[Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declarations of James D. Berkley, Emily Evitt, Pietro Perona, Bruce Ward, Thomas Schlum and Marc Mayer Filed Concurrently Herewith]<br><br>Date: October 4, 2010<br>Time: 10:00 a.m.<br>Ctrm: 16 (Spring Street Courthouse)<br><br>Trial: December 14, 2010<br>Pre-Trial Conference: Nov. 19, 2010 |

Mitchell Silberberg & Knupp LLP

2876332.1

EXHIBIT 4 TO DECLARATION OF ALASDAIR MCMULLAN IN SUPPORT OF MOTION OF PLAINTIFFS FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST, SECOND, THIRD, AND FOURTH COUNTS