RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; EMI CHRISTIAN MUSIC GROUP INC., a California Corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California Corporation; and NARADA PRODUCTIONS, INC., a Wisconsin corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEBEAT, INC., a Delaware corporation, doing business as www.bluebeat.com; MEDIA RIGHTS TECHNOLOGIES, INC., a California corporation; BASEBEAT, INC., a Delaware corporation, doing business as www.basebeat.com; and HANK RISAN, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. CV09-8030 JST (JCx)<br><br>The Honorable Josephine Staton Tucker<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT**<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] CONSENT JUDGMENT LODGED CONCURRENTLY HEREWITH |

Based on the Stipulation for Entry of Judgment between Plaintiffs Capitol Records, LLC, Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records, LLC, Virgin Records America, Inc., and Narada Productions Inc. (collectively, "Plaintiffs") and Defendants BlueBeat, Inc., Media Rights Technologies, Inc., Basebeat, Inc., and Hank Risan (collectively "Defendants"), which was filed on March 25, 2011, the Court hereby enters judgment against Defendants, jointly and severally, in this action as set forth in the separate Consent Judgment.

IT IS SO ORDERED.

DATED: _____

By:_____
The Honorable Josephine Staton Tucker
United States District Judge
Central District of California

Submitted by:

DATED: March 25, 2011

RUSSELL J. FRACKMAN
MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By:_____
Marc E. Mayer
Attorneys for Plaintiffs